**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ONTARIO LOGAN-PATTERSON,
     Plaintiff,

        v.                                Civil Action No. 3:24-cv-00526 (MHL)

TRAVIS SCOTT WYATT,
     Defendant.

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

The Court has **RESCHEDULED** the settlement conference in this case for **April 28, 2025 at 9:30 A.M.** At that time, the parties shall report to the chambers of Magistrate Judge Mark R. Colombell. The requirements set forth in the Court's previous Order Regarding Procedures for Settlement Conference (ECF No. 16) shall remain in effect.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                     /s/ MRC

                                    Mark R. Colombell
                                    United States Magistrate Judge

Richmond, Virginia
Date: March 31, 2025