# Hammer, Stanley W.

| | |
|---|---|
| **From:** | Patrick Siewert <psiewert@archerhall.com> |
| **Sent:** | Thursday, April 3, 2025 6:01 PM |
| **To:** | mkrudys@krudys.com; dzemel@krudys.com |
| **Cc:** | Vaughan, Cooper; Hammer, Stanley W.; Cases |
| **Subject:** | Logan-Patterson phone production [2689-01] |

Mark, Danny-

The scope-limited data from the Logan-Patterson phone is ready for your download and review.  It can be accessed using this link:  https://archerhall.sharefile.com/d-scf47c16d84ea47f7ba4a9b77d7b101b1

When you download the .zip file, you'll want to right-click and "extract all" to a dedicated folder on your electronic case file.  From there, you need only click on the PDF document to view.  All other files & folders are linked within the PDF.  However, if you share the report with anyone, you must share the entire .zip file, otherwise the attachments and hyperlinks in the report won't work properly.  It is also recommended that you use Adobe Acrobat to view the file and not your web browser.

Let me know if you have any problems accessing this.

Best,



**Patrick Siewert**
Director, Digital Forensics & E-Discovery
**ArcherHall**
804-588-9877 | archerhall.com
LinkedIn

Schedule a meeting with Patrick: https://meetings.archerhall.com/meetings/patrick-siewert