**Hammer, Stanley W.**

| | |
|---|---|
| **From:** | Mark Krudys <mkrudys@krudys.com> |
| **Sent:** | Saturday, April 19, 2025 11:56 AM |
| **To:** | Hammer, Stanley W.; Vaughan, Cooper |
| **Cc:** | Danny Zemel; Juliana Neelley |
| **Subject:** | Logan-Patterson v. Wyatt |

Stan and Cooper-

We are considering moving to amend the scheduling order to ensure that the tech expert's findings and related actions are admissible at trial.  Before I embark on that process, I wanted to check and see if you will you agree to a stipulation concerning the downloading, analysis of, and results from, Ontario's phone?  Please let me know your thoughts early next week.  Thank you.  Mark



Mark J. Krudys
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA  23219
804.774.7950 Phone
804.381.4458 Fax
888.913.7836 Toll Free
mkrudys@krudys.com
www.krudys.com



NOTICE: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.  Thank you.