UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ONTARIO LOGAN-PATTERSON,           )<br>                                                            )<br>         Plaintiff,                             )<br>                                                            )<br>         v.                                          )           Civil Action No. 3:24-cv-526<br>                                                            )<br>TRAVIS SCOTT WYATT,                )<br>                                                            )<br>         Defendant.                        ) | |

### **DECLARATION OF PATRICK SIEWERT**

I, Patrick Siewert, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am currently employed as the Director, Digital Forensics & E-Discovery, at ArcherHall, a leading provider of digital forensics, e-discovery, and incident response services to law firms, corporations, and government agencies.

2. In that capacity, I was retained by counsel for Defendant Travis Scott Wyatt ("Trooper Wyatt") to provide trial preparation support in the above-referenced litigation.

3. On April 3, 2025, pursuant to an agreed protocol executed by the parties and myself as Trooper Wyatt's retained consultant, I provided scope-limited data from Plaintiff Ontario Logan-Patterson's iPhone for the parties' review.

4. On April 22, 2025, at 11:49 am, Mark Krudys, counsel for Plaintiff Ontario Logan-Patterson in the above-referenced matter, called me. The call lasted three minutes and four seconds.

5. On the call, Mr. Krudys introduced himself and explained his relationship to the case.

6. Mr. Krudys went on to state that he had received the data production I provided on April 3, 2025, and stated his impression that the data production was favorable to his client's case.

7. Mr. Krudys then told me that he had tried to contact counsel for Trooper Wyatt regarding obtaining additional information from me. Mr. Krudys stated that because he had received no reply, he planned to serve a subpoena on me for some things he already had and other things as well.

8. Mr. Krudys then stated that he wanted to verify the manner in which the subpoena could be served and asked me if I would accept service in lieu of having a process server come to my office.

9. I replied that I was willing to accept service of the subpoena via email but that Mr. Krudys needed to copy counsel for Trooper Wyatt on that communication.

10. Mr. Krudys and I then concluded the call.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 28, 2025, at Chesterfield County, Virginia

Patrick Siewert
Director, Digital Forensics & E-Discovery
ArcherHall, LLC