## Hammer, Stanley W.

| | |
|---|---|
| **From:** | Mark Krudys <mkrudys@krudys.com> |
| **Sent:** | Wednesday, April 23, 2025 9:40 PM |
| **To:** | Hammer, Stanley W. |
| **Cc:** | Danny Zemel; Vaughan, Cooper; Brown, Calvin C.; Hedblom, Jacqueline C. |
| **Subject:** | Re: Logan-Patterson v. Wyatt |
| | |
| **Importance:** | High |

Stanley, what Mr. Siewert "provided to the parties" is "raw data." Your words. Indeed, you and he described it as "scope-limited data from the Logan-Patterson phone." To ensure that we received the data promptly — in your words, "time was of the essence" — we told him that we would send him a subpoena that day and asked him to whom we should address it and if he would accept service by email. (This is the same person that my representative met with for hours at the time that the phone was downloaded - at your encouragement.)  Mr. Siewart said to address the subpoena to his company care of him and that he would accept service by email. You were cced on the transmission of the subpoena.  All of the foregoing is perfectly fine, and your suggestion otherwise is nonsensical.

We look forward to receiving your office's response to our settlement demand, and if the mediation proves to be unsuccessful, to presenting our compelling case to a Richmond jury. Best, Mark

> On Apr 23, 2025, at 9:01 PM, Hammer, Stanley W. <SHammer@oag.state.va.us> wrote:
>
> Mark,
> It has come to our attention that you called and spoke to our retained, non-testifying consultant/expert earlier this week. This was exceedingly improper for multiple reasons.  We are currently evaluating the appropriate remedy for this situation. In the meantime, however, immediately cease and desist from any further communications with our retained consultant.
>
> Regards,
> Stan
>
> <Attorney General of Virginia>
>
> **Stanley W Hammer | Assistant Attorney General**
> **Office of the Attorney General**
> 202 North 9th Street
> Richmond, Virginia 23219
> O: (804) 200-4216 | M: | F:
> SHammer@oag.state.va.us
> https://www.oag.state.va.us

Mark J. Krudys
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA  23219

804.774.7950 Phone
804.381.4458 Fax
888.913.7836 Toll Free
mkrudys@krudys.com
www.krudys.com


NOTICE: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.  Thank you.