**Hammer, Stanley W.**

| | |
|---|---|
| **From:** | Mark Krudys <mkrudys@krudys.com> |
| **Sent:** | Tuesday, April 22, 2025 12:07 PM |
| **To:** | Hammer, Stanley W.; Vaughan, Cooper |
| **Cc:** | Danny Zemel; Juliana Neelley |
| **Subject:** | Re: Logan-Patterson v. Wyatt |

Counsel- I received no response to my email below.  Accordingly, I have issued a subpoena Archer Hall.

Will you agree that Mr. Siewart can testify at trial without any designation as an expert?  Had his findings been helpful to Trooper Wyatt, I'm sure that you would've been asking me the same.  Kindly reply by close of business today.  If you do not agree, we will move to modify the scheduling order. Mark


> On Apr 19, 2025, at 11:55 AM, Mark Krudys <mkrudys@krudys.com> wrote:
>
> Stan and Cooper-
>
> We are considering moving to amend the scheduling order to ensure that the tech expert's findings and related actions are admissible at trial.  Before I embark on that process, I wanted to check and see if you will you agree to a stipulation concerning the downloading, analysis of, and results from, Ontario's phone?  Please let me know your thoughts early next week.  Thank you.  Mark
>
>
> Mark J. Krudys
> The Krudys Law Firm, PLC
> Truist Place
> 919 East Main Street, Suite 2020
> Richmond, VA  23219
> 804.774.7950 Phone
> 804.381.4458 Fax
> 888.913.7836 Toll Free
> mkrudys@krudys.com
> www.krudys.com
>
> <image004.png>
>
>
> NOTICE: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.  Thank you.

1

Mark J. Krudys
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA  23219
804.774.7950 Phone
804.381.4458 Fax
888.913.7836 Toll Free
mkrudys@krudys.com
www.krudys.com



NOTICE: This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.  Thank you.