UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ONTARIO LOGAN-PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:24-cv-526 |
| | ) |
| TRAVIS SCOTT WYATT, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT TRAVIS SCOTT WYATT'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Travis Scott Wyatt ("Trooper Wyatt"), by counsel and Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, moves for summary judgment in this action. The grounds for this Motion are more fully set forth in Trooper Wyatt's Brief in Support of Motion for Summary Judgment, which is filed herewith.

Dated: May 9, 2025

Respectfully submitted,

**TRAVIS SCOTT WYATT**

By: */s/ Stanley W. Hammer*

| | |
|---|---|
| Jason S. Miyares | Stanley W. Hammer (VSB No. 82181)* |
| *Attorney General of Virginia* | R. Cooper Vaughan (VSB No. 92580)* |
| | Assistant Attorneys General |
| Thomas J. Sanford | Office of the Attorney General |
| *Deputy Attorney General* | 202 North Ninth Street |
| | Richmond, Virginia 23219 |
| Jacqueline C. Hedblom | Telephone: (804) 200-4216 |
| *Trial Section Chief/* | Facsimile: (804) 371-2087 |
| *Senior Assistant Attorney General* | shammer@oag.state.va.us |
| | cvaughan@oag.state.va.us |
| | **Counsel of Record for Travis Scott Wyatt* |

## **CERTIFICATE**

      I hereby certify that on May 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                          */s/ Stanley W. Hammer*
                                                          Stanley W. Hammer
                                                          Assistant Attorney General
                                                          *Counsel for Defendant Travis Scott Wyatt*