# Exhibit 1

Affidavit

At approximately 1705 hours I was running stationary radar SB RT 150 at Hopkins Road when a Blue dodge Charger enter my radar in the middle lane 102 in a posted 60 MPH zone. I activated my emergency equipment SB RT 1 just south of Dundas Road. When I activated my lights, the driver took off at a high rate of speed and did a U-turn on NB RT. 1. He continued at a high rate of speed over 80 MPH in and out of traffic cutting vehicles off.

The driver later Identified as ONTARIO LOGAN-PATTERSON continued and enter SB RT 150 onto NB I-95 at a speed over 120 MPH in and out of traffic and on the shoulder multiple times. The driver exited to Maury Street, went east on Maury Street, immediate left on East 3rd street, then went left on Everett Street, went through the stop sign at 4th street and took a left on commerce street. When he entered the intersection of Commerce and Maury he crashed in the rear end of another vehicle. He exited the vehicle and took off on foot on Maury towards apartment complex. A foot pursuit was initiated for approximately 2 minutes around the apartment complex until I lost sight of him. I continued to my vehicle, and I approached the suspect a second time getting a bag out of the trunk. Another foot pursuit was initiated.

The pursuit continued down commerce road around a fenced in area. The suspect was seen ducking down behind a red dumpster with his bag in his hand, later what found to be a Black Glock semiautomatic gun loaded and 1 round in the chamber in the same area. After walking around the fence, he took off again towards the apartment complex and entered a single unit apartment. I stood by the apartment complex and made sure no one entered or exited the apartment for approximately 15 minutes. At that time the mother exited on the back porch and stated her son just got home and he was inside. The son came to the door with only pants on. I Identified him as the same person who was driving the vehicle and who took off on foot. The driver stated he was outside in the front and when he saw me, he jogged back inside the house. He was detained and later released to his mother.

The car was displaying a Texas tag of RVZ7907 which belongs on a 2010 gray Dodge Charger with a VIN of 2B3CA3CV3AH202560 that had the same altered VIN on the dashboard. The correct VIN for the vehicle is 2C3CDXGJ1GH321676 which was on the engine block as well as the door jam that belonged to that vehicle which was a Blue 2016 Dodge Charger stolen out of Spotsylvania.