# Exhibit 2

Deposition of Ontario Logan-Patterson: Transcript

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DIVISION OF VIRGINIA
 2                   RICHMOND DIVISION

 3   --------------------------------------------------------

 4   ONTARIO LOGAN-PATTERSON,

 5                    Plaintiff,

 6   v.                      CIVIL ACTION NO:  3:24-cv-526

 7   TRAVIS SCOTT WYATT,

 8                    Defendant.

 9   --------------------------------------------------------

10                    Complete transcript of the

11   deposition of ONTARIO LOGAN-PATTERSON, taken at the

12   instance of the Defendant, before Claudia M. Whisenand,

13   a Court Reporter and Notary Public for the State of

14   Virginia at Large, on April 16, 2025, beginning at 1:00

15   p.m., at the offices of The Krudys Law Firm, Truist

16   Place,919 East Main Street, Suite 2020, Richmond,

17   Virginia; said deposition taken pursuant to the Rules of

18   the Supreme Court of Virginia.

19
     APPEARANCES:
20
     Mr. Mark Krudys, Esq.
21   The Krudys Law Firm, PLC
     Truist Place
22   919 East Main Street, Suite 2020
     Richmond, Virginia 23219
23   Counsel for the plaintiff;

24

25
```

```
 1   Mr. Stanley W. Hammer, Esq.
     Mr. R. Cooper Vaughan, Esq.
 2   Mr. Calvin Brown, Esq.
     Office of the Attorney General
 3   202 N. 9th Street
     Richmond, Virginia 23219
 4   Counsel for the Defendant;

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Deposition of Ontario Logan-Patterson                    Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1                    I N D E X

 2          _____

 3                         DIRECT      CROSS      REDIRECT

 4     Ontario Logan-Patterson      5         97         103

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                         E X H I B I T S

2        ─────────────────────────────────────────────────

3                                                       PAGE

4   Exhibit No. 1 (document)                            104

5   Exhibit No. 3 (document)                            104

6   Exhibit No. 5 (document)                            104

7   Exhibit No. 6 (video)                               104

8   Exhibit No. 8 (letter)                              104

9   Exhibit No. 10 (document)                           104

10  Exhibit No. 11 (document)                           104

11  Exhibit No. 12 (letter)                             104

12  Exhibit No. 14 (text messages)                      104

13  Exhibit No. 16 (document)                           104

14  Exhibit No. 18 (document)                           104

15

16

17

18

19

20

21

22

23

24

25

```
 1                          NOTE:  The deponent is sworn.

 2                    ONTARIO LOGAN-PATTERSON, called as a

 3    witness by the Defendant, first being duly sworn,

 4    deposes and states as follows:

 5               DIRECT EXAMINATION

 6    BY MR. HAMMER:

 7          Q     All right.  Ontario, --

 8                    MR. KRUDYS:  And he's going to call

 9    you Ontario.  How would you prefer to be called?

10                    THE WITNESS:  That's cool.

11                    MR. KRUDYS:  Okay.  Good.

12          Q     If you would like to be called something

13    else, that's fine.

14          A     No.  You're good.

15          Q     All right.  Thank you, sir.  My name is

16    Stan Hammer.  Are you aware that I represent the

17    defendant in this matter, Trooper Wyatt?

18          A     Yes, sir.

19          Q     Okay.  Do you understand that you're

20    under the same oath today as if you were testifying in

21    court at a trial?

22          A     Yes, sir.

23          Q     Okay.  I'm going to assume that you

24    understand the questions that I ask you, unless you tell

25    me that you don't understand them?
```

1                      MR. KRUDYS:  Objection as to form.

2            Q      Is that fair?

3            A      Yes, sir.

4            Q      Is there anything that would prevent you

5     from thinking clearly and testifying truthfully today?

6            A      No, sir.

7            Q      Taking any medications, drugs, or

8     substances that would prevent you from testifying or

9     from thinking clearly?  Excuse me.

10           A      No, sir.

11                     MR. KRUDYS:  He might need a break

12    at one point.  He worked until five a.m., last night, so

13    -- so I've offered him soda, but if you get tired, you

14    can stand up and/or we can take a break.  Okay?

15                     THE WITNESS:  Okay.

16           Q      Yeah, that's just fine.  If you want to

17    testify standing up, that's not going to bother me?.

18           A      Okay.

19           Q      All right.  Yeah, so I think we've just

20    said if you need a break, let us know.

21                     The only caveat to that is if you're

22    right in the middle of answering a question, we'll need

23    you to finish that answer.

24           A      Yeah.

25           Q      Okay.  Great.  Did you do anything to

1    prepare for the deposition today, Ontario?

2            A       What do you mean by that?

3            Q       Did you review any documents?

4            A       No.

5            Q       Okay.  Did you meet with your counsel?

6                    MR. KRUDYS:  You can just say if you

7    did or not, but you can't go into the communication.

8                    MR. HAMMER:  That's right.

9            A       No.

10           Q       Okay.  There are a number of videos in

11   this matter.  Did you review any of the videos, like the

12   dashcam?

13           A       Yeah.

14           Q       Okay.  And did you review any other like

15   video or audio recordings, other than those dashcams?

16           A       I just seen the dashcam.

17           Q       Okay.  Thank you.  Ontario, I'd like to

18   just go through some of your background.  Did you go

19   grow up here in Richmond?

20           A       Yes, sir.

21           Q       Okay.  Have you always lived in Richmond?

22           A       Yes, sir.

23           Q       Okay.  What is your highest level of

24   education?

25           A       High school.

1    Q    Okay.  You're high school diploma?

2    A    Yeah.

3    Q    From Armstrong?

4    A    Yeah.

5    Q    Okay.  And you currently work, correct?

6    A    (nodding head)

7    Q    Where do you work?

8    A    Amazon.

9    Q    And what do you do for Amazon?

10    A    I stow.

11    Q    And tell me about -- what does stowing

12 entail?

13    A    It's like basically putting inventory in

14 the building so that it can be shipped out later.

15    Q    Okay.  And where -- where is work?  Where

16 is Amazon's facility that you work at located?

17    A    It's behind the Raceway on Richmond

18 Henrico Turnpike.

19    Q    Okay.  And so is that in Henrico County

20 then?

21    A    I think it's Henrico.

22    Q    Okay.  But behind the Richmond

23 International Raceway?

24    A    Yeah.

25    Q    Okay.  Got it.  So you have been at

1    Amazon from August of 2024, to the present; is that

2    right?

3          A      Yeah.

4          Q      What did you do before Amazon?

5          A      I worked at Sky Zone.

6          Q      Okay.  And my understanding is that you

7    worked at Sky Zone from about February of 2022, until --

8    until your arrest related this matter; is that correct?

9          A      Yes, sir.

10         Q      Okay.  And you also worked for a month at

11   Spirit Halloween, right?

12         A      Yes, sir.

13         Q      Okay.  And so is that -- is that your

14   entire employment history?

15         A      I worked at Kings Dominion as my first

16   job.

17         Q      Okay.  Up in Doswell?

18         A      Yeah.

19         Q      Okay.  Got it.  And forgive me if I've

20   asked this question, but have you lived in Richmond your

21   entire life?

22         A      Yeah.  You already asked that.

23         Q      Okay.  Thank you.  And where do you

24   currently live, Ontario?

25         A      2635 Midlothian Turnpike.

```
 1         Q      Okay.  And I'm familiar with Midlothian

 2   Turnpike.  Your mother testified earlier that she

 3   thought that you were in Richmond City.

 4                Can you tell me about the area where you

 5   are so I have a sense of where 2635 Midlothian Turnpike

 6   is?

 7         A      Like about the area?

 8         Q      Yeah, if you would?

 9         A      It's five, ten minutes away from

10   Southside Plaza.

11         Q      Okay.

12         A      Like five, ten minutes from my momma's

13   house.

14         Q      Okay.  Got it.  When did you move there,

15   to 2635 Midlothian Turnpike?

16         A      Last month.

17         Q      Okay.  And were you living at home with

18   your mother at 304 East 9th Street until that time?

19         A      Yeah.

20         Q      Okay.  And who to you live with over at

21   the Midlothian address?

22         A      My grandfather.

23         Q      Does anyone else live there?

24         A      No, sir.

25         Q      Okay.  Outside of school if you've got
```

1    free time, what do you like to do in your free time?

2           A       Play my game.

3           Q       Play your game, so video games?

4           A       Yeah.

5           Q       What kind of console do you have?

6           A       PlayStation.

7           Q       Okay.  Is that the biggest thing?  Are

8    there other -- do you like TV or music or movies?

9           A       I listen to music while I play my game.

10   I barely watch TV.

11          Q       Okay.  And are you into sports at all?

12          A       I'll watch it but I don't play sports.

13          Q       Okay.

14          A       All I did was the band.

15          Q       Okay.  Got it.  All right.  Just to go

16   over a quick housekeeping matter.  I understand you were

17   present, Ontario, when a stolen Dodge Charger rear ended

18   an SUV at the intersection of Commerce Street, excuse

19   me, Commerce Road and Maury Street adjacent to your home

20   at 304 East 9th Street when you lived there on December

21   11th of 2023.

22                  So I'll use the word incident to refer to

23   what happened that night, that evening, Trooper Wyatt's

24   foot pursuit of the suspect, the investigation of

25   Trooper Wyatt and the other troopers on the scene,

1    Trooper Wyatt's questioning of you and finally your

2    release.

3              Does that make sense if I refer to that,

4    all those things as the incident?

5         A    Yes, sir.

6              MR. KRUDYS:  I'm going to object to

7    your characterization of the word present, you were

8    present because present is -- I mean, --

9              MR. HAMMER:  That's fine.  Thank

10   you.

11        Q    All right.  Can you tell me about your

12   relationship with your mom?

13        A    Can you clarify that?

14        Q    Certainly.  Do you feel like you have a

15   close relationship with your mom?

16        A    Yeah.

17        Q    Okay.

18        A    Like you want me to explain it in detail?

19        Q    That would be great.  Yeah, please.

20        A    I mean, she had me when she was young so

21   in a way I kind of grew up with her.

22             There's not really nothing she wouldn't

23   do for me or my little sister.

24        Q    Right.

25        A    Me and her share a birthday literally.

1    There's not really much about my mom that's interesting.

2              She's just a single mom of two, do what

3    she can, do the best she can, do what she know.

4              But she tell me every thing, but the

5    things she tell me is irrelevant half the time.  I mean,

6    like, why are you telling me about your relationships

7    with dudes.  I don't care about that.

8              MR. KRUDYS:  Let's just focus on the

9    question, okay.

10             THE WITNESS:  Okay.

11        A    Yeah, that's pretty much it.

12        Q    Got it.  And she has a -- she has a

13   daughter that lives with her at 304 East 9th Street that

14   was living with y'all at the time; is that right?

15        A    Yeah.

16        Q    Tell me about her?

17        A    That's is my little sister.

18        Q    Okay.

19        A    She's about to turn nine this year.

20   Really, really emotional.  The incident, I think it

21   affected her pretty bad, so --

22        Q    Got it.  Thank you.  All right.  I would

23   like to move forward to the date involved in this case,

24   December 11th of 2023.

25             And what I'd like to do, Ontario, is just

1    kind of have you walk me through your memory of what

2    happened in kind of chunks or time periods.

3                    And I'd like to just start with the

4    beginning of the day on December the 11th of 2023.  Do

5    you remember what happened that morning?

6            A        Yeah.  My alarm went off.  I reached

7    over, looked at it, realized it was my third alarm, so I

8    knew I missed the bus.

9                    So I told my mom.  She said it was okay.

10   I could stay home for the day.

11           Q        Okay.

12           A        And that was pretty much for the morning.

13           Q        Do you remember whether y'all called into

14   school to say you were not going to be there?  Is that

15   what you do?

16           A        No.

17           Q        No.  Okay.  So when your mother said it

18   was okay to stay home from school, what did you do that

19   morning?  Do you remember?

20           A        I went and laid back down until she told

21   me to get dressed so we could leave, and that was how my

22   morning went.

23           Q        Okay.  And so -- so you went back to

24   sleep for awhile?

25           A        Yeah.

```
 1          Q       Okay.  And what did you do after you woke
 2   up?
 3          A       I put clothes on because my mom asked --
 4   well, she didn't ask.  She told me to get dressed.
 5          Q       Okay.  And do you remember what you were
 6   wearing when you got dressed?
 7          A       I had my white Guess shirt on, my black
 8   hoodie with Popeye's on the front and it said cartoons,
 9   and then I had on black jeans.
10          Q       All right.  And after you got dressed,
11   then what did you do?
12          A       My godmom, Deldrika Price, she came and
13   we got in the car and went with her.
14          Q       Okay.  Do you remember what time Ms.
15   Price came to pick you all up?
16          A       Eleven, twelve.
17          Q       Okay.  And let me back up a second.  Do
18   you recall what the color of the jeans that you were
19   wearing were?  I think you said dark, right?
20                  MR. KRUDYS:  He said black.
21          A       Black.
22          Q       Black.  Excuse me.  Okay.  So you said
23   Ms. Price picked you up around eleven or twelve,
24   somewhere in that neighborhood?
25          A       Yeah.
```

1    Q       Okay.  And where were you all going?

2    A       To her house or her apartment.

3    Q       Okay.  And where is that located?

4    A       Walmsley.

5    Q       Okay.  Do you know where on Walmsley or

6    the name of her apartment complex or anything like that?

7    A       I don't know the apartments name.

8    Q       Okay.  About how long was the drive over

9    from your home over to Walmsley?  Do you have a sense?

10   A       Fifteen or twenty minutes.

11   Q       Okay.

12   A       Not that long.

13   Q       Okay.  And I understand that you all were

14   going to your godmom's apartment at Walmsley for a

15   gathering; is that right?

16   A       Yeah.

17   Q       Tell me -- tell me what the was the

18   purpose of the gathering?

19   A       My godbrother had passed a few years

20   before, so every year around the time he passed, we have

21   a day, whatever the best day is that's closest to it, we

22   have a little party to celebrate him.

23   Q       Okay.  And what did you do you all do at

24   the party?

25   A       I sat that on my phone most of the time.

1    My mom, Deldrika and everybody else, they were dancing

2    listening to music.

3           Q       Did you all eat at the party, or excuse

4    me, the gathering?

5           A       I didn't.

6           Q       Okay.  Do you remember -- so Ms. Price,

7    you, and your mother were there, right?

8           A       (nodding head)

9           Q       Who else was there if you remember?

10          A       Parres Price, Parres' daughter, and then

11   more people started to come when we were leaving.

12          Q       Okay.  So its it fair to say that it was

13   a small gathering of maybe five to ten people, something

14   like that?

15          A       Yeah.

16          Q       Okay.  When you were at the gathering,

17   you said you were, you know, on your phone.  What were

18   you doing on your phone?  Do you remember?

19          A       Scrolling through TikTok.

20          Q       Okay.  Were you messaging with anyone or

21   taking any calls or anything like that?

22          A       If I was messaging people, it was through

23   the group chat.  There was like a meme chat.  We just

24   send a bunch of memes back and forth.

25          Q       Okay.  Like a group chat on TikTok?

```
 1          A       No.  I would have been on Instagram.

 2          Q       Okay.  Do you do most of your messaging

 3   on Instagram?

 4          A       Yeah.

 5          Q       Okay.  Got it.  Is there a group chat

 6   that you kind of consistently have with some of your

 7   closer friends?

 8          A       No.

 9          Q       Do you remember who you were chatting

10   with that day?

11          A       That -- like exactly I don't know.

12          Q       Even if it's not exact, if you remember

13   some of the people you may have been chatting with, that

14   would be helpful?

15          A       I have no clue.

16          Q       Okay.  Got it.  All right.  Do you recall

17   about how long you were at the gathering and what time

18   you would have left?

19          A       I think we left around 4:00.  I think we

20   left around 4:00 or 4:30.

21          Q       Okay.  Did you ever -- did you ever leave

22   the gathering at any point, or were you just there the

23   whole time?

24          A       No, I was there the whole time.

25          Q       Okay.  When you left later in the day at
```

```
 1   4:00 or 4:30, who did you leave with?

 2        A      My mom and Deldrika.

 3        Q      Ms. Price is it?

 4        A      Yeah.

 5        Q      Okay.  Deldrika Price.  And so she drove

 6   you and your mother home just like she took you over to

 7   the gathering?

 8        A      Yeah.

 9        Q      And is it -- was the time that it took

10   you to get home about the same that it took you to get

11   to Ms. Price's house?

12        A      Yeah.

13        Q      Okay.  So 15 or 20 minutes?

14        A      It might have been a little bit longer

15   because of traffic.

16        Q      Okay.  Do you know what time you got

17   home?

18        A      Closer to five.

19        Q      Okay.  Do you remember how dark it was

20   since it was December 11th at that time, at around five?

21        A      It was light, but you could tell it was

22   about to get dark.

23        Q      Okay.  And then what did you do when you

24   got home?  Did you go straight inside?

25        A      Yeah.  And I started going upstairs and
```

1    my mom said no, wash the dishes.

2            Q       Okay.  And were you still in the same

3    clothes right when you got home?

4            A       Yeah.

5            Q       You hadn't changed clothes from the

6    morning?

7            A       No.

8            Q       Okay.  Do you remember what your mom was

9    doing when you got home?

10           A       She went into the living room, and she

11   was on the phone, but I was washing the dishes so I

12   didn't really listen in.

13           Q       Okay.  And did you all -- if you hadn't

14   eaten anything at the gathering, did you all -- did you

15   have anything to eat right when you got home?

16           A       No, sir.

17           Q       Okay.  So the dishes were just left over

18   from earlier; is that right?

19           A       Yeah.

20           Q       Okay.  Ontario, that evening a blue Dodge

21   Charger rear ended an SUV at Commerce Road and Maury

22   Street as we talked about earlier.

23                   After you got home, about -- about how

24   long was it before you realize that had happened?

25           A       Can you rephrase that?

```
 1          Q       Sure.  My understanding is that you heard

 2   a loud noise at some point after you had gotten home; is

 3   that right?

 4          A       Yeah.

 5          Q       Okay.  Do you remember about what time

 6   that would have been, how long had you had been home

 7   when that loud noise occurred?

 8          A       A little after five.

 9          Q       Okay.  And what did you do when you heard

10   that loud noise?

11          A       I looked out the window and called to my

12   mom.

13          Q       Do you remember where your mom was when

14   you called to her?  Was she still in the living room?

15          A       She was walking towards me so leaving out

16   the living room because she had heard it, too.

17          Q       Okay.  And then what did you do?

18          A       Me and her went outside to look at it,

19   and that's when we saw Trooper Wyatt chasing whoever he

20   was chasing.

21          Q       Okay.  I take it that you didn't actually

22   see the car accident happen.  You just heard it from

23   inside your home; is that right?

24          A       Yes, sir.

25          Q       Okay.  And can you describe to me what
```

1    you saw?  I know you said you saw Trooper Wyatt chasing

2    someone when you came outside.

3              Did you see that immediately when you

4    came out the door?

5         A    No.  When I first came out the door and I

6    looked towards where the sound came from, I seen a truck

7    in the road.  And I thought, oh, somebody hit the truck,

8    and then after that truck pulled off, I seen the car.

9         Q    And when you say truck, do you mean like

10   a tractor-trailer, like an 18 wheeler?

11        A    Yeah.

12        Q    Okay.  So about how long was it after you

13   went outside before you saw Trooper Wyatt?  Do you have

14   a guess or an idea?

15        A    Two minutes.

16             MR. KRUDYS:  You're asking for a

17   comparison from the sound of when he went out?  Is that

18   what you're saying?

19             MR. HAMMER:  No.  I'm just -- I was

20   actually trying to -- maybe I didn't do a very good job,

21   but I was trying to get a sense of how long it was from

22   the time he went outside until he saw Trooper Wyatt and

23   the suspect.  I'm sorry.

24             MR. KRUDYS:  Okay.  Now I get it.

25        A    It was probably two minutes.

```
 1            Q      Okay.  So you all were kind of like

 2    surveying the scene, trying to figure out what had

 3    happened?

 4            A      Yeah.

 5            Q      And then -- then you see Trooper Wyatt

 6    chasing the suspect; is that right?

 7            A      Yeah.

 8            Q      Okay.  Where were they when you saw them?

 9            A      When I first saw them, they were coming

10    around the corner from -- how do I put it?

11            Q      Is it Maury?

12            A      The light is here.  They're coming from

13    the street that goes to the side of it, coming back

14    towards the actual scene.

15            Q      So the -- the larger road that is

16    adjacent to your home is Commerce, correct?  It's like

17    four lanes across; is that right?

18            A      Yeah, I think so.

19            Q      So what you're describing, are you

20    describing seeing them on Commerce or on Maury?

21            A      I think it's Maury.

22            Q      Okay.  What happened after you initially

23    saw them?

24            A      I just watched them run to the car, open

25    the trunk, grab a bag, and then run back out to the
```

1   opposite direction before we seen Trooper Wyatt still

2   running after him and stopped at the tree.

3        Q      Okay.  So you saw the suspect grab a bag

4   out of the trunk?

5        A      Yeah.

6        Q      And what happened after that?

7        A      Trooper Wyatt kept chasing him.

8        Q      Okay.  So as Trooper Wyatt continued to

9   chase the suspect, at some point did they go out of view

10  for you?  Were you still able to see them?

11       A      Yeah, I was able to see both of them the

12  whole time.

13       Q      Okay.  So keep walking me through

14  watching this foot pursuit happen.  What happened next

15  as -- are they going down Commerce at this point?

16       A      Yeah, they're going down Commerce and

17  Trooper Wyatt stops.  I don't know the street that's

18  beside our home, that's by the rent office, but he

19  started running up there.

20              And at that moment we can see -- our door

21  is here and it's wide open, so we run back to the house

22  and just shut the door.

23              And I tried to go back upstairs to my

24  room.  My mom told me, no, finish the dishes, so I

25  finished the dishes and then went back to my room.

1          Probably five minutes later I'm taking my

2     shirt off.  I'm about to get comfortable, and then my

3     mom screams my name, like, kid, they got guns aimed at

4     me.  Come down here right now, and immediately started

5     panicking.

6          Q     Okay.  If we could just back up for a

7     second, back to the point in time where you're still

8     watching the -- the chase occur.

9               Can you tell me why you all ran back in

10    the house?  What happened that made you do that?

11         A     We had an incident in the past where

12    somebody ran into our house, so it's kind of just like a

13    natural instinct at this point, like, I was taught if

14    the door is wide open and somebody's running towards

15    you, go back inside.

16         Q     So is it that -- that someone -- that the

17    chase was getting too close to you all?

18         A     Yeah.

19         Q     And you started to be frightened?

20         A     Yeah.

21         Q     And you were scared for your safety?

22         A     Yeah.

23         Q     Okay.  Do you remember how close --

24    describe to me if you can where the suspect and Trooper

25    Wyatt were when you decided to, you know, turn back and

| | |
|---|---|
| 1 | go back in the house? |
| 2 | A     Can I use this as like an example? |
| 3 | MR. KRUDYS:  Do you have any type of |
| 4 | diagram? |
| 5 | MR. HAMMER:  I don't have a visual |
| 6 | like you did. |
| 7 | MR. KRUDYS:  Do you want me to print |
| 8 | out our visual?  Would that be helpful? |
| 9 | MR. HAMMER:  Sure. |
| 10 | MR. KRUDYS:  Let me see if I can do |
| 11 | that. |
| 12 | MR. HAMMER:  Let's go off the record |
| 13 | for a second. |
| 14 | NOTE:  Off the record. |
| 15 | MR. HAMMER:  Let's go back on the |
| 16 | record.  Why don't we mark this as Exhibit 18.  I'll do |
| 17 | it before I forgot |
| 18 | Q     And, Ontario -- okay.  I see.  If you |
| 19 | could just mark an X for me where you, to the best of |
| 20 | your memory, you were when you were -- you realized you |
| 21 | should run back into your house? |
| 22 | A     Where I was? |
| 23 | Q     Um-hum. |
| 24 | A     I was about here. |
| 25 | Q     And then if you could mark an O where the |

1   suspect was.

2           A       About right here.

3           Q       Okay.  Oh, okay.  And then how about a T

4   for Trooper Wyatt where you think Trooper Wyatt was.

5           A       (witness complies)

6           Q       Okay.  Perfect.  So the X is where you

7   are when you formed the, you know, the decision in your

8   mind that you should go inside, and then there's Trooper

9   Wyatt with the T and the O is the suspect?

10                  MR. KRUDYS:  Why don't you put S

11  rather than O for the suspect since your first name is

12  O.

13                  MR. HAMMER:  Yeah, that's fine.

14  That's a bit confusing.

15          Q       And I tell you what, even better, why

16  don't we -- you make yourself an O.  Then everybody's

17  going to be consistent with their first letter?

18          A       (witness complies)

19          Q       Perfect.  Okay.  That's very helpful.

20  All right.  You've decided that you're frightened.

21                  You want to get yourself into safety.

22  What did you do at that point?

23          A       We turned around, and I ran back and my

24  mom jogged back.

25          Q       Okay.

Deposition of Ontario Logan-Patterson          Ontario Logan-Patterson v.Travis Scott Wyatt

1    A        But I don't think I should have ran back.

2    Q        Got it.  And you said the door was wide

3    open?

4    A        Yeah.

5    Q        You ran in the house and then what

6    happened?

7    A        I waited for my mom to get in, and she

8    shut the door and locked it, and then she told me check

9    the front door.

10           It was already locked.  So I just walked

11   be back into the kitchen to her.

12   Q        Okay.  And so you're both back inside

13   your home?  What did you all do next since you were

14   frightened and had just come in?

15   A        Well, she told me to finish washing the

16   dishes and, yeah, and that's what I did.

17   Q        Okay.  And do you recall what your mom

18   was doing after you came in?

19   A        She was behind me.

20   Q        She was behind you in the kitchen?

21   A        Yeah.  She was straightening up the

22   table.

23   Q        Okay.  Let me move back to something I

24   overlooked just a second ago.

25           Was that time when you saw, that you were

1    describing a moment ago, where you saw the suspect and

2    Trooper Wyatt -- Trooper Wyatt chasing the suspect down

3    Commerce, and then when you decided to go inside, was

4    that the only time you saw the suspect?

5         A     Yeah.

6         Q     Okay.  What was the closest look you got

7    to him.  Do you remember how far away he would have

8    been?

9         A     A good little distance from me.

10        Q     Could you give an estimate of like how

11   many feet?

12        A     40, 50.

13        Q     40 or 50 feet.  Were you able to see the

14   suspect's face?

15        A     No.

16        Q     Is that because his back was turned to

17   you?

18        A     He had a mask on.

19        Q     Okay.  So did you see his hair at all?

20        A     He had a full face mask.

21        Q     Okay.  The way the mask was situated on

22   his face, could you tell what race he was?

23        A     Yeah.

24        Q     Okay.  And what was that?

25        A     Black.

1          Q        Okay.  Do you remember whether he was

2    light skinned or lighter skinned or darker skinned?

3          A        He was lighter than me.

4          Q        Okay.  Do you remember anything about his

5    facial features?

6          A        All I could see was his eyes.

7          Q        Okay.  Did he -- so could you tell

8    whether he had facial hair or not?

9          A        No.

10         Q        Okay.  So describe what you saw covering

11   his face if you can?

12         A        A Nike ski mask.

13         Q        A Nike ski mask.  Okay.  What color was

14   it?

15         A        Black.

16         Q        And what parts of his face were visible?

17         A        His eyes and part of his nose.

18         Q        So that's it, you could only --

19         A        That's it.

20         Q        You couldn't see his lips or anything

21   like that?

22         A        No, sir.

23         Q        Okay.  Were you close enough to get a

24   sense of what his eyes looked like?

25         A        No, sir.

| | | |
|---|---|---|
| 1 | Q | I assume not.  Was he tall or short? |
| 2 | A | Probably like your average male height. |
| 3 | Q | Okay.  So what is average to you? |
| 4 | A | 5'7", 5'8". |

5   Q    Okay.  So would you say you don't believe
6   he was over six feet tall?

7   A    No.

8   Q    Okay.  But did you get a close enough
9   look that you could tell whether he was closer to six
10  feet tall, like 5'10", 5'11"?

11  A    Yeah.

12  Q    Okay.  And so what's your best estimate
13  then if -- if he was somewhere between like say 5'6" and
14  6', what's your best estimate?

15  A    5'8".

16  Q    Okay.  Thanks.  And was he skinny or was
17  he kind of heavy set?

18  A    I don't know.  He actually -- he had
19  shoulders like he might have been a little muscular.

20  Q    Okay.  So he had a muscular build?

21  A    I think so.

22  Q    Okay.  But you didn't perceive him to be
23  like overweight, he was just muscular?

24  A    Yeah.

25  Q    Okay.  All right.  So we've covered the

1   suspect, and I want to orient us to be back inside your

2   house after you've ran back in the house.

3                   You said you had been doing the dishes.

4   What did you do after you finished up with the dishes?

5        A      I went back upstairs into my room.

6        Q      Okay.

7        A      And started playing my game.

8        Q      Okay.  And what game were you playing?

9   Do you remember?

10       A      GTA I believe.

11       Q      Okay.  So at some point you said your mom

12  called down to you.  Were you in your room playing your

13  video game at that point still?

14       A      Yeah.

15       Q      Did you have your head phones on for the

16  video game?

17       A      Partially.

18       Q      Okay.  So when you say partially, do you

19  mean --

20       A      Like I had one side on and one side off.

21       Q      Okay.  And is that like the over ear head

22  phones?

23       A      Yes.

24       Q      Okay.  So one of the -- one of the cups

25  for the head phones was off your ear; is that right?

1    A       Yeah, So I could hear if she called me.

2    Q       Okay.  And were you playing that way the

3    whole time?

4    A       Yeah.

5    Q       So you could hear her?

6    A       (nodding head)

7    Q       Was that because of what was going on

8    outside and it worried you?

9    A       I always play like that.  She always said

10   I should always be able to hear around me, so --

11   Q       Okay.

12           MR. KRUDYS:  Okay.  You guys are

13   talking over a little, so wait for him to finish his

14   question before you respond, and then he'll wait for you

15   to respond.

16           THE WITNESS:  Okay.

17   Q       I'll try and do a better job, too,

18   Ontario.  Okay.

19           Do you remember how long you had opinion

20   playing your game when -- when something happened at the

21   door and when your mom called up to you?

22   A       No longer than ten minutes.

23   Q       Okay.  And you changed clothes at some

24   point when you went up to your room; is that right?

25   A       No.  I just took clothes off.

1    Q    Okay.  So did you -- you still had your

2    jeans on from earlier in the day?

3    A    Yeah.

4    Q    Okay.  Tell me what happened when your

5    mom called you downstairs?

6    A    When she called my name, I just yelled

7    come back, and she said come downstairs.  They have guns

8    aimed at me.

9         And I'm thinking she's talking about the

10   dude who was running from the police, so I started to

11   panic.  But I still came downstairs, and when I seen the

12   state troopers, I was kind of relieved.

13        And then I realized, wait, she said they

14   had guns pointed at her, and I kind of started to

15   breathe heavy again.

16   Q    Okay.

17   A    And then that's when he asked me why I

18   was breathing so heavy, so --

19   Q    Okay.  And so when you came downstairs to

20   the front door, and he asked you why you were breathing

21   so heavy, you still had those jeans on; is that right?

22   A    Yeah.

23   Q    Okay.  And you did not have a shirt on,

24   correct?

25   A    I didn't have a shirt on.

```
 1          Q       Okay.  All right.  So you said that when

 2   you came to the door, Trooper Wyatt asked you why you

 3   were breathing so heavy, and remind me again what --

 4   what you said to him when you answered.

 5          A       Because my mom said y'all had guns aimed

 6   at her.

 7          Q       Okay.  Did he ask you any other

 8   questions?

 9          A       No.

10          Q       Okay.  What happened next after he asked

11   you why you're breathing heavy?

12          A       He grabbed my arm or more on my wrist and

13   he put handcuffs on me.

14          Q       Okay.  So when he grabbed your arm, where

15   were you?

16          A       I was standing in the door.

17          Q       So you were in the door?

18          A       Slightly -- slightly behind my momma.

19          Q       Slightly behind your mom?

20          A       Yeah.

21          Q       So were you inside the house or outside

22   the house?

23          A       Inside the house.

24          Q       Okay.  And he put handcuffs on you?

25          A       (nodding head)
```

1    Q        Can you describe what happened when he

2    put handcuffs on you?

3    A        He put -- grabbed the hand that he

4    already had, put it on that wrist, and moved my hands

5    behind my back and put my hand in the other cuff.

6    Q        Okay.  And, again, I'm going to go back,

7    apologies, but when you were inside the home, did you

8    ever -- when you were -- when you're inside after

9    running back inside to -- to safety from this chase, did

10   you ever look outside, out the windows or anything to

11   see what was going on?

12   A        No, sir.

13   Q        Okay.

14            MR. KRUDYS:  Objection to the word

15   for safety.  He just went inside the house.  Go ahead.

16   Q        Okay.  What happened after Trooper Wyatt

17   put the handcuffs on you?

18   A        He walked me to the car.

19   Q        And did you all have any conversation

20   while he was walking you to the car?

21   A        He was just asking why I ran from him,

22   and I kept responding I didn't run.

23   Q        Okay.  Where was your mother at this

24   point in time?

25   A        She was following me.

1    Q        And what happened once you got in Trooper

2   Wyatt's car?

3    A        He shut the door, and I could hear

4   fussing outside the car, but I didn't know what it was

5   about.

6              But it was my mom and him kind of fussing

7   because she was telling him he has to roll the window

8   down because I'm a minor, but he didn't really say too

9   much at first.

10   Q        Okay.  And he put you in the front seat

11  of the car, correct?

12   A        Yeah.

13   Q        Okay.  Do you recall whether or not the

14  window was up or down when he put you in the car?

15   A        It was up when he put me in there.

16   Q        Okay.

17              MR. HAMMER:  Does anybody need a

18  break?  Are you good?

19              MR. KRUDYS:  Are you good?

20              THE WITNESS:  Yeah.

21              MR. KRUDYS:  We're good.

22   Q        All right.  Ontario, I'd like to fast

23  forward in time a little bit to the time that you were

24  in juvenile detention if I could.

25              My understanding is that you went into

1  custody on December 20th of 2023; is that -- is that

2  correct?

3       A     I believe so.

4       Q     Okay.  Can you just tell me -- walk me

5  through like what a typical day was like for you in

6  juvenile detention.

7       A     Cold, very cold.

8       Q     The facility just a cold temperature?

9       A     Yeah.

10       Q     Okay.

11       A     I don't think the heat worked.  You'd

12  wake up early.  They'd tell you to line up, and then

13  they'd walk you to the cafeteria.

14            It's like six in the morning.  You eat a

15  little breakfast, go back in there for a little bit, and

16  then you go to your classes, go right back inside the

17  little cell thing.

18            And then you would come out again for

19  your little gym time, in your free time, outside of it,

20  and you go back in.

21            And then you would come out later that

22  night, take a shower, repeat the cycle.

23       Q     Okay.  And besides the nighttime, were

24  you like confined to your room?

25       A     I was there a lot.  It was like a pod

1    which had doors that -- if you was in a school, you

2    would think they be like classrooms or like little

3    dorms, but it's just a slab with a tiny bed and then a

4    toilet.

5         Q    Okay.

6         A    And there's like ten of them in there,

7    and then there's like little chairs with a table, and

8    that's your little free area type of thing.

9         Q    Okay.  So you had your own room; is that

10   correct?  You didn't have to share a room with another

11   --

12        A    Not like sleeping wise, but like area

13   wise, yeah.

14        Q    So I guess what I'm trying to figure out

15   is were you able to shut the door and have your own

16   private area as your room to sleep?

17        A    Yeah.

18        Q    And if you wanted to just be alone, you

19   could shut the door and be alone?

20        A    Yeah.

21        Q    Okay.  And you said there was a toilet

22   and a bed.  Was there anything else in your room?

23        A    A sink.

24        Q    Okay.  So there was a common area where

25   -- where you said it was a pod with maybe like ten rooms

```
 1   for the juveniles that were there; is that right?
 2          A      Yeah.
 3          Q      And so you shared that common area with
 4   them?
 5          A      Yeah.
 6          Q      And so you were free to be in that common
 7   area if you wanted or to go back to your room if you
 8   wanted; is that right?
 9          A      Yeah.
10          Q      Okay.  When you went through the school
11   day there, was that in a separate area, or is that in
12   the same area we were just talking about?
13          A      It was in a separate area.
14          Q      So they had classrooms?
15          A      Yeah.
16          Q      Okay.  Got it.  All right.  Well, let's
17   talk about school while you're in juvenile detention a
18   little bit.
19                 You've got a binder in front of you, and
20   this is just a number of documents from the case and
21   we're going to refer to some of them from time to time
22   as we go through this deposition.
23                 Could you open up the binder and turn to
24   tab 8.  Do you recognize this document?
25          A      I don't know any of the documents.
```

```
 1        Q      Okay.  Fair enough.
 2               MR. KRUDYS:  Just to put on the
 3   record, Ontario was present for a portion of his mom 's
 4   deposition, and so he was watching -- looking at the
 5   same documents you were directing him to.
 6               MR. HAMMER:  Thank you.
 7        Q      So this is a letter from the Virginia for
 8   Education Center Richmond Juvenile Detention.  Do you
 9   see you name on the top of the letter there?
10        A      Yeah.
11        Q      And date enrolled 12-21-2023, and date
12   withdrawn 1-11-2024.  Do you see that there?
13        A      Yeah.
14        Q      Okay.  If you would flip to the next
15   page, and do you see the little number numbers and
16   letters in the bottom right-hand corner of the document
17   where it says OLP?
18        A      Yeah.
19        Q      And a bunch of zeros and 73.  Instead of
20   saying OLP 73, et cetera, I'll just say page 73 when I'm
21   referring to these documents.  And OLP I presume refers
22   to Ontario Logan-Patterson.
23               So on this page 73, do you see the -- the
24   middle chart with course and first nine weeks and second
25   nine weeks, et cetera?
```

1      A      Yeah.

2      Q      And where you scored an 85 for geometry?

3      A      yeah.

4      Q      90 for English?

5      A      I see it.

6      Q      And then an 80 for advanced PE weight

7  training S1 and a 90 for art?

8      A      Yes.

9      Q      So would you -- would you agree it's fair

10 to say you did well in school for the twenty some odd

11 days you were in detention?

12     A      Yeah.

13     Q      All right.  Thank you.  Ontario, do you

14 recall that you had a court hearing on Thursday, January

15 11th?

16     A      Yeah.

17     Q      Okay.  And do you remember that you were

18 released on home electronic monitoring on that day?

19     A      Yes.

20     Q      Okay.  Let's turn to tab 10.  Do you

21 recognize this document?

22     A      From earlier.

23     Q      From earlier, okay.  And you see there

24 are -- there's a check mark at home electronic

25 monitoring on the bottom?

 1      A       Yeah, I see that.

 2      Q       And did you understand that home

 3 electronic monitoring was a condition of your release?

 4      A       A condition.  Like what you mean by that?

 5      Q       A condition meaning that if you were

 6 going to be allowed to be released from juvenile

 7 detention, that you had to do home electronic

 8 monitoring.  Was that your understanding?

 9      A       Yeah, I think so.

10      Q       Okay.  And do you see your signature on

11 the bottom right-hand corner?

12      A       Yeah.

13      Q       Okay.  Describe for me if you will what

14 you remember about home electronic monitoring.  What

15 were you required to do?

16      A       It was -- it wasn't as depressing as

17 actually being in there, but it was still bad because it

18 was like even though I'm at home now, I still feel like

19 I can't be a kid.

20              I still can't go to school.  I can't go

21 to my after school programs.  I can't participate in

22 community activities for real, and -- nor can I go to

23 any of my friend's birthday parties or family's birthday

24 parties.

25              It was like I'm a prisoner in my own home

1    type of thing.

2         Q    Okay.  And do you recall, were you ever

3    able -- I think you were in the room when your mother

4    testified that you couldn't make a request to --

5         A    Yeah.

6         Q    -- to leave the house.  Do you remember

7    though times that you were able get out?

8         A    Yeah, it was a few times.

9         Q    Okay.  Do you remember what you did those

10   times?

11        A    One time we went to the science museum.

12        Q    Okay.

13        A    And then the other time I had got one --

14   it was a trip to VCU for art that the after school

15   program was going to, and they approved that.

16        Q    So to the best of you memory you were

17   able to leave your home only twice while you were on --

18        A    It was like three, I think.

19        Q    Okay.  Do you remember the third thing

20   you did?

21        A    I think it was my great grandma's

22   birthday dinner.

23        Q    Okay.  All right.  Let's turn over to tab

24   11, please.  And do you recognize this document from

25   earlier as well?

1    A        Yeah.

2    Q        All right.  And do you see -- if you look

3    at the second full paragraph, there's a sentence in the

4    middle of the paragraph that says the proposed

5    alternative education placement is Home Ed Services?

6    A        You said the second one?

7    Q        Yes.  The paragraph starting with as is

8    allowed by Virginia code?

9    A        Um-hum.

10    Q        Blah, blah, blah, and then if you go down

11    one line, it says the proposed alternative education

12    placement is Home Ed Services.  Do you see that?

13    A        Yeah.

14    Q        So is it your understanding that you were

15    to be on Home Ed services from the time you went on home

16    electronic monitoring and went home from juvenile

17    detention?

18    A        Say it one more time.

19    Q        So to continue your schooling, is your

20    understanding that you're to be part of the Home Ed

21    Services Program after you're released from juvenile

22    detention?

23    A        They didn't tell us that originally.

24    Well, yeah, we had to -- I had went to school one day,

25    and they -- my name was never on the roster.

1              So I asked them and it was like, yeah,

2    you're not supposed to be here, and that's how we found

3    out.

4         Q      Oh, so when you came home for home

5    electronic monitoring, you thought you could actually go

6    to school?

7         A      Yeah.

8         Q      And then they said, no, you can't be

9    here, you got to go?

10        A      Yeah.

11        Q      Okay.  Do you remember anything about

12   Home Ed Services?

13        A      It took a long time for them to find

14   somebody to teach me, but by that time it was like my

15   grades had already dropped crazy, and the next court

16   date was already coming up.

17        Q      Okay.  So Home Ed Services was supposed

18   to start on January 12, the day after you got out of

19   juvenile detention.

20              Do you recall how long it was before

21   anyone from Home Ed Services came to your home?

22        A      I think I got it like February.

23        Q      Okay.  So what were you doing all of --

24   all of January after you had gotten out of juvenile

25   detention?  Were you just home and --

```
 1          A       Pretty much.  I had logged in on my

 2   computer like twice, but since I wasn't on the roster no

 3   more, I didn't get any of the work.

 4                  So I was like, oh, they're just not

 5   giving out work out right now.  That's cool.  That's the

 6   impression I had.

 7          Q       Okay.  So when you said you logged in,

 8   did you log in to like your student, your RPS student

 9   account?

10          A       Yeah.

11          Q       And there was just no work.  Were your

12   classes still showing up?

13          A       I logged into Google, what is called,

14   Google classroom.

15          Q       Okay.

16          A       I think it's called, and there was no

17   work posted, not recently.

18          Q       Okay.  And were the -- did it still show

19   when you logged into the system?

20          A       Yeah, it showed me classes.

21          Q       Classes and everything.  Okay.

22                  MR. KRUDYS:  Kind of like just let

23   him finish.  I know you're not doing it intentionally,

24   but he's -- he's answering and you're jumping in.

25                  MR. HAMMER:  Thanks.
```

```
 1        Q       All right.  And when -- when someone did

 2   actually come from RPS Home Ed Services, you said that

 3   was in February.  Can you remember what happened with

 4   that?

 5        A       She said she was going to see if she

 6   could get the missing assignments excused since it

 7   wasn't my fault, and then she'd just pop in and ask me

 8   if I needed help with any of the work.  She would

 9   explain it if I needed it explained.

10        Q       And how often did the person from Home Ed

11   Services come to see you?

12        A       In person?

13        Q       Yes.

14        A       Twice a week, two or three times a week.

15        Q       Okay.  Did you have any e-mail or phone

16   check-ins?

17        A       Yeah, that was a daily thing, unless it

18   was a weekend.

19        Q       Okay.  All right.  And your charges were

20   ultimately dismissed on February of 20 -- dismissed

21   without prejudice on February 29 of 2024.  Is that what

22   you remember?

23        A       Yeah.

24        Q       Okay.  Let's turn quickly to Exhibit 12

25   behind tab 12, and you recognize this document from
```

 1    earlier, Ontario?

 2            A       Yeah.

 3            Q       And you see this is a letter from RPS to

 4    your mother.  Do you see where it says your child is

 5    able to return to school as of March 4, 2024, in that

 6    bottom line of the first paragraph?

 7            A       Yeah.

 8            Q       And did you return to school on that day?

 9            A       Yes, sir.

10            Q       Okay.  Tell me about the remainder of

11    your school year.  Did you feel like things had kind of

12    gotten back to normal when you got back in school?

13            A       No, sir.

14            Q       Okay.

15            A       Everything was different.  I was being

16    called a criminal, a felon, things like that, and it

17    kind of bothered me because it was like I didn't do

18    nothing.

19                    And then there was the teachers, a lot of

20    the teachers kind of looked at me crazy because they was

21    like don't be trying to steal our stuff, and I'm like

22    huh.

23                    So it kind of affected me negatively,

24    lost my friends, and it was just like a wrong thing.

25            Q       Did you have kind of an opposite reaction

1   from some of your friends and teachers that they were --

2          A      Yeah, I had some friend who were like,

3   you, we're happy to see you back.

4   I                had some teachers who were like that,

5   too, but for the most part everything got just flipped

6   upside down.

7          Q      Had you ever had any other friends that

8   had experienced something similar where they were put in

9   juvenile detention and then they got out?

10         A      Do I have friends who have done it?

11         Q      Yeah, who have been many in juvenile

12  detention for some period of time?

13         A      No, sir.

14         Q      Okay.  All right.  Well, ultimately, did

15  you graduate on time from Armstrong and receive your

16  high school diploma?

17         A      Yeah.

18         Q      Tell me about that for you, you know, you

19  had been in juvenile detention.

20                You had been on home monitoring, and you

21  got back to school and you eventually graduated.

22                Tell me about, you know, just that

23  experience and how it made you feel?

24         A      It was hard because even though they had

25  let me back, they wasn't going to let me just walk the

 1    stage.

 2            I still had to make up all the work that

 3    I missed, but they told me that I could just do two

 4    weeks worth of it and a week, and I said okay.  So I did

 5    that.

 6            And graduation, it was -- I mean, I don't

 7    really know how to explain graduation.  It was

 8    graduation.  It was good.  It was a good feeling, but I

 9    still felt like I didn't get the best out of my senior.

10    Year.

11        Q    Understood.  All right.  Let's -- let's

12    turn back to tab number 3, please.

13        A    You said number 3?

14        Q    Yes.  Do you -- are you there?  Do you

15    recognize this document?

16        A    No.

17        Q    Okay.  Well, this is a document from the

18    this litigation and it is, as the plaintiff, your

19    responses to Defendant Wyatt's first interrogatories and

20    request for production of documents.

21            So your responses in this litigation to

22    Trooper Wyatt's discovery requests, and these are

23    supplemental responses.  If you could just turn to page

24    16 for me.  Are you there?

25        A    Yeah.

```
 1            Q      Okay.  Do you see number 4 kind of in the

 2     middle top of the page?

 3            A      Yeah.

 4            Q      It says please describe in detail all

 5     damages you claim to have stuffed as a result of

 6     defendant's alleged conduct in this case.  Do you see

 7     that there?

 8            A      Yeah.

 9            Q      Okay.  And then it asks for specific

10     information about a number of different areas of

11     damages, economic damages, emotional distress,

12     reputation damage, impact on daily life, other damages.

13     Do you see that?

14            A      Yeah.

15            Q      Okay.  Let's flip over to the next page

16     and your answer.

17                        MR. KRUDYS:  Do you need a break?

18                        THE WITNESS:  No.  I'm good.  I'm

19     just yawning.

20            Q      So I would just like for you to walk me

21     through this answer, and --

22                        MR. HAMMER:  Sorry.  Go ahead, Mark.

23                        MR. KRUDYS:  I was just going to say

24     read it first, and then you can walk him through.  Take

25     your time.
```

1    Q    Take a moment to read it.

2    A    Okay.

3    Q    Okay.  So having read the answer, if you

4  could just tell me how -- we talked about it a little

5  before, but how did juvenile detention negatively impact

6  you?

7    A    It messed me up mainly mental because the

8  conditions in there are horrible, like not good living

9  conditions at all.

10        The food there is -- well, I don't know

11  how you get worse than school food, but it's worse than

12  school food.

13        Again, I don't think the AC worked, and

14  even when I got thirsty, it was like I was scared to

15  drink the water because of where -- the fact that the

16  wear is connected to the sink, I mean, to the toilet.

17        So it's like, do I want to drink it or --

18  watching them have their little gang battles in there,

19  their little gang fights in there.

20        It was kind of messed up seeing, and then

21  someone tried to kill their self in there, so that kind

22  of made me kind of see a different side of things.

23        And then you had the showering.  The

24  water was burning hot temperature water, and when you

25  were getting dressed, you just had everybody staring at

 1    you, like, just staring.

 2                It was mentally messed up.  And some of

 3    the staff there just didn't care about nothing.  It was

 4    like -- it's like you were nothing to them in a way, and

 5    it just messed with me mentally.  Yeah, mentally it just

 6    -- I think it killed me mentally to be honest.

 7        Q      All right.  If we could move to when

 8    you're on home electronic monitoring.  How did wearing

 9    an ankle monitor impact you?

10        A      It also threw me into depression a little

11    bit deeper because, yeah, I'm home now, but I still --

12    I'm trapped in my home.

13                The furthest I can go is to the trash can

14    and that's if I'm taking the trash out.

15                And that felt like -- it felt like the

16    whole situation just repeated at home, because even

17    though I'm at home, you got all my other friends in

18    school, and I'm just at home sitting there doing

19    nothing.

20                It's like, wow, I can't do anything.

21    They're going -- they're going out on little

22    get-togethers.  I can't join them.  I can't participate

23    in anything.

24                I definitely can't do anything.  I'm just

25    at home.  I'm staring at my wall for days on days on

```
 1    days on days.

 2            Q      Did any of your friends ever come by to

 3    your home and see you?

 4            A      Parents wouldn't let them.

 5            Q      Tell me about how your school life was

 6    disrupted.

 7            A      It put a halt on things, and made it a

 8    lot harder to get work done.

 9                   And when I was able to even get work, I

10    was so far behind, it was, like, the first thing that I

11    would have to learn took me probably like a month to

12    understand before I could actually pass the test for

13    that one part.

14                   And it just made it extremely hard to

15    pass.

16            Q      And if you would help me understand.  Was

17    it hard to catch back up because you had missed school?

18            A      Yeah.

19            Q      Okay.

20            A      And the fact that, like, I couldn't think

21    straight.

22            Q      I understand from documents I've reviewed

23    and the file in this case that you wanted to join the

24    Navy.

25                   How did this incident and Trooper Wyatt's
```

1    actions affect your ability to apply to join the Navy?

2         A       When I first applied everything seemed

3    good.  I had to take my ASVAB.  I passed it, and then

4    they said that I didn't -- that the background test came

5    back -- background check had came back.

6              And they said that it got denied, so,

7    yeah, I couldn't go, and then once it was expunged, it

8    was, like, I had lost my passion for it.

9         Q       And so as we talked about earlier, you

10   graduated on time.  When was it that you first played to

11   join the Navy after graduation was -- when was that if

12   you remember?

13        A       Probably the next week.

14        Q       Okay.  Do you remember how long that

15   process took before you got an answer on your

16   application?

17        A       Like a month.

18        Q       Okay.  Is joining the Navy still your

19   ultimate goal, or do you feel like that's something you

20   no longer want to do?

21        A       No, sir.  I don't think I want to do it

22   no more.  I kind of lost my trust.

23        Q       Tell me how you feel like your personal

24   trajectory in life has been altered by Trooper Wyatt's

25   actions.

```
 1            A      I know with the Christmas parade -- I
 2     knew for a fact that they give me at least one
 3     scholarship to a college.

 4

 5                   But after the arrest I got kicked off the
 6     band and things, so the scholarships that came with it,
 7     they went out the window, too.
 8                   And the Navy thing, once that got denied
 9     more than once, it was like, well, I don't really know
10     how to explain that part.  It just felt bad.  It made me
11     feel bad.
12            Q      So help me understand.  You were in a
13     Christmas parade?
14            A      Yeah.
15            Q      When was that Christmas parade?
16            A      The weekend before.  I don't know the
17     exact date or dates.
18            Q      The weekend before this incident
19     occurred?
20            A      Yeah.
21            Q      And there was some sort of you said
22     college scholarships?
23            A      Yeah.
24            Q      So if you participated in the parade, you
25     had an opportunity to get a college scholarship; is that
```

```
 1   right?

 2        A       Yeah.

 3        Q       Okay.  Do you remember the name of the

 4   parade?

 5        A       The Dominion Energy Christmas parade I

 6   think it's called.

 7        Q       Okay.  And do I understand correctly that

 8   you were offered a college scholarship?

 9        A       I didn't get the chance.

10        Q       Okay.

11        A       Everything happened too fast.

12        Q       Okay.  I see.  So just to confirm, you

13   said that everything happened too fast and so you never

14   were offered with a scholarship; is that correct?

15        A       Yeah.

16        Q       Okay.  Got it.  So you were working at

17   Sky Zone up until the time of the incident?

18        A       Yes, sir.

19        Q       And then you said you lost your job after

20   your arrest; is that right?

21        A       Yes, sir.

22        Q       Okay.  And we went over earlier that you

23   have started working at Amazon.  Can you compare the job

24   at Sky Zone with Amazon and tell me kind of about the

25   progression of your career now since the incident
```

 1    occurred?

 2                    MR. KRUDYS:  Objection as to form.

 3    You can answer.

 4        A      Like, I don't really know how to compare

 5    them.  Sky Zone was like a funner job, but Amazon is

 6    more like a whole career job than just like something to

 7    do as a teenager.

 8        Q      Are you doing better with pay at Amazon

 9    than you were at Sky Zone?

10        A      Slightly.

11        Q      Okay.  Do you feel like, you know, Amazon

12    is a huge company, right, I mean, they're massive and

13    many if not most of us interact with them on an almost

14    daily basis.

15                So do you feel like there's a path forward

16    for you Amazon?  Is that a place where you could see

17    yourself succeeding?

18        A      Not really.

19        Q      Okay.  Why is that?

20        A      Me and the managers just got two

21    different views on things.  Me -- a lot of the employees

22    and managers got a lot of different views on things.

23                So it's like sometimes it's a lot of

24    tension, like right now it's a lot of tension in the

25    building.  I just don't want to be part of that.

1    Q    All right.  And you said you were living

2  with your grandfather now; is that right?

3    A    Yes, sir.

4    Q    Now that you're working again at Amazon,

5  you're out of your mom's house and living with your

6  grandfather, are you -- are you supporting yourself

7  financially now, or --

8    A    For the most part kind of.

9    Q    Do you have to pay your grandfather rent?

10    A    Yeah, we go half and half on rent.  I pay

11  the WiFi bill and that's pretty much it, and my phone

12  bill?

13          MR. KRUDYS:  Off the record for a

14  second.

15          NOTE:  Off the record.

16          MR. HAMMER:  Sorry.  We're back on

17  the record.

18    Q    Just to confirm, Ontario, your mother

19  testified about this, but my understanding is you didn't

20  have any physical injuries as a result of the incident

21  on December 11, 2023; is that right?

22    A    No, sir.

23    Q    Okay.  So you didn't have to see a doctor

24  or anything like that?

25    A    No, sir.

1      Q      Okay.  And let's quickly before we take a

2  break, turn to exhibit 16, please.

3      A      You said exhibit 16?

4      Q      Yes, sir.  Behind tab number sixteen.

5  All right.  Are you familiar with this document?

6      A      From earlier.

7      Q      Just from earlier?

8      A      Yeah.

9      Q      Okay.  Do you see the -- do you see the

10 -- the paragraph in the middle of the page where it says

11 I, the undersigned parent or legal guardian of the above

12 named minor, hereby grant permission for representatives

13 from Armstrong Leadership Program and Care Counseling

14 and Consulting Mental Health Support, provider in

15 parens, to communicate with my child while Ontario

16 Logan-Patterson is in the Richmond Juvenile Detention

17 Center?

18     A      Yeah.

19     Q      Do you see that there.  So my

20 understanding is that while you were in juvenile

21 detention this form was for your mother to provide

22 permission for you to be able to get access to Care

23

24

25

1    Counseling Consulting for mental health.

2                   Did you -- were you able the participate

3    in the program with Care Counseling Consulting at all?

4          A    No, sir.

5          Q    Did you want go participate?

6          A    Yes, sir.

7          Q    Okay.  So why were you not able to

8    participate?

9          A    I don't think it ever got approved.

10         Q    Okay.  So you did not participate in the

11   program at all?

12         A    No, sir.

13         Q    Okay.  And then after you were released

14   from juvenile detention, have you received any mental

15   health counseling or treatment at all?

16         A    Not professionally.

17         Q    Okay.  Have you sought out any

18   professional treatment?

19         A    I did, but it was like my mom doing it,

20   and she said she didn't hear back, so I was just like

21   it's cool.

22         Q    Okay.

23         A    And I just kind of just been dealing with

24   it by myself.

25         Q    All right.  Have you received any other

```
 1    medical treatment whether for mental or physical health

 2    since the incident?

 3          A       No, sir.

 4          Q       Okay.

 5                      MR. HAMMER:  All right.  Let's take

 6    a break.  Off the record.

 7                      NOTE:  A recess is now taken;

 8    after which, the deposition continues as follows.

 9                      MR. HAMMER:  All right.  Back on the

10    record.  Everybody ready?

11          DIRECT EXAMINATION (continuing)

12    BY MR. HAMMER:

13          Q       All right.  Ontario, I just want to go

14    back to the scholarship that we were talking about a few

15    minutes ago.  Do you remember what the scholarship was

16    actually called?

17          A       No.

18          Q       Did you submit an actual application for

19    the scholarship?

20          A       I didn't get the chance.

21          Q       What do you mean when you say you didn't

22    get the chance?  What prevented you from applying?

23          A       My computer.  I had dropped it and it

24    shattered.  The screen had broke, so I couldn't really

25    use it.
```

1    Q    Okay.  So you didn't apply for the

2    scholarship because your computer broke?

3    A    Yeah.

4    Q    Okay.  And how much was the scholarship

5    for?  Do you know?

6    A    It was -- it would have been a full ride

7    band scholarship.

8    Q    A full ride band scholarship to a

9    college?

10    A    Yeah.

11    Q    Okay.  And -- but again, you don't

12    remember the name of the scholarship?  You didn't apply

13    for the scholarship?

14    A    No, sir.

15    Q    At all, and that was because your

16    computer broke?

17    A    Mostly.

18    Q    What do you mean mostly?

19    A    Because my computer broke, that's why I

20    didn't apply, but the reason I didn't get to finish

21    anything is because of the whole incident, like I

22    couldn't go to school to get it replaced or anything.  I

23    had to wait until February.

24    Q    So you didn't apply for the scholarship

25    because your school computer broke?

1      A      Yeah.  I didn't have my own personal

2   computer at the time.

3      Q      Okay.  So why couldn't you use another

4   computer to apply for the scholarship?

5      A      We didn't have another one.  It was just

6   that one.

7      Q      So there were no other computers that you

8   could -- you couldn't borrow a computer, for example,

9   from someone else?

10      A      No.

11      Q      Don't you have other friends or family

12   members with computers?

13      A      I do, but they ain't no help.

14      Q      Okay.  All right.  The -- again, I just

15   want to nail down since we haven't -- we have no idea

16   what this scholarship was.  Do you know who offered the

17   scholarship?

18      A      It was a few people.  I know VSU offered

19   one.  ODU offered one, I think, and SU offered one.

20      Q      Do you have any documentation of the

21   scholarships that were offered?

22      A      Not off the top of my head.

23      Q      Okay.  So scholarships are going to be

24   offered in writing typically.  Do you have any writings

25   of the scholarship offers?

```
1             A       No, sir.

2             Q       Okay.

3                     MR. KRUDYS:  If you want me to, I

4     can kind of help you out with this.

5                     MR. HAMMER:  Sure.

6                     MR. KRUDYS:  All right.  Following

7     the parade, did a number of the students that

8     participated in the parade receive scholarships?

9                     THE WITNESS:  Yes, sir.

10                    MR. KRUDYS:  And did they receive

11    scholarships from prestigious universities, like Norfolk

12    State, Union and ODU?

13                    THE WITNESS:  Yes, sir.

14                    MR. KRUDYS:  And during the time

15    that they were receiving scholarships, --

16                    MR. HAMMER:  All right.  Let's --

17                    MR. KRUDYS:  But you said you wanted

18    me to develop --

19                    MR. HAMMER:  Well, I'm now changing

20    my mind.

21                    MR. KRUDYS:  Okay.

22            Q       All right.  Let's to back to the incident

23    for a little bit if -- if we can, Ontario.

24                    I'd like to go back to the time period

25    where you were in Trooper Wyatt's vehicle.  What did you
```

1    see when you were first in the vehicle?  Do you recall?

2                        MR. KRUDYS:  Objection as to form.

3            A        Like can you clarify that?  What you mean

4    what I saw?

5            Q        Let me go about it a different way.  What

6    happened after you were put in Trooper Wyatt's vehicle?

7    Do you recall?

8            A        He just kept saying that I was the guy,

9    and he kept asking why I ran and who the people were

10   that were in the car.

11                       And I kept telling him, one, I didn't

12   run; two, I don't know who they are, and then he got out

13   of the car and went to talk to everybody else.

14           Q        When you were in Trooper Wyatt's vehicle,

15   did you see -- did you see Trooper Wyatt and any of the

16   other troopers questioning anyone through the front

17   windshield?

18           A        He talked to one person for like three

19   minutes.

20           Q        And that's all you recall seeing?

21           A        That's all I recall seeing out the front

22   windshield.

23           Q        All right.

24                       MR. HAMMER:  Can we just go off the

25   record for a second so I can check something here?

1              MR. KRUDYS:  Take your time.  Don't

2     worry.

3              MR. HAMMER:  Sorry.  Bear with me

4     for a few minutes.  All right.  Let's go back on the

5     record.

6          DIRECT EXAMINATION (continuing)

7     BY MR. HAMMER:

8          Q      Ontario, we got a basic idea of some of

9     the things that happened from the time that you're

10    handcuffed moving forward.

11              I want to just make sure that I fill in

12    all the details and have an understanding of everything

13    there.

14              So if we could go back to that moment in

15    time.  So when -- when you're handcuffed, can you tell

16    us exactly where you were?

17              MR. KRUDYS:  Asked and answered.

18         A      I was handcuffed like right outside the

19    door.

20         Q      Okay.

21         A      After he pulled me out of the house, and

22    then he walked me to the left down Everett Street and

23    then down Commerce to his car.

24         Q      Okay.  Did he handcuff you with your

25    hands behind your back or were they in the front?

1        A        Behind my back.

2        Q        Okay.  And were you standing when he

3   handcuffed you, or did he have you down on the ground?

4        A        He had me standing up against the wall.

5        Q        Okay.  Besides putting handcuffs on you,

6   did he use any force at all?

7        A        A little bit.

8        Q        Well, if he -- if he did, tell me what he

9   did.

10       A        It was like a, I mean, I guess that's how

11  you handcuff somebody.  I don't know how to really

12  explain it.  Kind of like they would in a movie if that

13  makes sense.

14       Q        Okay.  But he didn't force you to the

15  ground or anything like that?  He jut put handcuffs on

16  you?

17       A        No.  I just did everything he said do.

18       Q        Okay.  And who else was around when you

19  got handcuffed?

20       A        My mom and a few other troopers.

21       Q        Okay.  So it was just your mom and a few

22  other troopers.  When you say a few, do you mean --

23                  MR. KRUDYS:  When you say -- you're

24  talking about when he's paraded down Everett and

25  Commerce, but instead when the cuffs were just put on

| | |
|---|---|
| 1 | him, right?  That's what you're asking. |
| 2 | MR. HAMMER:  Well, I'm going to |
| 3 | object to the -- to the form of paraded, but, yeah, he's |
| 4 | still at the door. |
| 5 | MR. KRUDYS:  Okay. |
| 6 | MR. HAMMER:  I'm trying to |
| 7 | understand who was there. |
| 8 | MR. KRUDYS:  Okay.  Okay.  All |
| 9 | right. |
| 10 | Q      So it was Trooper Wyatt and a couple of |
| 11 | other troopers; is that correct? |
| 12 | A      Yeah. |
| 13 | Q      Or you said -- I'm sorry.  You said a |
| 14 | few; is that right? |
| 15 | A      Yes, sir. |
| 16 | Q      Okay.  So is that two troopers?  Do you |
| 17 | remember? |
| 18 | A      Three or four. |
| 19 | Q      Okay.  Your mother testified that when |
| 20 | she came to the door there were -- that Trooper Wyatt |
| 21 | had his gun pointed at her. |
| 22 | When you came to the door, what did you |
| 23 | observe?  Were there any guns pointed? |
| 24 | A      There were guns out but they weren't |
| 25 | pointed anymore. |

```
1          Q        Okay.  What does -- so state troopers and
2     other law enforcement --
3          A        It was like they were --
4          Q        Let me finish my question.
5          A        Yes, sir.
6          Q        State troopers and other law enforcement
7     officers keep their handguns in a holster on their
8     person.
9                   So are you telling me that -- that some
10    of the troopers had their handguns unholstered out of
11    the holster?
12         A        I think Wyatt's was and then everybody
13    else just had their hands on it, like they might have
14    just put it there or like they were ready to take their
15    gun out.
16         Q        Okay.  So your memory is that only Wyatt
17    had his handgun out when you came to the door?
18         A        Yes, sir.
19         Q        Okay.  So he then asked you what you had
20    been doing and then handcuffed you, correct?
21         A        He asked -- he asked why I was breathing
22    heavy.
23         Q        Okay.  Thank you.  So did he -- did he
24    just put his gun back in his holster when he went to
25    handcuff you?  Do you recall?
```

```
 1           A       Yes, sir.
 2           Q       Okay.  All right.  So take me back to the
 3   -- to when Trooper Wyatt escorted you from your door to
 4   the -- to his vehicle.
 5                   You said you went down Everett and then
 6   down Commerce to his vehicle, correct?
 7           A       Yes, sir.
 8           Q       And was it just you and Trooper Wyatt and
 9   your mother that were walking to Trooper Wyatt's
10   vehicle, or was there anyone else present?
11           A       The other state troopers weren't far
12   behind.
13           Q       They weren't far behind, the other others
14   who had been at the door?
15           A       Yes, sir.
16           Q       Okay.  And where was Trooper Wyatt in
17   relation to you when he was escorting you to the
18   vehicle?
19           A       He was holding my, like holding my arm
20   kind of guiding me where to walk.
21           Q       Okay.  And was he using -- he was just
22   guiding you.  Was he using any force at that time?
23           A       A little bit.
24           Q       Okay.  And do you recall whether or not
25   Trooper Wyatt had any conversation with you at that time
```

```
 1    when he was escorting you to his vehicle?

 2          A       He was asking me why I ran, and I just

 3    kept replying I didn't run.

 4          Q       Okay.  All right.  I would like to move

 5    the Exhibit 6, which is actually Trooper Wyatt's

 6    dashcam, so you don't have to worry about the binder,

 7    Ontario.

 8                  And I'm going to pull it up on my

 9    computer if you all can bear with me for a moment.

10                        MR. SPENCER:  How is he going to

11    see?

12                        MR. HAMMER:  I'm going to turn it

13    around to him.

14                        MR. KRUDYS:  Can you tell me where

15    in the video you're going to?

16                        MR. HAMMER:  Yeah, I'm going to the

17    try to get to 31 minutes and 56 seconds.

18          Q       Okay.  And let's make sure the volume is

19    on.  All right.  Ontario, can you see that?

20          A       Yeah.

21          Q       All right.  I am just going to --

22                        MR. HAMMER:  Can you see that, Mark?

23                        MR. KRUDYS:  Yes.

24          Q       All right.  Play this for a few seconds.

25                        NOTE:  A video is now being
```

1    played which is not reported; after which, the

2    deposition continues as follows:

3                         MR. KRUDYS:  The audio is not

4    connected with the video.

5                         MR. HAMMER:  Yeah.  Let's go off the

6    record for a second.

7                              NOTE:  Discussion off the

8    record.

9                         MR. HAMMER:  Let's go back on the

10   record.

11        Q      All I want do is play a few seconds here.

12                         NOTE:  A video is now being

13   played which is not reported; after which, the trial

14   continues as follows:

15        Q      Okay.  Ontario, as you -- the screen is

16   paused here, and that's you in the vehicle dashcam

17   there, correct?

18        A      Yeah.

19        Q      Okay.  And do you see -- that's Trooper

20   Wyatt right there.  Do you see him?

21        A      (nodding head)

22        Q      Okay.  And was that a yes?

23        A      I think that's him.

24                         MR. KRUDYS:  If you're not sure, --

25        A      I can't really tell.

1    Q      Okay.  The more important thing here, do
2  you see the three individuals?
3    A      Yeah.
4    Q      Okay.  This -- at the time that you were
5  in Trooper Wyatt's vehicle, do you know who those three
6  individuals were?
7    A      No, sir.
8    Q      Did you know that they were the
9  passengers?
10   A      Not until Wyatt said something.
11   Q      Okay.
12   A      No.  My mom said something first.
13   Q      Actually, let me make sure you can still
14  see this as we're talking through these questions.
15         So you did not know at this point in time
16  that these three individuals were the passengers in the
17  Dodge Charger; is that correct?
18   A      I don't believe so.
19   Q      Okay.  Are you aware that one of these
20  passengers said that the driver of the Charger was
21  someone named Zay?
22   A      No, sir, not until later.
23   Q      So you are aware, but you didn't become
24  aware until later; is that right?
25   A      Yeah.

Deposition of Ontario Logan-Patterson                    Ontario Logan-Patterson v.Travis Scott Wyatt

1        Q        Okay.  Do you know anyone named Zay?

2        A        Do I know anyone named Zay?

3        Q        Yes.

4        A        I know an Xavier, but he doesn't -- what

5    is it called?  He wasn't in that area, nor is he the

6    size of the dude or skin tone of the dude.

7        Q        So you know someone named Xavier.  Is his

8    nickname Zay?

9        A        Yeah, but he wasn't -- at the time he

10   didn't drive, so that was ruled out, and again, he's

11   nothing built like the dude that was running.

12                        MR. KRUDYS:  My understanding is Zay

13   is a common name.

14       Q        Okay.  This individual you know who's

15   named Xavier, is he a friend of yours?

16       A        Not close.

17       Q        Pardon me?

18       A        Not close.

19       Q        Not close but he is a friend?

20       A        I wouldn't say friend, but he like

21   somebody that I talked to like twice at school.

22       Q        Okay.  So he went to Armstrong High

23   School?

24       A        Yeah, but I don't think these are the

25   same people.

```
 1          Q     What do you mean by I don't think it was
 2    the same people?
 3          A     They not -- they're not the same height.
 4    They're not built the same.
 5          Q     All right.  So you said Xavier is not
 6    really a friend.  Would you consider him an
 7    acquaintance?
 8          A     What do you mean by that, like, I think
 9    I'm taking it wrong.
10                    MR. KRUDYS:  Yeah, I'm kind of
11    confused.  Are you doing the criminal investigation now?
12                    Are you trying to complete the loop
13    and find out who the driver of the vehicle is?
14                    What is the questioning about?  As I
15    understand it, Zay is a very common name, and so it's
16    like do you know --
17                    MR. HAMMER:  All right.  This --
18    this is starting to sound like another speaking
19    objection.
20                    MR. KRUDYS:  Well, it's -- no.  This
21    is starting to sound like you're conducting a criminal
22    investigation.  How is Zay at all relevant to our case?
23                    MR. HAMMER:  It's not something that
24    I need to go into right now.  I'm entitled ask him these
25    questions.
```

```
 1              MR. KRUDYS:  So if we go to Judge
 2   Lauck and say that you're asking questions about
 3   something that is totally irrelevant, it seems like
 4   you're trying to conduct a criminal investigation,
 5   you're response is going to be, no, I didn't answer
 6   Mark's question at the time.  That's fine.  We'll go on
 7   from here.
 8              MR. HAMMER:  All right.
 9        Q    So you have a -- you know someone named
10   Xavier, is that -- that's what you said?
11        A    I know like three Xaviers, yeah.
12        Q    You know like three Xaviers, okay.  And
13   -- okay.  All right.
14              Ontario, we just saw the dashcam footage
15   from shortly after you're placed in the -- in Trooper
16   Wyatt's patrol car.
17              Can you tell us what else you remember
18   from the time period that you were in his car?
19              MR. KRUDYS:  Objection as to form.
20   Vague and ambiguous.
21        A    Can you repeat that, like word it
22   differently?
23        Q    Once Trooper Wyatt placed you in his
24   patrol car, what happened?
25              MR. KRUDYS:  Objection.  Vague and
```

1    ambiguous.

2         A      He just kept asking questions about -- he

3    weren't asking questions.  He was more so trying to get

4    me to say that I did it, and I kept telling him I didn't

5    do it.

6               And then he started asking if I knew who

7    the people in the car were, and I kept telling him no.

8         Q      All right.  While you were in the -- in

9    Trooper Wyatt's vehicle, do you recall -- do you recall

10   him asking you if he could take a DNA swab from you?

11        A      Yeah.

12        Q      And what did you tell him?

13        A      I didn't think I had a choice.  I thought

14   I had to say yes.

15        Q      But what did you tell him?

16        A      I said yes.  That's what I thought I had

17   to say.

18        Q      Okay.  And after he told you that you

19   were being released and he unhandcuffed you and let you

20   out of the vehicle, did he at some point attempt to take

21   a DNA swab of you?

22        A      Yes.

23        Q      Okay.  Was he able to get a swab in your

24   mouth?

25        A      No.  My momma told him no.

1    Q    Okay.  Your mom told him no.  Was there

2    anyone else around at the time that was telling Trooper

3    Wyatt not to take a swab?

4    A    Yes, sir.

5    Q    Okay.  Who was that?

6    A    My uncle.

7    Q    Okay.  So Trooper Wyatt attempted to take

8    a swab, but your uncle and mother told him no, and so

9    then he wasn't able to; is that right?

10   A    Yes, sir.

11   Q    Okay.  Let's move over to again these

12   Instagram messages on Exhibit 14, please.

13              MR. KRUDYS:  And I'm sorry.  What

14   did you mark the video as?  What exhibit is that?

15              MR. HAMMER:  Six.

16              MR. KRUDYS:  Okay.

17              MR. HAMMER:  Yes.

18              MR. KRUDYS:  And how do I get a copy

19   of that?

20              MR. HAMMER:  I was going to provide

21   a digital copy to our court reporter.

22              MR. KRUDYS:  Well, can you e-mail it

23   to me?

24              MR. HAMMER:  I'll have to put it on

25   a network folder, but sure, yeah, no problem.

```
 1                MR. KRUDYS:  Thank you.
 2        Q      Okay.  Ontario, we're just going to go
 3   through a series of Instagram messages.
 4                My understanding from the cover page to
 5   the Instagram chat that your counsel produced is that on
 6   these messages, messages sent from you as you see on
 7   that page have an O.  Do you understand that?
 8        A      Yeah.
 9        Q      And then also some of the messages that
10   you sent are from name Bate -- can you pronounce it for
11   me, Bate Viaz?
12        A      Bate -- yeah, Bate Viaz.
13        Q      Bate Viaz.  Okay.  Could you turn to in
14   the bottom right-hand corner page 20, and this is a
15   series of group messages.  Do you see O, Hobo Joe, is it
16   Terrell?
17        A      Yeah.
18        Q      And Keyy2x, and then you again as Bate
19   Viaz.  Can you tell me who Hobo Joe is?
20        A      A friend named Brandon.
21        Q      Okay.  And who's Terrell?
22        A      Terrell is a friend named Terrell.
23        Q      And Keyy2x?
24        A      Another friend.  His name is Keonye.
25        Q      Say that one more time for me.
```

```
 1              A       His name is Keonye.

 2              Q       Keonye, okay.  What does Bate Viaz mean?

 3              A       So I watched -- well, I played a lot of

 4    UFC, like video game wise, and my favorite person was

 5    Nate Diaz.

 6                      So I was like how can I put Nate Diaz

 7    differently as my Instagram name.  So I changed the N

 8    out for a B and the D out for a V.  Bate Viaz.

 9              Q       Okay.  So Bate Viaz is kind of your own

10    version of a UFC fighter?

11              A       Yeah.

12              Q       Name from the video game?

13              A       Yeah.

14              Q       Okay.  And you said Hobo Joe is Brandon.

15    What's Brandon's last name?

16              A       Copper.

17              Q       Copper, C-O-P-P-E-R?

18              A       Yeah.

19              Q       Okay.  And Terrell?

20              A       Bond.

21              Q       Vaughan?

22              A       Bond.

23              Q       Bond.  Sorry.  And Keonye?

24              A       I don't know his last name.

25              Q       Okay.  And are all these --
```

1          A      Gaming friends.

2          Q      -- persons friends from school?

3          A      No, friends from the game.

4          Q      Oh, friends from the game.  What game --

5     so what game is that?

6          A      We met on GTA, and then we just started

7     playing.

8          Q      So are these people that you've ever been

9     around in the real world or just your virtual gaming

10    environment?

11         A      Just virtual gaming.

12         Q      Okay.  So you don't -- do you know

13    anything about them other than what you know from the

14    gaming environment?

15         A      A little bit.

16         Q      Like do you know where they live, for

17    example?

18         A      I know Brandon and Keonye live in

19    Maryland and Terrell lives in Detroit.

20         Q      Okay.  But you've gotten to be friends

21    with them through the game?

22         A      Yeah.

23         Q      And then chatting on Instagram?

24         A      Yeah.

25         Q      Okay.  Flip to 234 for me.  And we're

1    going to go through the same messages that you observed

2    me go through with your mom earlier.

3              Do you see at the bottom there the July

4    6th message there that says, guys, I'm going to finally

5    be driving legal?

6         A      Yeah.

7         Q      And then if we flip to the next page from

8    the bottom, but I lowkey like driving without a license.

9    it's fun, but I lowkey like driving without a license.

10   Just explain to me why you were saying that?

11        A      Cool points I guess, and the fact that we

12   drive on the game.

13             I have a steering wheel at my mom 's

14   house, so I would always be like driving without a

15   license type of thing.  But before that, it was more so

16   for like cool points.  I don't be driving for real.

17        Q      So you're talking about driving without a

18   license playing a video game?

19        A      At lot of the things in that group chat

20   are video game related.

21        Q      Okay.  I guess I'm just confused because

22   you don't need a license to drive on a video game,

23   right?

24        A      Depending on the game.  Grand Tourismo

25   you have to get a different license every time you try

1    to race, which is what the steering wheel for, but in

2    that case it was more so for cool points.

3           Q      What do you mean by cool points?

4           A      Like just trying to seem cooler than I

5    am, I guess.

6           Q      Okay.  Trying to seem cool to your -- to

7    your friends?

8           A      Yeah, I guess.  The best way to put it I

9    think.

10          Q      Okay.  So the last message you said, but

11   I lowkey like driving without a license or a learner's,

12   so are there learner's permits that you can get on any

13   of these games?

14          A      Grand Tourismo you can.

15          Q      Okay.  All right.  Let's flip over to the

16   next page, 236, if you don't mind.

17                 And again, this is where Hobo Joe sent --

18   sent a reel on Instagram, which is a video.  Do you

19   remember what the reel was?

20          A      It was a picture after a -- no.  It was a

21   video of a dude driving with his mom, and every time he

22   tapped the gas and pulled away from a stop sign, she

23   started screaming.

24          Q      Okay.  And so the next message you say me

25   when my momma used to let me drive her car?

```
 1         A      Yes.  She was trying to get me to learn
 2   how to drive, so she started letting me drive to the
 3   stop sign, probably a quarter block.
 4               That lasted like an hour before she said
 5   you're never driving this car again.
 6         Q      All right.  All right.  Let's go to 214.
 7   And before we do, let me just follow up.
 8               So you were just telling us about your
 9   mother letting you drive to the stop sign.  Can you tell
10   us the first time you've driven a car?  When was that?
11         A      17, like October of 2023.  It was -- she
12   took me to an empty parking lot.
13         Q      Um-hum.
14         A      And she was like you have to learn how to
15   drive some day, and I'm going to let you try to drive
16   and see where you stand at because you play a lot of
17   driving games, so I'm going to hope you know something.
18               I didn't know how to.  I didn't know how
19   the take the car out of neutral or anything.
20         Q      Okay.  So October of 2023, she was
21   teaching you how to drive in a parking lot.
22               And do you have a driver's license now as
23   we sit here today?
24         A      No.  I have to stay away from the cars
25   I'm working on my studying.
```

1        Q        Okay.  Have you ever driven a car by

2    yourself?

3        A        No, sir.

4        Q        Have you ever driven any other cars

5    except for your mother's car?

6        A        No, sir.

7        Q        Have you ever driven a car with someone

8    other than your mother?

9        A        No, sir.

10        Q        Okay.

11        A        Wait.  My grandfather and my mother once.

12        Q        So they were both in the car with you

13    together?

14        A        Yeah.

15        Q        Okay.  And are you still wanting to get

16    your driver's license now or have you -- you don't want

17    to do that?

18        A        I want to get it so I can get to work

19    easier because right now aim just Ubering and stuff, but

20    other than that, I'm not really in a rush.

21        Q        Okay.  All right.  Let's get back to this

22    --

23                    MR. KRUDYS:  Let's take a break.

24    Why don't you step outside for just a second.  Step

25    outside.  Just go outside.  I'll call you back in, in

1    just a minute.

2                            NOTE:  The witness departs the

3    conference room.

4                            MR. KRUDYS:  What are all these

5    questions about?  I mean you have the -- are you -- tell

6    me what you're asking for.

7                            Are you persisting with the

8    viewpoint that he was the driver of the car?  Is that

9    what we're asking?

10                           MR. HAMMER:  I'm not going to

11   pretend like we know anything with certainty in this --

12   I'm sorry.  Are we still on the record?

13                           MR. KRUDYS:  Yeah, yeah.

14                           MR. HAMMER:  I'm not going to

15   pretend that we know anything with certainty in this

16   case, and so, yeah, I'm exploring all the facts because

17   there's a bunch of messages from Ontario that are

18   talking about driving without a license.

19                           MR. KRUDYS:  You just took his

20   computer.  You looked at his phone.  You found that he

21   was at the places exactly where he said he was.

22                           Are we -- are we literally -- are

23   you literally persisting with the claim that he's not 0-

24   that he was driver of the other vehicle?

25                           MR. HAMMER:  I'm not making any

 1   claims in this case.  I'm defending Trooper Wyatt.

 2                   MR. KRUDYS:  Why are you asking

 3   these questions?  What relevance does it have as to when

 4   he drove and when he didn't drive?

 5                   What relevance, other than to

 6   persist with the claim that he was the driver of the

 7   car?  That's the only -- that's what you're pursuing,

 8   right?

 9                   MR. HAMMER:  Yeah, Trooper Wyatt

10   absolutely thought he was the driver of the car.  I

11   mean, it's a big aspect of what this case is about.

12                   MR. KRUDYS:  It's not what he --

13   you're asking the questions today after you have all of

14   this evidence and information.

15                   We're well beyond what Wyatt was

16   thinking at the time.  If you continue to persist with

17   this claim, I think it -- well, --

18                   MR. HAMMER:  Again, it's not a

19   claim.

20                   MR. KRUDYS:  You're taking up his

21   entire afternoon asking about driving when you have more

22   than enough evidence to show that he was not the driver

23   of the car, unless you -- but I'm giving you an

24   opportunity to tell me is that what you're persisting

25   with?

Deposition of Ontario Logan-Patterson                                      Ontario Logan-Patterson v.Travis Scott Wyatt

 1                      MR. HAMMER:  Can we -- let me chat

 2       with my colleagues here.

 3                      MR. KRUDYS:  I mean, the whole

 4       deposition is kind of like along the lines of that very

 5       thing.

 6                      I mean, other things like about the

 7       time in the detention home I get it, in terms of that,

 8       but these -- all of these questions are perpetuating

 9       this claim that he was the driver of the car when you

10       have no basis to do that, none whatsoever.

11                      And so if you're going to tell me

12       that you feel that that's the case, let me know because

13       I think what you're doing is sanctionable.

14                      In the persisting this is just as

15       frivolous as anything I've ever seen.  And you keep

16       doing this in connection with the case, and so just give

17       me -- tell me that that's what you're doing.

18                      And I want to follow up with Judge

19       Lauck on this because what you're doing is ridiculous.

20                      You have absolutely no basis to

21       think he was driving the car, but I'm giving you an

22       opportunity to tell me that you're asking these

23       questions for some other reason other than that.

24                      MR. BROWN:  Do you want to consult

25       with me about this, because I feel very strongly about

```
 1    this as to what he's saying, so I can answer it.

 2                    So why don't we consult and I'll

 3    give you an answer for this.

 4                    MR. KRUDYS:  No.  There's a huge

 5    void of no response.  I'm going to call my client back

 6    in.  The record has been made as to what went on in

 7    connection with and how we persisted with our claim.

 8                    And our damages should be not only

 9    that he was locked up and put in there on an ankle

10    monitor, but he had to deal with all of the -- of what

11    your office is doing to him right now.  Come on back in.

12                    NOTE:  The witness comes back

13    in the conference room.

14                    MR. HAMMER:  All right.  Can we now

15    go off the record so I can figure out how I'd like to

16    proceed, please.

17                    MR. KRUDYS:  What are you -- I gave

18    you an opportunity to talk with my client not here, so

19    it wouldn't in any way --

20                    MR. HAMMER:  I didn't have an

21    opportunity to consult with my colleagues.

22                    MR. KRUDYS:  Do you need to talk to

23    your colleagues about why you're asking questions?  I

24    would think you would know that.

25                    MR. HAMMER:  I think I'd like to
```

```
 1    have the opportunity to consult with my colleagues.  Can
 2    we go off the record, please.
 3                      NOTE:   A brief recess is now
 4    taken; after which, the deposition continues as follows:
 5                      MR. HAMMER:  All right.  Are we back
 6    on the record here?
 7                      MR. BROWN:  Well, are you -- are you
 8    going to be addressing what he was saying, because he
 9    might want to have his client exit then.
10                      MR. HAMMER:  Yeah, let's quickly
11    address that and then put it to bed hopefully.
12                      MR. KRUDYS:  Do you want him to step
13    out?
14                      MR. HAMMER:  Yes, please.
15                      MR. KRUDYS:  All right.
16                      NOTE:  The witness now leaves
17    the conference room.
18                      MR. HAMMER:  All right.  So, yeah,
19    just in response, Mark, you know, what I believe and how
20    we're moving forward in the litigation and our strategy
21    and those sort of things, I'm certainly not going to
22    talk about in this deposition.
23                      And at the end of the day as you're,
24    you know, aware Trooper Wyatt believed he had probable
25    cause to, you know, to arrest -- to detain and later to
```

1    seek charges against Ontario.

2                    And so I'm exploring issues like can

3    he drive, did he have the opportunity to drive, and

4    asking him questions about, for example, his driving

5    history and when he learned to drive.

6                    While the Instagram messages may be

7    after the incident, what I was exploring was his ability

8    to drive, and so I think that's more than appropriate

9    and my personal view, you know, frankly, I am not going

10   to discuss here.  So I think we can move on.

11                   MR. KRUDYS:  So let me just put on

12   the record that as plaintiff's counsel I'm well aware of

13   my obligations to not persist with claims that I know to

14   be inaccurate.

15                   Your -- I don't -- did Wyatt ever

16   ask him about any of this information?  I don't think

17   so; although, he persisted in saying that he didn't even

18   know how to drive.

19                   Wyatt never explored that.  So what

20   you're doing today is just kind of exploring it from a

21   perspective of -- his perspective is that you're once

22   again accusing him of this.

23                   And you're gaining information that

24   he feels that like you're trying to bring a claim

25   against him after he sat unjustly in a detention center

1    for a long period of time.

2                        You guys would all freak out if

3    somebody in your family had been whisked out of high

4    school in a senior year and put into a detention center,

5    and yet you're doing that same thing right now, that

6    same thing.

7                        And in connection with this case,

8    I'm going to give to the jury the transcript of this

9    deposition.  Come on back in.

10                       NOTE:  The witness enters the

11   conference room.

12       DIRECT EXAMINATION (continuing)

13   BY MR. HAMMER:

14       Q     All right.  Just one more group of

15   messages that I'd like to go over, Ontario.

16             If you could turn to page 237 on Exhibit

17   14.  All right.  And these messages chronologically go

18   from bottom to top as you're looking at the page.

19             Do you see the bottom from you, O, on

20   December 11th at four p.m., that doesn't have any

21   content?

22       A     Yeah.

23       Q     And I understand your mother is

24   ImResetkita, write so this is an exchange between you

25   and her on this page?

Deposition of Ontario Logan-Patterson                    Ontario Logan-Patterson v.Travis Scott Wyatt

1       A       Yeah.

2       Q       Is that right?

3       A       Yes, sir.

4       Q       And it says -- she says Michael said

5   don't put nothing on social media just yet.  You

6   respond, oh, okay.  I deleted it and then she liked your

7   message.  Is all that accurate?

8       A       Yes.

9       Q       Can you just tell me and confirm what

10  your mother testified to earlier about this?

11              What is she talking about in terms of

12  putting things on social media?

13      A       After all of it was, like, after the

14  handcuffs had got taken off, I had a mark on my wrist

15  that was from the handcuffs being so tight on them.

16              And they had -- the mark had set there

17  for like a good little minute, so eventually I just took

18  a picture of it and posted it.

19              Her caption was wrong, but it had said

20  shaking my head.  We got to get better.  And then she

21  was like Michael said don't post nothing, so I deleted

22  it, and I let her know that I deleted it.

23      Q       And remind me again who Michael is.

24      A       My uncle.

25      Q       Okay.  I understand that you had knee

1    surgery.  Your mother told me -- told us that you had

2    two knee surgeries on each of your knees.  Do you recall

3    having knee surgery in June of 2023?

4             A     Yes.

5             Q     Okay.  And I understand you had to do

6    physical therapy after your knee surgery.

7                   Can you just tell me where you were in

8    that process as of December 11th of 2023?

9                   Were you, you know, fully able to -- to

10   walk and run normally at that point in time?  Where were

11   you with your physical therapy?

12            A     I was to a point where I could walk a

13   long distance, but I couldn't run, like I could probably

14   run like two feet before it started to become like

15   painful.

16                  So they were working on rebuilding and

17   strengthening my leg, and the running in general as to

18   where the treadmill came in.

19                  And after the Christmas parade even

20   though they had cleared me for it, I shouldn't have did

21   that either because the pain afterwards lasted like a

22   week.

23            Q     Okay.  And again, this Christmas parade

24   was the weekend before the incident; is that correct?

25            A     Yes.

```
 1          Q       And the Christmas parade just involved a
 2    lot of walking?
 3          A       Yeah, a lot of walking while carrying my
 4    Sousaphone.
 5          Q       Okay.  Whether it was advised by your
 6    doctors or physical therapists or not, did you run
 7    sometimes at that time?
 8          A       No, I was scared.
 9          Q       Okay.  Did you jog?
10          A       No.
11          Q       Okay.  Just walking?
12          A       Just walked.  I mean, we would speed walk
13    every now and then.
14          Q       Okay.
15                      MR. HAMMER:  All right.  I think
16    that's all I have.
17                      MR. KRUDYS:  Okay.  I just have a
18    few questions based upon that.
19          CROSS EXAMINATION
20    BY MR. KRUDYS:
21          Q       You stated at one time that you should
22    not have run back to the townhouse.  Why did you say
23    that?
24          A       Because my legs were already in pain from
25    the parade, so me running only made the pain worse.
```

1    Q    Is that the first time you recall running

2    when you were going back into the apartment to shut the

3    door?

4    A    Yes, sir.

5    Q    And how did you feel subsequently in the

6    days and weeks thereafter?

7    A    I felt a bunch of sharp pains in my

8    knees.

9    Q    When you're wearing the home electronic

10   monitor, the ankle monitor, did you look at your

11   mother's reaction, look at her eyes when she saw you

12   wearing that?

13   A    She cried.

14   Q    And How did you feel when you saw her a

15   cry?

16   A    Like a son that disappointed his mother.

17   Q    How did you feel when you were being

18   taken down Everett and then turned on to Commerce --

19   first off, is Commerce Street, were there cars going

20   back and forth?

21   A    Yeah.

22   Q    And the handcuffs were in front of you;

23   is that right?

24   A    No, they were behind me.

25   Q    Oh, I'm sorry.  They were behind you.  So

1    there are spaces, like parking spaces that are there.

2                    Can you count about how many parking

3    spaces you had to walk down Commerce Street in order to

4    get to the police cruiser?  I mean, approximately.

5           A      22.

6           Q      And during that period of time, were

7    there cars driving back and forth on Commerce Street?

8           A      Yes, sir.

9           Q      And so you're walking down the street

10   with handcuffs in front of your hands and being escorted

11   by a state trooper with a coterie of state troopers

12   behind you?

13          A      Yes, sir.

14          Q      By coterie I mean a group of state

15   troopers behind you.

16          A      Yes.

17          Q      And how did that feel?

18          A      It was embarrassing.

19          Q      Would it -- would you describe it as

20   humiliating?

21          A      Yeah.

22          Q      Can you remember that in your mind right

23   now, that event walking down the street?

24          A      Yeah, every night.

25          Q      When you say every night, what do you

```
 1    mean by that?

 2          A       Like if I try to go to sleep, some part

 3    of the whole incident plays back.

 4          Q       You know, there are people when they're

 5    freshman, sophomore, juniors and all, they look forward

 6    to that senior year.

 7                  A whole bunch of stuff happens in that

 8    senior year.  Would you agree with that?

 9          A       Yes, sir.

10          Q       So how do you feel having spent your

11    senior year in being excused of a crime and sitting in a

12    detention center and then on a home monitor, ankle

13    monitor?

14          A       Depressed.

15          Q       When you talked about looking at the

16    wall, why did you describe looking at wall?

17          A       It was just like -- it was kind of

18    soothing because looking at nothing made my mind

19    somewhat clear, but for the most part I just stared at a

20    wall.  There was nothing else I could really do.

21          Q       So after the parade, the Dominion parade,

22    did a number of your classmates -- well, first off, who

23    did you understand to be in attendance at the parade

24    from any local colleges?

25          A       Oh, what is this boy's name?  Lordy.  oh,
```

1  and it's a fairly common name I think.

2          Q       Well, I guess what I'm asking, did you

3  understand representatives of colleges to be present at

4  the parade?

5          A       Yeah.

6          Q       And why were these representatives from

7  colleges present at the parade.  What did you

8  understand?

9          A       I knew that some of them were there like

10  to scout because it wasn't just band people.  You had

11  football scouts there and basketball scouts, things like

12  that.

13          Q       Right.

14          A       And then you had some -- I don't know if

15  BMX bikes, like the competitive part, I don't if they

16  have scouts, but I know there was people with them that

17  were there, too.

18                  So it was like it was people from

19  everywhere that gave you a better opportunity.

20          Q       I take it there's a number of tuba

21  players.  There's a number of -- you described a wide

22  variety of instruments that you played.

23                  Where were you amongst the other players

24  as a leader and a top player in the band?

25                          MR. HAMMER:  Objection to form.

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 103 of 123 PageID#
306
Deposition of Ontario Logan-Patterson                          Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1         A        For Armstrong?

 2         Q        Yeah.

 3         A        For Armstrong I was the head tuba player

 4    and for all city band, which is who I marched with, I

 5    was second major in tuba, which is like right underneath

 6    the head person for the tuba section.

 7         Q        And then how do you think you would have

 8    faired applying for scholarships while sitting in the

 9    detention center.

10                  MR. HAMMER:  Objection to form.

11         A        I feel like I would have got the

12    scholarship.

13         Q        But for sitting in the detention center.

14                  MR. HAMMER:  Objection to form.

15         A        It was just like -- repeat that again.

16         Q        Yeah.  How did you think that these

17    colleges would perceive you if you applied for a

18    scholarship while you were being charged with a variety

19    of crimes and sitting in a juvenile detention.

20                  MR. HAMMER:  Objection to form.

21         A        As some hood rat.

22         Q        Some what?

23         A        Hood rat.

24         Q        How do you think it would have affected

25    your ability to get a scholarship?
```

```
 1        A        Negatively.

 2                    MR. HAMMER:  Objection to form.

 3        Q        And why do you feel that way?

 4        A        Because of the charges that were against

 5  me at the time.

 6        Q        You had said Wyatt kept pressuring you

 7  while you were sitting in the car to say that you did

 8  it.  Did you ever hear your mom outside protesting that

 9  you were just a juvenile, that you were under 18?

10        A        Yes, sir.

11        Q        Did -- did Wyatt ever permit your mom to

12  sit in the car while he was asking you all these

13  questions?

14        A        No, sir.

15                    MR. KRUDYS:  Thank you for your time

16  and attention.  We'll -- like I said, we'll read and

17  sign.  We'll order both copies.  He's going to order

18  them.  I'll get a copy.

19                    MR. HAMMER:  Time out.  Before --

20  before we leave, I'd just like to follow up on one

21  quick, very quick point.

22        REDIRECT EXAMINATION

23  BY MR. HAMMER:

24        Q        Earlier you testified, Ontario, that Care

25  Counseling and Consulting, the mental health provider
```

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 105 of 123 PageID#
308
Deposition of Ontario Logan-Patterson                          Ontario Logan-Patterson v.Travis Scott Wyatt

 1    that -- that that was never approved.

 2                    Do you know if you all actually submitted

 3    an application?

 4         A      I don't know anything that was going on

 5    outside while I was inside.  I was just going off of

 6    what I was told.

 7         Q      Okay.  You just know that -- that you

 8    didn't receive any care from Care Counseling and

 9    Consulting; is that right?

10         A      Yes, sir.

11                    MR. HAMMER:  Okay.  No further

12    questions.

13                    NOTE:  With the consent of the

14    witness and by agreement of counsel for the respective

15    parties, the reading and signing of the deposition by

16    the witness is hereby not waived.

17

18    AND FURTHER THIS DEPONENT SAITH NOT.

19                    NOTE:  The deposition

20    concluded at 4:00 p.m.  Exhibits 1, 3, 5, 6, 8, 10, 11,

21    12, 14, 16 and 18 are marked at the conclusion of the

22    deposition.

23

24

25

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 106 of 123 PageID#
309
Deposition of Ontario Logan-Patterson                    Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1   STATE OF_____,

 2   CITY/COUNTY OF_____, to-wit:

 3

 4        I, Ontario Logan-Patterson, do hereby certify

 5   that I have read the foregoing pages of typewritten

 6   matter numbered 5 through 104, and that the same

 7   contains a true and correct transcript of the deposition

 8   given by me on the 16th day of April, 2025, at Richmond,

 9   Virginia, to the best of my knowledge and belief.

10

11

12   _____    _____

13   Date                Ontario Logan-Patterson

14

15        Subscribed and sworn to before

16   me this_____day of_____, 2025.

17

18        _____

19        Notary Registration No. ____

20        My Commission Expires_____

21

22

23

24

25
```

```
1   CMW   ERRATA SHEET

2         Deposition of Ontario Logan-Patterson

3         April 16, 2025

4

5   PAGE:   Line:   As Transcribed:   Change to:

6   _____   _____   _____   _____

7   _____   _____   _____   _____

8   _____   _____   _____   _____

9   _____   _____   _____   _____

10  _____   _____   _____   _____

11  _____   _____   _____   _____

12  _____   _____   _____   _____

13  _____   _____   _____   _____

14  _____   _____   _____   _____

15  _____   _____   _____   _____

16  _____   _____   _____   _____

17  _____   _____   _____   _____

18  _____   _____   _____   _____

19  _____   _____   _____   _____

20  _____   _____   _____   _____

21  _____   _____   _____   _____

22  _____   _____   _____   _____

23  _____   _____   _____   _____

24  _____   _____   _____   _____

25  _____   _____   _____   _____
```

Deposition of Ontario Logan-Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

1  COMMONWEALTH OF VIRGINIA,

2  COUNTY OF CHESTERFIELD, to-wit:

3

4          I, Claudia M. Whisenand, a Notary Public for

5  the Commonwealth of Virginia at Large, do hereby certify

6  that the foregoing deposition of Ontario Logan-Patterson

7  was duly taken and sworn to before me at the time and

8  place set out in the caption hereto.

9          Further, that the transcript is, to the best

10  of my ability, a true and correct record of the

11  proceedings, and that there were eleven exhibits marked

12  by me during the taking hereof.

13          Given under my hand this 20th day of April,

14  2025.

15          *Claudia M. Whisenand*

16  _____

17          CLAUDIA M. WHISENAND
            Notary Registration No. 291277
18

19

20
    My Commission expires:
21  October 31, 2025

22

23

24

25

## WORD INDEX

**< 0 >**
**0**  88:*23*

**< 1 >**
**1**  4:*4*  104:*20*
**1:00**  1:*14*
**10**  4:*9*  42:*20*  104:*20*
**103**  3:*4*
**104**  4:*4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14*  105:*6*
**11**  4:*10*  44:*24*  60:*21*  104:*20*
**1-11-2024**  41:*12*
**11th**  11:*21*  13:*24*  14:*4*  19:*20*  42:*15*  94:*20*  96:*8*
**12**  4:*11*  46:*18*  48:*24, 25*  104:*21*
**12-21-2023**  41:*11*
**14**  4:*12*  80:*12*  94:*17*  104:*21*
**15**  19:*13*
**16**  1:*14*  4:*13*  51:*24*  61:*2, 3*  104:*21*  106:*3*
**16th**  105:*8*
**17**  86:*11*
**18**  4:*14*  22:*10*  26:*16*  103:*9*  104:*21*

**< 2 >**
**20**  19:*13*  48:*20*  81:*14*
**202**  2:*3*
**2020**  1:*16, 22*
**2022**  9:*7*
**2023**  11:*21*  13:*24*  14:*4*  38:*1*  60:*21*  86:*11, 20*  96:*3, 8*
**2024**  9:*1*  48:*21*  49:*5*
**2025**  1:*14*  105:*8, 16*  106:*3*  107:*14, 21*
**20th**  38:*1*  107:*13*
**214**  86:*6*
**22**  99:*5*
**23219**  1:*22*  2:*3*
**234**  83:*25*

**236**  85:*16*
**237**  94:*16*
**2635**  9:*25*  10:*5, 15*
**29**  48:*21*
**291277**  107:*17*

**< 3 >**
**3**  4:*5*  51:*12, 13*  104:*20*
**3:24-cv-526**  1:*6*
**304**  10:*18*  11:*20*  13:*13*
**31**  73:*17*  107:*21*

**< 4 >**
**4**  49:*5*  52:*1*
**4:00**  18:*19, 20*  19:*1*  104:*20*
**4:30**  18:*20*  19:*1*
**40**  29:*12, 13*

**< 5 >**
**5**  3:*4*  4:*6*  104:*20*  105:*6*
**50**  29:*12, 13*
**5'10**  31:*10*
**5'11**  31:*10*
**56**  73:*17*
**5'6**  31:*13*
**5'7**  31:*4*
**5'8**  31:*4, 15*

**< 6 >**
**6**  4:*7*  31:*14*  73:*5*  104:*20*
**6th**  84:*4*

**< 7 >**
**73**  41:*19, 20, 23*

**< 8 >**
**8**  4:*8*  40:*24*  104:*20*
**80**  42:*6*
**85**  42:*2*

**< 9 >**
**90**  42:*4, 7*
**919**  1:*22*
**97**  3:*4*

**9th**  2:*3*  10:*18*  11:*20*  13:*13*

**< A >**
**a.m**  6:*12*
**ability**  56:*1*  93:*7*  102:*25*  107:*10*
**able**  24:*10, 11*  29:*13*  33:*10*  39:*15*  44:*3, 7, 17*  49:*5*  55:*9*  61:*22*  62:*2, 7*  79:*23*  80:*9*  96:*9*
**absolutely**  89:*10*  90:*20*
**AC**  53:*13*
**access**  61:*22*
**accident**  21:*22*
**account**  47:*9*
**accurate**  95:*7*
**accusing**  93:*22*
**acquaintance**  77:*7*
**ACTION**  1:*6*
**actions**  56:*1, 25*
**activities**  43:*22*
**actual**  23:*14*  63:*18*
**address**  10:*21*  92:*11*
**addressing**  92:*8*
**adjacent**  11:*19*  23:*16*
**advanced**  42:*6*
**advised**  97:*5*
**affect**  56:*1*
**afternoon**  89:*21*
**ago**  28:*24*  29:*1*  63:*15*
**agree**  42:*9*  100:*8*
**agreement**  104:*14*
**ahead**  36:*15*  52:*22*
**aim**  87:*19*
**aimed**  25:*3*  34:*8*  35:*5*
**ain't**  65:*13*
**alarm**  14:*6, 7*
**alleged**  52:*6*
**allowed**  43:*6*  45:*8*
**altered**  56:*24*
**alternative**  45:*5, 11*
**Amazon**  8:*8, 9*  9:*1, 4*  58:*23, 24*  59:*5, 8, 11, 16*  60:*4*
**Amazon's**  8:*16*

**ambiguous**  78:*20*  79:*1*
**and/or**  6:*14*
**ankle**  54:*9*  91:*9*  98:*10*  100:*12*
**answer**  6:*23*  52:*16, 21*  53:*3*  56:*15*  59:*3*  78:*5*  91:*1, 3*
**answered**  35:*4*  68:*17*
**answering**  6:*22*  47:*24*
**anybody**  37:*17*
**anymore**  70:*25*
**apartment**  16:*2, 6, 14*  98:*2*
**apartments**  16:*7*
**apologies**  36:*7*
**APPEARANCES**  1:*18*
**application**  56:*16*  63:*18*  104:*3*
**applied**  56:*2*  102:*17*
**apply**  56:*1*  64:*1, 12, 20, 24*  65:*4*
**applying**  63:*22*  102:*8*
**appropriate**  93:*8*
**approved**  44:*15*  62:*9*  104:*1*
**approximately**  99:*4*
**April**  1:*14*  105:*8*  106:*3*  107:*13*
**area**  10:*4, 7*  39:*8, 12, 16, 24*  40:*3, 7, 11, 12, 13*  76:*5*
**areas**  52:*10*
**arm**  35:*12, 14*  72:*19*
**Armstrong**  8:*3*  50:*15*  61:*13*  76:*22*  102:*1, 3*
**arrest**  9:*8*  57:*5*  58:*20*  92:*25*
**art**  42:*7*  44:*14*
**asked**  9:*20, 22*  15:*3*  34:*17, 20*  35:*2, 10*  46:*1*  68:*17*  71:*19, 21*
**asking**  22:*16*  36:*21*  67:*9*  70:*1*  73:*2*  78:*2*  79:*2, 3, 6, 10*  88:*6, 9*  89:*2, 13, 21*  90:*22*

91:*23*  93:*4*  101:*2*
103:*12*
**asks**  52:*9*
**aspect**  89:*11*
**assignments**  48:*6*
**assume**  5:*23*  31:*1*
**ASVAB**  56:*3*
**attempt**  79:*20*
**attempted**  80:*7*
**attendance**  100:*23*
**attention**  103:*16*
**Attorney**  2:*2*
**audio**  7:*15*  74:*3*
**August**  9:*1*
**average**  31:*2, 3*
**aware**  5:*16*  75:*19, 23,
24*  92:*24*  93:*12*
**awhile**  14:*24*

**< B >**
**back**  14:*20, 23*  15:*17*
*17:24*  23:*13, 25*
*24:21, 23, 25*  25:*6, 7,
9, 15, 25*  26:*1, 15, 21*
*27:23, 24*  28:*1, 11, 12,
23*  29:*16*  32:*1, 2, 5*
*34:7*  36:*5, 6, 9*  38:*15,
16, 20*  40:*7*  49:*12*
*50:3, 21, 25*  51:*12*
*55:17*  56:*5*  60:*16*
*62:20*  63:*9, 14*  66:*22,
24*  68:*4, 14, 25*  69:*1*
*71:24*  72:*2*  74:*9*
*87:21, 25*  91:*5, 11, 12*
*92:5*  94:*9*  97:*22*
*98:2, 20*  99:*7*  100:*3*
**background**  7:*18*
*56:4, 5*
**bad**  13:*21*  43:*17*
*57:10, 11*
**bag**  23:*25*  24:*3*
**band**  11:*14*  57:*6*
*64:7, 8*  101:*10, 24*
*102:4*
**barely**  11:*10*
**based**  97:*18*
**basic**  68:*8*
**basically**  8:*13*
**basis**  59:*14*  90:*10, 20*
**basketball**  101:*11*

**Bate**  81:*10, 11, 12, 13,
18*  82:*2, 8, 9*
**battles**  53:*18*
**Bear**  68:*3*  73:*9*
**bed**  39:*3, 22*  92:*11*
**beginning**  1:*14*  14:*4*
**belief**  105:*9*
**believe**  31:*5*  32:*10*
*38:3*  75:*18*  92:*19*
**believed**  92:*24*
**best**  13:*3*  16:*21*
*26:19*  31:*12, 14*
*44:16*  51:*9*  85:*8*
*105:9*  107:*9*
**better**  27:*15*  33:*17*
*59:8*  95:*20*  101:*19*
**beyond**  89:*15*
**big**  89:*11*
**biggest**  11:*7*
**bikes**  101:*15*
**bill**  60:*11, 12*
**binder**  40:*19, 23*  73:*6*
**birthday**  12:*25*
*43:23*  44:*22*
**bit**  19:*14*  27:*14*
*37:23*  38:*15*  40:*18*
*54:11*  66:*23*  69:*7*
*72:23*  83:*15*
**black**  15:*7, 9, 20, 21,
22*  29:*25*  30:*15*
**Blah**  45:*10*
**block**  86:*3*
**blue**  20:*20*
**BMX**  101:*15*
**Bond**  82:*20, 22, 23*
**borrow**  65:*8*
**bother**  6:*17*
**bothered**  49:*17*
**bottom**  41:*16*  42:*25*
*43:11*  49:*6*  81:*14*
*84:3, 8*  94:*18, 19*
**boy's**  100:*25*
**Brandon**  81:*20*
*82:14*  83:*18*
**Brandon's**  82:*15*
**break**  6:*11, 14, 20*
*37:18*  52:*17*  61:*2*
*63:6*  87:*23*
**breakfast**  38:*15*
**breathe**  34:*15*

**breathing**  34:*18, 20*
*35:3, 11*  71:*21*
**brief**  92:*3*
**bring**  93:*24*
**broke**  63:*24*  64:*2, 16,
19, 25*
**Brown**  2:*2*  90:*24*
*92:7*
**build**  31:*20*
**building**  8:*14*  59:*25*
**built**  76:*11*  77:*4*
**bunch**  17:*24*  41:*19*
*88:17*  98:*7*  100:*7*
**burning**  53:*24*
**bus**  14:*8*

**< C >**
**cafeteria**  38:*13*
**call**  5:*8*  87:*25*  91:*5*
**called**  5:*2, 9, 12*
*14:13*  21:*11, 14*
*32:12*  33:*1, 21*  34:*5,
6*  47:*13, 16*  49:*16*
*58:6*  63:*16*  76:*5*
**calls**  17:*21*
**Calvin**  2:*2*
**caption**  95:*19*  107:*8*
**car**  15:*13*  21:*22*
*22:8*  23:*24*  36:*18, 20*
*37:2, 4, 11, 14*  67:*10,
13*  68:*23*  78:*16, 18,
24*  79:*7*  85:*25*  86:*5,
10, 19*  87:*1, 5, 7, 12*
*88:8*  89:*7, 10, 23*
*90:9, 21*  103:*7, 12*
**care**  13:*7*  54:*3*
*61:13, 22*  62:*3*
*103:24*  104:*8*
**career**  58:*25*  59:*6*
**carrying**  97:*3*
**cars**  86:*24*  87:*4*
*98:19*  99:*7*
**cartoons**  15:*8*
**case**  13:*23*  40:*20*
*52:6*  55:*23*  77:*22*
*85:2*  88:*16*  89:*1, 11*
*90:12, 16*  94:*7*
**catch**  55:*17*
**cause**  92:*25*

**caveat**  6:*21*
**celebrate**  16:*22*
**cell**  38:*17*
**Center**  41:*8*  61:*17*
*93:25*  94:*4*  100:*12*
*102:9, 13*
**Certainly**  12:*14*
*92:21*
**certainty**  88:*11, 15*
**certify**  105:*4*  107:*5*
**cetera**  41:*20, 25*
**chairs**  39:*7*
**chance**  58:*9*  63:*20,
22*
**Change**  106:*5*
**changed**  20:*5*  33:*23*
*82:7*
**changing**  66:*19*
**characterization**  12:*7*
**charged**  102:*18*
**Charger**  11:*17*  20:*21*
*75:17, 20*
**charges**  48:*19*  93:*1*
*103:4*
**chart**  41:*24*
**chase**  24:*9*  25:*8, 17*
*36:9*
**chasing**  21:*19, 20*
*22:1*  23:*6*  24:*7*  29:*2*
**chat**  17:*23, 25*  18:*5*
*81:5*  84:*19*  90:*1*
**chatting**  18:*9, 13*
*83:23*
**check**  28:*8*  42:*24*
*56:5*  67:*25*
**check-ins**  48:*16*
**CHESTERFIELD**
*107:2*
**child**  49:*4*  61:*15*
**choice**  79:*13*
**Christmas**  57:*1, 13,
15*  58:*5*  96:*19, 23*
*97:1*
**chronologically**  94:*17*
**chunks**  14:*2*
**City**  10:*3*  102:*4*
**CITY/COUNTY**
*105:2*
**CIVIL**  1:*6*

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 111 of 123 PageID#
314
Deposition of Ontario Logan-Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

**claim**  52:5  88:23
89:6, 17, 19  90:9
91:7  93:24
**claims**  89:1  93:13
**clarify**  12:13  67:3
**classes**  38:16  47:12,
20, 21
**classmates**  100:22
**classroom**  47:14
**classrooms**  39:2
40:14
**Claudia**  1:12  107:4,
17
**clear**  100:19
**cleared**  96:20
**clearly**  6:5, 9
**client**  91:5, 18  92:9
**close**  12:15  25:17, 23
30:23  31:8  76:16, 18,
19
**closer**  18:7  19:18
31:9
**closest**  16:21  29:6
**clothes**  15:3  20:3, 5
33:23, 25
**clue**  18:15
**CMW**  106:1
**code**  45:8
**Cold**  38:7, 8
**colleagues**  90:2
91:21, 23  92:17
**college**  57:3, 22, 25
58:8  64:9
**colleges**  100:24
101:3, 7  102:17
**color**  15:18  30:13
**come**  17:11  25:4
28:14  34:7  38:18, 21
48:2, 11  55:2  91:11
94:9
**comes**  91:12
**comfortable**  25:2
**coming**  23:9, 12, 13
46:16
**Commerce**  11:18, 19
20:21  23:16, 20
24:15, 16  29:3  68:23
69:25  72:6  98:18, 19
99:3, 7

**Commission**  105:20
107:17
**common**  39:24  40:3,
6  76:13  77:15  101:1
**COMMONWEALTH**
107:1, 5
**communicate**  61:15
**communication**  7:7
**community**  43:22
**company**  59:12
**compare**  58:23  59:4
**comparison**  22:17
**competitive**  101:15
**Complete**  1:10  77:12
**complex**  16:6
**complies**  27:5, 18
**computer**  47:2  63:23
64:2, 16, 19, 25  65:2,
4, 8  73:9  88:20
**computers**  65:7, 12
**concluded**  104:20
**conclusion**  104:21
**condition**  43:3, 4, 5
**conditions**  53:8, 9
**conduct**  52:6  78:4
**conducting**  77:21
**conference**  88:3
91:13  92:17  94:11
**confined**  38:24
**confirm**  58:12  60:18
95:9
**confused**  77:11  84:21
**confusing**  27:14
**connected**  53:16  74:4
**connection**  90:16
91:7  94:7
**consent**  104:13
**consider**  77:6
**consistent**  27:17
**consistently**  18:6
**console**  11:5
**consult**  90:24  91:2,
21  92:1
**Consulting**  61:14
62:1, 3  103:25  104:9
**contains**  105:7
**content**  94:21
**continue**  45:19  89:16
**continued**  24:8

**continues**  63:8  74:2,
14  92:4
**continuing**  63:11
68:6  94:12
**conversation**  36:19
72:25
**cool**  5:10  47:5
62:21  84:11, 16  85:2,
3, 6
**cooler**  85:4
**Cooper**  2:1
**copies**  103:17
**Copper**  82:16, 17
**C-O-P-P-E-R**  82:17
**copy**  80:18, 21
103:18
**corner**  23:10  41:16
43:11  81:14
**correct**  8:5  9:8
23:16  34:24  37:11
38:2  39:10  58:14
70:11  71:20  72:6
74:17  75:17  96:24
105:7  107:10
**correctly**  58:7
**coterie**  99:11, 14
**Counsel**  1:23  2:4
7:5  81:5  93:12
104:14
**Counseling**  61:13
62:1, 3, 15  103:25
104:8
**count**  99:2
**County**  8:19  107:2
**couple**  70:10
**course**  41:24
**COURT**  1:1, 13, 18
5:21  42:14  46:15
80:21
**cover**  81:4
**covered**  31:25
**covering**  30:10
**crazy**  46:15  49:20
**cried**  98:13
**crime**  100:11
**crimes**  102:19
**criminal**  49:16
77:11, 21  78:4
**CROSS**  3:3  97:19

**cruiser**  99:4
**cry**  98:15
**cuff**  36:5
**cuffs**  69:25
**cups**  32:24
**currently**  8:5  9:24
**custody**  38:1
**cycle**  38:22

**< D >**
**daily**  48:17  52:12
59:14
**damage**  52:12
**damages**  52:5, 11, 12
91:8
**dancing**  17:1
**dark**  15:19  19:19, 22
**darker**  30:2
**dashcam**  7:12, 16
73:6  74:16  78:14
**dashcams**  7:15
**date**  13:23  41:11
46:16  57:17  105:13
**dates**  57:17
**daughter**  13:13
17:10
**day**  14:4, 10  16:21
18:10, 25  34:2  38:5
40:11  42:18  45:24
46:18  49:8  86:15
92:23  105:8  107:13
**days**  42:11  54:25
55:1  98:6
**deal**  91:10
**dealing**  62:23
**December**  11:20
13:24  14:4  19:20
38:1  60:21  94:20
96:8
**decided**  25:25  27:20
29:3
**decision**  27:7
**deeper**  54:11
**Defendant**  1:8, 12
2:4  5:3, 17  51:19
**defendant's**  52:6
**defending**  89:1
**definitely**  54:24
**Deldrika**  15:12  17:1

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 112 of 123 PageID#
315
Deposition of Ontario Logan-Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

19:*2*, *5*
**deleted** 95:*6*, *21*, *22*
**denied** 56:*6* 57:*8*
**departs** 88:*2*
**Depending** 84:*24*
**deponent** 5:*1* 104:*18*
**deposes** 5:*4*
**deposition** 1:*11*, *17*
7:*1* 40:*22* 41:*4* 63:*8*
74:*2* 90:*4* 92:*4*, *22*
94:*9* 104:*15*, *19*, *22*
105:*7* 106:*2* 107:*6*
**Depressed** 100:*14*
**depressing** 43:*16*
**depression** 54:*10*
**describe** 21:*25* 25:*24*
30:*10* 36:*1* 43:*13*
52:*4* 99:*19* 100:*16*
**described** 101:*21*
**describing** 23:*19*, *20*
29:*1*
**detail** 12:*18* 52:*4*
**details** 68:*12*
**detain** 92:*25*
**detention** 37:*24* 38:*6*
40:*17* 41:*8* 42:*11*
43:*7* 45:*17*, *22* 46:*19*,
*25* 50:*9*, *12*, *19* 53:*5*
61:*16*, *21* 62:*14* 90:*7*
93:*25* 94:*4* 100:*12*
102:*9*, *13*, *19*
**Detroit** 83:*19*
**develop** 66:*18*
**diagram** 26:*4*
**Diaz** 82:*5*, *6*
**different** 49:*15*
52:*10* 53:*22* 59:*21*,
*22* 67:*5* 84:*25*
**differently** 78:*22*
82:*7*
**digital** 80:*21*
**dinner** 44:*22*
**diploma** 8:*1* 50:*16*
**DIRECT** 3:*3* 5:*5*
63:*11* 68:*6* 94:*12*
**directing** 41:*5*
**direction** 24:*1*
**disappointed** 98:*16*
**discovery** 51:*22*

**discuss** 93:*10*
**Discussion** 74:*7*
**dishes** 20:*1*, *11*, *17*
24:*24*, *25* 28:*16* 32:*3*,
*4*
**dismissed** 48:*20*
**disrupted** 55:*6*
**distance** 29:*9* 96:*13*
**distress** 52:*11*
**DISTRICT** 1:*1*
**DIVISION** 1:*1*, *2*
**DNA** 79:*10*, *21*
**doctor** 60:*23*
**doctors** 97:*6*
**document** 4:*4*, *5*, *6*, *9*,
*10*, *13*, *14* 40:*24*
41:*16* 42:*21* 44:*24*
48:*25* 51:*15*, *17* 61:*5*
**documentation** 65:*20*
**documents** 7:*3*
40:*20*, *25* 41:*5*, *21*
51:*20* 55:*22*
**Dodge** 11:*17* 20:*20*
75:*17*
**doing** 17:*18* 20:*9*
28:*18* 32:*3* 46:*23*
47:*23* 54:*18* 59:*8*
62:*19* 71:*20* 77:*11*
90:*13*, *16*, *17*, *19*
91:*11* 93:*20* 94:*5*
**Dominion** 9:*15* 58:*5*
100:*21*
**door** 22:*4*, *5* 24:*20*,
*22* 25:*14* 28:*2*, *8*, *9*
33:*21* 34:*20* 35:*2*, *16*,
*17* 37:*3* 39:*15*, *19*
68:*19* 70:*4*, *20*, *22*
71:*17* 72:*3*, *14* 98:*3*
**doors** 39:*1*
**dorms** 39:*3*
**Doswell** 9:*17*
**downstairs** 34:*5*, *7*,
*11*, *19*
**dressed** 14:*21* 15:*4*,
*6*, *10* 53:*25*
**drink** 53:*15*, *17*
**drive** 16:*8* 76:*10*
84:*12*, *22* 85:*25* 86:*2*,
*9*, *15*, *21* 89:*4* 93:*3*, *5*,
*8*, *18*

**driven** 86:*10* 87:*1*, *4*,
*7*
**driver** 75:*20* 77:*13*
88:*8*, *24* 89:*6*, *10*, *22*
90:*9*
**driver's** 86:*22* 87:*16*
**driving** 84:*5*, *8*, *9*, *14*,
*16*, *17* 85:*11*, *21* 86:*5*,
*17* 88:*18* 89:*21*
90:*21* 93:*4* 99:*7*
**dropped** 46:*15* 63:*23*
**drove** 19:*5* 89:*4*
**drugs** 6:*7*
**dude** 34:*10* 76:*6*, *11*
85:*21*
**dudes** 13:*7*
**duly** 5:*3* 107:*7*

**< E >**
**ear** 32:*21*, *25*
**earlier** 10:*2* 20:*18*,
*22* 34:*2* 42:*22*, *23*
44:*25* 49:*1* 56:*9*
58:*22* 61:*6*, *7* 84:*2*
95:*10* 103:*24*
**early** 38:*12*
**easier** 87:*19*
**East** 1:*16*, *22* 10:*18*
11:*20* 13:*13*
**EASTERN** 1:*1*
**eat** 17:*3* 20:*15* 38:*14*
**eaten** 20:*14*
**economic** 52:*11*
**Ed** 45:*5*, *12*, *15*, *20*
46:*12*, *17*, *21* 48:*2*, *10*
**education** 7:*24* 41:*8*
45:*5*, *11*
**either** 96:*1*
**electronic** 42:*18*, *24*
43:*3*, *7*, *14* 45:*16*
46:*5* 54:*8* 98:*9*
**Eleven** 15:*16*, *23*
107:*12*
**e-mail** 48:*15* 80:*22*
**embarrassing** 99:*18*
**emotional** 13:*20*
52:*11*
**employees** 59:*21*
**employment** 9:*14*

**empty** 86:*12*
**ended** 11:*17* 20:*21*
**Energy** 58:*5*
**enforcement** 71:*2*, *6*
**English** 42:*4*
**enrolled** 41:*11*
**entail** 8:*12*
**enters** 94:*10*
**entire** 9:*14*, *21* 89:*21*
**entitled** 77:*24*
**environment** 83:*10*,
*14*
**ERRATA** 106:*1*
**escorted** 72:*3* 99:*10*
**escorting** 72:*17* 73:*1*
**Esq** 1:*18* 2:*1*, *2*
**estimate** 29:*10* 31:*12*,
*14*
**et** 41:*20*, *25*
**evening** 11:*23* 20:*20*
**event** 99:*23*
**eventually** 50:*21*
95:*17*
**Everett** 68:*22* 69:*24*
72:*5* 98:*18*
**everybody** 17:*1*
53:*25* 63:*10* 67:*13*
71:*12*
**everybody's** 27:*16*
**evidence** 89:*14*, *22*
**exact** 18:*12* 57:*17*
**exactly** 18:*11* 68:*16*
88:*21*
**EXAMINATION** 5:*5*
63:*11* 68:*6* 94:*12*
97:*19* 103:*22*
**example** 26:*2* 65:*8*
83:*17* 93:*4*
**exchange** 94:*24*
**Excuse** 6:*9* 11:*18*
15:*22* 17:*3*
**excused** 48:*6* 100:*11*
**Exhibit** 4:*4*, *5*, *6*, *7*, *8*,
*9*, *10*, *11*, *12*, *13*, *14*
26:*16* 48:*24* 61:*2*, *3*
73:*5* 80:*12*, *14* 94:*16*
**Exhibits** 104:*20*
107:*11*
**exit** 92:*9*

experience 50:*23*
experienced 50:*8*
Expires 105:*20*
  107:*17*
explain 12:*18* 48:*9*
  51:*7* 57:*10* 69:*12*
  84:*10*
explained 48:*9*
explored 93:*19*
exploring 88:*16* 93:*2,
  7, 20*
expunged 56:*7*
extremely 55:*14*
eyes 30:*6, 17, 24*
  98:*11*

< F >
face 29:*14, 20, 22*
  30:*11, 16*
facial 30:*5, 8*
facility 8:*16* 38:*8*
fact 53:*15* 55:*20*
  57:*2* 84:*11*
facts 88:*16*
fair 6:*2* 17:*12* 41:*1*
  42:*9*
faired 102:*8*
fairly 101:*1*
familiar 10:*1* 61:*5*
family 65:*11* 94:*3*
family's 43:*23*
far 29:*7* 55:*10*
  72:*11, 13*
fast 37:*22* 58:*11, 13*
fault 48:*7*
favorite 82:*4*
features 30:*5*
February 9:*7* 46:*22*
  48:*3, 20, 21* 64:*23*
feel 12:*14* 43:*18*
  49:*11* 50:*23* 56:*19,
  23* 57:*11* 59:*11, 15*
  90:*12, 25* 98:*5, 14, 17*
  99:*17* 100:*10* 102:*11*
  103:*3*
feeling 51:*8*
feels 93:*24*
feet 29:*11, 13* 31:*6,
  10* 96:*14*
felon 49:*16*

felt 51:*9* 54:*15*
  57:*10* 98:*7*
Fifteen 16:*10*
fighter 82:*10*
fights 53:*19*
figure 23:*2* 39:*14*
  91:*15*
file 55:*23*
fill 68:*11*
finally 12:*1* 84:*4*
financially 60:*7*
find 46:*13* 77:*13*
fine 5:*13* 6:*16* 12:*9*
  27:*13* 78:*6*
finish 6:*23* 24:*24*
  28:*15* 33:*13* 47:*23*
  64:*20* 71:*4*
finished 24:*25* 32:*4*
Firm 1:*15, 21*
first 5:*3* 9:*15* 22:*5*
  23:*9* 27:*11, 17* 37:*9*
  41:*24* 49:*6* 51:*19*
  52:*24* 55:*10* 56:*2, 10*
  67:*1* 75:*12* 86:*10*
  98:*1, 19* 100:*22*
five 6:*12* 10:*9, 12*
  17:*13* 19:*18, 20* 21:*8*
  25:*1*
flip 41:*14* 52:*15*
  83:*25* 84:*7* 85:*15*
flipped 50:*5*
focus 13:*8*
folder 80:*25*
follow 86:*7* 90:*18*
  103:*20*
following 36:*25* 66:*6*
follows 5:*4* 63:*8*
  74:*2, 14* 92:*4*
food 53:*10, 11, 12*
foot 11:*24* 24:*14*
footage 78:*14*
football 101:*11*
force 69:*6, 14* 72:*22*
foregoing 105:*5*
  107:*6*
forgive 9:*19*
forgot 26:*17*
form 6:*1* 59:*2*
  61:*21* 67:*2* 70:*3*

78:*19* 101:*25* 102:*10,
  14, 20* 103:*2*
formed 27:*7*
forth 17:*24* 98:*20*
  99:*7*
forward 13:*23* 37:*23*
  59:*15* 68:*10* 92:*20*
  100:*5*
found 46:*2* 88:*20*
four 23:*17* 70:*18*
  94:*20*
frankly 93:*9*
freak 94:*2*
free 11:*1* 38:*19*
  39:*8* 40:*6*
freshman 100:*5*
friend 50:*2* 76:*15,
  19, 20* 77:*6* 81:*20, 22,
  24*
friends 18:*7* 49:*24*
  50:*1, 7, 10* 54:*17*
  55:*2* 65:*11* 83:*1, 2, 3,
  4, 20* 85:*7*
friend's 43:*23*
frightened 25:*19*
  27:*20* 28:*14*
frivolous 90:*15*
front 15:*8* 28:*9*
  34:*20* 37:*10* 40:*19*
  67:*16, 21* 68:*25*
  98:*22* 99:*10*
full 29:*20* 45:*3* 64:*6,
  8*
fully 96:*9*
fun 84:*9*
funner 59:*5*
further 104:*11, 18*
  107:*9*
furthest 54:*13*
fussing 37:*4, 6*

< G >
gaining 93:*23*
game 11:*2, 3, 9* 32:*7,
  8, 13, 16* 33:*20* 82:*4,
  12* 83:*3, 4, 5, 21*
  84:*12, 18, 20, 22, 24*
games 11:*3* 85:*13*
  86:*17*

Gaming 83:*1, 9, 11,
  14*
gang 53:*18, 19*
gas 85:*22*
gathering 16:*15, 18*
  17:*4, 13, 16* 18:*17, 22*
  19:*7* 20:*14*
General 2:*2* 96:*17*
geometry 42:*2*
getting 25:*17* 53:*25*
get-togethers 54:*22*
give 29:*10* 57:*2*
  90:*16* 91:*3* 94:*8*
given 105:*8* 107:*13*
giving 47:*5* 89:*23*
  90:*21*
go 7:*7, 18* 11:*15*
  19:*24* 24:*9, 23* 25:*15*
  26:*1, 12, 15* 27:*8*
  29:*3* 36:*6, 15* 38:*15,
  16, 20* 40:*7, 22* 43:*20,
  22* 45:*10* 46:*5, 9*
  52:*22* 54:*13* 56:*7*
  60:*10* 62:*5* 63:*13*
  64:*22* 66:*24* 67:*5, 24*
  68:*4, 14* 74:*5, 9*
  77:*24* 78:*1, 6* 81:*2*
  84:*1, 2* 86:*6* 87:*25*
  91:*15* 92:*2* 94:*15, 17*
  100:*2*
goal 56:*19*
godbrother 16:*19*
godmom 15:*12*
godmom's 16:*14*
goes 23:*13*
going 5:*8, 23* 6:*17*
  12:*6* 14:*14* 16:*1, 14*
  19:*25* 24:*15, 16*
  27:*17* 33:*7* 36:*6, 11*
  40:*21* 43:*6* 44:*15*
  48:*5* 50:*25* 52:*23*
  54:*21* 65:*23* 70:*2*
  73:*8, 10, 12, 15, 16, 21*
  78:*5* 80:*20* 81:*2*
  84:*1, 4* 86:*15, 17*
  88:*10, 14* 90:*11* 91:*5*
  92:*8, 21* 93:*9* 94:*8*
  98:*2, 19* 103:*17*
  104:*4, 5*

Case 3:24-cv-00526-MHL    Document 25-2    Filed 05/09/25    Page 114 of 123 PageID#
317
Deposition of Ontario Logan-Patterson                    Ontario Logan-Patterson v.Travis Scott Wyatt

**Good**  5:*11*, *14*  22:20
  29:*9*  37:*18*, *19*, *21*
  51:*8*  52:*18*  53:*8*
  56:*3*  95:*17*
**Google**  47:*13*, *14*
**gotten**  21:*2*  46:*24*
  49:*12*  83:*20*
**grab**  23:*25*  24:*3*
**grabbed**  35:*12*, *14*
  36:*3*
**grades**  46:*15*
**graduate**  50:*15*
**graduated**  50:*21*
  56:*10*
**graduation**  51:*6*, *7*, *8*
  56:*11*
**Grand**  84:*24*  85:*14*
**grandfather**  10:*22*
  60:*2*, *6*, *9*  87:*11*
**grandma's**  44:*21*
**grant**  61:*12*
**Great**  6:*25*  12:*19*
  44:*21*
**grew**  12:*21*
**ground**  69:*3*, *15*
**group**  17:*23*, *25*  18:*5*
  81:*15*  84:*19*  94:*14*
  99:*14*
**grow**  7:*19*
**GTA**  32:*10*  83:*6*
**guardian**  61:*11*
**Guess**  15:*7*  22:*14*
  39:*14*  69:*10*  84:*11*,
  *21*  85:*5*, *8*  101:*2*
**guiding**  72:*20*, *22*
**gun**  70:*21*  71:*15*, *24*
**guns**  25:*3*  34:*7*, *14*
  35:*5*  70:*23*, *24*
**guy**  67:*8*
**guys**  33:*12*  84:*4*
  94:*2*
**gym**  38:*19*

**< H >**
**hair**  29:*19*  30:*8*
**half**  13:*5*  60:*10*
**Halloween**  9:*11*
**halt**  55:*7*
**Hammer**  2:*1*  5:6, *16*
  7:*8*  12:*9*  22:*19*  26:5,

  *9*, *12*, *15*  27:*13*  37:*17*
  41:*6*  47:*25*  52:*22*
  60:*16*  63:*5*, *9*, *12*
  66:*5*, *16*, *19*  67:*24*
  68:*3*, *7*  70:*2*, *6*  73:*12*,
  *16*, *22*  74:*5*, *9*  77:*17*,
  *23*  78:*8*  80:*15*, *17*, *20*,
  *24*  88:*10*, *14*, *25*  89:*9*,
  *18*  90:*1*  91:*14*, *20*, *25*
  92:*5*, *10*, *14*, *18*  94:*13*
  97:*15*  101:*25*  102:*10*,
  *14*, *20*  103:*2*, *19*, *23*
  104:*11*
**hand**  36:*3*, *5*  107:*13*
**handcuff**  68:*24*
  69:*11*  71:*25*
**handcuffed**  68:*10*, *15*,
  *18*  69:*3*, *19*  71:*20*
**handcuffs**  35:*13*, *24*
  36:*2*, *17*  69:*5*, *15*
  95:*14*, *15*  98:*22*
  99:*10*
**handgun**  71:*17*
**handguns**  71:*7*, *10*
**hands**  36:*4*  68:*25*
  71:*13*  99:*10*
**happen**  21:*22*  24:*14*
**happened**  11:*23*
  14:*2*, *5*  20:*24*  23:*3*,
  *22*  24:*6*, *14*  25:*10*
  28:*6*  33:*20*  34:*4*
  35:*10*  36:*1*, *16*  37:*1*
  48:*3*  58:*11*, *13*  67:*6*
  68:*9*  78:*24*
**happens**  100:*7*
**happy**  50:*3*
**hard**  50:*24*  55:*14*, *17*
**harder**  55:*8*
**head**  8:*6*  17:*8*  32:*15*,
  *21*, *25*  33:*6*  35:*25*
  65:*22*  74:*21*  95:*20*
  102:*3*, *6*
**Health**  61:*14*  62:*1*,
  *15*  63:*1*  103:*25*
**hear**  33:*1*, *5*, *10*  37:*3*
  62:*20*  103:*8*
**heard**  21:*1*, *9*, *16*, *22*
**hearing**  42:*14*
**heat**  38:*11*

**heavy**  31:*17*  34:*15*,
  *18*, *21*  35:*3*, *11*  71:*22*
**height**  31:*2*  77:*3*
**he'll**  33:*14*
**help**  48:*8*  55:*16*
  57:*12*  65:*13*  66:*4*
**helpful**  18:*14*  26:*8*
  27:*19*
**Henrico**  8:*18*, *19*, *21*
**hereof**  107:*12*
**hereto**  107:*8*
**High**  7:*25*  8:*1*
  50:*16*  76:*22*  94:*3*
**highest**  7:*23*
**history**  9:*14*  93:*5*
**hit**  22:*7*
**Hobo**  81:*15*, *19*
  82:*14*  85:*17*
**holding**  72:*19*
**holster**  71:*7*, *11*, *24*
**home**  10:*17*  11:*19*
  14:*10*, *18*  16:*9*  19:*6*,
  *10*, *17*, *24*  20:*3*, *9*, *15*,
  *23*  21:*2*, *6*, *23*  23:*16*
  24:*18*  28:*13*  36:*7*
  42:*18*, *24*  43:*2*, *7*, *14*,
  *18*, *25*  44:*17*  45:*5*, *12*,
  *15*, *16*, *20*  46:*4*, *12*, *17*,
  *21*, *25*  48:*2*, *10*  50:*20*
  54:*8*, *11*, *12*, *16*, *17*, *18*,
  *25*  55:*3*  90:*7*  98:*9*
  100:*12*
**honest**  54:*6*
**hood**  102:*21*, *23*
**hoodie**  15:*8*
**hope**  86:*17*
**hopefully**  92:*11*
**horrible**  53:*8*
**hot**  53:*24*
**hour**  86:*4*
**house**  10:*13*  16:*2*
  19:*11*  24:*21*  25:*10*,
  *12*  26:*1*, *21*  28:*5*
  32:*2*  35:*21*, *22*, *23*
  36:*15*  44:*6*  60:*5*
  68:*21*  84:*14*
**housekeeping**  11:*16*
**huge**  59:*12*  91:*4*
**huh**  49:*22*

**humiliating**  99:*20*

**< I >**
**idea**  22:*14*  65:*15*
  68:*8*
**immediately**  22:*3*
  25:*4*
**impact**  52:*12*  53:*5*
  54:*9*
**important**  75:*1*
**impression**  47:*6*
**ImResetkita**  94:*24*
**inaccurate**  93:*14*
**incident**  11:*22*  12:*4*
  13:*20*  25:*11*  55:*25*
  57:*18*  58:*17*, *25*
  60:*20*  63:*2*  64:*21*
  66:*22*  93:*7*  96:*24*
  100:*3*
**individual**  76:*14*
**individuals**  75:*2*, *6*, *16*
**information**  52:*10*
  89:*14*  93:*16*, *23*
**initially**  23:*22*
**injuries**  60:*20*
**inside**  19:*24*  21:*23*
  25:*15*  27:*8*  28:*12*
  29:*3*  32:*1*  35:*21*, *23*
  36:*7*, *8*, *9*, *15*  38:*16*
  104:*5*
**Instagram**  18:*1*, *3*
  80:*12*  81:*3*, *5*  82:*7*
  83:*23*  85:*18*  93:*6*
**instance**  1:*12*
**instinct**  25:*13*
**instruments**  101:*22*
**intentionally**  47:*23*
**interact**  59:*13*
**interesting**  13:*1*
**International**  8:*23*
**interrogatories**  51:*19*
**intersection**  11:*18*
**inventory**  8:*13*
**investigation**  11:*24*
  77:*11*, *22*  78:*4*
**involved**  13:*23*  97:*1*
**irrelevant**  13:*5*  78:*3*
**issues**  93:*2*
**its**  17:*12*

**< J >**
**January** 42:*14* 46:*18, 24*
**jeans** 15:*9, 18* 34:*2, 21*
**job** 9:*16* 22:*20* 33:*17* 58:*19, 23* 59:*5, 6*
**Joe** 81:*15, 19* 82:*14* 85:*17*
**jog** 97:*9*
**jogged** 27:*24*
**join** 54:*22* 55:*23* 56:*1, 11*
**joining** 56:*18*
**Judge** 78:*1* 90:*18*
**July** 84:*3*
**jumping** 47:*24*
**June** 96:*3*
**juniors** 100:*5*
**jury** 94:*8*
**jut** 69:*15*
**juvenile** 37:*24* 38:*6* 40:*17* 41:*8* 43:*6* 45:*16, 21* 46:*19, 24* 50:*9, 11, 19* 53:*5* 61:*16, 20* 62:*14* 102:*19* 103:*9*
**juveniles** 40:*1*

**< K >**
**keep** 24:*13* 71:*7* 90:*15*
**Keonye** 81:*24* 82:*1, 2, 23* 83:*18*
**kept** 24:*7* 36:*22* 67:*8, 9, 11* 73:*3* 79:*2, 4, 7* 103:*6*
**Keyy2x** 81:*18, 23*
**kicked** 57:*5*
**kid** 25:*3* 43:*19*
**kill** 53:*21*
**killed** 54:*6*
**kind** 11:*5* 12:*21* 14:*1, 2* 18:*6* 23:*1* 25:*12* 31:*17* 34:*12, 14* 37:*6* 47:*22* 49:*11, 17, 20, 23, 25* 52:*1* 53:*20, 21, 22* 56:*22*

58:*24* 60:*8* 62:*23* 66:*4* 69:*12* 72:*20* 77:*10* 82:*9* 90:*4* 93:*20* 100:*17*
**Kings** 9:*15*
**kitchen** 28:*11, 20*
**knee** 95:*25* 96:*2, 3, 6*
**knees** 96:*2* 98:*8*
**knew** 14:*8* 57:*2* 79:*6* 101:*9*
**know** 6:*20* 13:*3* 16:*5, 7* 17:*17* 18:*11* 19:*16* 22:*1* 24:*17* 25:*25* 27:*7* 31:*18* 37:*4* 40:*25* 47:*23* 50:*18, 22* 51:*7* 53:*10* 57:*1, 9, 16* 59:*4, 11* 64:*5* 65:*16, 18* 67:*12* 69:*11* 75:*5, 8, 15* 76:*1, 2, 4, 7, 14* 77:*16* 78:*9, 11, 12* 82:*24* 83:*12, 13, 16, 18* 86:*17, 18* 88:*11, 15* 90:*12* 91:*24* 92:*19, 24, 25* 93:*9, 13, 18* 95:*22* 96:*9* 100:*4* 101:*14, 16* 104:*2, 4, 7*
**knowledge** 105:*9*
**Krudys** 1:*15, 18, 21* 5:*8, 11* 6:*1, 11* 7:*6* 12:*6* 13:*8* 15:*20* 22:*16, 24* 26:*3, 7, 10* 27:*10* 33:*12* 36:*14* 37:*19, 21* 41:*2* 47:*22* 52:*17, 23* 59:*2* 60:*13* 66:*3, 6, 10, 14, 17, 21* 67:*2* 68:*1, 17* 69:*23* 70:*5, 8* 73:*14, 23* 74:*3, 24* 76:*12* 77:*10, 20* 78:*1, 19, 25* 80:*13, 16, 18, 22* 81:*1* 87:*23* 88:*4, 13, 19* 89:*2, 12, 20* 90:*3* 91:*4, 17, 22* 92:*12, 15* 93:*11* 97:*17, 20* 103:*15*

**< L >**
**laid** 14:*20*
**lanes** 23:*17*

**Large** 1:*14* 107:*5*
**larger** 23:*15*
**lasted** 86:*4* 96:*21*
**Lauck** 78:*2* 90:*19*
**Law** 1:*15, 21* 71:*2, 6*
**leader** 101:*24*
**Leadership** 61:*13*
**learn** 55:*11* 86:*1, 14*
**learned** 93:*5*
**learner's** 85:*11, 12*
**leave** 14:*21* 18:*21* 19:*1* 44:*6, 17* 103:*20*
**leaves** 92:*16*
**leaving** 11:*1* 21:*15*
**left** 18:*18, 19, 20, 25* 20:*17* 68:*22*
**leg** 96:*17*
**legal** 61:*11* 84:*5*
**legs** 97:*24*
**letter** 4:*8, 11* 27:*17* 41:*7, 9* 49:*3*
**letters** 41:*16*
**letting** 86:*2, 9*
**level** 7:*23*
**license** 84:*8, 9, 15, 18, 22, 25* 85:*11* 86:*22* 87:*16* 88:*18*
**life** 9:*21* 52:*12* 55:*5* 56:*24*
**light** 19:*21* 23:*12* 30:*2*
**lighter** 30:*2, 3*
**liked** 95:*6*
**line** 38:*12* 45:*11* 49:*6* 106:*5*
**lines** 90:*4*
**lips** 30:*20*
**listen** 11:*9* 20:*12*
**listening** 17:*2*
**literally** 12:*25* 88:*22, 23*
**litigation** 51:*18, 21* 92:*20*
**little** 12:*23* 13:*17* 16:*22* 19:*14* 21:*8* 29:*9* 31:*19* 33:*13* 37:*23* 38:*15, 17, 19* 39:*2, 7, 8* 40:*18* 41:*15* 53:*4, 18, 19*

54:*10, 21* 66:*23* 69:*7* 72:*23* 83:*15* 95:*17*
**live** 9:*24* 10:*20, 23* 83:*16, 18*
**lived** 7:*21* 9:*20* 11:*20*
**lives** 13:*13* 83:*19*
**living** 10:*17* 13:*14* 20:*10* 21:*14, 16* 53:*8* 60:*1, 5*
**local** 100:*24*
**located** 8:*16* 16:*3*
**locked** 28:*8, 10* 91:*9*
**log** 47:*8*
**LOGAN-PATTERSON** 1:*4, 11* 3:*4* 5:*2* 41:*22* 61:*16* 105:*4, 13* 106:*2* 107:*6*
**logged** 47:*1, 7, 13, 19*
**long** 16:*8, 12* 18:*17* 20:*24* 21:*6* 22:*12, 21* 33:*19* 46:*13, 20* 56:*14* 94:*1* 96:*13*
**longer** 19:*14* 33:*22* 56:*20*
**look** 21:*18* 29:*6* 31:*9* 36:*10* 45:*2* 98:*10, 11* 100:*5*
**looked** 14:*7* 21:*11* 22:*6* 30:*24* 49:*20* 88:*20*
**looking** 41:*4* 94:*18* 100:*15, 16, 18*
**loop** 77:*12*
**Lordy** 100:*25*
**lost** 49:*24* 56:*8, 22* 58:*19*
**lot** 38:*25* 49:*19* 55:*8* 59:*21, 22, 23, 24* 82:*3* 84:*19* 86:*12, 16, 21* 97:*2, 3*
**loud** 21:*2, 7, 10*
**lowkey** 84:*8, 9* 85:*11*

**< M >**
**Main** 1:*16, 22*
**major** 102:*5*
**making** 88:*25*

**male** 31:*2*
**managers** 59:*20, 22*
**March** 49:*5*
**marched** 102:*4*
**Mark** 1:*18* 26:*16, 19, 25* 42:*24* 52:*22* 73:*22* 80:*14* 92:*19* 95:*14, 16*
**marked** 104:*21* 107:*11*
**Mark's** 78:*6*
**Maryland** 83:*19*
**mask** 29:*18, 20, 21* 30:*12, 13*
**massive** 59:*12*
**matter** 5:*17* 7:*11* 9:*8* 11:*16* 105:6
**Maury** 11:*19* 20:*21* 23:*11, 20, 21*
**mean** 7:*2* 12:*8, 20* 13:*5* 22:*9* 32:*19* 43:*4* 51:*6* 53:*16* 59:*12* 63:*21* 64:*18* 67:*3* 69:*10, 22* 77:*1, 8* 82:*2* 85:*3* 88:*5* 89:*11* 90:*3, 6* 97:*12* 99:*4, 14* 100:*1*
**meaning** 43:*5*
**media** 95:*5, 12*
**medical** 63:*1*
**medications** 6:*7*
**meet** 7:*5*
**members** 65:*12*
**meme** 17:*23*
**memes** 17:*24*
**memory** 14:*1* 26:*20* 44:*16* 71:*16*
**mental** 53:*7* 61:*14* 62:*1, 14* 63:*1* 103:*25*
**mentally** 54:*2, 5, 6*
**message** 84:*4* 85:*10, 24* 95:*7*
**messages** 4:*12* 80:*12* 81:*3, 6, 9, 15* 84:*1* 88:*17* 93:*6* 94:*15, 17*
**messaging** 17:*20, 22* 18:*2*
**messed** 53:*7, 20* 54:*2, 5*

**met** 83:*6*
**Michael** 95:*4, 21, 23*
**middle** 6:*22* 41:*24* 45:*4* 52:*2* 61:*10*
**Midlothian** 9:*25* 10:*1, 5, 15, 21*
**mind** 27:*8* 66:*20* 85:*16* 99:*22* 100:*18*
**minor** 61:*12*
**minor,but** 37:*8*
**minute** 88:*1* 95:*17*
**minutes** 10:*9, 12* 16:*10* 19:*13* 22:*15, 25* 25:*1* 33:*22* 63:*15* 67:*19* 68:*4* 73:*17*
**missed** 14:*8* 51:*3* 55:*17*
**missing** 48:*6*
**mom** 12:*12, 15* 13:*1, 2* 14:*9* 15:*3* 17:*1* 19:*2* 20:*1, 8* 21:*12, 13* 24:*24* 25:*3* 27:*24* 28:*7, 17* 32:*11* 33:*21* 34:*5* 35:*5, 19* 37:*6* 41:*3* 62:*19* 69:*20, 21* 75:*12* 80:*1* 84:*2, 13* 85:*21* 103:*8, 11*
**moment** 24:*20* 29:*1* 53:*1* 68:*14* 73:*9*
**momma** 35:*18* 79:*25* 85:*25*
**momma's** 10:*12*
**mom's** 60:*5*
**monitor** 54:*9* 91:*10* 98:*10* 100:*12, 13*
**monitoring** 42:*18, 25* 43:*3, 8, 14* 45:*16* 46:*5* 50:*20* 54:*8*
**month** 9:*10* 10:*16* 55:*11* 56:*17*
**morning** 14:*5, 12, 19, 22* 20:*6* 38:*14*
**mother** 10:*2, 18* 14:*17* 17:*7* 19:*6* 36:*23* 44:*3* 49:*4* 60:*18* 61:*21* 70:*19* 72:*9* 80:*8* 86:*9* 87:*8, 11* 94:*23* 95:*10* 96:*1* 98:*16*

**mother's** 87:*5* 98:*11*
**mouth** 79:*24*
**move** 10:*14* 13:*23* 28:*23* 54:*7* 73:*4* 80:*11* 93:*10*
**moved** 36:*4*
**movie** 69:*12*
**movies** 11:*8*
**moving** 68:*10* 92:*20*
**muscular** 31:*19, 20, 23*
**museum** 44:*11*
**music** 11:*8, 9* 17:*2*

**< N >**
**nail** 65:*15*
**name** 5:*15* 16:*6, 7* 25:*3* 27:*11* 34:*6* 41:*9* 45:*25* 58:*3* 64:*12* 76:*13* 77:*15* 81:*10, 24* 82:*1, 7, 12, 15, 24* 100:*25* 101:*1*
**named** 61:*12* 75:*21* 76:*1, 2, 7, 15* 78:*9* 81:*20, 22*
**Nate** 82:*5, 6*
**natural** 25:*13*
**Navy** 55:*24* 56:*1, 11, 18* 57:*8*
**need** 6:*11, 20, 22* 37:*17* 52:*17* 77:*24* 84:*22* 91:*22*
**needed** 48:*8, 9*
**negatively** 49:*23* 53:*5* 103:*1*
**neighborhood** 15:*24*
**network** 80:*25*
**neutral** 86:*19*
**never** 45:*25* 58:*13* 86:*5* 93:*19* 104:*1*
**nickname** 76:*8*
**night** 6:*12* 11:*23* 38:*22* 99:*24, 25*
**nighttime** 38:*23*
**Nike** 30:*12, 13*
**nine** 13:*19* 41:*24, 25*
**nodding** 8:*6* 17:*8* 33:*6* 35:*25* 74:*21*
**noise** 21:*2, 7, 10*

**Norfolk** 66:*11*
**normal** 49:*12*
**normally** 96:*10*
**nose** 30:*17*
**Notary** 1:*13* 105:*19* 107:*4, 17*
**NOTE** 5:*1* 26:*14* 60:*15* 63:*7* 73:*25* 74:*7, 12* 88:*2* 91:*12* 92:*3, 16* 94:*10* 104:*13, 19*
**number** 7:*10* 40:*20* 41:*15* 51:*12, 13* 52:*1, 10* 61:*4* 66:*7* 100:*22* 101:*20, 21*
**numbered** 105:*6*
**numbers** 41:*15*

**< O >**
**oath** 5:*20*
**object** 12:*6* 70:*3*
**Objection** 6:*1* 36:*14* 59:*2* 67:*2* 77:*19* 78:*19, 25* 101:*25* 102:*10, 14, 20* 103:*2*
**obligations** 93:*13*
**observe** 70:*23*
**observed** 84:*1*
**occur** 25:*8*
**occurred** 21:*7* 57:*19* 59:*1*
**October** 86:*11, 20* 107:*21*
**odd** 42:*10*
**ODU** 65:*19* 66:*12*
**offered** 6:*13* 58:*8, 14* 65:*16, 18, 19, 21, 24*
**offers** 65:*25*
**Office** 2:*2* 24:*18* 91:*11*
**officers** 71:*7*
**offices** 1:*15*
**oh** 22:*7* 27:*3* 46:*4* 47:*4* 83:*4* 95:*6* 98:*25* 100:*25*
**Okay** 5:*11, 19, 23* 6:*14, 15, 18, 25* 7:*5, 10, 14, 17, 21, 23* 8:*1, 5, 15, 19, 22, 25* 9:*6, 10, 13, 17, 19, 23* 10:*1,*

11, 14, 17, 20, 25   11:7,
11, 13, 15   12:17   13:9,
10, 18   14:9, 11, 17, 18,
23   15:1, 5, 14, 17, 22
16:1, 3, 5, 8, 11, 13, 23
17:6, 12, 16, 20, 25
18:2, 5, 16, 21, 25
19:5, 13, 16, 19, 23
20:2, 8, 13, 17, 20
21:5, 9, 17, 21, 25
22:12, 24   23:1, 8, 22
24:3, 8, 13   25:6, 23
26:18   27:3, 6, 19, 25
28:12, 17, 23   29:6, 19,
21, 24   30:1, 4, 7, 10,
13, 23   31:3, 5, 8, 12,
16, 20, 22, 25   32:6, 8,
11, 18, 21, 24   33:2, 11,
12, 16, 18, 23   34:1, 4,
16, 19, 23   35:1, 7, 10,
14, 24   36:6, 13, 16, 23
37:10, 13, 16   38:4, 10,
23   39:5, 9, 21, 24
40:10, 16   41:1, 14
42:17, 20, 23   43:10,
13   44:2, 9, 12, 19, 23
46:11, 17, 23   47:7, 15,
18, 21   48:15, 19, 24
49:10, 14   50:14   51:4,
17   52:1, 9, 15   53:2, 3
55:19   56:14, 18   58:3,
7, 10, 12, 16, 22   59:11,
19   60:23   61:1, 9
62:7, 10, 13, 17, 22
63:4   64:1, 4, 11   65:3,
14, 23   66:2, 21   68:20,
24   69:2, 5, 14, 18, 21
70:5, 8, 16, 19   71:1,
16, 19, 23   72:2, 16, 21,
24   73:4, 18   74:15, 19,
22   75:1, 4, 11, 19
76:1, 14, 22   78:12, 13
79:18, 23   80:1, 5, 7,
11, 16   81:2, 13, 21
82:2, 9, 14, 19, 25
83:12, 20, 25   84:21
85:6, 10, 15, 24   86:20
87:1, 10, 15, 21   95:6,
25   96:5, 23   97:5, 9,

11, 14, 17   104:7, 11
**OLP**   41:17, 20, 21
**once**   37:1   56:7   57:8,
9   78:23   87:11   93:21
**ONTARIO**   1:4, 11
3:4   5:2, 7, 9   7:1, 17
9:24   11:17   13:25
20:20   26:18   33:18
37:22   41:3, 22   42:13
49:1   60:18   61:15
63:13   66:23   68:8
73:7, 19   74:15   78:14
81:2   88:17   93:1
94:15   103:24   105:4,
13   106:2   107:6
**open**   23:24   24:21
25:14   28:3   40:23
**opinion**   33:19
**opportunity**   57:25
89:24   90:22   91:18,
21   92:1   93:3   101:19
**opposite**   24:1   49:25
**order**   99:3   103:17
**orient**   32:1
**originally**   45:23
**Outside**   10:25   21:18
22:2, 13, 22   33:8
35:21   36:10   37:4
38:19   68:18   87:24,
25   103:8   104:5
**overlooked**   28:24
**overweight**   31:23

**< P >**
**p.m**   1:15   94:20
104:20
**PAGE**   4:3   41:15, 20,
23   51:23   52:2, 15
61:10   81:4, 7, 14
84:7   85:16   94:16, 18,
25   106:5
**pages**   105:5
**pain**   96:21   97:24, 25
**painful**   96:15
**pains**   98:7
**panic**   34:11
**panicking**   25:5
**parade**   57:1, 13, 15,
24   58:4, 5   66:7, 8

96:19, 23   97:1, 25
100:21, 23   101:4, 7
**paraded**   69:24   70:3
**paragraph**   45:3, 4, 7
49:6   61:10
**Pardon**   76:17
**parens**   61:15
**parent**   61:11
**Parents**   55:4
**parking**   86:12, 21
99:1, 2
**Parres**   17:10
**part**   30:17   45:20
50:5   55:13   57:10
59:25   60:8   100:2, 19
101:15
**Partially**   32:17, 18
**participate**   43:21
54:22   62:2, 5, 8, 10
**participated**   57:24
66:8
**parties**   43:23, 24
104:15
**parts**   30:16
**party**   16:22, 24   17:3
**pass**   55:12, 15
**passed**   16:19, 20   56:3
**passengers**   75:9, 16,
20
**passion**   56:8
**path**   59:15
**patrol**   78:16, 24
**paused**   74:16
**pay**   59:8   60:9, 10
**PE**   42:6
**people**   17:11, 13, 22
18:13   65:18   67:9
76:25   77:2   79:7
83:8   100:4   101:10,
16, 18
**perceive**   31:22
102:17
**Perfect**   27:6, 19
**period**   50:12   66:24
78:18   94:1   99:6
**periods**   14:2
**permission**   61:12, 22
**permit**   103:11
**permits**   85:12

**perpetuating**   90:8
**persist**   89:6, 16   93:13
**persisted**   91:7   93:17
**persisting**   88:7, 23
89:24   90:14
**person**   48:10, 12
67:18   71:8   82:4
102:6
**personal**   56:23   65:1
93:9
**persons**   83:2
**perspective**   93:21
**phone**   16:25   17:17,
18   20:11   48:15
60:11   88:20
**phones**   32:15, 22, 25
**physical**   60:20   63:1
96:6, 11   97:6
**pick**   15:15
**picked**   15:23
**picture**   85:20   95:18
**Place**   1:21   59:16
107:8
**Place,919**   1:16
**placed**   78:15, 23
**placement**   45:5, 12
**places**   88:21
**Plaintiff**   1:5, 23
51:18
**plaintiff's**   93:12
**Play**   11:2, 3, 9, 12
33:9   73:24   74:11
86:16
**played**   56:10   74:1,
13   82:3   101:22
**player**   101:24   102:3
**players**   101:21, 23
**playing**   32:7, 8, 12
33:2, 20   83:7   84:18
**plays**   100:3
**PlayStation**   11:6
**Plaza**   10:10
**PLC**   1:21
**please**   12:19   44:24
51:12   52:4   61:2
80:12   91:16   92:2, 14
**pod**   38:25   39:25
**point**   6:12   18:22
21:2   24:9, 15   25:7,
13   27:22   32:11, 13

33:24  36:24  75:15  79:20  96:10, 12  103:21
**pointed**  34:14  70:21, 23, 25
**points**  84:11, 16  85:2, 3
**police**  34:10  99:4
**pop**  48:7
**Popeye's**  15:8
**portion**  41:3
**post**  95:21
**posted**  47:17  95:18
**prefer**  5:9
**prejudice**  48:21
**prepare**  7:1
**present**  9:1  11:17  12:7, 8  41:3  72:10  101:3, 7
**pressuring**  103:6
**prestigious**  66:11
**presume**  41:21
**pretend**  88:11, 15
**pretty**  13:11, 21  14:12  47:1  60:11
**prevent**  6:4, 8
**prevented**  63:22
**Price**  15:12, 15, 23  17:6, 10  19:3, 5
**Price's**  19:11
**print**  26:7
**prisoner**  43:25
**private**  39:16
**probable**  92:24
**probably**  22:25  25:1  31:2  55:11  56:13  86:3  96:13
**problem**  80:25
**proceed**  91:16
**proceedings**  107:11
**process**  56:15  96:8
**produced**  81:5
**production**  51:20
**professional**  62:18
**professionally**  62:16
**program**  44:15  45:21  61:13  62:3, 11
**programs**  43:21
**progression**  58:25

**pronounce**  81:10
**proposed**  45:4, 11
**protesting**  103:8
**provide**  61:21  80:20
**provider**  61:14  103:25
**Public**  1:13  107:4
**pull**  73:8
**pulled**  22:8  68:21  85:22
**purpose**  16:18
**pursuant**  1:17
**pursuing**  89:7
**pursuit**  11:24  24:14
**put**  15:3  23:10  27:10  35:13, 24  36:2, 3, 4, 5, 17  37:10, 14, 15  41:2  50:8  55:7  67:6  69:15, 25  71:14, 24  80:24  82:6  85:8  91:9  92:11  93:11  94:4  95:5
**putting**  8:13  69:5  95:12

< Q >
**quarter**  86:3
**question**  6:22  9:20  13:9  33:14  71:4  78:6
**questioning**  12:1  67:16  77:14
**questions**  5:24  35:8  75:14  77:25  78:2  79:2, 3  88:5  89:3, 13  90:8, 23  91:23  93:4  97:18  103:13  104:12
**quick**  11:16  103:21
**quickly**  48:24  61:1  92:10

< R >
**race**  29:22  85:1
**Raceway**  8:17, 23
**ran**  25:9, 12  27:23  28:1, 5  32:2  36:21  67:9  73:2
**rat**  102:21, 23
**reached**  14:6
**reaction**  49:25  98:11

**read**  52:24  53:1, 3  103:16  105:5
**reading**  104:15
**ready**  63:10  71:14
**real**  43:22  83:9  84:16
**realize**  20:24
**realized**  14:7  26:20  34:13
**really**  12:22  13:1, 20  20:12  37:8  51:7  57:9  59:4, 18  63:24  69:11  74:25  77:6  87:20  100:20
**rear**  11:17  20:21
**reason**  64:20  90:23
**rebuilding**  96:16
**recall**  15:18  18:16  28:17  37:13  42:14  44:2  46:20  67:1, 7, 20, 21  71:25  72:24  79:9  96:2  98:1
**receive**  50:15  66:8, 10  104:8
**received**  62:14, 25
**receiving**  66:15
**recess**  63:7  92:3
**recognize**  40:24  42:21  44:24  48:25  51:15
**record**  26:12, 14, 16  41:3  60:13, 15, 17  63:6, 10  67:25  68:5  74:6, 8, 10  88:12  91:6, 15  92:2, 6  93:12  107:10
**recordings**  7:15
**REDIRECT**  3:3  103:22
**reel**  85:18, 19
**refer**  11:22  12:3  40:21
**referring**  41:21
**refers**  41:21
**Registration**  105:19  107:17
**related**  9:8  84:20
**relation**  72:17
**relationship**  12:12, 15

**relationships**  13:6
**release**  12:2  43:3
**released**  42:18  43:6  45:21  62:13  79:19
**relevance**  89:3, 5
**relevant**  77:22
**relieved**  34:12
**remainder**  49:10
**remember**  14:5, 13, 19  15:5, 14  17:6, 9, 18  18:9, 12  19:19  20:8  21:5, 13  25:23  29:7  30:1, 4  32:9  33:19  42:17  43:14  44:6, 9, 19  46:11  48:3, 22  56:12, 14  58:3  63:15  64:12  70:17  78:17  85:19  99:22
**remind**  35:3  95:23
**rent**  24:18  60:9, 10
**repeat**  38:22  78:21  102:15
**repeated**  54:16
**rephrase**  20:25
**replaced**  64:22
**replying**  73:3
**reported**  74:1, 13
**Reporter**  1:13  80:21
**represent**  5:16
**representatives**  61:12  101:3, 6
**reputation**  52:12
**request**  44:4  51:20
**requests**  51:22
**required**  43:15
**respective**  104:14
**respond**  33:14, 15  95:6
**responding**  36:22
**response**  78:5  91:5  92:19
**responses**  51:19, 21, 23
**result**  52:5  60:20
**return**  49:5, 8
**review**  7:3, 11, 14
**reviewed**  55:22
**RICHMOND**  1:2, 16, 22  2:3  7:19, 21  8:17,

*22* 9:*20* 10:*3* 41:*8*
61:*16* 105:*8*
**ride** 64:*6, 8*
**ridiculous** 90:*19*
**right** 5:*7, 15* 6:*19,*
*22* 7:*8* 9:*2, 11* 11:*15*
12:*11, 24* 13:*14, 22*
15:*10, 19* 16:*15* 17:*7*
18:*16* 20:*3, 15, 18*
21:*3, 23* 23:*6, 17*
25:*4* 27:*2, 20* 31:*25*
32:*25* 33:*24* 34:*21*
35:*1* 37:*22* 38:*16*
40:*1, 8, 16* 42:*13*
44:*23* 45:*2* 47:*5*
48:*1, 19* 50:*14* 51:*11*
54:*7* 58:*1, 20* 59:*12,*
*24* 60:*1, 2, 21* 61:*5*
62:*25* 63:*5, 9, 13*
65:*14* 66:*6, 16, 22*
67:*23* 68:*4, 18* 70:*1,*
*9, 14* 72:*2* 73:*4, 19,*
*21, 24* 74:*20* 75:*24*
77:*5, 17, 24* 78:*8, 13*
79:*8* 80:*9* 84:*23*
85:*15* 86:*6* 87:*19, 21*
89:*8* 91:*11, 14* 92:*5,*
*15, 18* 94:*5, 14, 17*
95:*2* 97:*15* 98:*23*
99:*22* 101:*13* 102:*5*
104:*9*
**right-hand** 41:*16*
43:*11* 81:*14*
**Road** 11:*19* 20:*21*
22:*7* 23:*15*
**roll** 37:*7*
**room** 20:*10* 21:*14,*
*16* 24:*24, 25* 32:*5, 12*
33:*24* 38:*24* 39:*9, 10,*
*16, 22* 40:*7* 44:*3*
88:*3* 91:*13* 92:*17*
94:*11*
**rooms** 39:*25*
**roster** 45:*25* 47:*2*
**RPS** 47:*8* 48:*2* 49:*3*
**ruled** 76:*10*
**Rules** 1:*17*
**run** 23:*24, 25* 24:*21*
26:*21* 36:*22* 67:*12*

73:*3* 96:*10, 13, 14*
97:*6, 22*
**running** 24:*2, 19*
25:*14* 34:*10* 36:*9*
76:*11* 96:*17* 97:*25*
98:*1*
**rush** 87:*20*

< S >
**S1** 42:*7*
**safety** 25:*21* 27:*21*
36:*9, 15*
**SAITH** 104:*18*
**sanctionable** 90:*13*
**sat** 16:*25* 93:*25*
**saw** 21:*19* 22:*1, 13,*
*22* 23:*8, 9, 23* 24:*3*
28:*25* 29:*1, 4* 30:*10*
67:*4* 78:*14* 98:*11, 14*
**saying** 22:*18* 41:*20*
67:*8* 84:*10* 91:*1*
92:*8* 93:*17*
**says** 41:*17* 45:*4, 11*
49:*4* 52:*4* 61:*10*
84:*4* 95:*4*
**scared** 25:*21* 53:*14*
97:*8*
**scene** 11:*25* 23:*2, 14*
**scholarship** 57:*3, 25*
58:*8, 14* 63:*14, 15, 19*
64:*2, 4, 7, 8, 12, 13, 24*
65:*4, 16, 17, 25*
102:*12, 18, 25*
**scholarships** 57:*6, 22*
65:*21, 23* 66:*8, 11, 15*
102:*8*
**school** 7:*25* 8:*1*
10:*25* 14:*14, 18* 39:*1*
40:*10, 17* 42:*10*
43:*20, 21* 44:*14*
45:*24* 46:*6* 49:*5, 8,*
*11, 12* 50:*16, 21*
53:*11, 12* 54:*18* 55:*5,*
*17* 64:*22, 25* 76:*21,*
*23* 83:*2* 94:*4*
**schooling** 45:*19*
**science** 44:*11*
**scored** 42:*2*
**SCOTT** 1:*7*

**scout** 101:*10*
**scouts** 101:*11, 16*
**screaming** 85:*23*
**screams** 25:*3*
**screen** 63:*24* 74:*15*
**Scrolling** 17:*19*
**seat** 37:*10*
**second** 15:*17* 25:*7*
26:*13* 28:*24* 41:*24*
45:*3, 6* 60:*4* 67:*25*
74:*6* 87:*24* 102:*5*
**seconds** 73:*17, 24*
74:*11*
**section** 102:*6*
**see** 21:*22* 22:*3* 23:*5*
24:*10, 11, 20* 26:*10,*
*18* 29:*13, 19* 30:*6, 20*
36:*11* 41:*9, 12, 15, 23*
42:*5, 23* 43:*1, 10*
45:*2, 12* 48:*5, 11*
49:*3, 4* 50:*3* 52:*1, 6,*
*13* 53:*22* 55:*3* 58:*12*
59:*16* 60:*23* 61:*9, 19*
67:*1, 15* 73:*11, 19, 22*
74:*19, 20* 75:*2, 14*
81:*6, 15* 84:*3* 86:*16*
94:*19*
**seeing** 23:*20* 53:*20*
67:*20, 21*
**seek** 93:*1*
**seen** 7:*16* 22:*6, 8*
24:*1* 34:*11* 90:*15*
**self** 53:*21*
**send** 17:*24*
**senior** 51:*9* 94:*4*
100:*6, 8, 11*
**sense** 10:*5* 12:*3*
16:*9* 22:*21* 30:*24*
69:*13*
**sent** 81:*6, 10* 85:*17,*
*18*
**sentence** 45:*3*
**separate** 40:*11, 13*
**series** 81:*3, 15*
**Services** 45:*5, 12, 15,*
*21* 46:*12, 17, 21* 48:*2,*
*11*
**set** 31:*17* 95:*16*
107:*8*

**shaking** 95:*20*
**share** 12:*25* 39:*10*
**shared** 40:*3*
**sharp** 98:*7*
**shattered** 63:*24*
**she'd** 48:*7*
**SHEET** 106:*1*
**shipped** 8:*14*
**shirt** 15:*7* 25:*2*
34:*23, 25*
**short** 31:*1*
**shortly** 78:*15*
**shoulders** 31:*19*
**show** 47:*18* 89:*22*
**showed** 47:*20*
**shower** 38:*22*
**showering** 53:*23*
**showing** 47:*12*
**shut** 24:*22* 28:*8*
37:*3* 39:*15, 19* 98:*2*
**side** 23:*13* 32:*20*
53:*22*
**sign** 85:*22* 86:*3, 9*
103:*17*
**signature** 43:*10*
**signing** 104:*15*
**similar** 50:*8*
**single** 13:*2*
**sink** 39:*23* 53:*16*
**sir** 5:*15, 18, 22* 6:*3,*
*6, 10* 7:*20, 22* 9:*9, 12*
10:*24* 12:*5* 20:*16*
21:*24* 30:*22, 25*
36:*12* 49:*9, 13* 50:*13*
56:*21* 58:*18, 21* 60:*3,*
*22, 25* 61:*4* 62:*4, 6,*
*12* 63:*3* 64:*14* 66:*1,*
*9, 13* 70:*15* 71:*5, 18*
72:*1, 7, 15* 75:*7, 22*
80:*4, 10* 87:*3, 6, 9*
95:*3* 98:*4* 99:*8, 13*
100:*9* 103:*10, 14*
104:*10*
**sister** 12:*23* 13:*17*
**sit** 86:*23* 103:*12*
**sitting** 54:*18* 100:*11*
102:*8, 13, 19* 103:*7*
**situated** 29:*21*
**situation** 54:*16*

**six** 31:*6, 9* 38:*14* 80:*15*
**sixteen** 61:*4*
**size** 76:*6*
**ski** 30:*12, 13*
**skin** 76:*6*
**skinned** 30:*2*
**skinny** 31:*16*
**Sky** 9:*5, 7* 58:*17, 24* 59:*5, 9*
**slab** 39:*3*
**sleep** 14:*24* 39:*16* 100:*2*
**sleeping** 39:*12*
**Slightly** 35:*18, 19* 59:*10*
**small** 17:*13*
**social** 95:*5, 12*
**soda** 6:*13*
**somebody** 22:*7* 25:*12* 46:*14* 69:*11* 76:*21* 94:*3*
**somebody's** 25:*14*
**somewhat** 100:*19*
**son** 98:*16*
**soothing** 100:*18*
**sophomore** 100:*5*
**sorry** 22:*23* 52:*22* 60:*16* 68:*3* 70:*13* 80:*13* 82:*23* 88:*12* 98:*25*
**sort** 57:*21* 92:*21*
**sought** 62:*17*
**sound** 22:*6, 17* 77:*18, 21*
**Sousaphone** 97:*4*
**Southside** 10:*10*
**spaces** 99:*1, 3*
**speaking** 77:*18*
**specific** 52:*9*
**speed** 97:*12*
**SPENCER** 73:*10*
**spent** 100:*10*
**Spirit** 9:*11*
**sports** 11:*11, 12*
**staff** 54:*3*
**stage** 51:*1*
**Stan** 5:*16*
**stand** 6:*14* 86:*16*

**standing** 6:*17* 35:*16* 69:*2, 4*
**Stanley** 2:*1*
**stared** 100:*19*
**staring** 53:*25* 54:*1, 25*
**start** 14:*3* 46:*18*
**started** 17:*11* 19:*25* 24:*19* 25:*4, 19* 32:*7* 34:*10, 14* 58:*23* 79:*6* 83:*6* 85:*23* 86:*2* 96:*14*
**starting** 45:*7* 77:*18, 21*
**State** 1:*13* 34:*12* 66:*12* 71:*1, 6* 72:*11* 99:*11, 14* 105:*1*
**stated** 97:*21*
**STATES** 1:*1* 5:*4*
**stay** 14:*10, 18* 86:*24*
**steal** 49:*21*
**steering** 84:*13* 85:*1*
**step** 87:*24* 92:*12*
**stolen** 11:*17*
**stop** 85:*22* 86:*3, 9*
**stopped** 24:*2*
**stops** 24:*17*
**stow** 8:*10*
**stowing** 8:*11*
**straight** 19:*24* 55:*21*
**straightening** 28:*21*
**strategy** 92:*20*
**Street** 1:*16, 22* 2:*3* 10:*18* 11:*18, 19, 20* 13:*13* 20:*22* 23:*13* 24:*17* 68:*22* 98:*19* 99:*3, 7, 9, 23*
**strengthening** 96:*17*
**strongly** 90:*25*
**student** 47:*8*
**students** 66:*7*
**studying** 86:*25*
**stuff** 49:*21* 87:*19* 100:*7*
**stuffed** 52:*5*
**SU** 65:*19*
**submit** 63:*18*
**submitted** 104:*2*
**Subscribed** 105:*15*

**subsequently** 98:*5*
**substances** 6:*8*
**succeeding** 59:*17*
**Suite** 1:*16, 22*
**supplemental** 51:*23*
**Support** 61:*14*
**supporting** 60:*6*
**supposed** 46:*2, 17*
**Supreme** 1:*18*
**Sure** 21:*1* 26:*9* 66:*5* 68:*11* 73:*18* 74:*24* 75:*13* 80:*25*
**surgeries** 96:*2*
**surgery** 96:*1, 3, 6*
**surveying** 23:*2*
**suspect** 11:*24* 22:*23* 23:*6* 24:*3, 9* 25:*24* 27:*1, 9, 11* 29:*1, 2, 4* 32:*1*
**suspect's** 29:*14*
**SUV** 11:*18* 20:*21*
**swab** 79:*10, 21, 23* 80:*3, 8*
**sworn** 5:*1, 3* 105:*15* 107:*7*
**system** 47:*19*

**< T >**
**tab** 40:*24* 42:*20* 44:*23* 48:*25* 51:*12* 61:*4*
**table** 28:*22* 39:*7*
**take** 6:*14* 21:*21* 38:*22* 52:*24* 53:*1* 56:*3* 61:*1* 63:*5* 68:*1* 71:*14* 72:*2* 79:*10, 20* 80:*3, 7* 86:*19* 87:*23* 101:*20*
**taken** 1:*11, 17* 63:*7* 92:*4* 95:*14* 98:*18* 107:*7*
**talk** 40:*17* 67:*13* 91:*18, 22* 92:*22*
**talked** 20:*22* 53:*4* 56:*9* 67:*18* 76:*21* 100:*15*
**talking** 33:*13* 34:*9* 40:*12* 63:*14* 69:*24* 75:*14* 84:*17* 88:*18*

**95:*11**
**tall** 31:*1, 6, 10*
**tapped** 85:*22*
**taught** 25:*13*
**teach** 46:*14*
**teachers** 49:*19, 20* 50:*1, 4*
**teaching** 86:*21*
**teenager** 59:*7*
**tell** 5:*24* 8:*11* 10:*4* 12:*11* 13:*4, 5, 16* 16:*17* 19:*21* 25:*9* 27:*15* 29:*22* 30:*7* 31:*9* 34:*4* 38:*4, 12* 45:*23* 49:*10* 50:*18, 22* 53:*4* 55:*5* 56:*23* 58:*24* 68:*15* 69:*8* 73:*14* 74:*25* 78:*17* 79:*12, 15* 81:*19* 86:*9* 88:*5* 89:*24* 90:*11, 17, 22* 95:*9* 96:*7*
**telling** 13:*6* 37:*7* 67:*11* 71:*9* 79:*4, 7* 80:*2* 86:*8*
**temperature** 38:*8* 53:*24*
**ten** 10:*9, 12* 17:*13* 33:*22* 39:*6, 25*
**tension** 59:*24*
**terms** 90:*7* 95:*11*
**Terrell** 81:*16, 21, 22* 82:*19* 83:*19*
**test** 55:*12* 56:*4*
**testified** 10:*2* 44:*4* 60:*19* 70:*19* 95:*10* 103:*24*
**testify** 6:*17*
**testifying** 5:*20* 6:*5, 8*
**text** 4:*12*
**Thank** 5:*15* 7:*17* 9:*23* 12:*9* 13:*22* 41:*6* 42:*13* 71:*23* 81:*1* 103:*15*
**Thanks** 31:*16* 47:*25*
**therapists** 97:*6*
**therapy** 96:*6, 11*
**thing** 11:*7* 13:*4* 38:*17* 39:*8* 44:*1, 19* 48:*17* 49:*24* 55:*10*

Case 3:24-cv-00526-MHL     Document 25-2     Filed 05/09/25     Page 121 of 123 PageID#
324
Deposition of Ontario Logan-Patterson                                Ontario Logan-Patterson v.Travis Scott Wyatt

57:8  75:1  84:15
90:5  94:5, 6
**things**  12:4  13:5
49:11, 16  53:22  55:7
57:6  59:21, 22  68:9
84:19  90:6  92:21
95:12  101:11
**think**  6:19  8:21
13:20  15:19  18:19
23:18, 21  27:4  28:1
31:21  38:11  39:2
43:9  44:3, 18, 21
46:22  47:16  53:13
54:6  55:20  56:21
58:6  62:9  65:19
71:12  74:23  76:24
77:1, 8  79:13  85:9
89:17  90:13, 21
91:24, 25  93:8, 10, 16
97:15  101:1  102:7,
16, 24
**thinking**  6:5, 9  34:9
89:16
**third**  14:7  44:19
**thirsty**  53:14
**this_____day**
105:16
**thought**  10:3  22:7
46:5  79:13, 16  89:10
**three**  44:18  48:14
67:18  70:18  75:2, 5,
16  78:11, 12
**threw**  54:10
**Thursday**  42:14
**tight**  95:15
**TikTok**  17:19, 25
**time**  10:18  11:1
13:5, 14  14:2  15:14
16:20, 25  18:17, 23,
24  19:9, 16, 20  21:5
22:22  24:12  25:7
28:25  29:4  33:3
36:24  37:23  38:19
40:21  44:11, 13
45:15, 18  46:13, 14
50:12, 15  52:25
56:10  58:17  65:2
66:14, 24  68:1, 9, 15
72:22, 25  75:4, 15
76:9  78:6, 18  80:2

81:25  84:25  85:21
86:10  89:16  90:7
94:1  96:10  97:7, 21
98:1  99:6  103:5, 15,
19  107:7
**times**  44:7, 8, 10
48:14
**tiny**  39:3
**tired**  6:13
**today**  5:20  6:5  7:1
86:23  89:13  93:20
**toilet**  39:4, 21  53:16
**told**  14:9, 20  15:4
24:24  28:8, 15  51:3
79:18, 25  80:1, 8
96:1  104:6
**tone**  76:6
**top**  41:9  52:2  65:22
94:18  101:24
**totally**  78:3
**Tourismo**  84:24
85:14
**to-wit**  105:2  107:2
**townhouse**  97:22
**tractor-trailer**  22:10
**traffic**  19:15
**training**  42:7
**trajectory**  56:24
**Transcribed**  106:5
**transcript**  1:10  94:8
105:7  107:9
**trapped**  54:12
**trash**  54:13, 14
**TRAVIS**  1:7
**treadmill**  96:18
**treatment**  62:15, 18
63:1
**tree**  24:2
**trial**  5:21  74:13
**tried**  24:23  53:21
**trip**  44:14
**Trooper**  5:17  11:23,
25  12:1  21:19  22:1,
13, 22  23:5  24:1, 7, 8,
17  25:24  27:4, 8
29:2  35:2  36:16
37:1  51:22  55:25
56:24  66:25  67:6, 14,
15  70:10, 20  72:3, 8,
9, 16, 25  73:5  74:19

75:5  78:15, 23  79:9
80:2, 7  89:1, 9  92:24
99:11
**troopers**  11:25  34:12
67:16  69:20, 22
70:11, 16  71:1, 6, 10
72:11  99:11, 15
**truck**  22:6, 7, 8, 9
**true**  105:7  107:10
**Truist**  1:15, 21
**trunk**  23:25  24:4
**trust**  56:22
**truthfully**  6:5
**try**  33:17  73:17
84:25  86:15  100:2
**trying**  22:20, 21
23:2  39:14  49:21
70:6  77:12  78:4
79:3  85:4, 6  86:1
93:24
**tuba**  101:20  102:3, 5,
6
**turn**  13:19  25:25
40:23  42:20  44:23
48:24  51:12, 23  61:2
73:12  81:13  94:16
**turned**  27:23  29:16
98:18
**Turnpike**  8:18  9:25
10:2, 5, 15
**TV**  11:8, 10
**twelve**  15:16, 23
**twenty**  16:10  42:10
**twice**  44:17  47:2
48:14  76:21
**two**  13:2  22:15, 25
48:14  51:3  59:20
67:12  70:16  96:2, 14
**type**  26:3  39:8  44:1
84:15
**typewritten**  105:5
**typical**  38:5
**typically**  65:24

**< U >**
**Ubering**  87:19
**UFC**  82:4, 10
**ultimate**  56:19
**ultimately**  48:20
50:14

**Um-hum**  26:23  45:9
86:13
**uncle**  80:6, 8  95:24
**underneath**  102:5
**undersigned**  61:11
**understand**  5:19, 24,
25  11:16  16:13  43:2
55:12, 16, 22  57:12
58:7  70:7  77:15
81:7  94:23  95:25
96:5  100:23  101:3, 8
**understanding**  9:6
21:1  37:25  43:8
45:14, 20  60:19
61:20  68:12  76:12
81:4
**Understood**  51:11
**unhandcuffed**  79:19
**unholstered**  71:10
**Union**  66:12
**UNITED**  1:1
**universities**  46:11
**unjustly**  93:25
**upside**  50:6
**upstairs**  19:25  24:23
32:5
**use**  11:22  26:2
63:25  65:3  69:6

**< V >**
**Vague**  78:20, 25
**variety**  101:22
102:18
**Vaughan**  2:1  82:21
**VCU**  44:14
**vehicle**  66:25  67:1, 6,
14  72:4, 6, 10, 18
73:1  74:16  75:5
77:13  79:9, 20  88:24
**version**  82:10
**Viaz**  81:11, 12, 13, 19
82:2, 8, 9
**video**  4:7  7:15  11:3
32:13, 16  73:15, 25
74:4, 12  80:14  82:4,
12  84:18, 20, 22
85:18, 21
**videos**  7:10, 11
**view**  24:9  93:9

viewpoint 88:*8*
views 59:*21, 22*
VIRGINIA 1:*1, 14, 17, 18, 22* 2:3 41:7 45:*8* 105:*9* 107:*1, 5*
virtual 83:*9, 11*
visible 30:*16*
visual 26:*5, 8*
void 91:*5*
volume 73:*18*
VSU 65:*18*

< W >
wait 33:*13, 14* 34:*13* 64:*23* 87:*11*
waited 28:*7*
waived 104:*16*
wake 38:*12*
walk 14:*1* 38:*4, 13* 50:*25* 52:*20, 24* 72:*20* 96:*10, 12* 97:*12* 99:*3*
walked 28:*10* 36:*18* 68:*22* 97:*12*
walking 21:*15* 24:*13* 36:*20* 72:*9* 97:*2, 3, 11* 99:*9, 23*
wall 54:*25* 69:*4* 100:*16, 20*
Walmsley 16:*4, 5, 9, 14*
want 6:*16* 12:*18* 26:*7* 27:*21* 32:*1* 53:*17* 56:*20, 21* 59:*25* 62:*5* 63:*13* 65:*15* 66:*3* 68:*11* 74:*11* 87:*16, 18* 90:*18, 24* 92:*9, 12*
wanted 39:*18* 40:*7, 8* 55:*23* 66:*17*
wanting 87:*15*
wash 20:*1*
washing 20:*11* 28:*15*
watch 11:*10, 12*
watched 23:*24* 82:*3*
watching 24:*14* 25:*8* 41:*4* 53:*18*
water 53:*15, 24*

way 12:*21* 29:*21* 33:*2* 54:*4* 67:*5* 85:*8* 91:*19* 103:*3*
wear 53:*16*
wearing 15:*6, 19* 54:*8* 98:*9, 12*
week 48:*14* 51:*4* 56:*13* 96:*22*
weekend 48:*18* 57:*16, 18* 96:*24*
weeks 41:*24, 25* 51:*4* 98:*6*
weight 42:*6*
well 15:*4* 28:*15* 40:*16* 42:*10* 44:*25* 45:*24* 50:*14* 51:*17* 53:*10* 57:*9* 66:*19* 69:*8* 70:*2* 77:*20* 80:*22* 82:*3* 89:*15, 17* 92:*7* 93:*12* 100:*22* 101:*2*
went 14:*6, 20, 22, 23* 15:*13* 20:*10* 21:*18* 22:*13, 17, 22* 24:*25* 32:*5* 33:*24* 36:*15* 37:*25* 40:*10* 44:*11* 45:*15, 16, 24* 57:*7* 58:*22* 67:*13* 71:*24* 72:*5* 76:*22* 91:*6*
We're 37:*21* 40:*21* 50:*3* 60:*16* 75:*14* 81:*2* 83:*25* 88:*9* 89:*15* 92:*20*
we've 6:*19* 31:*25*
whatsoever 90:*10*
wheel 84:*13* 85:*1*
wheeler 22:*10*
Whisenand 1:*12* 107:*4, 17*
whisked 94:*3*
white 15:*7*
wide 24:*21* 25:*14* 28:*2* 101:*21*
WiFi 60:*11*
window 21:*11* 37:*7, 14* 57:*7*
windows 36:*10*
windshield 67:*17, 22*
wise 39:*12, 13* 82:*4*
withdrawn 41:*12*

witness 5:*3, 10* 6:*15* 13:*10* 27:*5, 18* 33:*16* 37:*20* 52:*18* 66:*9, 13* 88:*2* 91:*12* 92:*16* 94:*10* 104:*14, 16*
woke 15:*1*
word 11:*22* 12:*7* 36:*14* 78:*21*
work 8:*5, 7, 15, 16* 47:*3, 5, 11, 17* 48:*8* 51:*2* 55:*8, 9* 87:*18*
worked 6:*12* 9:*5, 7, 10, 15* 38:*11* 53:*13*
working 58:*16, 23* 60:*4* 86:*25* 96:*16*
world 83:*9*
worried 33:*8*
worry 68:*2* 73:*6*
worse 53:*11* 97:*25*
worth 51:*4*
wow 54:*20*
wrist 35:*12* 36:*4* 95:*14*
write 94:*24*
writing 65:*24*
writings 65:*24*
wrong 49:*24* 77:*9* 95:*19*
WYATT 1:*7* 5:*17* 11:*25* 21:*19* 22:*1, 13, 22* 23:*5* 24:*1, 7, 8, 17* 25:*25* 27:*4, 9* 29:*2* 35:*2* 36:*16* 67:*15* 70:*10, 20* 71:*16* 72:*3, 8, 16, 25* 74:*20* 75:*10* 78:*23* 80:*3, 7* 89:*1, 9, 15* 92:*24* 93:*15, 19* 103:*6, 11*
Wyatt's 11:*23* 12:*1* 37:*2* 51:*19, 22* 55:*25* 56:*24* 66:*25* 67:*6, 14* 71:*12* 72:*9* 73:*5* 75:*5* 78:*16* 79:*9*

< X >
Xavier 76:*4, 7, 15* 77:*5* 78:*10*
Xaviers 78:*11, 12*

< Y >

y'all 13:*14* 14:*13* 35:*5*
yawning 52:*19*
Yeah 6:*16, 19, 24* 7:*13* 8:*2, 4, 24* 9:*3, 18, 22* 10:*8, 19* 11:*4* 12:*16, 19* 13:*11, 15* 14:*6, 25* 15:*25* 16:*16* 17:*15* 18:*4* 19:*4, 8, 12, 25* 20:*4, 19* 21:*4* 22:*11* 23:*4, 7, 18* 24:*5, 11, 16* 25:*18, 20, 22* 27:*13* 28:*4, 16, 21* 29:*5, 23* 31:*11, 24* 32:*14* 33:*1, 4* 34:*3, 22* 35:*20* 37:*12, 20* 38:*9* 39:*13, 17, 20* 40:*2, 5, 9, 15* 41:*10, 13, 18* 42:*1, 3, 12, 16* 43:*1, 9, 12* 44:*5, 8* 45:*1, 13, 24* 46:*1, 7, 10* 47:*10, 20* 48:*17, 23* 49:*2, 7* 50:*2, 11, 17* 51:*25* 52:*3, 8, 14* 54:*5, 11* 55:*18* 56:*7* 57:*14, 20, 23* 58:*2, 15* 60:*10* 61:*8, 18* 64:*3, 10* 65:*1* 70:*3, 12* 73:*16, 20* 74:*5, 18* 75:*3, 25* 76:*9, 24* 77:*10* 78:*11* 79:*11* 80:*25* 81:*8, 12, 17* 82:*11, 13, 18* 83:*22, 24* 84:*6* 85:*8* 87:*14* 88:*13, 16* 89:*9* 92:*10, 18* 94:*22* 95:*1* 97:*3* 98:*21* 99:*21, 24* 101:*5* 102:*2, 16*
year 13:*19* 16:*20* 49:*11* 51:*10* 94:*4* 100:*6, 8, 11*
years 16:*19*
yelled 34:*6*
young 12:*20*

< Z >
Zay 75:*21* 76:*1, 2, 8, 12* 77:*15, 22*
zeros 41:*19*

Deposition of Ontario Logan-Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

**Zone**  9:5, 7  58:*17, 24*  59:5, 9