# Exhibit 3

Deposition of Lakita Patterson: Transcript

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DIVISION OF VIRGINIA
 2                     RICHMOND DIVISION

 3   --------------------------------------------------------

 4   ONTARIO LOGAN-PATTERSON,

 5                    Plaintiff,

 6   v.                      CIVIL ACTION NO:  3:24-cv-526

 7   TRAVIS SCOTT WYATT,

 8                    Defendant.

 9   --------------------------------------------------------

10                    Complete transcript of the

11   deposition of LAKITA PATTERSON, taken at the instance of

12   the Defendant, before Claudia M. Whisenand, a Court

13   Reporter and Notary Public for the State of Virginia at

14   Large, on April 16, 2025, beginning at 10:00 a.m., at

15   the offices of The Krudys Law Firm, Truist Place,919

16   East Main Street, Suite 2020, Richmond, Virginia; said

17   deposition taken pursuant to the Rules of the Supreme

18   Court of Virginia.

19
     APPEARANCES:
20
     Mr. Mark Krudys, Esq.
21   The Krudys Law Firm, PLC
     Truist Place
22   919 East Main Street, Suite 2020
     Richmond, Virginia 23219
23   Counsel for the plaintiff;

24

25
```

1    Mr. Stanley W. Hammer, Esq.
     Mr. R. Cooper Vaughan, Esq.
2    Mr. Calvin Brown, Esq.
     Office of the Attorney General
3    202 N. 9th Street
     Richmond, Virginia 23219
4    Counsel for the Defendant.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Deposition of Lakita Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

1                              I N D E X

2
     _____

3                                    DIRECT          CROSS

4    Lakita Patterson                   5              94

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              E X H I B I T S

2       _____

3                                                      PAGE

4       Exhibit No. 1 (document)                        96

5       Exhibit No. 3 (document)                        96

6       Exhibit No. 8 (letter)                          96

7       Exhibit No. 10 (document)                       96

8       Exhibit No. 11 (document)                       96

9       Exhibit No. 12 (letter)                         96

10      Exhibit No. 13 (document)                       96

11      Exhibit No. 14 (text messages)                  96

12      Exhibit No. 16 (document)                       96

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                              NOTE:  The deponent is sworn.
 2                      LAKITA PATTERSON, called as a
 3    witness by the Defendant, first being duly sworn,
 4    deposes and states as follows:
 5              DIRECT EXAMINATION
 6    BY MR. HAMMER:
 7         Q      Good morning, Ms. Patterson.
 8         A      Good morning.
 9         Q      Again, my name is Stan Hammer.  Are you
10    aware that I represent the defendant in this case,
11    Trooper Wyatt?
12                      THE WITNESS:  What does he mean?
13                      MR. KRUDYS:  He's the lawyer for
14    Trooper Wyatt.
15                      THE WITNESS:  Okay.
16         Q      Was that a yes?
17         A      Can you repeat that?
18         Q      Are you aware that I represent Trooper
19    Wyatt, the defendant in this case?
20         A      Yes.
21         Q      Do you understand that you're under the
22    same oath today as if you were testifying in a courtroom
23    in a trial?
24         A      Yes.
25         Q      And I'm going to assume you understand
```

1  the questions that I ask you, unless you tell me that

2  you don't understand them.  Is that fair?

3       A     Okay.

4                 MR. KRUDYS:  Objection as to form.

5  Go ahead.

6       Q     I'm sorry.  What was your answer?

7                 MR. KRUDYS:  You can answer.

8       A     Yes.

9       Q     Is there anything that would prevent you

10 from thinking clearly and testifying truthfully today?

11      A     No.

12      Q     Are you taking any medications or drugs

13 or substances that would prevent you from thinking

14 clearly?

15      A     No.

16      Q     Okay.  Well, if at any time you need a

17 break during the deposition, just let me know or let

18 Mark know.

19                The only caveat there is if you are in

20 the middle of answering a question, we'll need you to go

21 ahead and finish your answer before we take a break.

22 Okay?

23      A     Okay.

24      Q     All right.  Did you do anything to

25 prepare for this deposition today?

1     A      I don't understand that question.

2     Q      Before you came in this morning for the
3  deposition, did you do anything to get ready?

4     A      No.

5     Q      Okay.  Did you review any documents?

6     A      No.

7     Q      No.  Okay.  Did you review any of the
8  videos from the matter?

9     A      No.

10     Q      Okay.  And didn't review any recordings
11  or anything like that?

12     A      No.

13     Q      Okay.  All right.  Ms. Patterson, just a
14  few background questions so we can get to know you.
15  Where did you grow up?

16     A      In Richmond.

17     Q      Okay.  Have you lived here in Richmond
18  your entire life?

19     A      Yes, sir.

20     Q      Okay.  And what is your highest
21  education?

22     A      Some college.

23     Q      Some college.  Okay.  So you graduated
24  high school and did some college but didn't graduate
25  from college?

1     A     Correct.

2     Q     Okay.  And do you currently work?

3     A     No, sir.

4     Q     Okay.  Have you worked in the past?

5     A     Yes, sir.

6     Q     Okay.  Can you tell me about that?  I'm

7   primarily interested around the time of the incident

8   involved in this case, December of 2023.  Were you

9   working then?

10    A     No, sir.

11    Q     Okay.  All right.  When did you move to

12   304 East 9th Street?

13    A     October the 1st, 2023.

14    Q     Okay.  Just some housekeeping, Ms.

15   Patterson, the words I'm going to use I want to go over

16   with you briefly.

17          I understand that you were present when a

18   stolen Dodge Charger rear ended an SUV at Commerce Road

19   and Maury Street adjacent to your home at 304 East 9th

20   Street on December 11, 2023.

21          I'll use the word incident to refer to

22   what happened that evening, on December 11, 2023.

23          So Trooper Wyatt's foot pursuit of the

24   suspect, the troopers on the scene, Trooper Wyatt's

25   questioning of your son and his release.

```
 1              Does that make sense if I use the word

 2  incident?

 3        A       Okay.

 4        Q       To refer the all those things that

 5  happened?

 6        A       (nodding head)

 7        Q       Okay.  And I'll refer to your son in this

 8  deposition as Ontario Logan-Patterson, or excuse me,

 9  your son, Ontario Logan-Patterson, the plaintiff in this

10  case, just as Ontario.

11              I don't mean any disrespect by that.  I

12  just think it would be easier to help us move things

13  along because that's what you're used to hearing instead

14  of plaintiff.

15        A       Okay.

16        Q       Okay.  So I'll refer to him as Ontario.

17  Did Ontario live at 304 East 9th Street at the time of

18  the incident?

19        A       Yes, sir.

20        Q       Okay.  And I'm aware that Ontario was 17.

21  Did you have custody, legal custody of him as your son

22  at the time?

23        A       Yes, sir.

24        Q       Okay.  Have you always had custody of

25  Ontario?
```

```
 1          A        Yes, sir.

 2          Q        Okay.  Did anyone else live at your home

 3   at 304 East 9th Street at the time of the incident?

 4          A        Yes, sir.

 5          Q        Okay.  And who was that?

 6          A        I have a eight-year-old daughter.

 7          Q        Okay.  Anyone else?

 8          A        No, sir.

 9          Q        So just the three of you?

10          A        Yes, sir.

11          Q        Okay.  And where does Ontario currently

12   live?

13          A        I don't know like the numeric numbers of

14   the address because he just moved.

15          Q        Okay.

16          A        But I do know that he stays with my step

17   dad.  Him and my stepdad got a place together now.

18          Q        Okay.  Do you know the general area where

19   he lives?  Is sit still here in Richmond?

20          A        Yes, sir.

21          Q        Okay.

22          A        I's off of Midlothian.

23          Q        Okay.  Was this a recent move?

24          A        Um-hum.

25          Q        About how long ago?  Do you recall?
```

1    A    Like two months ago.

2    Q    Okay.  And -- but up until the time was

3 had living with you at 304 East 9th Street?

4    A    Yes, sir.

5    Q    Okay.  And he is -- is he 18 or 19 now?

6    A    He's 18 now.

7    Q    Okay.  So he's an adult and ready to move

8 out, and he moved to -- you said it was somewhere on

9 Midlothian Turnpike?

10    A    Yes, sir.

11    Q    So is that in Chesterfield then?

12    A    No.  It's still in the city.

13    Q    Still in the city.  Okay.

14            MR. HAMMER:  Mark, if we could

15 follow up and get the address, that would be helpful.

16 We'd appreciate it.

17    Q    And do you have any other children

18 outside of Ontario and your daughter?

19    A    No, sir.

20    Q    Okay.  And what is your daughter's name?

21 I forgot to ask?

22    A    Arynn.

23    Q    Arynn?

24    A    A-R-Y-N-N.

25    Q    Okay.  And she's eight you said?

```
 1          A       Yes, sir.

 2          Q       Okay.  Can you just tell me about your

 3   relationship with Ontario?  Are you all close?

 4          A       Yes, sir.

 5          Q       Okay.  How would you describe the

 6   relationship, you know, do you feel like you would do

 7   anything for him?

 8                        MR. KRUDYS:  Objection, vague and

 9   ambiguous.

10          A       Can you rephrase that?

11          Q       Sure.  Is there any other detail you can

12   provide me to kind of describe the closeness of your

13   relationship with Ontario to give me a sense of how you

14   all are close, some examples maybe?

15                        MR. KRUDYS:  Same objection?

16          A       Aside from us having the same birthday,

17   that's my firstborn son.

18          Q       Um-hum.

19          A       I had him straight after high school,

20   and, yeah, that's pretty much all we know is each other.

21          Q       Okay.  That's helpful.  And tell me about

22   Ontario just to give me a sense of who he is as a young

23   man.  What are his interests?

24                        MR. KRUDYS:  So the question is what

25   are his interests.  Is that what you're asking?
```

| | |
|---|---|
| 1 | MR. HAMMER:  That's what I'm asking? |
| 2 | MR. KRUDYS:  Okay. |
| 3 | MR. HAMMER:  I'm just trying to |
| 4 | learn about her son. |
| 5 | MR. KRUDYS:  Sure. |
| 6 | MR. HAMMER:  Just to get some color. |
| 7 | A     You mean in general or at the time of the |
| 8 | incident? |
| 9 | Q     Let's talk about the time of the |
| 10 | incident, yeah, that would be he helpful? |
| 11 | A     At the time of the incident, he was in |
| 12 | his senior year of high school. |
| 13 | Q     Um-hum. |
| 14 | A     He was on the band, and he was working a |
| 15 | job that he had for just about a year.  He had just made |
| 16 | that one year mark, never been in trouble, never had no |
| 17 | disciplinary actions against him. |
| 18 | He was -- he's a overall good kid even |
| 19 | though he came from I guess like the poverty areas or |
| 20 | low -- low income areas.  He still was thriving.  Yeah, |
| 21 | he's a really great kid. |
| 22 | Q     Thank you for that.  Would you describe |
| 23 | him as someone who's outgoing or a little bit more |
| 24 | quiet? |
| 25 | A     I think he a little quiet sometimes. |

1      Q      Okay.  Lots of friends?

2      A      Huh-uh.

3      Q      Okay.

4      A      Not a lot.  He has a few but not a lot.

5      Q      Is he on his phone a lot, message a lot

6   with friends?

7      A      He's more of a gamer.

8      Q      Okay.  Got it.

9             MR. KRUDYS:  From time to time,

10   you're saying um-hum and the like, and it just creates

11   challenges for the reporter.

12             So if you can -- we all know what

13   you're saying, but it's easier if you would say like yes

14   or no, explain?

15             THE WITNESS:  Okay.

16             MR. HAMMER:  Thanks, Mark.

17             THE WITNESS:  Sorry about that.

18             MR. KRUDYS:  No, you're fine.

19             MR. HAMMER:  No worries?

20             MR. KRUDYS:  It's a very common

21   thing, so don't worry about it.

22      Q      And let me ask just briefly about

23   Ontario's father because he hasn't really come up in the

24   case.  Is Ontario's father a presence in his life or

25   your life?

```
 1          A        No, sir.

 2          Q        Okay.  So, no, you don't really have a

 3    relationship with him?

 4          A        (shaking head)

 5          Q        Okay.  Thank you.  All right.  I'd like

 6    the move on to talk about December 11, 2023, the date

 7    the incident occurred and kind of walk through the

 8    events of the whole day with you, Ms. Patterson, and

 9    your memory.

10          A        Okay.

11          Q        Could we start and if you could just walk

12    me through what happened December 11, 2023, starting

13    with the morning.

14                   MR. KRUDYS:  Objection as to form.

15    You can answer if you can.

16          A        I don't really remember that morning.  I

17    just remember the incident itself.

18          Q        Okay.  Do you need a Kleenex?

19          A        Thank you.  Sorry about that.

20                   MR. KRUDYS:  Sure.

21          A        So around five in the evening, me and my

22    son had just arrived home, and it was some noise

23    outside.

24                   And where we live at it's kind of a main

25    road where a lot of racing and stuff going on, on that
```

1  street, so we were under the assumption that maybe it

2  was like a drag race or something going on.

3         Q       Um-hum.

4         A       And then we hear a big boom.  So when we

5  went outside, we seen some cars at the light, and then

6  we see the state trooper car.

7                 But we didn't see the trooper or the guy

8  until he start coming down the street.  And then he was

9  running, and Trooper Wyatt, or what I know now as

10 Trooper Wyatt, he -- he stopped chasing the guy at the

11 tree line.

12                And the guy continued around the fence

13 towards me and my son, which made me and my son run into

14 the home that we live in.

15                And then the guy, when I look out the

16 back window, I see the guy going around this way, but

17 Trooper Wyatt is still standing at the tree.

18                So me and my son was saying, like, how he

19 weren't going to catch the guy because, one, he wasn't

20 running fast enough; and then, two he stopped running

21 all together.

22                So, yeah.  And then I told my son to wash

23 some dishes, and he proceeded to do that, and then he

24 went upstairs to get on his game.

25                And I want to say about, it felt like

1    about 20 or 30 minutes later, I went out to go check the

2    mail, and that's when Officer Wyatt was like right there

3    with his gun pointed.

4              And he was asking where was the guy that

5    he had chased into my home, which wasn't true, because

6    no one chased anyone in my home.

7              And Trooper Wyatt definitely didn't come

8    in or through my home, so that was confusing.  And then

9    he kept asking, well, who's in here, who's in here?  And

10   I say the occupants that live here, which is me and my

11   son.

12             And then he asked to see my son, and so I

13   holler upstairs for my son to come down and to hurry up

14   because he got this gun pointed in my face.

15             And so my son comes like running down the

16   stairs, and he's like what 's going on, mom?  What's

17   wrong?  And he like, you, why you breathing like that?

18   Why you breathing so hard?

19             He said, well, my mom just said something

20   about a gun being pointed at her.  And he, like, no,

21   you're breathing hard like this because you were running

22   from me.

23             You -- I was chasing you, and he like

24   what.  You didn't chase me.  He said, mom, what he -- he

25   like what he talking about.

1    And I'm like I don't know because nobody

2    ran in our home.  Nobody chased nobody through here, and

3    he was like really adamant.

4         And then he reached in and pulled my son

5    out and he threw him against the wall.  By this time my

6    son has now pretty much taken his clothes off because he

7    was on the game in his room.

8         So my son is outside in the cold with no

9    shirt on, some little pants and no shoes, and he like

10   you got the wrong guy.

11        And he like, no, I don't.  I always get

12   my man and I know who it is, and then we go to the car.

13        And now I see that the guy that he was

14   chasing had crashed into another car at the light.  That

15   was the boom we heard.

16   Q       Um-hum.

17   A       And there's also three other people in

18   his vehicle that he was driving, and they're telling him

19   like, you know, that's the wrong guy.  You got the wrong

20   person.

21        He like, oh, no, it's not.  That's what

22   you all say to help your people, and you all do this and

23   he like, no.  That's the wrong person.

24        He said, well, you -- you will say

25   anything to help your kind because you all stick

1    together.  And the guy said, well, no, we ain't sticking

2    together.

3                    That's a kid and I don't hang with kids,

4    and this lady is really upset because you got her son

5    that don't have nothing to do with it.

6                    And he was just adamant, like, this is --

7    this is him.  This is him, and now there's other officer

8    pulling up and there's a helicopter flying over, and

9    they got dogs all out around.

10                    And they take the dog and they take it by

11    my son I guess so that he can get a good sniff or smell

12    of him, and, you know, my son is standing there.  And

13    the dog is just looking like I don't know who this guy

14    is, but he goes to this tree that's on the front.

15                    It's two dogs that goes right there, and

16    they just sit there at the tree, and they don't go

17    across the street.

18                    They -- they don't go down the sidewalk

19    none other than, you know, the route that the guy had

20    taken, but they kept stopping at the tree.

21                    And one of the officer was telling him, I

22    don't think this is the right guy judging of off of what

23    his mom is saying, and what the people in the car are

24    saying.

25                    And he was just like really adamant and

1  he kept my son in that car, and then he left and he's

2  like, well, where is the clothes you had on.

3             And I go back to the house and I get the

4  clothes my son had on.  He's like, no, this is not it.

5  Threw them on the porch.

6             And so I'm trying to -- my son is really

7  big.  He's a little over six feet, so I'm trying to

8  prove that my son is indeed a child and not a grown man

9  that you're thinking that he is, because he keeps saying

10 he's a grown man.

11            There's my son right there.  He's a grown

12 man.  He's a grown man, and I'm saying, no, this is a

13 child.  So I don't -- I went in the house and I have a

14 folder like this that's called the life folder that his

15 birth certificates and identikit papers.

16            And I go and get that and I'm like, look,

17 this -- this is a kid, and he like, oh, no, he's a grown

18 man, and I know this is the right guy.  This is my guy.

19            And Trooper Morrison and Trooper Lane

20 said that they didn't think that Ontario was the guy.

21 Two hours later they let my son -- oh, after he got the

22 clothes, he said these not it and he throw them on the

23 porch.

24            And so now I'm back trying to talk to my

25 son at the window of the car in this little crack that

```
 1   he done got.

 2              And he's like -- he goes back and then he

 3   comes back to the car, and he looks in the car, and then

 4   he's back by my house, and then he goes I got a gun.  I

 5   pot a gun.

 6              And we all looking and we're, like, well,

 7   where did that come from, and he goes, yeah, because he

 8   threw it by your house with your clothes.

 9              And now he coming back with the same

10   clothes you just told me to go get that you said weren't

11   the clothes and you threw them.

12              And then he goes, yeah, because I found

13   this with the gun and they were by your home, by the

14   door, and I'm like, no.

15              You threw those clothes right there, but

16   he was like really adamant that my son threw those

17   clothes right there and my son put the gun right there,

18   and he did not do that.

19              And then after they let him out, that

20   Saturday I got a phone call, and it was Trooper Wyatt

21   and he was saying that -- his exact words were I'm

22   coming to get my guy.

23              I put a warrant out on your son because I

24   never lose my man, so either you can take him to be

25   turned in, or I can come and pick him up.
```

1    And I asked him like, well, where do I

2  take him to and he like, well, you know, y'all been in

3  trouble before, and I'm like, no, we haven't been in

4  trouble.

5    So I called the state police to file a

6  complaint against him because now I'm thinking that

7  maybe you just like playing on my phone or something,

8  and then they told me that it was a warrant out for my

9  son, and that I had to take him to be turned in and they

10  told me where to go to.

11    Q    And they is the State Police?

12    A    Yes, sir.

13    Q    Internal Affairs at the State Police, and

14  then they told me where to take him to.  And we were

15  under the assumption that because he's never ever been

16  in trouble or never had any problems within life, that

17  we'll take him down there and then they'll give him back

18  the us, and it didn't work like that.

19    Q    Okay.

20    A    They kept him.

21    Q    All right.  Thank you for that -- for

22  that summary of what you remember from the day.

23    If we can, what I'd like to do is kind of

24  go back in time to when you kind of were starting and

25  take this in bite size chunks and try and get all the

1    detail you can remember, because we're just trying to

2    understand the facts.

3              So you said you couldn't remember what

4    happened in the morning.  Do you remember if December

5    11th was a school day, December 11, 2023?

6         A     Um-hum, it was a school day, but he

7    didn't go to school that morning.

8         Q     Okay.  And why not?

9         A     He just didn't go.  I let him stay home.

10   His grades were good.  He hadn't missed any days really,

11   so he could stay home.

12        Q     Okay.  And is there a process with -- he

13   was at Armstrong High School, correct?

14        A     Um-hum.  Yes, sir.

15        Q     Is there a process when he's not going to

16   be at school?  Do you have to call the office?

17        A     No, sir.  You just don't go.

18        Q     Okay.  So is that -- do you know, is that

19   an excused absence or unexcused absence?  Do you know

20   what it was that day?

21        A     It was probably unexcused because there

22   was no really legitimate reason for him to not go.

23        Q     Okay.

24        A     He just didn't go.

25        Q     Got it.  And was that kind a regular

```
 1    thing --

 2           A      No.

 3           Q      -- for you all, or was this a special day

 4    of him not going to school?

 5                       MR. KRUDYS:  Objection.  Asked and

 6    answered.  She already said that this is unusual.  Go

 7    ahead.

 8           Q      Could you answer the question?

 9           A      Can you repeat it?

10           Q      Was it unusual for Ontario to just not go

11    to school?

12           A      No.

13           Q      Okay.

14                       MR. KRUDYS:  Objection as to the

15    form of the question.

16           Q      Ms. Patterson, I understand that at some

17    point on December 11th, you and Ontario went to the

18    birthday party; is that correct?

19           A      It's more like a gathering.

20           Q      Okay.  Was it in recognition of someone's

21    birthday?

22           A      It was in recognition of my godson who

23    had been murdered.

24           Q      Okay.  And tell me about the gathering.

25    Where was it?
```

```
 1          A       It was at -- in Walmsley.  I think those
 2  apartments are called like Walmsley Terrace, I think.
 3  It's some apartments.
 4          Q       Walmsley Terrace, okay.
 5          A       And we was over at my godson's mother's
 6  house.
 7          Q       Okay.  And do you remember about what
 8  time y'all went to the gathering?
 9          A       I can't recall.
10          Q       Was it the morning or the afternoon?
11          A       I can't recall.
12          Q       Okay.  What did you do there?
13          A       I can't really remember.
14          Q       Okay.
15          A       I know we sat around and talked and ate
16  some food, but I can't remember like the exact details
17  of it.
18          Q       Okay.  Do you remember about how many
19  people were there?
20          A       No.
21          Q       Well, let me try this.  Was it ten people
22  or so or less?
23          A       It may have been more or less.  I don't
24  remember.
25          Q       Okay.  So you don't recall how large the
```

1    gathering was?

2              A        No.

3              Q        Okay.  So was -- you said it was your

4    godson's mother's house, so I assume it was -- was she

5    there?

6              A        Yes, sir.  She was there.

7              Q        Okay.  Do you remember anyone else

8    besides you, Ontario, and -- you okay?

9              A        Yeah, my --

10             Q        And your godson's mother who was there?

11   Anyone else?  Do you remember?

12             A        And it was her grandbaby her daughter,

13   and -- I'm trying to think, but I can't remember

14   everybody.

15             Q        That's okay.  What is your godson's, your

16   deceased godson's mother's name?

17             A        Deldrika Price.

18             Q        Deldrika Price.  Okay.  And her

19   daughter's name?  You mentioned her daughter was there.

20             A        Parres Price.

21             Q        Okay.  As I recall that's P-A-R-R-E-S?

22             A        Yes.

23             Q        Okay.  And the grandbaby, what was her

24   name?

25             A        That's Parres' daughter.

```
 1         Q      Okay.

 2         A      And her name is Jamaya Thomas.

 3         Q      Jamaya.  Okay.  And to back up, how did

 4   you get to the party?  You don't remember when you got

 5   there, but how did you get there?

 6         A      We were riding with Deldrika.

 7         Q      Okay.  So she came over to your home at

 8   East 9th Street and picked you up?

 9         A      Yes, sir.

10         Q      Okay.  And it was the three of you, you,

11   Ontario, and Ms. Price?

12         A      Correct.

13         Q      Okay.  About how long does it take if you

14   know to get from your home to Ms. Price's home?

15         A      If all the lights are green, then maybe

16   about 15 minutes.

17         Q      Okay.

18         A      It's not that far.

19         Q      Okay.  All right.  And if we fast

20   forward, what time -- do you remember what time you

21   ultimately left the gathering?

22         A      I don't remember the time that we left.

23   I remember when we got home was about five-ish.

24         Q      And how do you remember what time you got

25   home?  How do you know?
```

```
 1          A       Honestly, I'm not sure how I remember
 2   that.
 3          Q       Do you typically wear a watch?
 4          A       The phone.  I'm always looking at my
 5   phone.
 6          Q       Always using your phone.  Okay.  So you
 7   don't remember whether you happened to look at your
 8   phone or the car clock or something like that?  You just
 9   remember that you think it was five when you got home?
10          A       Yes.
11          Q       But you don't know how you remember that?
12          A       I don't remember how.
13          Q       Okay.  All right.  And did Ms. Price --
14   was she your transportation home from the gathering as
15   well?
16          A       Yes, sir.
17          Q       Okay.  And was it again you, Ontario, and
18   Ms. Price in the car?
19          A       Yes, sir.
20          Q       Okay.  All right.  While you are at the
21   gathering, did you ever leave?  Was there any period of
22   time where you left the gathering?
23          A       I can't remember.
24          Q       Okay.  All right.  Let's move forward to
25   the chunk of time where you've arrived home from the
```

```
 1   gathering and trying to get a sense of the details of
 2   what happened then.
 3                     So you said that you believe you arrived
 4   home around five o'clock.  It was December.  Do you
 5   recall how light it was?  Was it dark?  Was it -- do you
 6   remember?
 7        A       It started off pretty light outside.
 8        Q       It was still pretty light around five?
 9        A       Um-hum.  Yes, sir.
10        Q       Okay.  And what did you do when you got
11   home?
12        A       When we got there, I asked Ontario to do
13   the dishes and then it was (descriptive noise) boom.
14        Q       Okay.  And about how long after you had
15   gotten home, did you hear that boom?
16        A       Not even maybe two or three minutes
17   later.
18        Q       Okay.  And when you hear the boom were
19   you inside your home?
20        A       Yes, sir.
21        Q       And when Ms. Price dropped you off, did
22   you go straight inside your home?
23        A       Yes, sir.
24        Q       Okay.  And who was home at that time?
25   Was it just you and Ontario?
```

| | |
|---|---|
| 1 | A       Yes, sir. |
| 2 | Q       Okay.  Where was your daughter? |
| 3 | A       She was with her father. |
| 4 | Q       Okay.  Do you remember where you were in |
| 5 | your home and what you were doing when you heard the |
| 6 | boom? |
| 7 | A       We were in the kitchen, and I had just |
| 8 | told Ontario to do the dishes. |
| 9 | Q       Okay.  And -- |
| 10 | A       And I was in the process of starting some |
| 11 | dish water. |
| 12 | Q       Okay.  Had you guys -- did you have time |
| 13 | to eat when you got home?  Is that why he was going to |
| 14 | do dishes? |
| 15 | A       No.  He was doing the dishes because |
| 16 | dishes was left in my sink. |
| 17 | Q       Okay.  Were those just from the day, from |
| 18 | the breakfast or something? |
| 19 | A       From probably the night before. |
| 20 | Q       Okay.  Is that one of Ontario's typical |
| 21 | chores, to do the dishes? |
| 22 | A       Yes, sir. |
| 23 | Q       Or was it at the time? |
| 24 | A       Yes, sir. |
| 25 | Q       Okay.  So you said you were only home for |

1  about two or three minutes before you saw the boom.  So

2  you didn't have time to eat --

3              MR. KRUDYS:  Heard the boom.

4      A      We heard it.  We didn't see it.  We heard

5  it.

6      Q      I'm sorry.  Heard the boom.  My mistake.

7  Okay.  And do you remember what you were wearing when

8  you got home and were inside your home at that point?

9      A      I have on some jeans.

10      Q      Do you remember what color they were?

11      A      Blue and it's a white shirt and a black

12  jacket and some sneakers.

13      Q      Do you remember what color the sneakers

14  were?

15      A      No, sir.

16      Q      Okay.  The jacket, the black jacket, do

17  you remember whether it was like a hoodie or just a

18  regular jacket without a hood?

19      A      It's -- it's like a zip up jacket.

20      Q      Okay.

21      A      I can't remember if it have a hood on it

22  or not, but I know I had that jacket on.

23      Q      Okay.  And do you remember what Ontario

24  was wearing when you all got home and you are inside the

25  house?

1    A    Yes.  He -- he has on some black jeans

2  with a white Guess shirt, a black hoodie with some

3  cartoon characters on the front.

4         I want to say his shoes are black and

5  white.

6    Q    Okay.  Okay.  What happened when you

7  heard the boom?  What happened next?

8    A    We went outside and we was looking, and

9  then we saw the state trooper car and the light was red,

10  so it wasn't not normal for there to be cars and traffic

11  right there because it's at the light, so --

12    Q    Did you all exit your back door when you

13  went outside?

14    A    Yes, sir.  We're on the back of our home.

15    Q    Okay.  And did you take your keys with

16  you and lock the door, or did you just go out?

17    A    The door was left open.

18    Q    Okay.

19    A    As to why --

20    Q    Open meaning unlocked or just --

21    A    Meaning open.

22    Q    Wide open?

23    A    Wide open.

24    Q    Okay.

25    A    Correct.  So that's why when the guy ran

```
 1    towards us, we ran in the house because we were thinking

 2    that maybe he might try to run in our house type thing.

 3         Q      Okay.

 4         A      And -- so yeah.

 5         Q      And -- so you walked outside.  How much

 6    time passes between you walked outside and left the door

 7    open and you saw, as you said the guy, when you say the

 8    guy, you mean the suspect, correct?

 9         A      The suspect, uh-hum.

10         Q      Okay.

11         A      Yes, sir.

12         Q      How much time passed between when you

13    walked out and then you saw the suspect?

14         A      It's about two, two minutes.

15         Q      Two minutes, okay.

16         A      Two or three minutes, yes.

17         Q      And do you remember where you were and

18    where the suspect was when you firs saw him?

19         A      Me and Ontario was standing by the

20    mailbox, and the suspect and the trooper were on the

21    other side of the parking lot on this side of the fence.

22         Q      So there's --

23         A      It's a -- this is my home, and then

24    there's a parking lot with a fence, and then they were

25    on that side.
```

1    Q    So there's -- basically the fences are

2  rectangle, right?

3    A    It's a square, yes.

4    Q    Square or rectangle.  So there was two

5  sets of fencing between you and the suspect when you

6  first saw him; is that right?

7    A    Correct.

8    Q    Okay.  And that was when you first saw

9  him.  When did -- I believe you said he started running

10  toward you all at some point; is that right?

11    A    When he came around the fence line.

12    Q    Okay.  And did you see Trooper Wyatt at

13  that time as well?

14    A    Yes, sir.

15    Q    He was chasing him?

16    A    Yes, sir.  He was running up the sidewalk

17  for a second, but then he just stopped.

18         He stopped at the tree.  He just stopped.

19  I don't know if he was tired or --

20    Q    And did --

21         MR. KRUDYS:  She's still finishing.

22  Go ahead.

23    A    Yeah, I don't know if he was tired.  I

24  don't know why he stopped, but he just stopped at the

25  tree line, and the suspect kept running.

```
 1           Q       Okay.   That's what I was going to ask
 2     you.   Did the suspect stop as well?
 3           A       No, he kept running.
 4           Q       He kept going.   And when did you all as
 5     you said run back into the house?
 6           A       When he came around that fence line as if
 7     he was coming towards that open door.
 8           Q       Okay.   When you saw the suspect and he
 9     came around the fence line and was coming towards your
10     open door, what were you feeling then?   Were you
11     frightened?
12           A       Yes.   I was feeling frightened.   I was a
13     little scared because we had just moved out of a
14     neighborhood where some one was running from the police,
15     and they ran in our home and put guns to our heads.
16               So, yeah, I was scared as to why I ran in
17     the house and slammed the door the way that I did.
18           Q       Did you get a good look at the suspect?
19           A       I did not.
20           Q       Well, let me ask you what you may
21     remember of him.   Were you able to see his hair?
22           A       No.   He had on like a -- like a mask type
23     of thing like --
24           Q       And where was the mask --
25           A       The kids -- the kids --
```

 1                    MR. KRUDYS:  She -- let her finish.

 2          A       The kids today calls them like the

 3   pushiski mask, like, he had on like one of those masks,

 4   so it's --

 5          Q       Can you spell that for us, Pushiski?

 6          A       Um-hum.  It's P-O-O.

 7          Q       Um-hum.  I never heard of this before.

 8   That's why I'm asking.

 9          A       S-H-I-E-S-T-Y, I think.  I'm not the best

10   speller in the world.

11          Q       That's okay?

12          A       But it's kind of like a black ski mask

13   type of thing that covers right here, but your eyes is

14   out.  So like this part of your face is out.

15          Q       Okay.

16          A       But this is covered and this is covered.

17          Q       So you're saying the suspect's nose and

18   eyes were visible?

19          A       Correct.

20          Q       Was the mouth covered?

21          A       I don't remember seeing his mouth.

22          Q       So you don't know?

23          A       No.  I don't -- no.  His mouth was -- was

24   not visible.  I didn't see his mouth.

25          Q       Okay.  So the pushiski, let's call it a

```
 1   garment, since I don't know whether you would call it a
 2   mask or a hat or what.
 3        A      Right.
 4        Q      Is that -- did the suspect have it on the
 5   way people normally wear, if you know, a pushiski
 6   garment?
 7        A      Yes.
 8               MR. KRUDYS:  Objection as to form.
 9   You can answer.  Go ahead.
10        A      Yes.  He had it on like I see the people
11   on the TVs and stuff wearing it.
12        Q      Okay.  I'm trying to figure out whether
13   or not it was just on his head or whether it was fully
14   on and partially covering his face.  Do you -- can you
15   remember -- remember that?  Do you know?
16        A      I would think that it was all the way on
17   being that I only could see eyes and nose.
18        Q      Okay.
19        A      I couldn't see anything else of his
20   facial.
21        Q      Okay.  So you said you would think, but
22   you're not sure; is that right?
23        A      Correct.
24        Q      Okay.  Do you recall anything about his
25   face, whether his face was more square or more round?
```

Deposition of Lakita Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1                    A       I don't remember.
 2                    Q       And I assume you got a good enough look
 3    at him to tell the suspect's race?
 4                    A       It's a black guy.
 5                    Q       It's a black guy.  Do you remember if
 6    he's light skinned or dark skinned?
 7                    A       He's lighter than my son.
 8                    Q       Okay.  And did I already ask you whether
 9    or not you saw whether he had facial hair?  I'm sorry?
10                    A       No.  I didn't see it.
11                    Q       Meaning you didn't see facial hair?
12                    A       No.
13                    Q       Okay.  So no facial hair?
14                    A       Not that I saw.
15                    Q       Okay.  Do you remember how tall or short
16    the suspect was?
17                    A       No, sir.
18                    Q       So you couldn't tell me, for example,
19    whether he was over six feet?
20                    A       I know he's not over six feet because my
21    son is six feet.  He's shorter than my son.
22                    Q       Okay.  How tall exactly is Ontario?  Do
23    you know?
24                    A       I think -- I think he's about 6'4".
25                    Q       Okay.
```

```
 1          A       I think.

 2          Q       So you believe that the suspect was at

 3   least four inches shorter; is that right?

 4          A       He's probably like in the five feet

 5   range.

 6          Q       That's a big range for when we're talking

 7   about height of people, right, so was he closer to six

 8   feet or was he closer to five feet?  Let's start there.

 9                  MR. KRUDYS:  If you know.

10          Q       If you know.  Because five feet is a

11   pretty short individual?

12          A       Correct.  He was pretty short.

13          Q       Okay,

14          A       He was way shorter than my son, and my

15   son is six feet, so he had to be like five feet

16   something.

17          Q       Five feet something.  Okay.  But you

18   can't tell us exactly how tall?

19          A       No, sir.

20          Q       Whether he was closer to the five feet or

21   six feet, you can't tell us?

22          A       He closer to the five feet.  He's no

23   where near that six feet.

24          Q       Okay.  So you think he was 5'6" or less?

25          A       I don't know.
```

1    Q    Okay.  Do you recall whether the suspect

2  was skinny or stocky?

3               MR. KRUDYS:  If you recall.

4    Q    Normal build?

5    A    Kind of skinny.

6    Q    Okay.  All right.  So you saw suspect and

7  you said earlier that you ran inside.  Now, let's go to

8  when you went through your open door and were inside.

9          What happened right when you went through

10 the door?  Do you remember?

11   A    I slammed the door and locked it.

12   Q    Okay.

13   A    And I told Ontario to make sure that the

14 front door and stuff was locked, and it was, and then I

15 peek out the window to see what -- what was going on

16         And Trooper Wyatt was still at the tree.

17 I don't see the suspect, but I see Trooper Wyatt

18 directly across from me at that tree right there.

19   Q    And where was that tree?

20   A    On the back.

21   Q    Where is that tree in relation to your

22 home?  About how far away if you can tell me?

23   A    It's about from here to that door, that

24 first door.

25   Q    And so you're -- you mean from this outer

```
 1    window?

 2           A       From this wall.  Um-hum, from this wall

 3    to that door.

 4           Q       So I'll call it -- would you say that's

 5    maybe 46 feet, 30, 40 feet?

 6           A       I think so.

 7           Q       Okay.

 8           A       I don't really no measurements.

 9           Q       Understood.  So you're inside and peek

10    out the window and saw Trooper Wyatt.  What did you do?

11           A       I told my son he's still standing right

12    there, and then we bust out laughing.

13           Q       Okay.  Why did you laugh?

14           A       Because we had just finished discussing

15    that he weren't going to catch the guy because he was

16    reasoning so slow, and now he's still standing at the

17    tree.

18           Q       Okay.  And let me just go back for a

19    second with the suspect.  Did you have any words with

20    the suspect?  Did you talk to him at all?

21           A       No.

22           Q       Okay.  Did you ever talk to him at all?

23           A       No.

24           Q       During the entirety of the incident?

25           A       No.
```

1   Q    Never had any exchange with him?

2   A    No.

3   Q    Okay.

4   A    We don't -- we don't know them people.

5   Q    Okay.  But sometimes we talk to people we

6   don't know, but you're saying you didn't talk to him

7   ever?

8   A    At all.

9   Q    Okay.  What was Ontario doing?  You said

10  you told him to lock the door.  What was he doing once

11  y'all got inside if you know?

12            MR. KRUDYS:  She just said they

13  burst out laughing, so --

14            MR. HAMMER:  Well, correct.  That

15  was just a moment, right.  Trying to explore what was

16  happening.

17  A    I told him to go ahead and do the dishes,

18  and he the dishes and went back to like our regular

19  routine.

20  Q    Okay.  You said earlier he was doing the

21  dishes.  Did he just get interrupted when y'all went

22  outside?

23  A    Um-hum.  Yes, sir.  Sorry.  So when I

24  first told him to do the dishes, and then we heard the

25  boom, we went outside.

1           And we was watching that, and then when

2   we came in, we -- we -- like I said, we were laughing

3   because he -- he just was running slow.

4           And he was still standing at that tree,

5   and then I told Ontario go ahead and finish doing the

6   dishes.

7       Q       And when you say he, you mean Trooper

8   Wyatt?

9       A       Yes, sir.

10      Q       Sorry.   Thank you.

11      A       And, yeah, he proceeded to do the dishes,

12  and then he went up into his room to get on the game

13  that he's always on.

14      Q       Okay.  So at some point in time, my

15  understanding is you went out of the house to check the

16  mail?

17      A       Yes, sir.

18      Q       Do you recall when -- obviously, you

19  would have exited on the first floor of your home.

20  Where was Ontario at that point?

21      A       In his room.

22      Q       In his room playing games?

23      A       Yes, sir.

24      Q       Okay.

25      A       And as soon as he finished the dishes, he

```
 1    went upstairs.
 2             Q      Okay.  And did he go upstairs -- you said
 3    he went upstairs to play games.  Did he say he was going
 4    to change clothes?  Was that his typical routine?
 5                        MR. KRUDYS:  Objection.  Form,
 6    foundation.
 7             A      Can you rephrase the question?
 8             Q      Sure.  Did Ontario go upstairs to change
 9    clothes in addition to playing games.
10                        MR. KRUDYS:  Foundation.
11                        MR. HAMMER:  I think she testified
12    earlier that he went to change clothes when he went
13    upstairs.  I could be wrong.
14             A      He went upstairs and he, like, took his
15    stuff off, but I wouldn't say he changed clothes because
16    he didn't have no clothes on him when he came down.
17             Q      Okay.  What do you mean when you say he
18    didn't have clothes on?
19             A      I think he started just getting
20    comfortable so, you know, he took his shirt off, but
21    he's in the comfort of his room.  So when I called him
22    down, he didn't have a shirt on.
23             Q      Okay.
24             A      He just had like his little shorts and
25    stuff.
```

Deposition of Lakita Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

1    Q      Okay.  What happened when you came out to
2    check the mail?  Were you -- sorry.  I'll stop there.
3    What happened when you came out to check the mail?
4                    MR. KRUDYS:  And I'm just going to
5    put an objection because she ran through all of this.
6    This is just kind of an asked and answered, but I
7    understand you're trying to take it in bite sized
8    pieces.
9                    So I will just put on the record
10   that she's already provided a response.
11                   MR. HAMMER:  Thank you.
12                   MR. KRUDYS:  And that will be a
13   continuing one.  Okay.  Go ahead.
14   A      When I opened the door, the gun was right
15   there, and Trooper Wyatt was saying where is the guy
16   that I just chased through here.
17                   Where's the guy, and I told him you
18   didn't chase through my home.  Nobody through my home,
19   and then he asked where -- who -- who was in the home,
20   and I told him me and my son.
21                   And he asked to see him, and I called
22   upstairs and told my son to hurry, come down, because he
23   got that gun in my face.
24   Q      While you pause, can I ask you -- you
25   said he had the gun pointed at you immediately when you

 1   came outside.

 2              How far away was Trooper Wyatt at that

 3   point if you remember?

 4        A      He's now at my back door, so when I open

 5   up door, that's the first thing I see is down the barrel

 6   of the gun.  He's that close to me.

 7        Q      Only a few feet away?

 8        A      He was close to me to -- he was extremely

 9   close to me.  I don't even think it was feet.  It was

10   like inches because he was -- once I opened the door,

11   the gun is like right there.

12              MR. KRUDYS:  And she's positioning a

13   notebook from her face approximately a little more than

14   a foot away.

15        Q      So if he was that close right when you

16   opened up the door, it seems like he would have had to

17   have been just outside your door before you opened it;

18   is that right?

19        A      I would like to think so.  I don't -- I

20   don't see outside at this point.

21        Q      Right.

22        A      Because now some time has passed and,

23   yeah, I -- it's -- some time passed, so I'm not thinking

24   nobody's at my door when I go to exit out, but --

25        Q      He was right there?  He didn't --

1        A        He was right there.

2        Q        -- run towards you and then --

3        A        No.  He was right there.

4        Q        Okay.  When he called Ontario downstairs,

5    do you recall Trooper Wyatt asking Ontario any questions

6    when Ontario came to the door?

7        A        Yeah.  He asked him why was he breathing

8    hard like that, and Ontario responded with because my

9    mom said something about a gun being pointed in her

10   face.

11                And he said, no, that's a lie.  You're

12   breathing hard because you was running from me, and I

13   chased you in here is what he told my son, but that's

14   not true.  He didn't chase my son in my home.

15       Q        Okay.  And when Ontario came to the door,

16   what was he wearing?

17       A        No shirt, some shorts and some socks.

18       Q        No shoes?

19       A        No shoes, no coat, and it was cold.

20       Q        How quickly -- so there was the one

21   question you just testified about.

22                How quickly did Trooper Wyatt put the

23   handcuffs on your son?

24       A        Once my son came downstairs?

25       Q        Um-hum.

```
 1          A       A matter of seconds.

 2          Q       Okay.

 3          A       Because he reached in, snatched him out,

 4    pushed him against the wall and then put the handcuffs

 5    on.

 6          Q       Was Trooper Wyatt inside your home when

 7    he pushed him against the wall, or was he was outside?

 8          A       He was outside.  He reached inside and

 9    brought Ontario out.

10          Q       Okay.  How did he manage to pull Ontario

11    out if Ontario didn't have a shirt on?  He didn't -- it

12    seems like he wouldn't have had anything to grab on to.

13          A       His arms.

14          Q       He grabbed his arm.  Okay.  And did he

15    ask Ontario what he had been doing before putting

16    handcuffs on him or after?

17          A       He never asked.  He just went with the

18    you were running.  You -- I know you were chasing -- and

19    then he started saying, well, why was you running from

20    me, and my son kept telling him he wasn't the guy.

21          Q       Okay.

22          A       You got the wrong guy.

23          Q       I thought you testified that Trooper

24    Wyatt testified why he was breathing hard; is that

25    right?
```

1              MR. KRUDYS:  She already said that.

2    She already covered that.

3         A      That was when --

4              MR. HAMMER:  Correct.  But she just

5    testified that she didn't -- that Trooper Wyatt didn't

6    ask him anything.

7         A      But you asked --

8              MR. HAMMER:  So I'm just trying to

9    clarify.

10        A      He asked him why he is breathing hard.

11        Q      Right.

12        A      When he asked who else in the home with

13   me.

14        Q      Okay.  And he asked those questions and

15   then handcuffed Ontario?

16        A      Yes.

17        Q      Okay.

18        A       He asked my son why he breathing hard,

19   and my son said because my mom just said something about

20   a gun being pointed in her face.

21              And he said, no, you're breathing hard

22   because you were running from me, and I chased you in

23   here.  And my son said, no, that's not true.  My mom

24   just called me down the stairs.

25              You just seen my mom call me down the

1    stairs, and he said, no, that's a lie, reached, pulled

2    him out.

3         Q    Okay.  So he's handcuffed Ontario.  What

4    happened after he handcuffed Ontario?

5         A    He walked him down that -- down the way

6    to the car, the state trooper car, and I was right

7    behind them.

8         Q    Okay.  Was there any sort of conversation

9    between any of you at that point?

10        A    No, other than I just keep screaming and

11   hollering you got the wrong person.  This -- this is a

12   child.  You were chasing a grownup, and this is the

13   wrong person.

14        Q    Okay.  And do you recall, did Trooper

15   Wyatt immediately place Ontario in his police car?

16        A    He did.

17        Q    Okay.

18        A    In the front seats.

19        Q    Did he close the door?

20        A    With the windows all the way up.

21        Q    All the way up.  Earlier you said there

22   was a little bitty crack.

23        A    Because I keep saying that he's a child,

24   and Trooper Lane says that because he's a child that

25   window needs to be cracked so that I can communicate

```
 1  with him.

 2          Q       Okay.  So Trooper --

 3          A       So that's how the crack got in the

 4  window.

 5          Q       Got it.  So did Trooper Lane ensure

 6  himself to roll the window down a little bit and make

 7  sure that you could communicate with Ontario?

 8          A       Yes.  He told Trooper Wyatt that he needs

 9  to put some type of way that I could talk to him, so he

10  cracked the window very little.

11          Q       So with the window cracked, did you feel

12  like you had the ability to talk to Ontario when you

13  needed to?

14          A       Yes, I could talk to him.

15          Q       Okay.  All right.  Let's fast forward in

16  time just a little bit to the Saturday after the

17  incident.

18                  It would be Saturday, December 16th.

19  Trooper Wyatt called you on that Saturday; is that

20  correct?

21          A       Correct.

22          Q       Do you remember roughly what time of day

23  it was?  Morning?  Afternoon?

24          A       Early in the morning.

25          Q       Okay.  And again, could you just give us
```

1    all the detail that you can remember about the

2    conversation you had with Trooper Wyatt?

3         A      He called and he said I just want to let

4    you know that I'm coming to get my man because I always

5    catch my man, and I filed a warrant against your son.

6              So either you can turn him in, or I can

7    come and pick him up because I always get my man.

8         Q      Okay.

9                MR. KRUDYS:  Let me just stop for a

10   second.  We've been at it for about an hour.  We can

11   keep going or we can take a break now.

12               MR. HAMMER:  I'm close to a stopping

13   point.

14               MR. KRUDYS:  Okay.

15               MR. HAMMER:  And I was just going to

16   suggest the same thing.

17               MR. KRUDYS:  Okay.  All right.  Keep

18   going.

19               MR. HAMMER:  So just a few more

20   questions before we take a break.

21        Q      If you could turn in the binder that's in

22   front of you, Ms. Patterson, to tab number 5, Exhibit

23   No. 5.  There should be numbered tabs on the side there

24   for you.

25               And behind tab number 5 -- there we go.

1    Okay.  Do you recognize this document?

2           A      This looks like that -- that paper that

3    he used to get my son arrested.

4           Q      Okay.  Well, this is a statement that

5    Trooper Wyatt prepared some time after that, on June 18

6    of 2024, regarding the incident.

7                  If you could flip -- you see the little

8    numbers on the bottom there, like VSP and a bunch of

9    zeroes and a 96?

10          A      Yes.

11          Q      Whenever we look at documents, I'll just

12   use the number.  Instead of saying VSP00096, we can we

13   just use the page number 96.  Okay.  Does that make

14   sense?

15          A      Okay.

16          Q      So if you turn to the second page, page

17   97, can you read the first full -- excuse me.  We don't

18   need to go to that one.  I'm sorry.

19                 If you could just review the very bottom

20   paragraph on this page to yourself, please, starting

21   with on December 15, 2023.

22          A      Do you want me to read it out loud?

23          Q      No, that's all right.  Just let me know

24   when you've had the chance to read it.

25          A      I'm done.

1   Q      Okay.  So do you -- do you see in that

2   paragraph where you answered Trooper Wyatt, or he says

3   you answered him, I will turn myself in because I'll

4   tell you now I was watching you chase him in my window

5   when I seen him running from my house, I told him to run

6   across the street and hide by some train tracks that are

7   out there.

8                     MR. KRUDYS:  Objection.  This is not

9   her statement.  It's a statement of somebody else, and I

10  don't know why you're asking questions of her about it,

11  but go ahead.  Go ahead.

12                    MR. HAMMER:  All right.  That's a

13  speaking objection, so let's not do those, please.

14                    MR. KRUDYS:  Well, there's no

15  foundation.  Go ahead.

16      A      Can you repeat that?

17      Q      The statement I just read?

18      A      Um-hum.

19      Q      Trooper Wyatt's memory of the event is

20  that you on this phone call told him that you told the

21  suspect to run across the street and hide by some train

22  tracks that are out there.  Do you recall saying that to

23  Trooper Wyatt?

24      A      I remember him telling -- I remember

25  saying that I will let me go to jail before my son, but

1  I don't remember saying that I told anybody to go to

2  train tracks because there's no train tracks by my home.

3      Q    Okay.  So you didn't make any statement

4  to the suspect about train tracks, correct?

5                MR. KRUDYS:  Objection.  Asked and

6  answered.

7                MR. HAMMER:  That a different

8  question.  I asked about what she said to Trooper Wyatt

9  before.  Now I'm asking whether or not she actually said

10  it to the suspect?

11                MR. KRUDYS:  She answered the

12  question.

13      A    I never spoke to the suspect.

14      Q    Okay.  Thank you.

15                MR. HAMMER:  I think that's a good

16  point for us to take a pause.

17                MR. KRUDYS:  Sure.

18                NOTE:  A brief recess is now

19  taken; after which, the deposition continues as follows:

20      DIRECT EXAMINATION (continuing)

21  BY MR. HAMMER:

22      Q    All right.  Ms. Patterson, I understand

23  Ontario, if we're going to move forward in time now, was

24  in juvenile detention from December 20th to June 11,

25  2024, sorry, excuse me, December 20th of 2023, to

 1    January 11th of 2024, when he was released on home

 2    electronic monitoring.  Does that sound right to you?

 3         A     Yes, sir.

 4         Q     Okay.  Can you flip in your binder to tab

 5    8, Exhibit 8.  Okay.  Do you recognize this document?

 6         A     Yes.

 7         Q     And what is it?

 8         A     This is that -- this is like the letter

 9    that they gave me when he was locked up.  He had to go

10    school while he was in there.

11         Q     Okay.  All right.  Could you flip to the

12    next page, 73.  Do you see that chart?  These are the

13    courses Ontario took.

14         A     Yes, sir.

15         Q     Do you see geometry he had an 85, English

16    a 90, advanced PE weight training S1, 80 and art 90.

17               Would you agree that it's fair to say

18    that he did well with school during detention?

19         A     Yes, sir.

20         Q     Okay.  Could we now turn to tab 10 and

21    once you're there, can you tell me if you recognize this

22    document?

23         A     This the paper that -- this is the paper

24    that -- I forget her name, but this is like his, I guess

25    his probation officer.  So I had to sign this in order

1    for him to come home on house arrest.

2         Q      Okay.  And that's your signature at the

3    bottom here?

4         A      Yes, sir.

5         Q      And the home electronic monitoring box is

6    checked?

7         A      (nodding head)

8         Q      Is that right?

9         A      Yes, sir.

10        Q      And that is Ontario's signature as well;

11   is that right?

12        A      Yes, sir.

13        Q      Okay.  Tell me about home electronic

14   monitoring.  Do you remember what Ontario had to do,

15   what he was allowed do?

16        A      He was to wear this, it's like a watch

17   for your ankle for lack of a better words, and it's a

18   huge box.

19               And they strap it on really tight and

20   they put that on him, and we were told that once he got

21   that, he would be able to go back to school and pretty

22   much go back to his normal life as a child, but it

23   didn't work that way.  He was confined to the home in

24   its entirety.

25        Q      So during the period that he was on home

1    electronic monitoring, he was confined to the home 24

2    hours, seven days a week?

3         A       He couldn't go to school.  He couldn't go

4    to no family functions.  We would have to call 24 to 48

5    hours prior to get permission, which we did get

6    permission to go to the science museum once.

7              And we went out to eat for my grandmom's

8    birthday I think it was, but other than that, he

9    couldn't come out of the house.

10        Q       Okay.  So if there was a reason where

11   y'all wanted to have Ontario leave your home, you would

12   -- would you have to call Richmond Juvenile Detention

13   and get their permission; is that right?

14        A       Correct.

15        Q       Okay.  And you did that to the best of

16   your memory a couple of times?

17        A       Correct.  I tried to do it all the time,

18   but --

19        Q       Would they say no sometimes?

20                  MR. KRUDYS.  Et her finish?

21        A       Sometimes we just couldn't get through to

22   get the permission.  They didn't always answer.

23        Q       Okay.  So folks just wouldn't answer the

24   phone at juvenile detention; is that right?

25        A       Yes, sir.

```
 1          Q       Tough to get a hold of?

 2          A       I'm not sure if we were calling the

 3    detention center or if there's another office.

 4          Q       Sure.

 5          A       But the number they gave us nobody would

 6    always answering.  They would answer sometimes, not all

 7    the time.

 8          Q       Okay.  Thank you.  Let's flip to Exhibit

 9    13 behind tab number 13, please, and this -- do you

10    recognize this document?

11          A       Yes, sir.  This is school transcripts.

12          Q       Which I believe you provided to your

13    counsel just yesterday.  Thank you for that.

14                  If we could just walk through some of

15    Ontario's grades.  Do you see his grade point average

16    for the 9th grade year is .71; is that right?

17          A       Oh, yeah, right here.

18          Q       It's in that top box there.

19          A       I see it now.  I was looking for it.

20          Q       That's okay.  And if you look at the

21    final grades in the second to last column, it looks like

22    he failed five courses and had two D's; is that right?

23          A       What are you looking at?

24                  MR. KRUDYS:  And you're -- are you

25    looking at the first box?
```

Deposition of Lakita Patterson                                     Ontario Logan-Patterson v.Travis Scott Wyatt

1              MR. HAMMER:  Yes.  That's correct.

2    I'm sorry.

3              MR. KRUDYS:  Okay.  Why don't you --

4    why don't you walk her through and jut kind of point

5    where so she can follow along.

6              MR. HAMMER:  Sure.  I don't -- I'm

7    not very good at reading upside down, but --?

8              MR. KRUDYS:  No.  Just point on your

9    thing.

10              MR. HAMMER:  Oh, I see.  Sure.

11    Thank you.

12         Q      So I'm just looking right here, Ms.

13    Patterson.

14         A      Oh, okay.

15         Q      So this column here, the third column

16    over on the top box.

17         A      Yes.

18         Q      Has his final grades for the 9th grade

19    year, and it looks like there's a D, F, F, F, so a D and

20    three F's?

21         A      Yes.

22         Q      And then another D and another two F's,

23    so five F's and two D's.  Does that sound right?

24         A      Yes, sir.  That's COVID year.

25         Q      COVID year?

---

```
 1            A       Um-hum.

 2            Q       Okay.  Understood.

 3                    MR. KRUDYS:  There was a B for world

 4    history.  Did you mention that one?

 5                    MR. HAMMER:  I didn't, but --

 6                    THE WITNESS:  He didn't.

 7                    MR. KRUDYS:  Okay.  All right.

 8            Q       And if we look at the next year, it looks

 9    like Ontario had -- the next box down if you're

10    following with me, Ms. Patterson, grade ten.  He did

11    have three A's?

12            A       Um-hum.

13            Q       But he also had an F and a D; is that

14    right?

15            A       Correct.

16            Q       Okay.  And then the 11th grade year, it

17    looks like he has a few B's and two D's; is that right?

18    Excuse me.  Three D's; is that right?

19            A       Correct.

20            Q       Okay.  And then his -- and I'm not trying

21    to be difficult by going through all these grades.  It's

22    just something we have to do, Ms. Patterson.

23                    And then we have it looks like three D's

24    and then some C's.

25                    MR. KRUDYS:  What year are you now?
```

Deposition of Lakita Patterson                              Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1              MR. HAMMER:  I'm now on his senior
 2    year, grade twelve.
 3         A      12th grade year, which would reflect -- a
 4    lot of these grades on here for the final is because
 5    when the incident happened, they were just about to
 6    start testing and he missed all of that.
 7         Q      Understood.
 8         A      He didn't have but two weeks to pick up
 9    1, 2, 3, 4, 5, almost six F's and turn them into
10    something so that he can even graduate, so that's what
11    you're looking at.
12         Q      Sure.
13         A      Him trying to cram up a month and a half
14    or two months worth of work into two weeks.
15         Q      Understood.  Now, let's just look at the
16    summary that's in this little box at the bottom
17    right-hand corner of the right side of the page.  Do you
18    see academic career summary there?
19         A      Yes, sir.
20         Q      And there's a weighted cumulative GPA and
21    that's 1.8333; is that right?
22         A      Correct.
23         Q      And then unweighted GPA 1.60; is that
24    right?
25         A      Correct.
```

```
 1        Q      Okay.  And his class rank was 75?

 2        A      Out of 102.

 3        Q      Out of 102.  So my question for you is,

 4   you know, how would you rate your son a student?

 5        A      He's a good kid.  He's a really good kid

 6   and a great student, very helpful.

 7        Q      Okay.  Do you recall a phone interview

 8   that you had with Sergeant Jamel Johnson of the Virginia

 9   State Police.  He's with Internal Affairs regarding your

10   discrimination complaint?

11        A      Yes, sir.

12        Q      Okay.  And do you recall telling Sergeant

13   Johnson a couple of times that your son was a straight A

14   student on that call?

15        A      Yes.

16        Q      Okay.  Again, not trying to be difficult.

17   I'm just trying to understand based upon what we just

18   reviewed where -- where that's coming from, that he was

19   a strict A student.  Can you tell us?

20        A      That comes from all the report cards and

21   things that I had that was saying that he was a A

22   student and the fact that my son never came home with

23   all F's made him an A student in my eyes.

24        Q      Okay.  Do you see anywhere on this

25   transcript where he made straight A's?
```

1       A       I see he got three straight A's in grade

2  ten, yeah.

3       Q       Okay.  But that's all you see?

4       A       Again, in my eyes he's a straight A

5  student.

6       Q       Okay.  Understood.  I think we can move

7  on.  All right.  Can you turn back to tab 11 for me?  Do

8  you recognize this document?

9       A       Yes.

10       Q       And what is it?

11       A       This was the paper that they gave me

12  claiming they were going to give him home school, that

13  we pretty much didn't receive for real.

14       Q       And what do you mean you didn't receive

15  it for real?  What does that mean?

16       A       They was supposed to assign him a teacher

17  to come so that he wouldn't miss his class work and

18  things like that, but we never got it.

19       Q       Okay.

20       A       As to why his grades dropped, and he had

21  to clam so much to get him back on point.

22       Q       So are --

23                    MR. KRUDYS:  You said clam.  You

24  mean cram?

25                    THE WITNESS:  Cram, um-hum.

1    Q       So are you saying that Richmond Public

2   Schools just kind of failed on their commitment?  They

3   didn't follow through?

4       A       They definitely failed my son.

5       Q       Okay.  How was Home Education Services

6   supposed to work based on your understanding?

7       A       From my understanding, they were supposed

8   to send a teacher there.

9               So from my understanding there's supposed

10   to be a teacher that I guess get the work from the

11   school and then bring it home so that you they could go

12   over it with you and things like that; however, we

13   didn't get that.

14              We -- we didn't get somebody to even tell

15   us what was going on within the school until probably a

16   few days before he went back to court.

17      Q       Okay.  So in your mind Richmond Public

18   Schools just kind of failed y'all with Home Education

19   Services?

20      A       They failed my son before my son even if

21   had a day in court.

22      Q       Okay.  And do you recall the time period

23   that he was on Home Education Services?

24                      MR. KRUDYS:  Does that mean when

25   they were supposed to be providing it or when they

1    actually did?  Your question.

2                    MR. HAMMER:  When they're supposed

3    to be providing it, yeah.

4        A        From my understanding, they was -- we was

5    supposed to receive that service the moment he came on

6    home on home electronic monitoring.

7        Q        Right.  And presumably until --

8        A        It was over.

9        Q        His charges were resolved?

10       A        Correct.

11       Q        Okay.

12       A        And he was allowed to go back to school.

13       Q        All right.  Thank you.  All right.  And

14   let's flip forward onto Exhibit 12.  Do you recognize

15   this document?

16       A        Yes.  This is the letter that they sent

17   stating that -- oh, this is the one saying that he can

18   come back to school.

19       Q        Right.  And if you could look at the

20   bottom line of the first paragraph, it states your child

21   is able the return to school as of March 4, 2024.  Did

22   Ontario, in fact, return to school on March 4th of 2024?

23       A        At I want say 8:30 that morning.

24       Q        Okay.  And ultimately did Ontario

25   graduate on time and receive his high school diploma?

1       A       Yes.

2       Q       Okay.  Very good.  All right.  Ms.

3  Patterson, if we could turn all the way back in the

4  binder to Exhibit No. 3 please.  And do you recognize

5  this one, this document?

6       A       I'm really not sure, but just from like

7  glancing, this looks like -- it look like it could be

8  Trooper Wyatt's deposition.

9       Q       Well, I'll represent to you this is --

10  this is a discovery document and it's -- and it's

11  plaintiff as your son in the litigation, his

12  supplemental responses to Trooper Wyatt's first

13  interrogatories and request for production of documents.

14              The interrogatories are on the second

15  half of the document, and I'd like to call your

16  attention to page 16, if you could move there.

17              As part of the discovery process the

18  parties, both your son as the plaintiff and Trooper

19  Wyatt as the defendant, can ask questions of each other

20  that require sworn answers.

21       A       Okay.

22       Q       So that's what this is.  Could you read

23  on page 16, just above the middle of the page, to

24  yourself, number 4, starting with please describe.

25              And I'm not going to ask you to read the

```
 1   entire question word for word because it's quite long,

 2   but interrogatory number 4 requests the plaintiff in

 3   this matter to describe in detail all damages he claims

 4   to have suffered as a result of Trooper Wyatt's actions.

 5   Does that make sense?

 6           A       Okay.

 7           Q       And if you look forward to page 17,

 8   there's the -- the answer, and do you see where the

 9   answer begins plaintiff's life was severely and

10   negatively impacted by Defendant Wyatt's wrongful

11   actions?

12           A       Yes.

13           Q       I'd just like to ask you some questions

14   about the details in this answer.

15                   MR. KRUDYS:  Give her a moment to

16   read it first.

17                   MR. HAMMER:  Yeah, of course.

18           Q       Go ahead and read through the answer.

19   This is the important part and let me know when you're

20   ready.

21           A       I'm ready.

22           Q       Okay.  All right.  So the answer mentions

23   juvenile detention.  Can you tell me how juvenile

24   detention negatively impacted Ontario from what you

25   know, your point of view as his mother?
```

1          And I recognize, Ms. Patterson, that only

2    Ontario can testify personally as to how things affected

3    him, but I'm asking you your point of view as his mother

4    in the same household how these things affected him for

5    all these questions I'm going to ask you.

6          A       Okay.  I feel like his time spent in

7    there, I don't want say it made him grow up a little bit

8    more, but when he went in he was kind of -- he wasn't

9    like outgoing, outgoing, but he wasn't as quiet as he is

10   now.

11         He stay up a lot now, and I think it made

12   him lose his trust within the government, and I say that

13   because he had dreams of going to the Navy.

14         And he was like right there at the door,

15   and then this happened and it -- it kind of like

16   snatched that away.

17         So now he don't want to go to the Navy.

18   He don't want to do anything dealing with, like, I guess

19   law enforcement, period, the Navy, or the Army, or -- he

20   don't want to do anything that deal with them.

21         He worked hard for that.  He also lost a

22   job that he really, really liked.  He lost a few friends

23   because I'm assuming their parents was just going off of

24   assumptions.

25         So the fact that my child was arrested,

1   now he's looked at as a bad kid and some parents don't

2   want their kids around bad kids.  So I think it affected

3   him in that way.

4           Q      Do you know whether some of those folks

5   parent's minds changed after his charges were dropped?

6           A      I think they did.  I just haven't really

7   spoken to them personally because I've been trying to

8   deal with it on my own.  Can I blow my nose?

9           Q      Oh, of course.  Please.

10                 MR. KRUDYS:  And if you need to step

11  outside, feel free to, too.  If you need water, if you

12  need a food break, we can take that, too.

13                 THE WITNESS:  Okay.

14                 MR. KRUDYS:  Let's go off the

15  record.

16                 NOTE:  Off the record.

17                 MR. HAMMER:  Back on the record.

18          Q      Okay.  Ms. Patterson, I think we talked

19  enough about Ontario's school life.  Can we just talk

20  about the Navy briefly?

21                 You know, he graduated on time.  I would

22  like to better understand how Trooper Wyatt's actions

23  disrupted his ability to apply to and join the Navy if

24  you can tell me.

25          A      So because he was arrested, because of

1    things that he was charged with that caused him to be

2    arrested, that was on his criminal record, even though

3    he was found not guilty and things like that, it still

4    was on his record.

5              So when he went for his interview and his

6    intake for the Navy and they did a background check, it

7    popped up.

8          Q    Okay.

9          A    And even though we told them that, you

10   know, he wasn't convicted of that, the fact that it was

11   on his record, they denied his application.

12         Q    So he did apply to join the Navy?

13         A    He applied.  He took his test for it.  He

14   was like right there.

15         Q    Okay.

16         A    And then from there, the Marines said

17   that they'll take him, but -- and he was trying that,

18   too.

19             He was talking with them, but again, his

20   record just kept popping up to the point where we had to

21   like get it expunged just so that he could have a decent

22   start to life, because at this point his whole life had

23   been messed up.

24         Q    Do you recall when his -- when you were

25   able to get his criminal records expunged?

1        A        I don't remember the day, but --

2        Q        Just a general time frame.  Was it after

3    he turned 18?

4        A        I think it was a little before.  I don't

5    really remember.

6        Q        Okay.  But at this point in time if

7    someone went to search Ontario's criminal history, is it

8    your understanding that nothing would come up?

9        A        From my understanding.

10       Q        Since those records have been destroyed?

11       A        Correct.

12       Q        Okay.  So with that in mind, if he went

13   to apply to the Navy now, that criminal record shouldn't

14   be an impediment; is that right?

15       A        No, but he would have to take that test

16   thing all over again, and I'm not sure if that was

17   something that was provided through school, or if he

18   could just go anywhere and take that test.  I'm not sure

19   how that works.

20       Q        Okay.  Understood.  Going back to the

21   time of the incident, did Ontario have any physical

22   injuries that you're aware of as a result of the

23   incident?

24                MR. KRUDYS:  So you're excluding

25   emotional, this is just physical?

```
 1                    MR. HAMMER:  Just physical.  That's
 2  right?
 3                    MR. KRUDYS:  Okay.
 4        A      You said do he have any injuries?
 5        Q      Correct.  Any physical -- any injuries to
 6  his actual body, his person, physical injuries?
 7        A      That Trooper Wyatt did?
 8        Q      Trooper Wyatt or anyone from the
 9  incident.
10        A      Oh, no.
11        Q      Okay.  So he didn't have to see a doctor
12  about any physical injuries?
13        A      No, sir.
14        Q      Okay.  Let's quickly turn to tab 16.  Do
15  you recognize, once you get to it, this document?
16        A      I think -- oh, yes.  This is where I
17  signed the paper for Mr. Marvin to be able to visit him
18  at the detention center, and Mr. Marvin was one of his
19  counselors from out of a program he was in at school.
20        Q      Okay.  And was he a counselor with
21  Ontario going back to before this incident ever
22  occurred?
23        A      Yes, sir.
24        Q      Okay.  Got it.  So this -- my
25  understanding is this form was to allow Ontario to
```

1  participate with Care Counseling Consulting and Mental

2  Health Provider; is that right?

3       A      Correct.

4       Q      And so he did participate in that

5  program; is that right?

6       A      He received nothing.

7       Q      Oh, he received nothing.  Did he try to

8  get treatment through this program?

9       A      We got nothing.  Every day I called them,

10  and they said they would put the request in.  We got

11  nothing.

12       Q      And was this program conducted through

13  the school because I see Armstrong Leadership Program?

14       A      That's the program that he was in at

15  school in which Mr. Marvin was his counselor.

16       Q      Okay.

17       A      So we was asking if Mr. Marvin, who was

18  through the Armstrong Leadership Program could go and

19  speak with him, but they -- I signed the paperwork.

20  They just never approved it.

21       Q      They never approved the paperwork.  Okay.

22       A      No.  Mr. Marvin never made it down there.

23  He was never granted the permission to go.

24       Q      So Care Counseling and Consulting didn't

25  give Ontario any mental health treatment; is that right?

```
 1          A       Not from them, no.

 2          Q       Okay.  Has Ontario received any other

 3   mental health through any other providers since the

 4   incident occurred?

 5          A       No, sir.

 6          Q       Okay.  And no other medical treatment,

 7   physical medical treatment since the injury, since the

 8   incident?

 9          A       No, sir.

10          Q       Okay.  All right.  If we could flip to

11   Exhibit 14, back to 14, which is a series -- this is the

12   entire file of the Instagram messages that Ontario's

13   counsel produced to us in this matter.

14                  I just want to walk you through a few of

15   these message, Ms. Patterson, and ask you a few

16   questions on them.

17                  If we could turn to page 211.  If we're

18   looking at the bottom, the number on the bottom

19   right-hand corner, you see over there, and if you could

20   find 211 for me.

21                  To speed things along, I'm just going to

22   walk through a series of messages and get you to confirm

23   if you see what I'm looking at, Ms. Patterson.  Are you

24   at 211?

25          A       Yes, sir.
```

```
 1            Q      Do you see the second to last message
 2    from O, and my understanding is O is Ontario.
 3            A      Correct.
 4            Q      Okay.  Do you see where you say this is
 5    his mom.  Be back soon?
 6            A      Um-hum.
 7            Q      And then 246, if you'd flip there, you
 8    there?
 9            A      Um-hum.
10            Q      Okay.  Do you see the third from the
11    last, again, Ontario says this is momma.  Who this, so I
12    can tell him you asked him about him?
13            A      Correct.
14            Q      Okay.  And one more page over at the very
15    top on 247, the next page?
16            A      Um-hum.
17            Q      This is momma.  Okay.  And if we could
18    move to, let's see, 257.  I'm sorry.  And, again, the
19    message at the top is from Ontario and it says this is
20    mom?
21            A      Um-hum.
22            Q      There's -- there's a number of others,
23    but I'll note for the record, all these messages except
24    for one, excuse me, two are dated January 1, 2024; two
25    of them are dated January 2 of 2024, that I looked
```

```
 1    through.
 2              So this was the period when Ontario was
 3    in juvenile detention, correct?
 4         A     Correct.
 5         Q     And if you could just explain for me so I
 6    understand, you were answering for him on his phone; is
 7    that right?
 8         A     I have his phone, yes, and his -- his
 9    friends on Instagram are now reaching out, and they're
10    concerned.
11         Q     Right.
12         A     They're genuinely concerned.  And when I
13    go to visit him I let him know that his friends are
14    concerned, and he says to, you know, I could go on his
15    Instagram and give them a update type thing.
16              So that's why it starts off like this is
17    mom because I didn't want them to be like, oh, you're
18    back, welcome back, and it wasn't him.
19         Q     Right.  Okay.
20         A     It was me.
21         Q     Got it.  So there's only that I saw --
22    all these messages are either January 1 or January 2, so
23    it was just in the new year you're responding to --
24         A     Those are me responding, yes, because
25    he's been locked up sense December at this point.
```

1    Q    December 20th, correct?

2    A    Correct.

3    Q    Okay.  And was there any other times

4   besides when he was in juvenile detention that you

5   would, you know, answer his messages for him?

6    A    No, sir.

7    Q    Okay.  All right.  If we could move, I

8   have a few more things on these Instagram messages, if

9   we could move to page 220.

10         And I just want to walk through a few

11   messages where Ontario is talking about driving.  So if

12   you look at the top of 220, it shows the individuals who

13   are on a group message.

14         It's O, Hobo Joe, Terrell, forgive me if

15   it's Terrell, and Key Two X and Bate Viaz.  Is it Bate

16   Viaz the last one?

17         My understanding from your counsel,

18   Ontario's counsel, is Bate Viaz is Ontario as well.  Are

19   you aware of that?

20    A    No.

21    Q    Okay.  Well, I'll represent to you -- if

22   you turn back to the very first page of these Instagram

23   chats, do you see where it says Ontario's main account

24   handle, messages from Ontario sent as O, at the top?

25    A    Oh, yeah.  Right here.

1         Q       Um-hum.

2         A       I know big O, but I ain't never seen -- I

3    never seen that person.

4         Q       Sure.  I think the key thing to focus on

5    is do you see it says messages from Ontario are sent as

6    O.  Do you see that?

7         A       Um-hum.

8         Q       And do you see messages from Ontario are

9    sent as Bate Viaz or Viaz?

10        A       Okay.

11        Q       Okay.  So both of those are sent from

12   Ontario.

13        A       Okay.

14        Q       So this is a group chat.  Do you know who

15   Hobo Joe is?

16        A       I do not.

17        Q       How about Terrell?

18        A       I do not.

19        Q       How about Key Two X?

20        A       I don't know none of these people.

21        Q       Okay.  Okay.  Fair enough.  Let's flip to

22   234, please.  And if it helps, this is the page with the

23   screenshot on it.  There you go.

24                Do you see at the very bottom where Bate

25   Viaz or Viaz, which is Ontario, it says, guys, I'm going

1    to finally be driving legal, and this is July 6th of

2    2024?

3                    And the screenshot is a learner's

4    appointment, learner's permit test appointment at the

5    DMV.

6            A       Okay.

7            Q       Do you see that where it says, guys, I'm

8    going to finally be driving legal at the bottom?

9            A       He don't drive at all.

10           Q       That's not my question.  My question is

11   --

12           A       Oh, yeah, I see it.

13           Q       -- do you see the message that says --

14           A       Yeah, I see it.

15           Q       -- guys, I'm going to finally be driving

16   legal?

17           A       Yes.

18           Q       And based upon the first page, Bate viaz

19   is your son, right?

20           A       Okay.  Yes.

21           Q       Okay.  And flip to the next page, page

22   235, and as we're going through these chronologically

23   they go from bottom to top.

24                    These are all 8:51 a.m., on July the 6th,

25   but that's the way they go, so we'll move from bottom to

1  top.  And so do you see where it says but I lowkey like

2  driving without a license?

3         A      Yes.

4         Q      And these are all O, and it's fun?

5         A      Um-hum.

6         Q      And then the top messages but I lowkey

7  like driving without a license?

8         A      Yes.

9         Q      Okay.  And then flip to the next page,

10  236.  Do you see where Hobo Joe --

11        A      Is laughing.

12        Q      Yeah, has sent an attachment.  Do you see

13  the hyperlink there on the bottom?

14        A      Oh, right here.  Okay.

15        Q      And it says Hobo Joe sent an attachment?

16        A      Um-hum.

17        Q      And there's a video credit so he sent a

18  video?

19        A      Um-hum.

20        Q      And then Bate Viaz, Ontario, responds me

21  when my momma used to let me drive her car.

22        A      Okay.

23        Q      So what I'm getting at here is we have

24  messages from Ontario saying but I lowkey like driving

25  without a license, and me when my momma used to let me

1   drive her car.

2           So my question to you is have you ever

3   let Ontario drive your car.

4       Q       I used to try to get him to teach him how

5   to drive, but he never wanted to.

6       Q       Okay.  Has he ever driven your car

7   without a license by himself?

8       A       No.

9       Q       So --

10      A       He didn't know how to drive.

11      Q       Okay.

12      A       That's -- looking at these messages.

13      Q       Um-hum.

14      A       As Ontario's mom, I can tell you now that

15  he trying to look cool to these people, because at this

16  particular time Ontario didn't drive.  We're just

17  teaching him how to drive.

18      Q       Okay.  And this was --

19      A       Me and my stepdad is -- is like in the

20  process of trying to teach him recently.

21          At the time of these messages, he wasn't

22  driving.  He wasn't thinking about driving he was

23  content being chauffeured around.

24      Q       Okay.  And so the time period we're

25  talking about with these messages is July and August of

1    2024, right?

2            A        Um-hum.  Yes, sir.

3            Q        Six or seven months after the incident

4    happened?

5            A        Correct.

6            Q        I'm just trying to understand why he

7    would say but I lowkey like driving without a license.

8    Do you know?

9            A        Because he --

10                    MR. KRUDYS:  Asked and answered.

11   She already expressed her statements about whether or

12   not he could drive and why he was doing it.

13                    MR. HAMMER:  I'm asking a specific

14   question about that --

15           A        Because he's trying to sound cool to

16   these people, but he's never driven, and he definitely

17   wasn't driving around without a license.

18           Q        Okay.  So has he ever driven with you

19   without a license to try and learn?

20           A        Recently we've been trying to teach him

21   over the last a couple of months, yes, sir.

22                    But I was trying to get him so that when

23   we went to DMV, he would be okay for his driving test,

24   for his learners, but he -- he didn't even pass.

25           Q        So it's just recently that's been

```
 1    practicing his driving trying to learn?
 2          A      Yes, sir.
 3          Q      Can you just walk me through what y'all
 4    have been doing?  How is he doing with that?
 5          A      My stepdad thinks he do okay.  It scares
 6    the heck out of me, but my stepdad say he been doing a
 7    pretty good job, but it was -- it was the -- it's like
 8    the hard stop thing.
 9                 And I don't -- I just don't think I'm
10    ready to teach him.  I think I'm going to let my stepdad
11    finish doing it.
12          Q      Okay.  All right.  So I think one more
13    thing on the Instagram messages and we can depart from
14    the driving topic.
15                 If you'd flip to the next page, 237.
16    This is a message between O and -- can you pronounce the
17    other screen name for me or account name for me because
18    I think that's you, right?
19          A      ImReset.
20          Q      ImReset.  Okay.  Do you see the bottom
21    message, since that's the first one as we go
22    chronologically --
23          A      Um-hum.
24          Q      -- from O, there's no content in that
25    message.  Do you see that?
```

1        A        Yes.

2        Q        And then you say Michael said don't put?

3        A        Nothing on social media just yet.

4        Q        And do you also see the date that we're

5    talking about here.  This is December 11th of 2023.  The

6    first message is at four p.m.?

7        A        Yes.

8        Q        So this is the date of the incident?

9        A        Yes.

10       Q        And you say Michael said don't put

11   nothing on social media just yet, and Ontario says --

12   that's at 5:07, and then and Ontario at 5:11 says, oh

13   okay.  Do you see that?

14       A        Yes.

15       Q        And Ontario says I deleted it at 5:11?

16       A        Yes.

17       Q        And you liked his message at 5:11 as

18   well?

19       A        Yes.

20       Q        Can you just explain this string of

21   messages to me so I understand what's going on?

22       A        Trooper Wyatt had them handcuffs on him

23   so hard that when he took them off the first thing

24   Ontario did was took a picture of his wrist and put it

25   on Instagram.

1      Q      Okay.

2      A      With the caption just got locked up, and

3  my Uncle Michael, who is a retired lieutenant for

4  Henrico, I had called him to get some, like, what to do

5  type of information.

6            And he said to tell Ontario to don't say

7  nothing about him being arrested online because that --

8  the -- I guess the -- the plaintiff's I guess, like

9  Trooper Wyatt and his people, they could pull that up if

10  they needed to.

11            So don't put nothing on Instagram or

12  Facebook, which Ontario turned around and deleted the

13  picture, and I deleted the post that I had made, which

14  was y'all locked my F'ing child up and I don't play that

15  S-H-I-T.

16      Q      Okay.  The one thing I'm having trouble

17  understanding is the timing then, because these messages

18  after the message that had no -- the message with no

19  contents at four p.m., so presumably that's the one that

20  Ontario deleted, right?

21      A      No, I don't -- I don't know what that

22  four p.m., means because on -- when -- when we looked at

23  the Ring camera, the incident itself is happening around

24  the five o'clock hour.

25      Q      Right.

1    A    So I'm not sure if like the timing is off

2  on the Instagram.  I don't know how that work, but I can

3  tell you that at five o'clock my son was sitting in a

4  police car.

5    Q    Sure.  Okay.  So you just think the

6  timing is off?

7    A    Correct.

8    Q    Maybe it's a different time zone that

9  Instagram's on or something like that?

10    A    I think so.

11    Q    Okay.  Fair enough.  All right.  Next I'd

12  like to just talk a little bit about Ontario's knee

13  surgery, Ms. Patterson.  Do you recall when he had knee

14  surgery?

15    A    Yes, sir.  Which one?  He had two.

16    Q    Okay.  Tell me about, please.

17              MR. KRUDYS:  How much longer do you

18  have, by the way?

19              MR. HAMMER:  Not a ton.

20              MR. KRUDYS:  What does that mean?

21              MR. HAMMER:  I think frankly

22  probably ten minutes at most.

23              MR. KRUDYS:  Okay.

24              MR. HAMMER:  If that works for

25  lunch.

```
 1                  MR. KRUDYS:  Yeah, that works.

 2          A      He had a -- he had to do his meniscus.

 3   He tore his meniscus in the left leg first I want to

 4   say, at work.  He was working at Sky Zone.

 5          Q      Okay.

 6          A      So I'm not sure what happened, but I got

 7   a call and he was, like, he couldn't walk and stuff,

 8   and, yeah, his meniscus was torn.

 9                  We had to have surgery on that, and then

10   not even maybe six or seven months later --

11          Q      So about when was that first surgery that

12   you're speaking about?  Do you recall?

13          A      I don't remember the exact time.

14          Q      Let's -- let's flip to Exhibit 1 because

15   I think that may help us a little bit.  There are some

16   doctor's notes that were produced.

17                  Okay.  Do you recognize this document,

18   page 143, the first page of Exhibit 1?

19          A      I don't know what this is.

20          Q      Okay.

21          A      I don't -- I don't remember seeing this

22   paper.

23          Q      All right.  Well, let's flip to the next

24   page, 144.  Do you see where it says progress notes?

25          A      Oh, wait.  This look like from the My
```

1    Chart.

2              Q       Right.

3              A       Okay.  So, yeah, these are -- these are

4    summaries from My Chart.

5              Q       Okay.  And My Chart is the app you can

6    access his medical records on; is that right?

7              A       On the phone, correct.

8              Q       Okay.  So on the second page here, on

9    144, do you see where it says progress notes at the top?

10             A       Yes.

11             Q       And it's November 8th, 2023.  Do you see

12   that?

13             A       Yes.

14             Q       And that first paragraph references a

15   date of surgery of June 14th of 2023.

16                     Does that sound like -- is this -- that

17   surgery on that date, is that his first surgery or

18   second surgery?  Do you know?

19             A       I can't remember if this -- I think this

20   might be.

21             Q       This would have been about five months

22   before --?

23             A       I think this is the second surgery.  This

24   is the second one.

25             Q       Okay.  And if we flip back to the first

1    page, do you see at the top where it says past visit?

2             A       Yes.

3             Q       So this appears to be doctor's notes from

4    My Chart, and at the top it says procedures.  Do you see

5    that?

6             A       Yes.

7             Q       It says right knee arthroscopy with all

8    inside lateral meniscus repair.

9             A       Yes.

10            Q       And then number two it says right knee

11   examination under anesthesia.

12                    So on the next page we are looking at a

13   date of surgery of June 14th of 2023.  Is this talking

14   about the same surgery?  Do you know?

15            A       Well, I'm not really sure because he had

16   the exact same surgery on both legs.

17            Q       Okay.

18            A       So he did the left leg once, and then

19   like a few months later it happened to the right leg, or

20   --

21            Q       Okay.

22            A       I can't remember which leg was first, but

23   the same thing happened to both legs.

24            Q       Was it both as a result of something that

25   happened at Sky Zone?

1    A    Because he's -- he's clumsy and, yeah, he

2  was jumping on that trampoline at Sky Zone.

3    Q    But your recollection is the second

4  surgery would have been in June of 2023; is that right?

5    A    Yeah, that's the last one I think.

6    Q    Okay.  Let's flip to the third page in

7  here, 145, really quickly.

8         This appears to be the same visit that

9  was referenced on the previous page because again it

10  says -- see the second paragraph.

11         It says today, 11-8-2023, the patient is

12  seen with -- seen and evaluated with his mother.  So you

13  were there at his appointment with him, correct?

14    A    At physical therapy, correct.

15    Q    Okay.  And at the bottom of the first

16  paragraph it also says the patient is here today with

17  mom?

18    A    Correct.

19    Q    Continuing on in that second paragraph,

20  do you see where it says they state that they have been

21  doing well and have been in physical therapy.

22         He reports no pain.  They have no issues

23  to report.  PT notes reviewed, doing well, and attending

24  regularly?

25    A    Correct.

1    Q    Okay.  So my understanding based on this,

2  Ontario was doing physical therapy as of November of

3  2023?

4    A    Correct.

5    Q    Okay.  Where was he in that process if

6  you remember, in November of 2023?

7    A    He had just got his brace removed off his

8  leg.  He had a little brace on it for a long time.

9    Q    Okay.

10    A    He had just gotten that taken off and we

11  were now walking on the treadmill.

12    Q    And these are physical therapy

13  appointments on the treadmill?

14    A    Yes, yes.

15    Q    Okay.

16    A    And he's now -- they were putting him on

17  the treadmill, and then they had these steps that he had

18  to keep going up to get that bending momentum back.  So,

19  yeah, he was doing them steps and that treadmill.

20    Q    Okay.  And let's just quickly go back to

21  144 again, the middle page.

22         Under number 1 it says continued

23  rehabilitation per physical therapy protocol, can

24  progress to sports once clears PT testing.

25         Do you -- do you know when Ontario

```
 1    cleared PT testing, which I take to mean physical

 2    therapy?

 3           A      Yes.  We actually --

 4                        MR. KRUDYS:  What page are we on?

 5    I'm sorry.

 6                        THE WITNESS:  We're on 144.

 7                        MR. HAMMER:  144 and the paragraph

 8    number 1.

 9                        MR. KRUDYS:  Thank you.

10           A      I'm not really sure when he was cleared,

11    but I do know they gave him permission to march in the

12    Christmas parade.

13           Q      Okay.

14           A      He was allowed to march in the Christmas

15    provide.

16           Q      March, okay.

17           A      But that kind of made it worse because it

18    -- he had to keep stopping and it -- it made his -- it

19    messed it up a little bit.

20           Q      So was the Christmas parade sometime

21    between December 11th and December 20th?

22           A      It was before.  It was December -- I want

23    to say city like the 6th.

24           Q      Okay.

25           A      It was the weekend before the incident.
```

1     Q       Before the incident happened?

2     A       That Saturday before.

3     Q       Okay.  Okay.  And when did Ontario begin

4  playing supports again?

5     A       Ontario's always been in a band.

6     Q       Okay.  So he's not a --

7     A       He's not a sports person.

8     Q       --- young man that's into sports?

9     A       He's -- he plays multiple instruments in

10  the marching band.

11     Q       Okay.

12     A       So he plays the trumpet and the tuba and

13  the baritone, the sousaphone and the saxophone, and

14  really great it at it, and he -- he's really great at

15  it.

16     Q       Very good.  Okay.

17               MR. HAMMER:  I think that's all I

18  have.

19               MR. KRUDYS:  All right.  I might

20  have just a few questions.  Let me see.

21               MR. HAMMER:  Sure.

22        CROSS EXAMINATION

23  BY MR. KRUDYS:

24     Q       All right.  There was a description of

25  Ontario being inside the police cruiser, and you -- and

```
 1   a window being cracked a little.  How much was it

 2   cracked?

 3          A     Cracked just enough so that I could talk

 4   to him but not really put hands in.  If I wanted to

 5   touch him, I wouldn't have been able do that.

 6          Q     All right.  So when you're saying

 7   cracked, are we talking about --

 8          A     Probably like a little bit.

 9          Q     Like less than an inch?

10          A     Yes, sir.

11          Q     Okay.  And did that crack -- well, during

12   this circumstance, were there numerous people also in

13   area?

14          A     Yes, sir.

15          Q     All right.  And so you weren't able to

16   actually sit down with him; is that right?

17          A     No, sir.

18          Q     All right.  And you wouldn't -- you

19   weren't afforded the opportunity to have a private

20   conversation with him?

21          A     No, sir.

22          Q     You couldn't hug him and reassure him,

23   could you?

24          A     No, sir.

25          Q     We know about Wyatt making the call t o
```

 1    you about getting his man.

 2              Did Wyatt ever make any type of calls or

 3    did the police, the State Police ever follow up to

 4    inquire as to whether or not he was getting adequate

 5    education while he was in juvenile detention or in home

 6    confinement?

 7              MR. HAMMER:  Objection to form.

 8         Q    Did the police ever call and ask how he's

 9    doing?

10         A    No.

11         Q    Okay.

12              MR. KRUDYS:  I have no further

13    questions.  She'll read and sign.

14

15              NOTE:  With the consent of the

16    witness and by agreement of counsel for the respective

17    parties, the reading and signing of the deposition by

18    the witness is hereby not waived.

19

20    AND FURTHER THIS DEPONENT SAITH NOT.

21              NOTE:  The deposition

22    concluded at 12:12 p.m.  Exhibits 1, 3, 8, 10, 11, 12,

23    13, 14 and 16 are marked.

24

25

1   STATE OF_____,

2   CITY/COUNTY OF_____, to-wit:

3

4         I, Lakita Patterson, do hereby certify that I

5   have read the foregoing pages of typewritten matter

6   numbered 5 through 96, and that the same contains a true

7   and correct transcript of the deposition given by me on

8   the 16th day of April, 2025, at Richmond, Virginia, to

9   the best of my knowledge and belief.

10

11

12   _____       _____

13   Date                   Lakita Patterson

14

15         Subscribed and sworn to before

16   me this_____day of_____, 2025.

17

18                 _____

19                 Notary Registration No. ____

20                 My Commission Expires_____

21

22

23

24

25

```
1   CMW   ERRATA SHEET

2         Deposition of Lakita Patterson

3           April 16, 2025

4

5   PAGE:   Line:   As Transcribed:   Change to:

6   _____   _____   _____   _____

7   _____   _____   _____   _____

8   _____   _____   _____   _____

9   _____   _____   _____   _____

10  _____   _____   _____   _____

11  _____   _____   _____   _____

12  _____   _____   _____   _____

13  _____   _____   _____   _____

14  _____   _____   _____   _____

15  _____   _____   _____   _____

16  _____   _____   _____   _____

17  _____   _____   _____   _____

18  _____   _____   _____   _____

19  _____   _____   _____   _____

20  _____   _____   _____   _____

21  _____   _____   _____   _____

22  _____   _____   _____   _____

23  _____   _____   _____   _____

24  _____   _____   _____   _____

25  _____   _____   _____   _____
```

Deposition of Lakita Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

```
 1   COMMONWEALTH OF VIRGINIA,

 2   COUNTY OF CHESTERFIELD, to-wit:

 3

 4           I, Claudia M. Whisenand, a Notary Public for

 5   the Commonwealth of Virginia at Large, do hereby certify

 6   that the foregoing deposition of Lakita Patterson was

 7   duly taken and sworn to before me at the time and place

 8   set out in the caption hereto.

 9           Further, that the transcript is, to the best

10   of my ability, a true and correct record of the

11   proceedings, and that there were nine exhibits marked by

12   me during the taking hereof.

13           Given under my hand this 20th day of April,

14   2025.

15
                  Claudia M. Whisenand
16           _____

17           CLAUDIA M. WHISENAND
             Notary Registration No. 291277
18

19

20
     My Commission expires:
21   October 31, 2025

22

23

24

25
```

## WORD INDEX

**< 1 >**
**1**  4:4  62:9  76:24  77:22  88:14, 18  92:22  93:8  96:22
**1.60**  62:23
**1.8333**  62:21
**10**  4:7  56:20  96:22
**10:00**  1:14
**102**  63:2, 3
**11**  4:8  8:20, 22  15:6, 12  23:5  55:24  64:7  96:22
**11-8-2023**  91:11
**11th**  23:5  24:17  56:1  61:16  85:5  93:21
**12**  4:9  66:14  96:22
**12:12**  96:22
**12th**  62:3
**13**  4:10  59:9  96:23
**14**  4:11  75:11  96:23
**143**  88:18
**144**  88:24  89:9  92:21  93:6, 7
**145**  91:7
**14th**  89:15  90:13
**15**  27:16  53:21
**16**  1:14  4:12  67:16, 23  73:14  96:23  98:3
**16th**  51:18  97:8
**17**  9:20  68:7
**18**  11:5, 6  53:5  72:3
**19**  11:5
**1st**  8:13

**< 2 >**
**2**  62:9  76:25  77:22
**20**  17:1
**202**  2:3
**2020**  1:16, 22
**2023**  8:8, 13, 20, 22  15:6, 12  23:5  53:21  55:25  85:5  89:11, 15  90:13  91:4  92:3, 6
**2024**  53:6  55:25  56:1  66:21, 22  76:24, 25  80:2  83:1

**2025**  1:14  97:8, 16  98:3  99:14, 21
**20th**  55:24, 25  78:1  93:21  99:13
**211**  75:17, 20, 24
**220**  78:9, 12
**23219**  1:22  2:3
**234**  79:22
**235**  80:22
**236**  81:10
**237**  84:15
**24**  58:1, 4
**246**  76:7
**247**  76:15
**257**  76:18
**291277**  99:17

**< 3 >**
**3**  4:5  62:9  67:4  96:22
**3:24-cv-526**  1:6
**30**  17:1  41:5
**304**  8:12, 19  9:17  10:3  11:3
**31**  99:21

**< 4 >**
**4**  62:9  66:21  67:24  68:2
**40**  41:5
**46**  41:5
**48**  58:4
**4th**  66:22

**< 5 >**
**5**  3:4  52:22, 23, 25  62:9  97:6
**5:07**  85:12
**5:11**  85:12, 15, 17
**5'6**  39:24

**< 6 >**
**6'4**  38:24
**6th**  80:1, 24  93:23

**< 7 >**
**71**  59:16
**73**  56:12
**75**  63:1

**< 8 >**
**8**  4:6  56:5  96:22
**8:30**  66:23
**8:51**  80:24
**80**  56:16
**85**  56:15
**8th**  89:11

**< 9 >**
**90**  56:16
**919**  1:22
**94**  3:4
**96**  4:4, 5, 6, 7, 8, 9, 10, 11, 12  53:9, 13  97:6
**97**  53:17
**9th**  2:3  8:12, 19  9:17  10:3  11:3  27:8  59:16  60:18

**< A >**
**a.m**  1:14  80:24
**ability**  51:12  70:23  99:10
**able**  35:21  57:21  66:21  71:25  73:17  95:5, 15
**absence**  23:19
**academic**  62:18
**access**  89:6
**account**  78:23  84:17
**ACTION**  1:6
**actions**  13:17  68:4, 11  70:22
**actual**  73:6
**adamant**  18:3  19:6, 25  21:16
**addition**  44:9
**address**  10:14  11:15
**adequate**  96:4
**adjacent**  8:19
**adult**  11:7
**advanced**  56:16
**Affairs**  22:13  63:9
**afforded**  95:19
**afternoon**  25:10  51:23
**ago**  10:25  11:1
**agree**  56:17
**agreement**  96:16

**ahead**  6:5, 21  24:7  34:22  37:9  42:17  43:5  45:13  54:11, 15  68:18
**ain't**  19:1  79:2
**allow**  73:25
**allowed**  57:15  66:12  93:14
**ambiguous**  12:9
**anesthesia**  90:11
**ankle**  57:17
**answer**  6:6, 7, 21  15:15  24:8  37:9  58:22, 23  59:6  68:8, 9, 14, 18, 22  78:5
**answered**  24:6  45:6  54:2, 3  55:6, 11  83:10
**answering**  6:20  59:6  77:6
**answers**  67:20
**anybody**  55:1
**apartments**  25:2, 3
**app**  89:5
**APPEARANCES**  1:18
**appears**  90:3  91:8
**application**  71:11
**applied**  71:13
**apply**  70:23  71:12  72:13
**appointment**  80:4  91:13
**appointments**  92:13
**appreciate**  11:16
**approved**  74:20, 21
**approximately**  46:13
**April**  1:14  97:8  98:3  99:13
**area**  10:18  95:13
**areas**  13:19, 20
**arm**  48:14
**arms**  48:13
**Armstrong**  23:13  74:13, 18
**Army**  69:19
**arrest**  57:1
**arrested**  53:3  69:25  70:25  71:2  86:7

Deposition of Lakita Patterson

Ontario Logan-Patterson v.Travis Scott Wyatt

**arrived** 15:*22* 28:*25* 29:*3*

**art** 56:*16*

**arthroscopy** 90:*7*

**Arynn** 11:*22, 23*

**A-R-Y-N-N** 11:*24*

**A's** 61:*11* 63:*25* 64:*1*

**Aside** 12:*16*

**asked** 17:*12* 22:*1* 24:*5* 29:*12* 45:*6, 19, 21* 47:*7* 48:*17* 49:*7, 10, 12, 14, 18* 55:*5, 8* 76:*12* 83:*10*

**asking** 12:*25* 13:*1* 17:*4, 9* 36:*8* 47:*5* 54:*10* 55:*9* 69:*3* 74:*17* 83:*13*

**assign** 64:*16*

**assume** 5:*25* 26:*4* 38:*2*

**assuming** 69:*23*

**assumption** 16:*1* 22:*15*

**assumptions** 69:*24*

**ate** 25:*15*

**attachment** 81:*12, 15*

**attending** 91:*23*

**attention** 67:*16*

**Attorney** 2:*2*

**August** 82:*25*

**average** 59:*15*

**aware** 5:*10, 18* 9:*20* 72:*22* 78:*19*

**< B >**

**back** 16:*16* 20:*3, 24* 21:*2, 3, 4, 9* 22:*17, 24* 27:*3* 32:*12, 14* 35:*5* 40:*20* 41:*18* 42:*18* 46:*4* 57:*21, 22* 64:*7, 21* 65:*16* 66:*12, 18* 67:*3* 70:*17* 72:*20* 73:*21* 75:*11* 76:*5* 77:*18* 78:*22* 89:*25* 92:*18, 20*

**background** 7:*14* 71:*6*

**bad** 70:*1, 2*

**band** 13:*14* 94:*5, 10*

**baritone** 94:*13*

**barrel** 46:*5*

**based** 63:*17* 65:*6* 80:*18* 92:*1*

**basically** 34:*1*

**Bate** 78:*15, 18* 79:*9, 24* 80:*18* 81:*20*

**beginning** 1:*14*

**begins** 68:*9*

**belief** 97:*9*

**believe** 29:*3* 34:*9* 39:*2* 59:*12*

**bending** 92:*18*

**best** 36:*9* 58:*15* 97:*9* 99:*9*

**better** 57:*17* 70:*22*

**big** 16:*4* 20:*7* 39:*6* 79:*2*

**binder** 52:*21* 56:*4* 67:*4*

**birth** 20:*15*

**birthday** 12:*16* 24:*18, 21* 58:*8*

**bit** 13:*23* 51:*6, 16* 69:*7* 87:*12* 88:*15* 93:*19* 95:*8*

**bite** 22:*25* 45:*7*

**bitty** 50:*22*

**black** 31:*11, 16* 32:*1, 2, 4* 36:*12* 38:*4, 5*

**blow** 70:*8*

**Blue** 31:*11*

**body** 73:*6*

**boom** 16:*4* 18:*15* 29:*13, 15, 18* 30:*6* 31:*1, 3, 6* 32:*7* 42:*25*

**bottom** 53:*8, 19* 57:*3* 62:*16* 66:*20* 75:*18* 79:*24* 80:*8, 23, 25* 81:*13* 84:*20* 91:*15*

**box** 57:*5, 18* 59:*18, 25* 60:*16* 61:*9* 62:*16*

**brace** 92:*7, 8*

**break** 6:*17, 21* 52:*11, 20* 70:*12*

**breakfast** 30:*18*

**breathing** 17:*17, 18, 21* 47:*7, 12* 48:*24*

49:*10, 18, 21*

**brief** 55:*18*

**briefly** 8:*16* 14:*22* 70:*20*

**bring** 65:*11*

**brought** 48:*9*

**Brown** 2:*2*

**B's** 61:*17*

**build** 40:*4*

**bunch** 53:*8*

**burst** 42:*13*

**bust** 41:*12*

**< C >**

**call** 21:*20* 23:*16* 36:*25* 37:*1* 41:*4* 49:*25* 54:*20* 58:*4, 12* 63:*14* 67:*15* 88:*7* 95:*25* 96:*8*

**called** 5:*2* 20:*14* 22:*5* 25:*2* 44:*21* 45:*21* 47:*4* 49:*24* 51:*19* 52:*3* 74:*9* 86:*4*

**calling** 59:*2*

**calls** 36:*2* 96:*2*

**Calvin** 2:*2*

**camera** 86:*23*

**caption** 86:*2* 99:*8*

**car** 16:*6* 18:*12, 14* 19:*23* 20:*1, 25* 21:*3* 28:*8, 18* 32:*9* 50:*6, 15* 81:*21* 82:*1, 3, 6* 87:*4*

**cards** 63:*20*

**Care** 74:*1, 24*

**career** 62:*18*

**cars** 16:*5* 32:*10*

**cartoon** 32:*3*

**case** 5:*10, 19* 8:*8* 9:*10* 14:*24*

**catch** 16:*19* 41:*15* 52:*5*

**caused** 71:*1*

**caveat** 6:*19*

**center** 59:*3* 73:*18*

**certificates** 20:*15*

**certify** 97:*4* 99:*5*

**challenges** 14:*11*

**chance** 53:*24*

**change** 44:*4, 8, 12* 98:*5*

**changed** 44:*15* 70:*5*

**characters** 32:*3*

**charged** 71:*1*

**Charger** 8:*18*

**charges** 66:*9* 70:*5*

**chart** 56:*12* 89:*1, 4, 5* 90:*4*

**chase** 17:*24* 45:*18* 47:*14* 54:*4*

**chased** 17:*5, 6* 18:*2* 45:*16* 47:*13* 49:*22*

**chasing** 16:*10* 17:*23* 18:*14* 34:*15* 48:*18* 50:*12*

**chat** 79:*14*

**chats** 78:*23*

**chauffeured** 82:*23*

**check** 17:*1* 43:*15* 45:*2, 3* 71:*6*

**checked** 57:*6*

**Chesterfield** 11:*11* 99:*2*

**child** 20:*8, 13* 50:*12, 23, 24* 57:*22* 66:*20* 69:*25* 86:*14*

**children** 11:*17*

**chores** 30:*21*

**Christmas** 93:*12, 14, 20*

**chronologically** 80:*22* 84:*22*

**chunk** 28:*25*

**chunks** 22:*25*

**circumstance** 95:*12*

**city** 11:*12, 13* 93:*23*

**CITY/COUNTY** 97:*2*

**CIVIL** 1:*6*

**claiming** 64:*12*

**claims** 68:*3*

**clam** 64:*21, 23*

**clarify** 49:*9*

**class** 63:*1* 64:*17*

**Claudia** 1:*12* 99:*4, 17*

**cleared** 93:*1, 10*

**clearly** 6:*10, 14*

**clears** 92:*24*

**clock** 28:*8*

Deposition of Lakita Patterson

Ontario Logan-Patterson v.Travis Scott Wyatt

**close**  12:*3, 14*  46:*6, 8, 9, 15*  50:*19*  52:*12*
**closeness**  12:*12*
**closer**  39:*7, 8, 20, 22*
**clothes**  18:*6*  20:*2, 4, 22*  21:*8, 10, 11, 15, 17*  44:*4, 9, 12, 15, 16, 18*
**clumsy**  91:*1*
**CMW**  98:*1*
**coat**  47:*19*
**cold**  18:*8*  47:*19*
**college**  7:*22, 23, 24, 25*
**color**  13:*6*  31:*10, 13*
**column**  59:*21*  60:*15*
**come**  14:*23*  17:*7, 13*  21:*7, 25*  45:*22*  52:*7*  57:*1*  58:*9*  64:*17*  66:*18*  72:*8*
**comes**  17:*15*  21:*3*  63:*20*
**comfort**  44:*21*
**comfortable**  44:*20*
**coming**  16:*8*  21:*9, 22*  35:*7, 9*  52:*4*  63:*18*
**Commerce**  8:*18*
**Commission**  97:*20*  99:*17*
**commitment**  65:*2*
**common**  14:*20*
**COMMONWEALTH**  99:*1, 5*
**communicate**  50:*25*  51:*7*
**complaint**  22:*6*  63:*10*
**Complete**  1:*10*
**concerned**  77:*10, 12, 14*
**concluded**  96:*22*
**conducted**  74:*12*
**confined**  57:*23*  58:*1*
**confinement**  96:*6*
**confirm**  75:*22*
**confusing**  17:*8*
**consent**  96:*15*
**Consulting**  74:*1, 24*
**contains**  97:*6*
**content**  82:*23*  84:*24*
**contents**  86:*19*

**continued**  16:*12*  92:*22*
**continues**  55:*19*
**continuing**  45:*13*  55:*20*  91:*19*
**conversation**  50:*8*  52:*2*  95:*20*
**convicted**  71:*10*
**cool**  82:*15*  83:*15*
**Cooper**  2:*1*
**corner**  62:*17*  75:*19*
**Correct**  8:*1*  23:*13*  24:*18*  27:*12*  32:*25*  33:*8*  34:*7*  36:*19*  37:*23*  39:*12*  42:*14*  49:*4*  51:*20, 21*  55:*4*  58:*14, 17*  60:*1*  61:*15, 19*  62:*22, 25*  66:*10*  72:*11*  73:*5*  74:*3*  76:*3, 13*  77:*3, 4*  78:*1, 2*  83:*5*  87:*7*  89:*7*  91:*13, 14, 18, 25*  92:*4*  97:*7*  99:*10*
**Counsel**  1:*23*  2:*4*  59:*13*  75:*13*  78:*17, 18*  96:*16*
**Counseling**  74:*1, 24*
**counselor**  73:*20*  74:*15*
**counselors**  73:*19*
**COUNTY**  99:*2*
**couple**  58:*16*  63:*13*  83:*21*
**course**  68:*17*  70:*9*
**courses**  56:*13*  59:*22*
**COURT**  1:*1, 12, 18*  65:*16, 21*
**courtroom**  5:*22*
**covered**  36:*16, 20*  49:*2*
**covering**  37:*14*
**covers**  36:*13*
**COVID**  60:*24, 25*
**crack**  20:*25*  50:*22*  51:*3*  95:*11*
**cracked**  50:*25*  51:*10, 11*  95:*1, 2, 3, 7*
**cram**  62:*13*  64:*24, 25*
**crashed**  18:*14*

**creates**  14:*10*
**credit**  81:*17*
**criminal**  71:*2, 25*  72:*7, 13*
**CROSS**  3:*3*  94:*22*
**cruiser**  94:*25*
**C's**  61:*24*
**cumulative**  62:*20*
**currently**  8:*2*  10:*11*
**custody**  9:*21, 24*

**< D >**
**dad**  10:*17*
**damages**  68:*3*
**dark**  29:*5*  38:*6*
**date**  15:*6*  85:*4, 8*  89:*15, 17*  90:*13*  97:*13*
**dated**  76:*24, 25*
**daughter**  10:*6*  11:*18*  26:*12, 19, 25*  30:*2*
**daughter's**  11:*20*  26:*19*
**day**  15:*8*  22:*22*  23:*5, 6, 20*  24:*3*  30:*17*  51:*22*  65:*21*  72:*1*  74:*9*  97:*8*  99:*13*
**days**  23:*10*  58:*2*  65:*16*
**deal**  69:*20*  70:*8*
**dealing**  69:*18*
**deceased**  26:*16*
**December**  8:*8, 20, 22*  15:*6, 12*  23:*4, 5*  24:*17*  29:*4*  51:*18*  53:*21*  55:*24, 25*  77:*25*  78:*1*  85:*5*  93:*21, 22*
**decent**  71:*21*
**Defendant**  1:*8, 12*  2:*4*  5:*3, 10, 19*  67:*19*  68:*10*
**definitely**  17:*7*  65:*4*  83:*16*
**Deldrika**  26:*17, 18*  27:*6*
**deleted**  85:*15*  86:*12, 13, 20*
**denied**  71:*11*

**depart**  84:*13*
**deponent**  5:*1*  96:*20*
**deposes**  5:*4*
**deposition**  1:*11, 17*  6:*17, 25*  7:*3*  9:*8*  55:*19*  67:*8*  96:*17, 21*  97:*7*  98:*2*  99:*6*
**describe**  12:*5, 12*  13:*22*  67:*24*  68:*3*
**description**  94:*24*
**descriptive**  29:*13*
**destroyed**  72:*10*
**detail**  12:*11*  23:*1*  52:*1*  68:*3*
**details**  25:*16*  29:*1*  68:*14*
**detention**  55:*24*  56:*18*  58:*12, 24*  59:*3*  68:*23, 24*  73:*18*  77:*3*  78:*4*  96:*5*
**different**  55:*7*  87:*8*
**difficult**  61:*21*  63:*16*
**diploma**  66:*25*
**DIRECT**  3:*3*  5:*5*  55:*20*
**directly**  40:*18*
**disciplinary**  13:*17*
**discovery**  67:*10, 17*
**discrimination**  63:*10*
**discussing**  41:*14*
**dish**  30:*11*
**dishes**  16:*23*  29:*13*  30:*8, 14, 15, 16, 21*  42:*17, 18, 21, 24*  43:*6, 11, 25*
**disrespect**  9:*11*
**disrupted**  70:*23*
**DISTRICT**  1:*1*
**DIVISION**  1:*1, 2*
**DMV**  80:*5*  83:*23*
**doctor**  73:*11*
**doctor's**  88:*16*  90:*3*
**document**  4:*4, 5, 7, 8, 10, 12*  53:*1*  56:*5, 22*  59:*10*  64:*8*  66:*15*  67:*5, 10, 15*  73:*15*  88:*17*
**documents**  7:*5*  53:*11*  67:*13*

**Dodge** 8:*18*
**dog** 19:*10, 13*
**dogs** 19:*9, 15*
**doing** 30:*5, 15* 42:*9, 10, 20* 43:*5* 48:*15* 83:*12* 84:*4, 6, 11* 91:*21, 23* 92:*2, 19* 96:*9*
**door** 21:*14* 32:*12, 16, 17* 33:6 35:*7, 10, 17* 40:*8, 10, 11, 14, 23, 24* 41:*3* 42:*10* 45:*14* 46:*4, 5, 10, 16, 17, 24* 47:*6, 15* 50:*19* 69:*14*
**downstairs** 47:*4, 24*
**drag** 16:*2*
**dreams** 69:*13*
**drive** 80:*9* 81:*21* 82:*1, 3, 5, 10, 16, 17* 83:*12*
**driven** 82:*6* 83:*16, 18*
**driving** 18:*18* 78:*11* 80:*1, 8, 15* 81:*2, 7, 24* 82:*22* 83:*7, 17, 23* 84:*1, 14*
**dropped** 29:*21* 64:*20* 70:*5*
**drugs** 6:*12*
**D's** 59:*22* 60:*23* 61:*17, 18, 23*
**duly** 5:*3* 99:*7*

**< E >**
**earlier** 40:*7* 42:*20* 44:*12* 50:*21*
**Early** 51:*24*
**easier** 9:*12* 14:*13*
**East** 1:*16, 22* 8:*12, 19* 9:*17* 10:*3* 11:*3* 27:*8*
**EASTERN** 1:*1*
**eat** 30:*13* 31:*2* 58:*7*
**education** 7:*21* 65:*5, 18, 23* 96:*5*
**eight** 11:*25*
**eight-year-old** 10:*6*
**either** 21:*24* 52:*6* 77:*22*
**electronic** 56:*2* 57:*5,

*13* 58:*1* 66:*6*
**emotional** 72:*25*
**ended** 8:*18*
**enforcement** 69:*19*
**English** 56:*15*
**ensure** 51:*5*
**entire** 7:*18* 68:*1* 75:*12*
**entirety** 41:*24* 57:*24*
**ERRATA** 98:*1*
**Esq** 1:*18* 2:*1, 2*
**Et** 58:*20*
**evaluated** 91:*12*
**evening** 8:*22* 15:*21*
**event** 54:*19*
**events** 15:*8*
**everybody** 26:*14*
**exact** 21:*21* 25:*16* 88:*13* 90:*16*
**exactly** 38:*22* 39:*18*
**EXAMINATION** 5:*5* 55:*20* 90:*11* 94:*22*
**example** 38:*18*
**examples** 12:*14*
**exchange** 42:*1*
**excluding** 72:*24*
**excuse** 9:*8* 53:*17* 55:*25* 61:*18* 76:*24*
**excused** 23:*19*
**Exhibit** 4:*4, 5, 6, 7, 8, 9, 10, 11, 12* 52:*22* 56:*5* 59:*8* 66:*14* 67:*4* 75:*11* 88:*14, 18*
**Exhibits** 96:*22* 99:*11*
**exit** 32:*12* 46:*24*
**exited** 43:*19*
**Expires** 97:*20* 99:*17*
**explain** 14:*14* 77:*5* 85:*20*
**explore** 42:*15*
**expressed** 83:*11*
**expunged** 71:*21, 25*
**extremely** 46:*8*
**eyes** 36:*13, 18* 37:*17* 63:*23* 64:*4*

**< F >**
**face** 17:*14* 36:*14* 37:*14, 25* 45:*23*

*46:13* 47:*10* 49:*20*
**Facebook** 86:*12*
**facial** 37:*20* 38:*9, 11, 13*
**fact** 63:*22* 66:*22* 69:*25* 71:*10*
**facts** 23:*2*
**failed** 59:*22* 65:*2, 4, 18, 20*
**fair** 6:*2* 56:*17* 79:*21* 87:*11*
**family** 58:*4*
**far** 27:*18* 40:*22* 46:*2*
**fast** 16:*20* 27:*19* 51:*15*
**father** 14:*23, 24* 30:*3*
**feel** 12:*6* 51:*11* 69:*6* 70:*11*
**feeling** 35:*10, 12*
**feet** 20:*7* 38:*19, 20, 21* 39:*4, 8, 10, 15, 17, 20, 21, 22, 23* 41:*5* 46:*7, 9*
**felt** 16:*25*
**fence** 16:*12* 33:*21, 24* 34:*11* 35:*6, 9*
**fences** 34:*1*
**fencing** 34:*5*
**figure** 37:*12*
**file** 22:*5* 75:*12*
**filed** 52:*1*
**final** 59:*21* 60:*18* 62:*4*
**finally** 80:*1, 8, 15*
**find** 75:*20*
**fine** 14:*18*
**F'ing** 86:*14*
**finish** 6:*21* 36:*1* 43:*5* 58:*20* 84:*11*
**finished** 41:*14* 43:*25*
**finishing** 34:*21*
**Firm** 1:*15, 21*
**firs** 33:*18*
**first** 5:*3* 34:*6, 8* 40:*24* 42:*24* 43:*19* 46:*5* 53:*17* 59:*25* 66:*20* 67:*12* 68:*16* 78:*22* 80:*18* 84:*21* 85:*6, 23* 88:*3, 11, 18*

*89:14, 17, 25* 90:*22* 91:*15*
**firstborn** 12:*17*
**five** 15:*21* 28:*9* 29:*4, 8* 39:*4, 8, 10, 15, 17, 20, 22* 59:*22* 60:*23* 86:*24* 87:*3* 89:*21*
**five-ish** 27:*23*
**flip** 53:*7* 56:*4, 11* 59:*8* 66:*14* 75:*10* 76:*7* 79:*21* 80:*21* 81:*9* 84:*15* 88:*14, 23* 89:*25* 91:*6*
**floor** 43:*19*
**flying** 19:*8*
**focus** 79:*4*
**folder** 20:*14*
**folks** 58:*23* 70:*4*
**follow** 11:*15* 60:*5* 65:*3* 96:*3*
**following** 61:*10*
**follows** 5:*4* 55:*19*
**food** 25:*16* 70:*12*
**foot** 8:*23* 46:*14*
**foregoing** 97:*5* 99:*6*
**forget** 56:*24*
**forgive** 78:*14*
**forgot** 11:*21*
**form** 6:*4* 15:*14* 24:*15* 37:*8* 44:*5* 73:*25* 96:*7*
**forward** 27:*20* 28:*24* 51:*15* 55:*23* 66:*14* 68:*7*
**found** 21:*12* 71:*3*
**foundation** 44:*6, 10* 54:*15*
**four** 39:*3* 85:*6* 86:*19, 22*
**frame** 72:*2*
**frankly** 87:*21*
**free** 70:*11*
**friends** 14:*1, 6* 69:*22* 77:*9, 13*
**frightened** 35:*11, 12*
**front** 19:*14* 32:*3* 40:*14* 50:*18* 52:*22*
**F's** 60:*20, 22, 23* 62:*9* 63:*23*

**full** 53:*17*
**fully** 37:*13*
**fun** 81:*4*
**functions** 58:*4*
**further** 96:*12, 20*
99:*9*

**< G >**
**game** 16:*24* 18:*7*
43:*12*
**gamer** 14:*7*
**games** 43:*22* 44:*3, 9*
**garment** 37:*1, 6*
**gathering** 24:*19, 24*
25:*8* 26:*1* 27:*21*
28:*14, 21, 22* 29:*1*
**General** 2:*2* 10:*18*
13:*7* 72:*2*
**genuinely** 77:*12*
**geometry** 56:*15*
**getting** 44:*19* 81:*23*
96:*1, 4*
**give** 12:*13, 22* 22:*17*
51:*25* 64:*12* 68:*15*
74:*25* 77:*15*
**given** 97:*7* 99:*13*
**glancing** 67:*7*
**Go** 6:*5, 20* 8:*15*
17:*1* 18:*12* 19:*16, 18*
20:*3, 16* 21:*10* 22:*10,
24* 23:*7, 9, 17, 22, 24*
24:*6, 10* 29:*22* 32:*16*
34:*22* 37:*9* 40:*7*
41:*18* 42:*17* 43:*5*
44:*2, 8* 45:*13* 46:*24*
52:*25* 53:*18* 54:*11,
15, 25* 55:*1* 56:*9*
57:*21, 22* 58:*3, 6*
65:*11* 66:*12* 68:*18*
69:*17* 70:*14* 72:*18*
74:*18, 23* 77:*13, 14*
79:*23* 80:*23, 25*
84:*21* 92:*20*
**godson** 24:*22*
**godson's** 25:*5* 26:*4,
10, 15, 16*
**goes** 19:*14, 15* 21:*2,
4, 7, 12*
**going** 5:*25* 8:*15*
15:*25* 16:*2, 16, 19*

17:*16* 23:*15* 24:*4*
30:*13* 35:*1, 4* 40:*15*
41:*15* 44:*3* 45:*4*
52:*11, 15, 18* 55:*23*
61:*21* 64:*12* 65:*15*
67:*25* 69:*5, 13, 23*
72:*20* 73:*21* 75:*21*
79:*25* 80:*8, 15, 22*
84:*10* 85:*21* 92:*18*
**Good** 5:*7, 8* 13:*18*
19:*11* 23:*10* 35:*18*
38:*2* 55:*15* 60:*7*
63:*5* 67:*2* 84:*7*
94:*16*
**gotten** 29:*15* 92:*10*
**government** 69:*12*
**GPA** 62:*20, 23*
**grab** 48:*12*
**grabbed** 48:*14*
**grade** 59:*15, 16*
60:*18* 61:*10, 16* 62:*2,
3* 64:*1*
**grades** 23:*10* 59:*15,
21* 60:*18* 61:*21* 62:*4*
64:*20*
**graduate** 7:*24* 62:*10*
66:*25*
**graduated** 7:*23*
70:*21*
**grandbaby** 26:*12, 23*
**grandmom's** 58:*7*
**granted** 74:*23*
**great** 13:*21* 63:*6*
94:*14*
**green** 27:*15*
**group** 78:*13* 79:*14*
**grow** 7:*15* 69:*7*
**grown** 20:*8, 10, 11,
12, 17*
**grownup** 50:*12*
**guess** 13:*19* 19:*11*
32:*2* 56:*24* 65:*10*
69:*18* 86:*8*
**guilty** 71:*3*
**gun** 17:*3, 14, 20*
21:*4, 5, 13, 17* 45:*14,
23, 25* 46:*6, 11* 47:*9*
49:*20*
**guns** 35:*15*

**guy** 16:*7, 10, 12, 15,
16, 19* 17:*4* 18:*10, 13,
19* 19:*1, 13, 19, 22*
20:*18, 20* 21:*22*
32:*25* 33:*7, 8* 38:*4, 5*
41:*15* 45:*15, 17*
48:*20, 22*
**guys** 30:*12* 79:*25*
80:*7, 15*

**< H >**
**hair** 35:*21* 38:*9, 11,
13*
**half** 62:*13* 67:*15*
**Hammer** 2:*1* 5:*6, 9*
11:*14* 13:*1, 3, 6*
14:*16, 19* 42:*14*
44:*11* 45:*11* 49:*4, 8*
52:*12, 15, 19* 54:*12*
55:*7, 15, 21* 60:*1, 6,
10* 61:*5* 62:*1* 66:*2*
68:*17* 70:*17* 73:*1*
83:*13* 87:*19, 21, 24*
93:*7* 94:*17, 21* 96:*7*
**hand** 99:*13*
**handcuffed** 49:*15*
50:*3, 4*
**handcuffs** 47:*23*
48:*4, 16* 85:*22*
**handle** 78:*24*
**hands** 95:*4*
**hang** 19:*3*
**happened** 8:*22* 9:*5*
15:*12* 23:*4* 28:*7*
29:*2* 32:*6, 7* 40:*9*
45:*1, 3* 50:*4* 62:*5*
69:*15* 83:*4* 88:*6*
90:*19, 23, 25* 94:*1*
**happening** 42:*16*
86:*23*
**hard** 17:*18, 21* 47:*8,
12* 48:*24* 49:*10, 18,
21* 69:*21* 84:*8* 85:*23*
**hat** 37:*2*
**head** 9:*6* 15:*4* 37:*13*
57:*7*
**heads** 35:*15*
**Health** 74:*2, 25* 75:*3*
**hear** 16:*4* 29:*15, 18*

**heard** 18:*15* 30:*5*
31:*3, 4, 6* 32:*7* 36:*7*
42:*24*
**hearing** 9:*13*
**heck** 84:*6*
**height** 39:*7*
**helicopter** 19:*8*
**help** 9:*12* 18:*22, 25*
88:*15*
**helpful** 11:*15* 12:*21*
13:*10* 63:*6*
**helps** 79:*22*
**Henrico** 86:*4*
**hereof** 99:*12*
**hereto** 99:*8*
**hide** 54:*6, 21*
**high** 7:*24* 12:*19*
13:*12* 23:*13* 66:*25*
**highest** 7:*20*
**history** 61:*4* 72:*7*
**Hobo** 78:*14* 79:*15*
81:*10, 15*
**hold** 59:*1*
**holler** 17:*13*
**hollering** 50:*11*
**home** 8:*19* 10:*2*
15:*22* 16:*14* 17:*5, 6,
8* 18:*2* 21:*13* 23:*9,
11* 27:*7, 14, 23, 25*
28:*9, 14, 25* 29:*4, 11,
15, 19, 22, 24* 30:*5, 13,
25* 31:*8, 24* 32:*14*
33:*23* 35:*15* 40:*22*
43:*19* 45:*18, 19*
47:*14* 48:*6* 49:*12*
55:*2* 56:*1* 57:*1, 5, 13,
23, 25* 58:*1, 11* 63:*22*
64:*12* 65:*5, 11, 18, 23*
66:*6* 96:*5*
**Honestly** 28:*1*
**hood** 31:*18, 21*
**hoodie** 31:*17* 32:*2*
**hour** 52:*10* 86:*24*
**hours** 20:*21* 58:*2, 5*
**house** 20:*3, 13* 21:*4,
8* 25:*6* 26:*4* 31:*25*
33:*1, 2* 35:*5, 17*
43:*15* 54:*5* 57:*1*
58:*9*

household 69:*4*
housekeeping 8:*14*
hug 95:*22*
huge 57:*18*
Huh-uh 14:*2*
hurry 17:*13* 45:*22*
hyperlink 81:*13*

< I >
identikit 20:*15*
immediately 45:*25*
50:*15*
impacted 68:*10, 24*
impediment 72:*14*
important 68:*19*
ImReset 84:*19, 20*
inch 95:*9*
inches 39:*3* 46:*10*
incident 8:*7, 21* 9:*2,*
*18* 10:*3* 13:*8, 10, 11*
15:*7, 17* 41:*24* 51:*17*
53:*6* 62:*5* 72:*21, 23*
73:*9, 21* 75:*4, 8* 83:*3*
85:*8* 86:*23* 93:*25*
94:*1*
income 13:*20*
individual 39:*11*
individuals 78:*12*
information 86:*5*
injuries 72:*22* 73:*4,*
*5, 6, 12*
injury 75:*7*
inquire 96:*4*
inside 29:*19, 22* 31:*8,*
*24* 40:*7, 8* 41:*9*
42:*11* 48:*6, 8* 90:*8*
94:*25*
Instagram 75:*12*
77:*9, 15* 78:*8, 22*
84:*13* 85:*25* 86:*11*
87:*2*
Instagram's 87:*9*
instance 1:*11*
instruments 94:*9*
intake 71:*6*
interested 8:*7*
interests 12:*23, 25*
Internal 22:*13* 63:*9*
interrogatories 67:*13,*

*14*
interrogatory 68:*2*
interrupted 42:*21*
interview 63:7 71:*5*
involved 8:*8*
I's 10:*22*
issues 91:*22*
its 57:*24*

< J >
jacket 31:*12, 16, 18,*
*19, 22*
jail 54:*25*
Jamaya 27:*2, 3*
Jamel 63:*8*
January 56:*1* 76:*24,*
*25* 77:*22*
jeans 31:*9* 32:*1*
job 13:*15* 69:*22*
84:*7*
Joe 78:*14* 79:*15*
81:*10, 15*
Johnson 63:*8, 13*
join 70:*23* 71:*12*
judging 19:*22*
July 80:*1, 24* 82:*25*
jumping 91:*2*
June 53:*5* 55:*24*
89:*15* 90:*13* 91:*4*
jut 60:*4*
juvenile 55:*24* 58:*12,*
*24* 68:*23* 77:*3* 78:*4*
96:*5*

< K >
keep 50:*10, 23* 52:*11,*
*17* 92:*18* 93:*18*
keeps 20:*9*
kept 17:*9* 19:*20*
20:*1* 22:*20* 34:*25*
35:*3, 4* 48:*20* 71:*20*
Key 78:*15* 79:*4, 19*
keys 32:*15*
kid 13:*18, 21* 19:*3*
20:*17* 63:*5* 70:*1*
kids 19:*3* 35:*25*
36:*2* 70:*2*
kind 12:*12* 15:*7, 24*
18:*25* 22:*23, 24*
23:*25* 36:*12* 40:*5*

45:*6* 60:*4* 65:*2, 18*
69:*8, 15* 93:*17*
kitchen 30:*7*
Kleenex 15:*18*
knee 87:*12, 13* 90:*7,*
*10*
know 6:*17, 18* 7:*14*
10:*13, 16, 18* 12:*6, 20*
14:*12* 16:*9* 18:*1, 12,*
*19* 19:*12, 13, 19*
20:*18* 22:*2* 23:*18, 19*
25:*15* 27:*14, 25*
28:*11* 31:*22* 34:*19,*
*23, 24* 36:*22* 37:*1, 5,*
*15* 38:*20, 23* 39:*9, 10,*
*25* 42:*4, 6, 11* 44:*20*
48:*18* 52:*4* 53:*23*
54:*10* 63:*4* 68:*19, 25*
70:*4, 21* 71:*10* 77:*13,*
*14* 78:*5* 79:*2, 14, 20*
82:*10* 83:*8* 86:*21*
87:*2* 88:*19* 89:*18*
90:*14* 92:*25* 93:*11*
95:*25*
knowledge 97:*9*
Krudys 1:*15, 18, 21*
5:*13* 6:*4, 7* 12:*8, 15,*
*24* 13:*2, 5* 14:*9, 18,*
*20* 15:*14, 20* 24:*5, 14*
31:*3* 34:*21* 36:*1*
37:*8* 39:*9* 40:*3*
42:*12* 44:*5, 10* 45:*4,*
*12* 46:*12* 49:*1* 52:*9,*
*14, 17* 54:*8, 14* 55:*5,*
*11, 17* 58:*20* 59:*24*
60:*3, 8* 61:*3, 7, 25*
64:*23* 65:*24* 68:*15*
70:*10, 14* 72:*24* 73:*3*
83:*10* 87:*17, 20, 23*
88:*1* 93:*4, 9* 94:*19,*
*23* 96:*12*

< L >
lack 57:*17*
lady 19:*4*
LAKITA 1:*11* 3:*4*
5:*2* 97:*4, 13* 98:*2*
99:*6*
Lane 20:*19* 50:*24*
51:*5*

Large 1:*14* 25:*25*
99:*5*
lateral 90:*8*
laugh 41:*13*
laughing 41:*12*
42:*13* 43:*2* 81:*11*
Law 1:*15, 21* 69:*19*
lawyer 5:*13*
Leadership 74:*13, 18*
learn 13:*4* 83:*19*
84:*1*
learners 83:*24*
learner's 80:*3, 4*
leave 28:*21* 58:*11*
left 20:*1* 27:*21, 22*
28:*22* 30:*16* 32:*17*
33:*6* 88:*3* 90:*18*
leg 88:*3* 90:*18, 19,*
*22* 92:*8*
legal 9:*21* 80:*1, 8, 16*
legitimate 23:*22*
legs 90:*16, 23*
letter 4:*6, 9* 56:*8*
66:*16*
license 81:*2, 7, 25*
82:*7* 83:*7, 17, 19*
lie 47:*11* 50:*1*
lieutenant 86:*3*
life 7:*18* 14:*24, 25*
20:*14* 22:*16* 57:*22*
68:*9* 70:*19* 71:*22*
light 16:*5* 18:*14*
29:*5, 7, 8* 32:*9, 11*
38:*6*
lighter 38:*7*
lights 27:*15*
liked 69:*22* 85:*17*
line 16:*11* 34:*11, 25*
35:*6, 9* 66:*20* 98:*5*
litigation 67:*11*
little 13:*23, 25* 18:*9*
20:*7, 25* 35:*13* 44:*24*
46:*13* 50:*22* 51:*6, 10,*
*16* 53:*7* 62:*16* 69:*7*
72:*4* 87:*12* 88:*15*
92:*8* 93:*19* 95:*1, 8*
live 9:*17* 10:*2, 12*
15:*24* 16:*14* 17:*10*
lived 7:*17*

**lives** 10:*19*
**living** 11:*3*
**lock** 32:*16* 42:*10*
**locked** 40:*11, 14*
56:*9* 77:*25* 86:*2, 14*
**LOGAN-**
**PATTERSON** 1:*4*
9:*8, 9*
**long** 10:*25* 27:*13*
29:*14* 68:*1* 92:*8*
**longer** 87:*17*
**look** 16:*15* 20:*16*
28:*7* 35:*18* 38:*2*
53:*11* 59:*20* 61:*8*
62:*15* 66:*19* 67:*7*
68:*7* 78:*12* 82:*15*
88:*25*
**looked** 70:*1* 76:*25*
86:*22*
**looking** 19:*13* 21:*6*
28:*4* 32:*8* 59:*19, 23,*
*25* 60:*12* 62:*11*
75:*18, 23* 82:*12*
90:*12*
**looks** 21:*3* 53:*2*
59:*21* 60:*19* 61:*8, 17,*
*23* 67:*7*
**lose** 21:*24* 69:*12*
**lost** 69:*21, 22*
**lot** 14:*4, 5* 15:*25*
33:*21, 24* 62:*4* 69:*11*
**Lots** 14:*1*
**loud** 53:*22*
**low** 13:*20*
**lowkey** 81:*1, 6, 24*
83:*7*
**lunch** 87:*25*

**< M >**
**mail** 17:*2* 43:*16*
45:*2, 3*
**mailbox** 33:*20*
**Main** 1:*16, 22* 15:*24*
78:*23*
**making** 95:*25*
**man** 12:*23* 18:*12*
20:*8, 10, 12, 18* 21:*24*
52:*4, 5, 7* 94:*8* 96:*1*
**manage** 48:*10*

**March** 66:*21, 22*
93:*11, 14, 16*
**marching** 94:*10*
**Marines** 71:*16*
**Mark** 1:*18* 6:*18*
11:*14* 13:*16* 14:*16*
**marked** 96:*23* 99:*11*
**Marvin** 73:*17, 18*
74:*15, 17, 22*
**mask** 35:*22, 24* 36:*3,*
*12* 37:*2*
**masks** 36:*3*
**matter** 7:*8* 48:*1*
68:*3* 75:*13* 97:*5*
**Maury** 8:*19*
**mean** 5:*12* 9:*11*
13:*7* 33:*8* 40:*25*
43:*7* 44:*17* 64:*14, 15,*
*24* 65:*24* 87:*20* 93:*1*
**meaning** 32:*20, 21*
38:*11*
**means** 86:*22*
**measurements** 41:*8*
**media** 85:*3, 11*
**medical** 75:*6, 7* 89:*6*
**medications** 6:*12*
**memory** 15:*9* 54:*19*
58:*16*
**meniscus** 88:*2, 3, 8*
90:*8*
**Mental** 74:*1, 25* 75:*3*
**mention** 61:*4*
**mentioned** 26:*19*
**mentions** 68:*22*
**message** 14:*5* 75:*15*
76:*1, 19* 78:*13* 80:*13*
84:*16, 21, 25* 85:*6, 17*
86:*18*
**messages** 4:*11* 75:*12,*
*22* 76:*23* 77:*22* 78:*5,*
*8, 11, 24* 79:*5, 8* 81:*6,*
*24* 82:*12, 21, 25*
84:*13* 85:*21* 86:*17*
**messed** 71:*23* 93:*19*
**Michael** 85:*2, 10*
86:*3*
**middle** 6:*20* 67:*23*
92:*21*
**Midlothian** 10:*22*

11:*9*
**mind** 65:*17* 72:*12*
**minds** 70:*5*
**minutes** 17:*1* 27:*16*
29:*16* 31:*1* 33:*14, 15,*
*16* 87:*22*
**missed** 23:*10* 62:*6*
**mistake** 31:*6*
**mom** 17:*16, 19, 24*
19:*23* 47:*9* 49:*19, 23,*
*25* 76:*5, 20* 77:*17*
82:*14* 91:*17*
**moment** 42:*15* 66:*5*
68:*15*
**momentum** 92:*18*
**momma** 76:*11, 17*
81:*21, 25*
**monitoring** 56:*2*
57:*5, 14* 58:*1* 66:*6*
**month** 62:*13*
**months** 11:*1* 62:*14*
83:*3, 21* 88:*10* 89:*21*
90:*19*
**morning** 5:*7, 8* 7:*2*
15:*13, 16* 23:*4, 7*
25:*10* 51:*23, 24*
66:*23*
**Morrison** 20:*19*
**mother** 26:*10* 68:*25*
69:*3* 91:*12*
**mother's** 25:*5* 26:*4,*
*16*
**mouth** 36:*20, 21, 23,*
*24*
**move** 8:*11* 9:*12*
10:*23* 11:*7* 15:*6*
28:*24* 55:*23* 64:*6*
67:*16* 76:*18* 78:*7, 9*
80:*25*
**moved** 10:*14* 11:*8*
35:*13*
**multiple** 94:*9*
**murdered** 24:*23*
**museum** 58:*6*

**< N >**
**name** 5:*9* 11:*20*
26:*16, 19, 24* 27:*2*
56:*24* 84:*17*

**Navy** 69:*13, 17, 19*
70:*20, 23* 71:*6, 12*
72:*13*
**near** 39:*23*
**need** 6:*16, 20* 15:*18*
53:*18* 70:*10, 11, 12*
**needed** 51:*13* 86:*10*
**needs** 50:*25* 51:*8*
**negatively** 68:*10, 24*
**neighborhood** 35:*14*
**never** 13:*16* 21:*24*
22:*15, 16* 36:*7* 42:*1*
48:*17* 55:*13* 63:*22*
64:*18* 74:*20, 21, 22,*
*23* 79:*2, 3* 82:*5*
83:*16*
**new** 77:*23*
**night** 30:*19*
**nine** 99:*11*
**nobody's** 46:*24*
**nodding** 9:*6* 57:*7*
**noise** 15:*22* 29:*13*
**normal** 32:*10* 40:*4*
57:*22*
**normally** 37:*5*
**nose** 36:*17* 37:*17*
70:*8*
**Notary** 1:*13* 97:*19*
99:*4, 17*
**NOTE** 5:*1* 55:*18*
70:*16* 76:*23* 96:*15,*
*21*
**notebook** 46:*13*
**notes** 88:*16, 24* 89:*9*
90:*3* 91:*23*
**November** 89:*11*
92:*2, 6*
**number** 52:*22, 25*
53:*12, 13* 59:*5, 9*
67:*24* 68:*2* 75:*18*
76:*22* 90:*10* 92:*22*
93:*8*
**numbered** 52:*23*
97:*6*
**numbers** 10:*13* 53:*8*
**numeric** 10:*13*
**numerous** 95:*12*

**< O >**
**oath** 5:*22*

**Objection** 6:4 12:8, 15 15:14 24:5, 14 37:8 44:5 45:5 54:8, 13 55:5 96:7

**obviously** 43:18

**occupants** 17:10

**occurred** 15:7 73:22 75:4

**o'clock** 29:4 86:24 87:3

**October** 8:13 99:21

**Office** 2:2 23:16 59:3

**Officer** 17:2 19:7, 21 56:25

**offices** 1:15

**oh** 18:21 20:17, 21 59:17 60:10, 14 66:17 70:9 73:10, 16 74:7 77:17 78:25 80:12 81:14 85:12 88:25

**Okay** 5:15 6:3, 16, 22, 23 7:5, 7, 10, 13, 17, 20, 23 8:2, 4, 6, 11, 14 9:3, 7, 15, 16, 20, 24 10:2, 5, 7, 11, 15, 18, 21, 23 11:2, 5, 7, 13, 20, 25 12:2, 5, 21 13:2 14:1, 3, 8, 15 15:2, 5, 10, 18 22:19 23:8, 12, 18, 23 24:13, 20, 24 25:4, 7, 12, 14, 18, 25 26:3, 7, 8, 15, 18, 21, 23 27:1, 3, 7, 10, 13, 17, 19 28:6, 13, 17, 20, 24 29:10, 14, 18, 24 30:2, 4, 9, 12, 17, 20, 25 31:7, 16, 20, 23 32:6, 15, 18, 24 33:3, 10, 15 34:8, 12 35:1, 8 36:11, 15, 25 37:12, 18, 21, 24 38:8, 13, 15, 22, 25 39:13, 17, 24 40:1, 6, 12 41:7, 13, 18, 22 42:3, 5, 9, 20 43:14, 24 44:2, 17, 23 45:1, 13 47:4, 15 48:2, 10, 14, 21 49:14, 17 50:3, 8,

14, 17 51:2, 15, 25 52:8, 14, 17 53:1, 4, 13, 15 54:1 55:3, 14 56:4, 5, 11, 20 57:2, 13 58:10, 15, 23 59:8, 20 60:3, 14 61:2, 7, 16, 20 63:1, 7, 12, 16, 24 64:3, 6, 19 65:5, 17, 22 66:11, 24 67:2, 21 68:6, 22 69:6 70:13, 18 71:8, 15 72:6, 12, 20 73:3, 11, 14, 20, 24 74:16, 21 75:2, 6, 10 76:4, 10, 14, 17 77:19 78:3, 7, 21 79:10, 11, 13, 21 80:6, 20, 21 81:9, 14, 22 82:6, 11, 18, 24 83:18, 23 84:5, 12, 20 85:13 86:1, 16 87:5, 11, 16, 23 88:5, 17, 20 89:3, 5, 8, 25 90:17, 21 91:6, 15 92:1, 5, 9, 15, 20 93:13, 16, 24 94:3, 6, 11, 16 95:11 96:11

**once** 42:10 46:10 47:24 56:21 57:20 58:6 73:15 90:18 92:24

**online** 86:7

**ONTARIO** 1:4 9:8, 9, 10, 16, 17, 20, 25 10:11 11:18 12:3, 13, 22 20:20 24:10, 17 26:8 27:11 28:17 29:12, 25 30:8 31:23 33:19 38:22 40:13 42:9 43:5, 20 44:8 47:4, 5, 6, 8, 15 48:9, 10, 11, 15 49:15 50:3, 4, 15 51:7, 12 55:23 56:13 57:14 58:11 61:9 66:22, 24 68:24 69:2 72:21 73:21, 25 74:25 75:2 76:2, 11, 19 77:2 78:11, 18, 24 79:5, 8, 12, 25 81:20, 24 82:3, 16 85:11, 12,

15, 24 86:6, 12, 20 92:2, 25 94:3, 25

**Ontario's** 14:23, 24 30:20 57:10 59:15 70:19 72:7 75:12 78:18, 23 82:14 87:12 94:5

**open** 32:17, 20, 21, 22, 23 33:7 35:7, 10 40:8 46:4

**opened** 45:14 46:10, 16, 17

**opportunity** 95:19

**order** 56:25

**outer** 40:25

**outgoing** 13:23 69:9

**outside** 11:18 15:23 16:5 18:8 29:7 32:8, 13 33:5, 6 42:22, 25 46:1, 17, 20 48:7, 8 70:11

**overall** 13:18

**< P >**

**p.m** 85:6 86:19, 22 96:22

**PAGE** 4:3 53:13, 16, 20 56:12 62:17 67:16, 23 68:7 75:17 76:14, 15 78:9, 22 79:22 80:18, 21 81:9 84:15 88:18, 24 89:8 90:1, 12 91:6, 9 92:21 93:4 98:5

**pages** 97:5

**pain** 91:22

**pants** 18:9

**paper** 53:2 56:23 64:11 73:17 88:22

**papers** 20:15

**paperwork** 74:19, 21

**parade** 93:12, 20

**paragraph** 53:20 54:2 66:20 89:14 91:10, 16, 19 93:7

**parents** 69:23 70:1

**parent's** 70:5

**parking** 33:21, 24

**Parres** 26:20, 25

**P-A-R-R-E-S** 26:21

**part** 36:14 67:17 68:19

**partially** 37:14

**participate** 74:1, 4

**particular** 82:16

**parties** 67:18 96:17

**party** 24:18 27:4

**pass** 83:24

**passed** 33:12 46:22, 23

**passes** 33:6

**patient** 91:11, 16

**PATTERSON** 1:11 3:4 5:2, 7 7:13 8:15 15:8 24:16 52:22 55:22 60:13 61:10, 22 67:3 69:1 70:18 75:15, 23 87:13 97:4, 13 98:2 99:6

**pause** 45:24 55:16

**PE** 56:16

**peek** 40:15 41:9

**people** 18:17, 22 19:23 25:19, 21 37:5, 10 39:7 42:4, 5 79:20 82:15 83:16 86:9 95:12

**period** 28:21 57:25 65:22 69:19 77:2 82:24

**permission** 58:5, 6, 13, 22 74:23 93:11

**permit** 80:4

**person** 18:20, 23 50:11, 13 73:6 79:3 94:7

**personally** 69:2 70:7

**phone** 14:5 21:20 22:7 28:4, 5, 6, 8 54:20 58:24 63:7 77:6, 8 89:7

**physical** 72:21, 25 73:1, 5, 6, 12 75:7 91:14, 21 92:2, 12, 23 93:1

**pick** 21:25 52:7 62:8

**picked** 27:8

**picture** 85:24 86:13

**pieces** 45:8

**Place** 1:*21* 10:*17* 50:*15* 99:*7*
**Place,919** 1:*15*
**Plaintiff** 1:*5, 23* 9:*9, 14* 67:*11, 18* 68:*2*
**plaintiff's** 68:*9* 86:*8*
**play** 44:*3* 86:*14*
**playing** 22:*7* 43:*22* 44:*9* 94:*4*
**plays** 94:*9, 12*
**PLC** 1:*21*
**please** 53:*20* 54:*13* 59:*9* 67:*4, 24* 70:*9* 79:*22* 87:*16*
**point** 24:*17* 31:*8* 34:*10* 43:*14, 20* 46:*3, 20* 50:*9* 52:*13* 55:*16* 59:*15* 60:*4, 8* 64:*21* 68:*25* 69:*3* 71:*20, 22* 72:*6* 77:*25*
**pointed** 17:*3, 14, 20* 45:*25* 47:*9* 49:*20*
**police** 22:*5, 11, 13* 35:*14* 50:*15* 63:*9* 87:*4* 94:*25* 96:*3, 8*
**P-O-O** 36:*6*
**popped** 71:*7*
**popping** 71:*20*
**porch** 20:*5, 23*
**positioning** 46:*12*
**post** 86:*13*
**pot** 21:*5*
**poverty** 13:*19*
**practicing** 84:*1*
**prepare** 6:*25*
**prepared** 53:*5*
**presence** 14:*24*
**present** 8:*17*
**presumably** 66:*7* 86:*19*
**pretty** 12:*20* 18:*6* 29:*7, 8* 39:*11, 12* 57:*21* 64:*13* 84:*7*
**prevent** 6:*9, 13*
**previous** 91:*9*
**Price** 26:*17, 18, 20* 27:*11* 28:*13, 18* 29:*21*
**Price's** 27:*14*

**primarily** 8:*7*
**prior** 58:*5*
**private** 95:*19*
**probably** 23:*21* 30:*19* 39:*4* 65:*15* 87:*22* 95:*8*
**probation** 56:*25*
**problems** 22:*16*
**procedures** 90:*4*
**proceeded** 16:*23* 43:*11*
**proceedings** 99:*11*
**process** 23:*12, 15* 30:*10* 67:*17* 82:*20* 92:*5*
**produced** 75:*13* 88:*16*
**production** 67:*13*
**program** 73:*19* 74:*5, 8, 12, 13, 14, 18*
**progress** 88:*24* 89:*9* 92:*24*
**pronounce** 84:*16*
**protocol** 92:*23*
**prove** 20:*8*
**provide** 12:*12* 93:*15*
**provided** 45:*10* 59:*12* 72:*17*
**Provider** 74:*2*
**providers** 75:*3*
**providing** 65:*25* 66:*3*
**PT** 91:*23* 92:*24* 93:*1*
**Public** 1:*13* 65:*1, 17* 99:*4*
**pull** 48:*10* 86:*9*
**pulled** 18:*4* 50:*1*
**pulling** 19:*8*
**pursuant** 1:*17*
**pursuit** 8:*23*
**pushed** 48:*4, 7*
**pushiski** 36:*3, 5, 25* 37:*5*
**put** 21:*17, 23* 35:*15* 45:*5, 9* 47:*22* 48:*4* 51:*9* 57:*20* 74:*10* 85:*2, 10, 24* 86:*11* 95:*4*
**putting** 48:*15* 92:*16*

**< Q >**

**question** 6:*20* 7:*1* 12:*24* 24:*8, 15* 44:*7* 47:*21* 55:*8, 12* 63:*3* 66:*1* 68:*1* 80:*10* 82:*2* 83:*14*
**questioning** 8:*25*
**questions** 6:*1* 7:*14* 47:*5* 49:*14* 52:*20* 54:*10* 67:*19* 68:*13* 69:*5* 75:*16* 94:*20* 96:*13*
**quickly** 47:*20, 22* 73:*14* 91:*7* 92:*20*
**quiet** 13:*24, 25* 69:*9*
**quite** 68:*1*

**< R >**

**race** 16:*2* 38:*3*
**racing** 15:*25*
**ran** 18:*2* 32:*25* 33:*1* 35:*15, 16* 40:*7* 45:*5*
**range** 39:*5, 6*
**rank** 63:*1*
**rate** 63:*4*
**reached** 18:*4* 48:*3, 8* 50:*1*
**reaching** 77:*9*
**read** 53:*17, 22, 24* 54:*17* 67:*22, 25* 68:*16, 18* 96:*13* 97:*5*
**reading** 60:*7* 96:*17*
**ready** 7:*3* 11:*7* 68:*20, 21* 84:*10*
**real** 64:*13, 15*
**really** 13:*21* 14:*23* 15:*2, 16* 18:*3* 19:*4, 25* 20:*6* 21:*16* 23:*10, 22* 25:*13* 41:*8* 57:*19* 63:*5* 67:*6* 69:*22* 70:*6* 72:*5* 90:*15* 91:*7* 93:*10* 94:*14* 95:*4*
**rear** 8:*18*
**reason** 23:*22* 58:*10*
**reasoning** 41:*16*
**reassure** 95:*22*
**recall** 10:*25* 25:*9, 11, 25* 26:*21* 29:*5* 37:*24* 40:*1, 3* 43:*18* 47:*5* 50:*14* 54:*22* 63:*7, 12*

**65:*22* 71:*24* 87:*13* 88:*12**
**receive** 64:*13, 14* 66:*5, 25*
**received** 74:*6, 7* 75:*2*
**recess** 55:*18*
**recognition** 24:*20, 22*
**recognize** 53:*1* 56:*5, 21* 59:*10* 64:*8* 66:*14* 67:*4* 69:*1* 73:*15* 88:*17*
**recollection** 91:*3*
**record** 45:*9* 70:*15, 16, 17* 71:*2, 4, 11, 20* 72:*13* 76:*23* 99:*10*
**recordings** 7:*10*
**records** 71:*25* 72:*10* 89:*6*
**rectangle** 34:*2, 4*
**red** 32:*9*
**refer** 8:*21* 9:*4, 7, 16*
**referenced** 91:*9*
**references** 89:*14*
**reflect** 62:*3*
**regarding** 53:*6* 63:*9*
**Registration** 97:*19* 99:*17*
**regular** 23:*25* 31:*18* 42:*18*
**regularly** 91:*24*
**rehabilitation** 92:*23*
**relation** 40:*21*
**relationship** 12:*3, 6, 13* 15:*3*
**release** 8:*25*
**released** 56:*1*
**remember** 15:*16, 17* 22:*22* 23:*1, 3, 4* 25:*7, 13, 16, 18, 24* 26:*7, 11, 13* 27:*4, 20, 22, 23, 24* 28:*1, 7, 9, 11, 12, 23* 29:*6* 30:*4* 31:*7, 10, 13, 17, 21, 23* 33:*17* 35:*21* 36:*21* 37:*15* 38:*1, 5, 15* 40:*10* 46:*3* 51:*22* 52:*1* 54:*24* 55:*1* 57:*14* 72:*1, 5* 88:*13, 21* 89:*19* 90:*22* 92:*6*

Case 3:24-cv-00526-MHL    Document 25-3    Filed 05/09/25    Page 110 of 113 PageID#
436
Deposition of Lakita Patterson                                    Ontario Logan-Patterson v.Travis Scott Wyatt

removed 92:7
repair 90:8
repeat 5:17 24:9
54:16
rephrase 12:10 44:7
report 63:20 91:23
Reporter 1:13 14:11
reports 91:22
represent 5:10, 18
67:9 78:21
request 67:13 74:10
requests 68:2
require 67:20
resolved 66:9
respective 96:16
responded 47:8
responding 77:23, 24
responds 81:20
response 45:10
responses 67:12
result 68:4 72:22
90:24
retired 86:3
return 66:21, 22
review 7:5, 7, 10
53:19
reviewed 63:18 91:23
RICHMOND 1:2, 16,
22 2:3 7:16, 17
10:19 58:12 65:1, 17
97:8
riding 27:6
right 6:24 7:13
8:11 15:5 17:2
19:15, 22 20:11, 18
21:15, 17 22:21
27:19 28:13, 20, 24
32:11 34:2, 6, 10
36:13 37:3, 22 39:3,
7 40:6, 9, 18 41:11
42:15 45:14 46:11,
15, 18, 21, 25 47:1, 3
48:25 49:11 50:6
51:15 52:17 53:23
54:12 55:22 56:2, 11
57:8, 11 58:13, 24
59:16, 17, 22 60:12,
23 61:7, 14, 17, 18
62:17, 21, 24 64:7
66:7, 13, 19 67:2

68:22 69:14 71:14
72:14 73:2 74:2, 5,
25 75:10 77:7, 11, 19
78:7, 25 80:19 81:14
83:1 84:12, 18 86:20,
25 87:11 88:23 89:2,
6 90:7, 10, 19 91:4
94:19, 24 95:6, 15, 16,
18
right-hand 62:17
75:19
Ring 86:23
Road 8:18 15:25
roll 51:6
room 18:7 43:12, 21,
22 44:21
roughly 51:22
round 37:25
route 19:19
routine 42:19 44:4
Rules 1:17
run 16:13 33:2 35:5
47:2 54:5, 21
running 16:9, 20
17:15, 21 34:9, 16, 25
35:3, 14 43:3 47:12
48:18, 19 49:22 54:5

< S >
S1 56:16
SAITH 96:20
sat 25:15
Saturday 21:20
51:16, 18, 19 94:2
saw 31:1 32:9 33:7,
13, 18 34:6, 8 35:8
38:9, 14 40:6 41:10
77:21
saxophone 94:13
saying 14:10, 13
16:18 19:23, 24 20:9,
12 21:21 36:17 42:6
45:15 48:19 50:23
53:12 54:22, 25 55:1
63:21 65:1 66:17
81:24 95:6
says 50:24 54:2
76:11, 19 77:14
78:23 79:5, 25 80:7,
13 81:1, 15 85:11, 12,

15 88:24 89:9 90:1,
4, 7, 10 91:10, 11, 16,
20 92:22
scared 35:13, 16
scares 84:5
scene 8:24
school 7:24 12:19
13:12 23:5, 6, 7, 13,
16 24:4, 11 56:10, 18
57:21 58:3 59:11
64:12 65:11, 15
66:12, 18, 21, 22, 25
70:19 72:17 73:19
74:13, 15
Schools 65:2, 18
science 58:6
SCOTT 1:7
screaming 50:10
screen 84:17
screenshot 79:23
80:3
search 72:7
seats 50:18
second 34:17 41:19
52:10 53:16 59:21
67:14 76:1 89:8, 18,
23, 24 91:3, 10, 19
seconds 48:1
see 16:6, 7, 16 17:12
18:13 31:4 34:12
35:21 36:24 37:10,
17, 19 38:10, 11
40:15, 17 45:21 46:5,
20 53:7 54:1 56:12,
15 59:15, 19 60:10
62:18 63:24 64:1, 3
68:8 73:11 74:13
75:19, 23 76:1, 4, 10,
18 78:23 79:5, 6, 8,
24 80:7, 12, 13, 14
81:1, 10, 12 84:20, 25
85:4, 13 88:24 89:9,
11 90:1, 4 91:10, 20
94:20
seeing 36:21 88:21
seen 16:5 49:25
54:5 79:2, 3 91:12
send 65:8
senior 13:12 62:1

sense 9:1 12:13, 22
29:1 53:14 68:5
77:25
sent 66:16 78:24
79:5, 9, 11 81:12, 15,
17
Sergeant 63:8, 12
series 75:11, 22
service 66:5
Services 65:5, 19, 23
set 99:8
sets 34:5
seven 58:2 83:3
88:10
severely 68:9
shaking 15:4
SHEET 98:1
She'll 96:13
S-H-I-E-S-T-Y 36:9
shirt 18:9 31:11
32:2 44:20, 22 47:17
48:11
S-H-I-T 86:15
shoes 18:9 32:4
47:18, 19
short 38:15 39:11, 12
shorter 38:21 39:3,
14
shorts 44:24 47:17
shows 78:12
side 33:21, 25 52:23
62:17
sidewalk 19:18 34:16
sign 56:25 96:13
signature 57:2, 10
signed 73:17 74:19
signing 96:17
sink 30:16
sir 7:19 8:3, 5, 10
9:19, 23 10:1, 4, 8, 10,
20 11:4, 10, 19 12:1,
4 15:1 22:12 23:14,
17 26:6 27:9 28:16,
19 29:9, 20, 23 30:1,
22, 24 31:15 32:14
33:11 34:14, 16
38:17 39:19 42:23
43:9, 17, 23 56:3, 14,
19 57:4, 9, 12 58:25
59:11 60:24 62:19

63:11 73:13, 23 75:5, 9, 25 78:6 83:2, 21 84:2 87:15 95:10, 14, 17, 21, 24

**sit** 10:19 19:16 95:16

**sitting** 87:3

**six** 20:7 38:19, 20, 21 39:7, 15, 21, 23 62:9 83:3 88:10

**size** 22:25

**sized** 45:7

**ski** 36:12

**skinned** 38:6

**skinny** 40:2, 5

**Sky** 88:4 90:25 91:2

**slammed** 35:17 40:11

**slow** 41:16 43:3

**smell** 19:11

**snatched** 48:3 69:16

**sneakers** 31:12, 13

**sniff** 19:11

**social** 85:3, 11

**socks** 47:17

**somebody** 54:9 65:14

**someone's** 24:20

**son** 8:25 9:7, 9, 21 12:17 13:4 15:22 16:13, 18, 22 17:11, 12, 13, 15 18:4, 6, 8 19:4, 11, 12 20:1, 4, 6, 8, 11, 21, 25 21:16, 17, 23 22:9 38:7, 21 39:14, 15 41:11 45:20, 22 47:13, 14, 23, 24 48:20 49:18, 19, 23 52:5 53:3 54:25 63:4, 13, 22 65:4, 20 67:11, 18 80:19 87:3

**soon** 43:25 76:5

**sorry** 6:6 14:17 15:19 31:6 38:9 42:23 43:10 45:2 53:18 55:25 60:2 76:18 93:5

**sort** 50:8

**sound** 56:2 60:23 83:15 89:16

**sousaphone** 94:13

**speak** 74:19

**speaking** 54:13 88:12

**special** 24:3

**specific** 83:13

**speed** 75:21

**spell** 36:5

**speller** 36:10

**spent** 69:6

**spoke** 55:13

**spoken** 70:7

**sports** 92:24 94:7, 8

**square** 34:3, 4 37:25

**stairs** 17:16 49:24 50:1

**Stan** 5:9

**standing** 16:17 19:12 33:19 41:11, 16 43:4

**Stanley** 2:1

**start** 15:11 16:8 39:8 62:6 71:22

**started** 29:7 34:9 44:19 48:19

**starting** 15:12 22:24 30:10 53:20 67:24

**starts** 77:16

**State** 1:13 16:6 22:5, 11, 13 32:9 50:6 63:9 91:20 96:3 97:1

**statement** 53:4 54:9, 17 55:3

**statements** 83:11

**STATES** 1:1 5:4 66:20

**stating** 66:17

**stay** 23:9, 11 69:11

**stays** 10:16

**step** 10:16 70:10

**stepdad** 10:17 82:19 84:5, 6, 10

**steps** 92:17, 19

**stick** 18:25

**sticking** 19:1

**stocky** 40:2

**stolen** 8:18

**stop** 35:2 45:2 52:9 84:8

**stopped** 16:10, 20 34:17, 18, 24

**stopping** 19:20 52:12 93:18

**straight** 12:19 29:22 63:13, 25 64:1, 4

**strap** 57:19

**Street** 1:16, 22 2:3 8:12, 19, 20 9:17 10:3 11:3 16:1, 8 19:17 27:8 54:6, 21

**strict** 63:19

**string** 85:20

**student** 63:4, 6, 14, 19, 22, 23 64:5

**stuff** 15:25 37:11 40:14 44:15, 25 88:7

**Subscribed** 97:15

**substances** 6:13

**suffered** 68:4

**suggest** 52:16

**Suite** 1:16, 22

**summaries** 89:4

**summary** 22:22 62:16, 18

**supplemental** 67:12

**supports** 94:4

**supposed** 64:16 65:6, 7, 9, 25 66:2, 5

**Supreme** 1:17

**Sure** 12:11 13:5 15:20 28:1 37:22 40:13 44:8 51:7 55:17 59:2, 4 60:6, 10 62:12 67:6 72:16, 18 79:4 87:1, 5 88:6 90:15 93:10 94:21

**surgery** 87:13, 14 88:9, 11 89:15, 17, 18, 23 90:13, 14, 16 91:4

**suspect** 8:24 33:8, 9, 13, 18, 20 34:5, 25 35:2, 8, 18 37:4 38:16 39:2 40:1, 6, 17 41:19, 20 54:21 55:4, 10, 13

**suspect's** 36:17 38:3

**SUV** 8:18

**sworn** 5:1, 3 67:20

97:15 99:7

**< T >**

**tab** 52:22, 25 56:4, 20 59:9 64:7 73:14

**tabs** 52:23

**take** 6:21 19:10 21:24 22:2, 9, 14, 17, 25 27:13 32:15 45:7 52:11, 20 55:16 70:12 71:17 72:15, 18 93:1

**taken** 1:11, 17 18:6 19:20 55:19 92:10 99:7

**talk** 13:9 15:6 20:24 41:20, 22 42:5, 6 51:9, 12, 14 70:19 87:12 95:3

**talked** 25:15 70:18

**talking** 17:25 39:6 71:19 78:11 82:25 85:5 90:13 95:7

**tall** 38:15, 22 39:18

**teach** 82:4, 20 83:20 84:10

**teacher** 64:16 65:8, 10

**teaching** 82:17

**tell** 6:1 8:6 12:2, 21 24:24 38:3, 18 39:18, 21 40:22 54:4 56:21 57:13 63:19 65:14 68:23 70:24 76:12 82:14 86:6 87:3, 16

**telling** 18:18 19:21 48:20 54:24 63:12

**ten** 25:21 61:10 64:2 87:22

**Terrace** 25:2, 4

**Terrell** 78:14, 15 79:17

**test** 71:13 72:15, 18 80:4 83:23

**testified** 44:11 47:21 48:23, 24 49:5

**testify** 69:2

**testifying** 5:22 6:10

**testing** 62:6 92:24

93:*1*

**text** 4:*11*

**Thank** 13:*22* 15:*5,* *19* 22:*21* 43:*10* 45:*11* 55:*14* 59:*8, 13* 60:*11* 66:*13* 93:*9*

**Thanks** 14:*16*

**therapy** 91:*14, 21* 92:*2, 12, 23* 93:*2*

**thing** 14:*21* 24:*1* 33:*2* 35:*23* 36:*13* 46:*5* 52:*16* 60:*9* 72:*16* 77:*15* 79:*4* 84:*8, 13* 85:*23* 86:*16* 90:*23*

**things** 9:*4, 12* 63:*21* 64:*18* 65:*12* 69:*2, 4* 71:*1, 3* 75:*2* 77:*17* 78:*8*

**think** 9:*12* 13:*25* 19:*22* 20:*20* 25:*1, 2* 26:*13* 28:*9* 36:*9* 37:*16, 21* 38:*24* 39:*1, 24* 41:*6* 44:*11, 19* 46:*9, 19* 55:*15* 58:*8* 64:*6* 69:*11* 70:*2, 6, 18* 72:*4* 73:*16* 79:*4* 84:*9, 10, 12, 18* 87:*5, 10, 21* 88:*15* 89:*19, 23* 91:*5* 94:*17*

**thinking** 6:*10, 13* 20:*9* 22:*6* 33:*1* 46:*23* 82:*22*

**thinks** 84:*5*

**third** 60:*15* 76:*10* 91:*6*

**this_____day** 97:*16*

**Thomas** 27:*2*

**thought** 48:*23*

**three** 10:*9* 18:*17* 27:*10* 29:*16* 31:*1* 33:*16* 60:*20* 61:*11, 18, 23* 64:*1*

**threw** 18:*5* 20:*5* 21:*8, 11, 15, 16*

**thriving** 13:*20*

**throw** 20:*22*

**tight** 57:*19*

**time** 6:*16* 8:*7* 9:*17, 22* 10:*3* 11:*2* 13:*7, 9,*

*11* 14:*9* 18:*5* 22:*24* 25:*8* 27:*20, 22, 24* 28:*22, 25* 29:*24* 30:*12, 23* 31:*2* 33:*6, 12* 34:*13* 43:*14* 46:*22, 23* 51:*16, 22* 53:*5* 55:*23* 58:*17* 59:*7* 65:*22* 66:*25* 69:*6* 70:*21* 72:*2, 6, 21* 82:*16, 21, 24* 87:*8* 88:*13* 92:*8* 99:*7*

**times** 58:*16* 63:*13* 78:*3*

**timing** 86:*17* 87:*1, 6*

**tired** 34:*19, 23*

**today** 5:*22* 6:*10, 25* 36:*2* 91:*11, 16*

**told** 16:*22* 21:*10* 22:*8, 10, 14* 30:*8* 40:*13* 41:*11* 42:*10, 17, 24* 43:*5* 45:*17, 20, 22* 47:*13* 51:*8* 54:*5, 20* 55:*1* 57:*20* 71:*9*

**ton** 87:*19*

**top** 59:*18* 60:*16* 76:*15, 19* 78:*12, 24* 80:*23* 81:*1, 6* 89:*9* 90:*1, 4*

**topic** 84:*14*

**tore** 88:*3*

**torn** 88:*8*

**touch** 95:*5*

**Tough** 59:*1*

**to-wit** 97:*2* 99:*2*

**tracks** 54:*6, 22* 55:*2, 4*

**traffic** 32:*10*

**train** 54:*6, 21* 55:*2, 4*

**training** 56:*16*

**trampoline** 91:*2*

**Transcribed** 98:*5*

**transcript** 1:*10* 63:*25* 97:*7* 99:*9*

**transcripts** 59:*11*

**transportation** 28:*14*

**TRAVIS** 1:*7*

**treadmill** 92:*11, 13, 17, 19*

**treatment** 74:*8, 25* 75:*6, 7*

**tree** 16:*11, 17* 19:*14, 16, 20* 34:*18, 25* 40:*16, 18, 19, 21* 41:*17* 43:*4*

**trial** 5:*23*

**tried** 58:*17*

**Trooper** 5:*11, 14, 18* 8:*23, 24* 16:*6, 7, 9, 10, 17* 17:*7* 20:*19* 21:*20* 32:*9* 33:*20* 34:*12* 40:*16, 17* 41:*10* 43:*7* 45:*15* 46:*2* 47:*5, 22* 48:*6, 23* 49:*5* 50:*6, 14, 24* 51:*2, 5, 8, 19* 52:*2* 53:*5* 54:*2, 19, 23* 55:*8* 67:*8, 12, 18* 68:*4* 70:*22* 73:*7, 8* 85:*22* 86:*9*

**troopers** 8:*24*

**trouble** 13:*16* 22:*3, 4, 16* 86:*16*

**true** 17:*5* 47:*14* 49:*23* 97:*6* 99:*10*

**Truist** 1:*15, 21*

**trumpet** 94:*12*

**trust** 69:*12*

**truthfully** 6:*10*

**try** 22:*25* 25:*21* 33:*2* 74:*7* 82:*4* 83:*19*

**trying** 13:*3* 20:*6, 7, 24* 23:*1* 26:*13* 29:*1* 37:*12* 42:*15* 45:*7* 49:*8* 61:*20* 62:*13* 63:*16, 17* 70:*7* 71:*17* 82:*15, 20* 83:*6, 15, 20, 22* 84:*1*

**tuba** 94:*12*

**turn** 52:*6, 21* 53:*16* 54:*3* 56:*20* 62:*9* 64:*7* 67:*3* 73:*14* 75:*17* 78:*22*

**turned** 21:*25* 22:*9* 72:*3* 86:*12*

**Turnpike** 11:*9*

**TVs** 37:*11*

**twelve** 62:*2*

**two** 11:*1* 16:*20* 19:*15* 20:*21* 29:*16* 31:*1* 33:*14, 15, 16*

34:*4* 59:*22* 60:*22, 23* 61:*17* 62:*8, 14* 76:*24* 78:*15* 79:*19* 87:*15* 90:*10*

**type** 33:*2* 35:*22* 36:*13* 51:*9* 77:*15* 86:*5* 96:*2*

**typewritten** 97:*5*

**typical** 30:*20* 44:*4*

**typically** 28:*3*

**< U >**

**uh-hum** 33:*9*

**ultimately** 27:*21* 66:*24*

**Um-hum** 10:*24* 12:*18* 13:*13* 14:*10* 16:*3* 18:*16* 23:*6, 14* 29:*9* 36:*6, 7* 41:*2* 42:*23* 47:*25* 54:*18* 61:*1, 12* 64:*25* 76:*6, 9, 16, 21* 79:*1, 7* 81:*5, 16, 19* 82:*13* 83:*2* 84:*23*

**Uncle** 86:*3*

**understand** 5:*21, 25* 6:*2* 7:*1* 8:*17* 23:*2* 24:*16* 45:*7* 55:*22* 63:*17* 70:*22* 77:*6* 83:*6* 85:*21*

**understanding** 43:*15* 65:*6, 7, 9* 66:*4* 72:*8, 9* 73:*25* 76:*2* 78:*17* 86:*17* 92:*1*

**Understood** 41:*9* 61:*2* 62:*7, 15* 64:*6* 72:*20*

**unexcused** 23:*19, 21*

**UNITED** 1:*1*

**unlocked** 32:*20*

**unusual** 24:*6, 10*

**unweighted** 62:*23*

**update** 77:*15*

**upset** 19:*4*

**upside** 60:*7*

**upstairs** 16:*24* 17:*13* 44:*1, 2, 3, 8, 13, 14* 45:*22*

**use** 8:*15, 21* 9:*1*

Deposition of Lakita Patterson

Ontario Logan-Patterson v. Travis Scott Wyatt

53:*12, 13*

**< V >**
**vague**  12:*8*
**Vaughan**  2:*1*
**vehicle**  18:*18*
**Viaz**  78:*15, 16, 18*
79:*9, 25*  80:*18*  81:*20*
**video**  81:*17, 18*
**videos**  7:*8*
**view**  68:*25*  69:*3*
**VIRGINIA**  1:*1, 13,*
*16, 18, 22*  2:*3*  63:*8*
97:*8*  99:*1, 5*
**visible**  36:*18, 24*
**visit**  73:*17*  77:*13*
90:*1*  91:*8*
**VSP**  53:*8*
**VSP00096**  53:*12*

**< W >**
**wait**  88:*25*
**waived**  96:*18*
**walk**  15:*7, 11*  59:*14*
60:*4*  75:*14, 22*  78:*10*
84:*3*  88:*7*
**walked**  33:*5, 6, 13*
50:*5*
**walking**  92:*11*
**wall**  18:*5*  41:*2*  48:*4,*
*7*
**Walmsley**  25:*1, 2, 4*
**want**  8:*15*  16:*25*
32:*4*  52:*3*  53:*22*
66:*23*  69:*7, 17, 18, 20*
70:*2*  75:*14*  77:*17*
78:*10*  88:*3*  93:*22*
**wanted**  58:*11*  82:*5*
95:*4*
**warrant**  21:*23*  22:*8*
52:*5*
**wash**  16:*22*
**watch**  28:*3*  57:*16*
**watching**  43:*1*  54:*4*
**water**  30:*11*  70:*11*
**way**  16:*16*  35:*17*
37:*5, 16*  39:*14*  50:*5,*
*20, 21*  51:*9*  57:*23*
67:*3*  70:*3*  80:*25*
87:*18*

**wear**  28:*3*  37:*5*
57:*16*
**wearing**  31:*7, 24*
37:*11*  47:*16*
**week**  58:*2*
**weekend**  93:*25*
**weeks**  62:*8, 14*
**weight**  56:*16*
**weighted**  62:*20*
**welcome**  77:*18*
**Well**  6:*16*  17:*9, 19*
18:*24*  19:*1*  20:*2*
21:*6*  22:*1, 2*  25:*21*
28:*15*  34:*13*  35:*2, 20*
42:*14*  48:*19*  53:*4*
54:*14*  56:*18*  57:*10*
67:*9*  78:*18, 21*  85:*18*
88:*23*  90:*15*  91:*21,*
*23*  95:*11*
**went**  16:*5, 24*  17:*1*
20:*13*  24:*17*  25:*8*
32:*8, 13*  40:*8, 9*
42:*18, 21, 25*  43:*12,*
*15*  44:*1, 3, 12, 14*
48:*17*  58:*7*  65:*16*
69:*8*  71:*5*  72:*7, 12*
83:*23*
**we're**  21:*6*  23:*1*
32:*14*  39:*6*  55:*23*
75:*17*  80:*22*  82:*16,*
*24*  85:*4*  93:*6*
**We've**  52:*10*  83:*20*
**Whisenand**  1:*12*
99:*4, 17*
**white**  31:*11*  32:*2, 5*
**Wide**  32:*22, 23*
**window**  16:*16*  20:*25*
40:*15*  41:*1, 10*  50:*25*
51:*4, 6, 10, 11*  54:*4*
95:*1*
**windows**  50:*20*
**witness**  5:*3, 12, 15*
14:*15, 17*  61:*6*  64:*25*
70:*13*  93:*6*  96:*16, 18*
**word**  8:*21*  9:*1*  68:*1*
**words**  8:*15*  21:*21*
41:*19*  57:*17*
**work**  8:*2*  22:*18*
57:*23*  62:*14*  64:*17*

65:*6, 10*  87:*2*  88:*4*
**worked**  8:*4*  69:*21*
**working**  8:*9*  13:*14*
88:*4*
**works**  72:*19*  87:*24*
88:*1*
**world**  36:*10*  61:*3*
**worries**  14:*19*
**worry**  14:*21*
**worse**  93:*17*
**worth**  62:*14*
**wrist**  85:*24*
**wrong**  17:*17*  18:*10,*
*19, 23*  44:*13*  48:*22*
50:*11, 13*
**wrongful**  68:*10*
**WYATT**  1:*7*  5:*11,*
*14, 19*  16:*9, 10, 17*
17:*2, 7*  21:*20*  34:*12*
40:*16, 17*  41:*10*  43:*8*
45:*15*  46:*2*  47:*5, 22*
48:*6, 24*  49:*5*  50:*15*
51:*8, 19*  52:*2*  53:*5*
54:*2, 23*  55:*8*  67:*19*
73:*7, 8*  85:*22*  86:*9*
95:*25*  96:*2*
**Wyatt's**  8:*23, 24*
54:*19*  67:*8, 12*  68:*4,*
*10*  70:*22*

**< Y >**
**y'all**  22:*2*  25:*8*
42:*11, 21*  58:*11*
65:*18*  84:*3*  86:*14*
**yeah**  12:*20*  13:*10, 20*
16:*22*  21:*7, 12*  26:*9*
33:*4*  34:*23*  35:*16*
43:*11*  46:*23*  47:*7*
59:*17*  64:*2*  66:*3*
68:*17*  78:*25*  80:*12,*
*14*  81:*12*  88:*1, 8*
89:*3*  91:*1, 5*  92:*19*
**year**  13:*12, 15, 16*
59:*16*  60:*19, 24, 25*
61:*8, 16, 25*  62:*2, 3*
77:*23*
**yesterday**  59:*13*
**young**  12:*22*  94:*8*

**< Z >**
**zeroes**  53:*9*
**zip**  31:*19*
**zone**  87:*8*  88:*4*
90:*25*  91:*2*