# Exhibit 4

Wyatt Dash Cam 1 – Full Video and Clips Cited

*USB flash drive filed with Clerk of Court*