# Exhibit 5

June 18, 2024, Statement of Travis Scott Wyatt

JUNE 18,2024

TO: Captain Brian K. Blackman

FROM: Trooper Travis S. Wyatt, #10930

SUBJECT: Civil Litigation- Ms. Lakita Patterson

        Mr. Ontario Logan-Patterson

        (Trooper Travis S. Wyatt, #10930)

        I.A Case No.202405310139

On December 11,2024 I was running radar Southbound Chippenham Parkway at Hopkins Road when I blue dodge charger entered my radar going 102 MPH in a posted 60 MPH zone. I got behind the dodge charger SB Route 1 at Dundas and attempted a traffic stop on the vehicle. The vehicle continued at a high rate of speed and a pursuit was initiated. The pursuit continued and went north and continued to Chippenham parkway and on I-95 north into Richmond city. We exited Maury Street and continued back roads and shortly ended the pursuit at the intersection of Commerce and Maury Street once the subject crashed into another vehicle. The subject exited the vehicle out of the drivers door, and I exited my vehicle, and a foot pursuit was initiated at that time.

The foot pursuit down Maury Street and around townhomes onto East 9th street. Shortly after I lost sight of the subject after he went between 2 separated townhomes. As I walked around the townhomes, I spotted the subject walking from behind the trash dumpster and porta john that was located at the end of Everett Street with his gray jacket in his hand and a white t-shirt on. The subject looked at me and stated, "I'm not going to jail". The suspect then took off again and I continued to proceed to my vehicle. As I'm walking to my vehicle, I noticed the suspect at the truck of the vehicle grabbing a bag out of the trunk. Another foot pursuit was started which headed down Commerce Street and on Everette Street. As the subject went around the dumpster at the interception of Everette Street I saw the subject grab something out of the bag and throw an object from the bag under the dumpster. The subject walked around and stopped behind the fence and looked at me for a few seconds while I was on the other side.

The subject continued toward 304 East 9th street as I was walking around the dumpster he began to run again and that is when I seen him enter the home at 304 East 9th street. I stopped at the side of the home and stayed there with visual on the house while following units were arriving. Approximately 5 minutes later Lakita Patterson exited the back door and confirmed that the door for the front was the same house that she was exiting. Ms. Patterson stated it was only her and her son inside and her son just got

Attachment No. 18

VSP 000096

home about 5 minutes ago. Ontario Logan-Patterson came to the door with only long white thermal pants on no shirt and he was breathing hard, and his chest was rising and that is when I identified he was the driver of the vehicle. Mr. Logan-Patterson stated he was inside washing dishes at the time. Mr. Logan-Patterson was detained and escorted to my passenger seat of my vehicle. After detaining Logan-Patterson, Ms. Lakita Patterson stated they were outside watching the chase and ran inside the house when they saw us and locked all the doors.

Shortly after there were 3 other subjects in the car that was involved in the pursuit, and they stated they were in a car club and only knows the driver as "ZAY". One of the individuals stated that Mr. Logan-Patterson looked just like the subject but was not him. I canvased the area and that is when a black handgun was found under the dumpster. Mr. Logan-Patterson asked if we could get fingerprints or DNA because he never seen the gun a day in his life. I asked if he would be willing to give DNA which he stated yes. After that we exited the vehicle and that is when Ms. Lakita Logan-Patterson denied any DNA and no DNA was taken and he was released to his mother.

On December 15, 2023, Petitions were received from Richmond City juvenile intake for charges and Ontario Logan-Patterson. I called Ms. Logan-Patterson and told her about the petitions, and she needed to turn her son in. Ms. Logan-Patterson stated "I will turn myself in because I will tell you now, I was watching you chase him in my window and when I seen him run Infront of my house I told him to run across the street and hide by some train tracks that are out there.