# Exhibit 7

Annotated Google Maps Printout of Scene

