# Exhibit 8

Photos of 304 East 9th Street

**EXHIBIT**

2/18/25 Exhibit 33E





**EXHIBIT**

1/31/25 Exhibit 33D

**EXHIBIT**

2/18/25 Exhibit 33D



EXHIBIT

2/18/25 Exhibit 33B

EXHIBIT

1/31/25 Exhibit 33B