UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ONTARIO LOGAN-PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-cv-526 |
| | ) | |
| TRAVIS SCOTT WYATT, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT REGARDING DISCOVERY DISPUTE

Pursuant to Paragraph 24 of the Court's Initial Pretrial Order (ECF No. 12), Defendant Travis Scott Wyatt ("Trooper Wyatt"), and Plaintiff Ontario Logan-Patterson ("Plaintiff"), hereby submit this Joint Statement regarding the discovery disputes at issue as set forth in Trooper Wyatt's Notice of Objection filed with the Court on April 28, 2025 (ECF No. 22).

Pursuant to Paragraph 24(g) of the Court's Initial Pretrial Order, the parties certify that they met and conferred by telephone on May 12, 2025, and resolved the discovery disputes at issue.

/s/ Stanley W. Hammer
Stanley W. Hammer (VSB No. 82181)
R. Cooper Vaughan (VSB No. 92580)
Assistant Attorneys General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 200-4216
Facsimile: (804) 371-2087
shammer@oag.state.va.us
cvaughan@oag.state.va.us
*Counsel for Defendant Travis Scott Wyatt*

/s/ Mark J. Krudys
Mark J. Krudys
Danny Zemel
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

## **CERTIFICATE**

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                                    */s/ Stanley W. Hammer*
                                                                    Stanley W. Hammer
                                                                    Assistant Attorney General
                                                                    *Counsel for Defendant Travis Scott Wyatt*