**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

ONTARIO LOGAN-PATTERSON,

       Plaintiff,

v.    Civil Action No.: 3:24-cv-526

TRAVIS SCOTT WYATT,

       Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME CONCERNING DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Ontario Logan-Patterson, by counsel, and, without opposition from the Defendant, by counsel, respectfully moves the Court, for the reasons detailed in his Memorandum in Support filed herewith, to grant an extension of time from May 23, 2025 until 5 p.m. on May 26, 2025 for Plaintiff to file his opposition to Defendant's Motion for Summary Judgment, ECF No. 24, and an extension until 5 p.m. June 2, 2025 for Defendant to file a reply to Plaintiff's opposition, and to grant such other and further relief that the Court may deem just and proper. A proposed Order is being filed with this Motion.

Respectfully submitted,

ONTARIO LOGAN-PATTERSON


By: _____/s/ Mark J. Krudys____
             Counsel

Mark J. Krudys (VSB# 30718)
Daniel Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone; 804.381.4458 Fax
mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

2

**Certificate of Service**

I hereby certify that on this 14th day of May 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

                              By:    /s/ Mark J. Krudys_____
                                              Counsel

                                      Mark J. Krudys (VSB# 30718)
                                      The Krudys Law Firm, PLC
                                      Truist Place
                                      919 E. Main Street, Suite 2020
                                      Richmond, VA  23219
                                      Phone: (804) 774-7950
                                      Fax:    (804) 381-4458
                                      Email: mkrudys@krudys.com
                                      *Counsel for Plaintiff*