UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ONTARIO LOGAN-PATTERSON,

    Plaintiff,

v.                                                          Civil Action No.: 3:24-cv-526

TRAVIS SCOTT WYATT,

    Defendant.

**ORDER**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time Concerning Defendant's Motion for Summary Judgment, and for good cause shown, it is hereby ORDERED that Plaintiff Ontario Logan-Patterson is GRANTED until 5 p.m. on May 26, 2025, to file his memorandum in opposition to Defendant's Motion for Summary Judgment (at ECF No. 24), and Defendant Travis Scott Wyatt is GRANTED until 5 p.m. on June 2, 2025 to file his reply to Plaintiff's foregoing memorandum.

It is so ORDERED.

Entered this _____ day of _____, 2025.

_____
The Honorable M. Hannah Lauck
United States District Judge