**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ONTARIO LOGAN-PATTERSON,

      Plaintiff,

                                    Civil Action No.: 3:24-cv-526

v.

TRAVIS SCOTT WYATT,

      Defendant.

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS UNOPPOSED**
**MOTION FOR EXTENSION OF TIME CONCERNING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Ontario Logan-Patterson, by counsel, and for his Memorandum in Support of his Unopposed Motion for Extension of Time Concerning Defendant's Motion for Summary Judgment, states as follows:

1.      This matter concerns the alleged unreasonable seizure, false arrest, and malicious prosecution of Plaintiff Ontario Logan-Patterson, then a 17-year-old minor.

2.      On May 9, 2025, Defendant Wyatt filed a motion for summary judgment challenging all the claims against him. ECF No. 24.

3.      Today, both parties agreed, and it is anticipated that U.S. Magistrate Judge Mark R. Colombell will soon order that a second mediation in this matter be held on Monday, May 19, 2025.

4.      Because Plaintiff's counsel will devote time and attention to the mediation, Plaintiff requests an extension from Friday, May 23, 2025, to Monday, May 26, 2025 (at 5 p.m.) to submit Plaintiff's memorandum in opposition to Defendant Wyatt's Motion for Summary Judgment.

5.      Defendants, by counsel, do not oppose Plaintiff's motion, provided that they also are afforded an extension for their reply.  Plaintiff, therefore, also requests an extension until June 2, 2025 (at 5 p.m.) for Defendant to file his reply to Plaintiff's memorandum in opposition.

Wherefore, for the reasons stated above, Plaintiff respectfully requests that the Court grant his Motion filed herewith, and extend until May 26, 2022 (at 5 p.m.), the time for Plaintiff to file his memorandum in opposition to Defendant's motion for summary judgment and extend until June 2, 2025 (at 5 p.m.) the time for the Defendant to file his reply to Plaintiff's opposition, and to grant such other and further relief that the Court may deem just and proper.

Respectfully submitted,

ONTARIO LOGAN-PATTERSON,

By:  _____ /s/ Mark J. Krudys _____
                    Counsel

Mark J. Krudys (VSB# 30718)
Daniel Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone; 804.381.4458 Fax
mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

2

**Certificate of Service**

I hereby certify that on this 14th day of May 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.


By:     /s/ Mark J. Krudys
                Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*