**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): _____

_____

_____

Electronic Device(s): _____

_____

_____

Purpose and Location Of Use: _____

Case No.: _____

Date(s) Authorized: _____

IT Clearance Waived:   _____(Yes)   _____(No)

APPROVED BY:

Date:_____     _____
                                United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____  _____
                IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

4