IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ONTARIO LOGAN-PATTERSON,**

    **Plaintiff,**

v.                                                                                             Civil Action No. 3:24-cv-00526

**TRAVIS SCOTT WYATT,**

    **Defendant.**

### ORDER

This matter comes before the Court on Plaintiff Ontario Logan-Patterson's Unopposed Motion for Extension of Time Concerning Defendant's Motion for Summary Judgment (the "Motion"). (ECF No. 28.) Mr. Logan-Patterson asks the Court to extend his deadline to file his opposition to Defendant Travis Scott Wyatt's Motion for Summary Judgment from May 23, 2025 until 5 p.m. on May 26, 2025. (ECF No. 28, at 1.) He also asks the Court to extend Mr. Wyatt's deadline to file a reply until June 2, 2025 at 5 p.m. (ECF No. 29, at 2.) In support of this request, Mr. Logan-Patterson explains that both parties have agreed to attend a second mediation on this matter on May 19, 2025. (ECF No. 29, at 1.) Mr. Wyatt does not object to this request. (ECF No. 29, at 2.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 28.) Mr. Logan-Patterson's deadline to

---

[1] Federal Rule of Civil Procedure 6(b) states, in relevant part:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

file his opposition to Defendant Travis Scott Wyatt's Motion for Summary Judgment is extended until May 26, 2025 at 5 p.m.  Mr. Wyatt's deadline to file a reply is extended until June 2, 2025 at 5 p.m.

    It is SO ORDERED.

Date: 5/15/25  
Richmond, Virginia

/s/  
M. Hannah Lauck  
United States District Judge

---

Fed. R. Civ. P. 6(b)(1).