UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Richmond Division

ONTARIO LOGAN-PATTERSON,

    Plaintiff,

v.     Civil Action No.: 3:24-cv-526

TRAVIS SCOTT WYATT,

    Defendant.

**<u>PLAINTIFF'S EXHIBIT 4 A-D</u>**

    4 A. LoganPatterson-SubTitles-01 v3.mp4

    4 B. LoganPatterson-SubTitles-02 v2.mp4

    4 C. LoganPatterson-SubTitles-03 v2.mp4

    4 D. LoganPatterson-SubTitles-04.mp4

    *USB flash drive filed with Clerk of Court*