Plaintiff's Exhibit 5

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT VIRGINIA |
| 2 | FOR THE EASTERN DISTRICT OF VIRGINIA |
| 3 | Richmond Division |
| 4 | ---------------------------------- |
| 5 | ONTARIO LOGAN-PATTERSON, |
| 6 | Plaintiff, |
| 7 | v.                    Case No. 3:24-cv-526 |
| 8 | TRAVIS SCOTT WYATT, |
| 9 | Defendant. |
| 10 | ---------------------------------- |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | AUDIO TRANSCRIPTION OF DASHCAM VIDEO |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
 1              P R O C E E D I N G S

 2    CLIP 1

 3    TRAVIS WYATT:  All right.  Look man, you -- you're

 4    not under arrest.  So I just want you to know that

 5    you just being detained right now because you

 6    matched the -- that description of the guy.

 7    ONTARIO LOGAN-PATTERSON:  Yeah, I understand that

 8    part.  My mama will be freaking out.

 9    TRAVIS WYATT:  Huh?

10    ONTARIO LOGAN-PATTERSON:  I said my mom freaking out

11    TRAVIS WYATT:  Okay.

12    ONTARIO LOGAN-PATTERSON:  Because we did -- I had --

13    I lost my brother a couple years back and I'm kind

14    of like the last boy, (inaudible 00:00:22) and my

15    little sister, so she's kind of freaking out.

16    TRAVIS WYATT:  But too many things add up right now.

17    ONTARIO LOGAN-PATTERSON:  Yeah, I know.

18    TRAVIS WYATT:  Who -- who's that guy in the Gap

19    shirt right there?

20    ONTARIO LOGAN-PATTERSON:  I have no clue.  Never

21    seen him a day in my life.

22    TRAVIS WYATT:  You never seen none of these guys?

23    ONTARIO LOGAN-PATTERSON:  Never a day in my life.

24    TRAVIS WYATT:  All right

25    ONTARIO LOGAN-PATTERSON:  Like, as much as I want to
```

```
 1   like, say something, I really don't know them.  I
 2   know her though.  That's Tony.
 3   TRAVIS WYATT:  What -- what's your last name?
 4   ONTARIO LOGAN-PATTERSON:  Logan-Patterson.
 5   TRAVIS WYATT:  Patterson's your last name?
 6   ONTARIO LOGAN-PATTERSON:  Logan-Patterson.  Logan
 7   dash Patterson.  Dash Patterson
 8   TRAVIS WYATT:  Your mom knows your Social Security
 9   number?
10   ONTARIO LOGAN-PATTERSON:  Yeah, I think so.
11   TRAVIS WYATT:  Hey, ma'am.  Come here.  Come here.
12   LAKITA PATTERSON:  Oh, my God.  Yes, sir.
13   TRAVIS WYATT:  Hey, what's his social?  Hey, look,
14   relax, okay.  He's not under arrest right now, but
15   he is a exact suspect.  Okay.
16   LAKITA PATTERSON:  (Redacted).  And I can go and get
17   your -- his Social Security number out the house --
18   his Social Security card.
19   TRAVIS WYATT:  Wait.  Is that a Social Security
20   number right there?
21   LAKITA PATTERSON:  (Redacted).
22   TRAVIS WYATT:  Oh, hold on a second.  (Redacted).
23   LAKITA PATTERSON:  Let me pull up my -- (Redacted ).
24   TRAVIS WYATT:  Okay.
25   LAKITA PATTERSON:  Oh, just wait, let me get his
```

1    Social Security card.

2    TRAVIS WYATT:  No, no, no.

3    LAKITA PATTERSON:  I'm going to get his Social --

4    TRAVIS WYATT:  Your last name is Logan-Patterson,

5    Logan --

6    LAKITA PATTERSON:  Logan dash Patterson, yes, sir.

7    Ontario.  It's his first name.

8    TRAVIS WYATT:  Spell your first name.

9    ONTARIO LOGAN-PATTERSON:  Yeah.

10   LAKITA PATTERSON:  O-N.

11   TRAVIS WYATT:  O-N.

12   ONTARIO LOGAN-PATTERSON:  T-A-R-

13   TRAVIS WYATT:  R-I-O.

14   LAKITA PATTERSON:  Yes.  Like Ontario, Canada.

15   TRAVIS WYATT:  All right.  Your middle initial?

16   LAKITA PATTERSON:  J for Jajuane.

17   TRAVIS WYATT:  Date of birth?

18   LAKITA PATTERSON:  July 11th --

19   ONTARIO LOGAN-PATTERSON:  July 11th -- I got this,

20   mom.  July 11th, 2006

21   LAKITA PATTERSON:  Oh my God.  Father God.  My

22   house.  And that's just what I told him, he -- they

23   not going in there.  It's only -- it's -- I can get

24   to go the leasing agreement.  They can get my lease.

25   They more than welcome to go to the rental office

1   and get what they need.  It's just me and my kids.

2   He looks grown.  He's a child.  He's very much a

3   child.  They like -- well, why he breathing hard?

4   He was watching the chase and then he (inaudible

5   00:02:53).  We thought he hit the tractor -- trailer

6   car.  Now I'm seeing he hit the car

7   running down the sidewalk, started doing a little

8   jog (inaudible 00:03:08).  T-A-R-I-O.  Like Ontario,

9   Canada.

10  TROOPER MORRIS:  (Inaudible 00:03:137) get a 350 for

11  the supervisor.

12  TRAVIS WYATT:  Okay

13  TROOPER MORRIS:  That way once he gets --

14  TRAVIS WYATT:  Hey, is this him right here?  That's

15  Cooper.

16  TROOPER MORRIS:  Yeah.  That should be.

17  TRAVIS WYATT:  Hey --

18  TROOPER MORRIS:  Yeah, that's him.  Yeah, you can

19  just put in a call.

20  TRAVIS WYATT:  And I'll let him go in and I'll give

21  you the SN number and I'll --

22  TROOPER MORRIS:  He told me to do it.

23  TRAVIS WYATT:  Okay.

24  TROOPER MORRIS:  Yeah.  So I -- the dude doesn't

25  have any insurance.

1    TRAVIS WYATT:  Yeah

2    TROOPER MORRIS:  You know what, I'll (inaudible

3    00:03:28).  If you -- well, it doesn't matter

4    because this one is -- this one is the passenger.

5    So this is from your car?  Yeah.

6    TRAVIS WYATT:  Yeah.  Well, yeah, I mean that --

7    TROOPER MORRIS:  (Inaudible 00:03:45).  No, this is

8    a backpack.

9    LAKITA PATTERSON:  (Inaudible 00:03:53).  Police is

10   all over my shit.

11   TROOPER MORRIS:  (Inaudible 00:03:58) in my car, let

12   me look.

13   TRAVIS WYATT:  I'll put in a call.

14   LAKITA PATTERSON:  To the point where he scared the

15   fuck out of me.

16   TRAVIS WYATT:  Go ahead.

17   LAKITA PATTERSON:  So I'm like damn, what the fuck

18   going on?  So he's like (inaudible).

19   TRAVIS WYATT:  Were (inaudible 00:04:04).

20   LAKITA PATTERSON:  So I'm like, what you mean this

21   is one unit?  This (inaudible).

22   TRAVIS WYATT:  So right before it happened, you ran

23   to your apartment complex?

24   ONTARIO LOGAN-PATTERSON:  Yeah.  Technically it was

25   a jog at first.  Because we did -- literally

```
1    (inaudible 00:04:20) -- he ran back to the car and

2    got whatever he got out.  No.  Because we had came

3    outside to be nosy.  We not doing nothing.  We came

4    outside, looked at it, and then we seen him running

5    back and that's --

6    TRAVIS WYATT:  You seen him running back where?

7    ONTARIO LOGAN-PATTERSON:  Towards our apartment,

8    literally.  And then he stopped and looked at our

9    door.  So we ran in, locked everything.  And then --

10   yeah.

11   TRAVIS WYATT:  If you ran back in, that was you.

12   ONTARIO LOGAN-PATTERSON:  It wasn't me though.  I'm

13   -- I wasn't the one who got out the car.  You can

14   ask them.

15   TRAVIS WYATT:  They're not going to -- they're not

16   going to snitch on their boy.

17   ONTARIO LOGAN-PATTERSON:  Huh?

18   TRAVIS WYATT:  I know how this game works out

19   here --

20   ONTARIO LOGAN-PATTERSON:  I don't know what that is.

21   TRAVIS WYATT:  They're not going to snitch on the,

22   you know, homeboys and stuff.  You know what I'm

23   saying?

24   ONTARIO LOGAN-PATTERSON:  Well, I didn't even know

25   they was with them.
```

1  TRAVIS WYATT:  So why you say ask them?

2  ONTARIO LOGAN-PATTERSON:  Officer, I thought they

3  was the person in the car.

4  TRAVIS WYATT:  Huh?  You jogged to your apartment?

5  You passed your apartment and jogged back?

6  ONTARIO LOGAN-PATTERSON:  I thought they was some of

7  the people in that car that they hit.

8  TRAVIS WYATT:  Is that your address right here?

9  ONTARIO LOGAN-PATTERSON:  Yeah.  30 had East 9th

10  Street.

11  TRAVIS WYATT:  304.

12  ONTARIO LOGAN-PATTERSON:  East 9th Street.

13  (Inaudible 00:05:23).  We only been there since, uh,

14  like two months, October, beginning of October.

15  TRAVIS WYATT:  For them two?

16  UNKNOWN TROOPER:  Yeah.

17  TRAVIS WYATT:  Well, I told him he can drive away.

18  UNKNOWN TROOPER:  Oh, no, he (inaudible 00:05:32).

19  TRAVIS WYATT:  Oh, well.

20  UNKNOWN TROOPER:  Yeah.  She's already, I got

21  (inaudible 00:05:36) working on 158 for you, so --

22  TRAVIS WYATT:  304?

23  ONTARIO LOGAN-PATTERSON:  Yes, sir.  Moved in

24  October 1st.  (Inaudible 00:05:50)

25  TRAVIS WYATT:  Because I mean, look, you came back

```
 1    and got something out the trunk and that's why I
 2    caught you again.  And then you went (inaudible
 3    00:05:58).  Well, you said you ran back to the
 4    apartment.  If you the one who ran back to the
 5    apartment, that was you.
 6    ONTARIO LOGAN-PATTERSON:  It wasn't me, though.  I
 7    like -- I went in, so again, me and my mama came
 8    out.  If you would've looked up, you woulda seen me
 9    and my mom just stand there.  And then he took
10    whatever he got out of the trunk and we think you
11    come from there and come this way.  My mom was like,
12    he's not going to catch him.  He's running slow.
13    And then he hit that left right there.  Came up to
14    where our apartment (inaudible).
15    TRAVIS WYATT:  Yeah, I think mine's dead.  And I
16    don't know if you can try, but -- I'm going to walk
17    right there real quick.  I'll be back all right.
18    ONTARIO LOGAN-PATTERSON:  All right.
19    UNKNOWN TROOPER:  (Inaudible 00:06:47).  You know
20    what I'm saying?
21    TRAVIS WYATT:  I know.  They gave me kind of --
22    UNKNOWN TROOPER:  Are you -- are you (inaudible
23    00:06:54).
24    TRAVIS WYATT:  Yeah, I'm (inaudible 00:06:55).
25    UNKNOWN TROOPER:  Is that the house he ran into?
```

1    TRAVIS WYATT:  Yeah.  Down there.  (Inaudible

2    00:07:11).

3    ONTARIO LOGAN-PATTERSON:  They really got the wrong

4    person.

```
1   CLIP 2
2   UNKNOWN TROOPER:  Hey, you got enough heat on,
3   brother?
4   ONTARIO LOGAN-PATTERSON:  Yeah, I'm good.
5   UNKNOWN TROOPER:  You good?  You sure?
6   LAKITA PATTERSON:  Yeah.  Let him at least put a
7   damn coat on.  My son don't got nothing on him.
8   UNKNOWN TROOPER:  Do you want to -- do you want to
9   grab him a (inaudible 00:0011)?
10  LAKITA PATTERSON:  Give him my coat.  Shit.
11  UNKNOWN TROOPER:  Hop out for me.
12  LAKITA PATTERSON:  (Inaudible 00:00:32).
13  UNKNOWN TROOPER:  He's just being questioned, ma'am,
14  he's not under arrest (inaudible).
15  LAKITA PATTERSON:  I understand.  I understand.
16  UNKNOWN TROOPER:  Okay.  It's okay.
17  LAKITA PATTERSON:  They're being questioned too, and
18  they're not in handcuffs.  And they're also being
19  questioned.  And they don't have nothing on them.
20  (Inaudible 00:00:58).  And that's what I just told
21  him.  Thank you for being calm, son.  Because I'm a
22  nervous wreck.  I don't like my kids getting in
23  trouble.  My son never been in trouble.  (Inaudible
24  00:01:19).  He was just in the parade on -- oh God.
25  He was just in the parade.  Can you at least detain
```

1   these people?

2   UNKNOWN TROOPER:  No (inaudible 00:01:41).

3   LAKITA PATTERSON:  Because I don't understand.

4   (Inaudible 00:01:49).  Because I don't understand --

5   UNKNOWN TROOPER:  Can you get the feet in there?

6   LAKITA PATTERSON:  -- being questioned and he the

7   only one in handcuffs?  Good?

8   ONTARIO LOGAN-PATTERSON:  I want the --

9   UNKNOWN TROOPER:  You want it cracked a little bit?

10  ONTARIO LOGAN-PATTERSON:  Yeah.

11  UNKNOWN TROOPER:  All right.  So do you want this

12  cracked or do you want it -- are you -- or you good?

13  So whoever was driving (inaudible 00:02:06).

14  LAKITA PATTERSON:  Them three didn't be like, oh,

15  no, that's not the boy that was with us?

16  UNKNOWN TROOPER:  So.  When he wrecked, he ran

17  (inaudible 00:02:17).

18  LAKITA PATTERSON:  So, y'all not going to say that

19  -- that's not the one that was with y'all?

20  UNKNOWN SPEAKER:  (Inaudible 00:02:22).  He told you

21  all.  He's saying he told you he's not the one that

22  was driving.

23  LAKITA PATTERSON:  So why y'all not listening to

24  him?  (Inaudible 00:02:47).

25

```
1    CLIP 3

2    ONTARIO LOGAN-PATTERSON:  That's what I said,

3    auntie.

4    UNKNOWN SPEAKER:  You did say --

5    ONTARIO LOGAN-PATTERSON:  I played a game all day.

6    I literally was just standing outside.  Huh?

7    UNKNOWN SPEAKER:  What did you say?

8    ONTARIO LOGAN-PATTERSON:  Me and my mama was

9    standing outside watching the whole thing happen.

10   UNKNOWN SPEAKER:  Yeah, well, that's what she said.

11   ONTARIO LOGAN-PATTERSON:  Yeah.  The best way to

12   tell where I was at, track my phone.  So, as I said,

13   the best way to tell where I was at is to track my

14   phone.  My phone will tell you I've been in the same

15   place all day.

16   UNKNOWN SPEAKER:  You what?

17   UNKNOWN SPEAKER:  (Inaudible 00:00:38).  You know.

18   ONTARIO LOGAN-PATTERSON:  So, this is what I get for

19   not going to school today.  I should have stayed in

20   that school.  I know one thing, I don't know how

21   people sit in these handcuffs all day.  These things

22   are uncomfortable.

23   UNKNOWN SPEAKER:  Are you the --

24   ONTARIO LOGAN-PATTERSON:  Huh?

25   UNKNOWN SPEAKER:  (Inaudible 00:01:15)?
```

```
 1   LAKITA PATTERSON:  (Inaudible 00:01:21) he told them
 2   that my child wasn't the one driving.  But
 3   apparently, the officer at that time he was --
 4   (inaudible 00:01:40).  Never get in trouble.
 5   (Inaudible 00:01:50).
 6   ONTARIO LOGAN-PATTERSON:  And my knee gave out
 7   earlier.
 8   UNKNOWN SPEAKER:  Yeah.  (Inaudible 00:01:57).
 9   LAKITA PATTERSON:  That's what I'm telling you.
10   UNKNOWN SPEAKER:  Yeah.  (Inaudible 00:02:02).
11   UNKNOWN SPEAKER:  The one that put him in handcuffs
12   (inaudible 00:02:40).
13   LAKITA PATTERSON:  I don't recall nobody.  He ran
14   away.  He was getting chased down by the cops.
15   (Inaudible 00:03:20).  I don't know.  (Inaudible
16   00:03:52 real quick.  I don't know.  They said they
17   -- (inaudible 00:04:11).  So, I don't know if --
18   (inaudible 00:04:15), or (inaudible 0:04:20).  I
19   don't know.  I don't know where all you seen the cop
20   car, I just know that (inaudible 00:04:35).  We
21   didn't see the car, we saw the police.
22   UNKNOWN SPEAKER:  You what?
23   LAKITA PATTERSON:  Car.  And they were (inaudible
24   00:04:25).  That's what I thought that is.  Then I
25   see the boy driving down the street, and I see the
```

```
 1   police slowly jogging behind him, and then my son
 2   was -- the boy looked like he running towards us.
 3   We are from the project.  So we've had people
 4   running in our streets, running from the police
 5   before.  So when we see him coming towards us,
 6   immediately we dashed in the house, slammed and
 7   locked the doors, waited a few minutes.  He started
 8   back washing dishes, because he was washing dishes
 9   prior to all that.  I come outside thinking I'm
10   going to be nosy, and the police (inaudible
11   00:06:14).  So, I'm like, what the fuck.
12   (Inaudible).  I'm like, I need to know what going on
13   here.  Like (00:06:24).  He came through the back
14   and he went (inaudible 00:06:42).  Me and my son ran
15   in that house.  (Inaudible 00:07:14).
16   UNKNOWN SPEAKER:  Right now, we (inaudible
17   00:07:19).  No.  They're -- we outside at the police
18   car with the police (inaudible 00:07:33).  They
19   claiming they chased the boy into the house.
20   (Inaudible 00:07:52).  Yeah.  They are outside
21   (inaudible 00:08:12).
22   ONTARIO LOGAN-PATTERSON:  Yeah, I could have handed
23   them that.
24   LAKITA PATTERSON:  They got your sweatshirt.
25   ONTARIO LOGAN-PATTERSON:  I know.  I could have
```

1   handed them that.

2   LAKITA PATTERSON:  Yeah.  I told them.  It's okay.

3   (Inaudible 00:05:42) he's not going to catch that

4   boy.  Because he's running towards us.

5   UNKNOWN SPEAKER:  You all right?

6   ONTARIO LOGAN-PATTERSON:  Yeah.  I'm chilling.

7   UNKNOWN SPEAKER:  It's going to be okay.

8   ONTARIO LOGAN-PATTERSON:  I know.  I'm innocent.

9   God got me.

10  UNKNOWN SPEAKER:  It's going to be okay.

11  ONTARIO LOGAN-PATTERSON:  God got me.

12  UNKNOWN SPEAKER:  Yeah.  Do not worry.  It's okay.

13  The devil is (inaudible 00:09:06).

14  UNKNOWN SPEAKER:  It is going to be all right.

15  UNKNOWN SPEAKER:  Your ma going to jail.

16  ONTARIO LOGAN-PATTERSON:  I believe it.  She too --

17  she acting crazy.  Tell her -- tell her I said, calm

18  down.

19  UNKNOWN SPEAKER:  She's not going to calm down

20  because she's dramatic.

21  ONTARIO LOGAN-PATTERSON:  I know she is.  Tell her I

22  said, calm down, before she makes stuff worse.

23  UNKNOWN SPEAKER:  I'll see what I can do.

24  ONTARIO LOGAN-PATTERSON:  My handcuffs are so

25  fucking bad.  This really hurts.

```
 1   LAKITA PATTERSON:  (Inaudible 00:14:29)

 2   ONTARIO LOGAN-PATTERSON:  (Inaudible 00:14:54)

 3   TRAVIS WYATT:  How are you doing, man?  You okay?

 4   ONTARIO LOGAN-PATTERSON:  I'm scared.

 5   TRAVIS WYATT:  I got -- I got you, brother.  Like,

 6   are you doing good right now?  Like, do you need

 7   anything?  You straight?

 8   ONTARIO LOGAN-PATTERSON:  I know.  (Inaudible

 9   00:09:41).  We -- we're sorting it out, man.  Like,

10   I said, we're sorting it out.  Can y'all just make

11   sure my mama don't like, (inaudible)?

12   TRAVIS WYATT:  I got you.  Yeah, we got you.  We got

13   it, man.  No problem.

14   ONTARIO LOGAN-PATTERSON:  Someone called you by the

15   way.

16   TRAVIS WYATT:  Huh?

17   ONTARIO LOGAN-PATTERSON:  Like three people called

18   you.

19   TRAVIS WYATT:  Okay.  Yeah, it's cool.

20   ONTARIO LOGAN-PATTERSON:  Oh.  My wrists hurt.  Oh.

21   LAKITA PATTERSON:  Yeah.  An innocent black man in

22   handcuffs (inaudible 00:20:34).  You ain't

23   (inaudible 00:21:4) well another direction

24   (inaudible).

25   ONTARIO LOGAN-PATTERSON:  You know, many times I
```

```
 1   done watched this stuff happen to people on
 2   Instagram, I ain't never think it would have
 3   happened to me.
 4   ONTARIO LOGAN-PATTERSON:  Huh?
 5   UNKNOWN SPEAKER:  You want to call Shawn?
 6   ONTARIO LOGAN-PATTERSON:  No, I don't call Shawn.  He
 7   just got out.  It's a camera.  I'm afraid that I'm
 8   (inaudible 00:22:55).  Handcuffs are uncomfortable.
 9   I'm in handcuffs for something I ain't never did.
10   And yet they tried to get me to get my license.  I
11   ain't going to never get -- they racial profiled the
12   fuck out of me.  My license now.  I'll just catch a
13   bus (inaudible 00:23:12).  I just want to still
14   graduate.  (Inaudible 00:24:20).  I'm trying to stay
15   calm so my mama can try to calm down though.
16   Talking to myself, trying to make time go by.  I
17   want to just talk to the camera.  I don't know who
18   is hearing this.  How you all doing?  My name is
19   Ontario Jajuane Logan-Patterson.  I live at 304 East
20   9th Street.  Came outside to watch a car chase, and
21   yeah, I got racial profiled.  He ain't even read me
22   my rights yet.  And I'm been -- I've been taking
23   government class since August, and my teacher said
24   that they supposed to read me my rights, and he
25   hasn't read me my rights yet.  So, is that like --
```

```
 1   isn't that like a violation or something?  I think
 2   so.  I just know, I didn't even do nothing.  I just
 3   know, I didn't do nothing.  I got racially profiled.
 4   They can check my phone and everything.  Are they
 5   going to take my earrings?  Okay.  I worked hard
 6   for these earrings.  Dang.  Am I going to lose my
 7   job?  I'm so fucking scared.  I'm scared, but -- oh,
 8   I am so scared.  This is something that I never want
 9   to happen ever again though.  The handcuff are
10   extremely uncomfortable.  I don't know why -- what's
11   that?  I can't even put my head back.  Dang.  These
12   really hurt.  After this I'm changing my career
13   though.  Trust me.  I don't want to be a cop no
14   more.  I'm going to be a lawyer.  Anyway, let me
15   keep talking to you because when I'm -- people keep
16   doing crimes and get put in these.  This is not it,
17   man.  It's not it.  Scared I talk to people.  Yeah.
18   My heart is pounding right now, but I'm trying to be
19   calm.  Right.  I --
20   UNKNOWN SPEAKER:  You good?
21   ONTARIO LOGAN-PATTERSON:  Yeah.  I'm -- I'm trying
22   to be good.
23   UNKNOWN SPEAKER:  Huh?
24   ONTARIO LOGAN-PATTERSON:  I'm scared -- I'm scared,
25   but I'm trying to stay calm.
```

```
 1   UNKNOWN SPEAKER:  Yeah.  You doing the right thing
 2   -- you doing the right thing.
 3   ONTARIO LOGAN-PATTERSON:  Is that your wife and
 4   child on your wallpaper?
 5   TRAVIS WYATT:  Oh, yeah.
 6   ONTARIO LOGAN-PATTERSON:  Are handcuffs always this
 7   uncomfortable?
 8   TRAVIS WYATT:  Uh-huh.  Yeah.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   CLIP 4
 2   ONTARIO LOGAN-PATTERSON:  I'm not going to jail now,
 3   am I?
 4   TRAVIS WYATT:  I don't know yet.
 5   ONTARIO LOGAN-PATTERSON:  I really don't want to go
 6   to jail because I didn't do it.
 7   TRAVIS WYATT:  But you did it though.  Okay.
 8   ONTARIO LOGAN-PATTERSON:  I didn't.
 9   TRAVIS WYATT:  I mean, it kind -- it kind of --
10   there's too many obvious clues.  It's just too much.
11   Okay.  You're driving a stolen car.  Okay?
12   ONTARIO LOGAN-PATTERSON:  I don't know how to drive.
13   TRAVIS WYATT:  I -- (inaudible 00:00:24).  All
14   right.
15   ONTARIO LOGAN-PATTERSON:  Like the only time I was
16   driving a car was on the game with my paddles and
17   steering wheel.  And that's in the house, in my
18   room, in my floor.
19   TRAVIS WYATT:  Not sure.
20   ONTARIO LOGAN-PATTERSON:  You don't have like a body
21   cam to see him or anything, like --
22   TRAVIS WYATT:  Huh?
23   ONTARIO LOGAN-PATTERSON:  Wouldn't I go to juvie?  I
24   learned my lesson not to be nosy.
25   TRAVIS WYATT:  Huh?
```

1    ONTARIO LOGAN-PATTERSON:  Up.  And I'll just keep

2    playing my game and going -- going to work and go to

3    school, but -- unless you so like confident that I'm

4    the one who did it.

5    TRAVIS WYATT:  I watched you run into that house.

6    ONTARIO LOGAN-PATTERSON:  You didn't watch me

7    clearly.  You watched me and my mom.  You had to.

8    TRAVIS WYATT:  So who else was in your house,

9    because your mom was, when you were -- went outside.

10    ONTARIO LOGAN-PATTERSON:  Just me and my mom.

11    TRAVIS WYATT:  The whole time.  We were not --

12    (inaudible 00:02:00) outside.

13    ONTARIO LOGAN-PATTERSON:  We were -- we were.  And I

14    don't know if you noticed, but I have one earplug

15    in.  And if you go in the kitchen where my laptop is

16    and you turn the Bluetooth on --

17    TRAVIS WYATT:  And your mom just went the house and

18    got rid of stuff.  That's why she (inaudible

19    00:02:12) in the house.

20    ONTARIO LOGAN-PATTERSON:  She could went in there at

21    first?  No videos, nothing that you can go like, go

22    look at?  Wouldn't I go to juvenile?

23    TRAVIS WYATT:  No, at first she went up in the --

24    okay.  We didn't --

25    ONTARIO LOGAN-PATTERSON:  But you do -- really,

```
1   really do have the wrong person though.

2   TRAVIS WYATT:  Mm-hmm.  I'm sure I do.

3   ONTARIO LOGAN-PATTERSON:  Can't do like no

4   fingerprints test or anything or nothing.  Get your

5   swab.  Yeah.  You can do that.

6   TRAVIS WYATT:  And then we can match it to that gun

7   we got.

8   ONTARIO LOGAN-PATTERSON:  The gun?

9   TRAVIS WYATT:  Yeah, the gun.  You threw in that

10  trash can.

11  ONTARIO LOGAN-PATTERSON:  I never touched a gun a

12  day in my life.

13  TRAVIS WYATT:  Yeah.  The gun in trash can --

14  ONTARIO LOGAN-PATTERSON:  Actually, I had a Nerf gun

15  a few years ago.

16  TRAVIS WYATT:  Nah, this was a real gun that was

17  loaded.

18  ONTARIO LOGAN-PATTERSON:  Oh, yeah.  I've never

19  touched a real gun a day in my life.  (Inaudible

20  00:03:12) everybody (inaudible 00:03:16).

21  TRAVIS WYATT:  Probably stolen too like the car.

22  ONTARIO LOGAN-PATTERSON:  Hmm?

23  TRAVIS WYATT:  Whose gun is that?

24  ONTARIO LOGAN-PATTERSON:  I don't know.  I don't

25  know anything about what's going on other than I was
```

1    outside watching, like I heard his car go down.  I'm

2    like, mom, they're chasing somebody.  And then I

3    seen the cop.

4    TRAVIS WYATT:  Yeah, I'll probably -- (inaudible

5    00:02:46) right there.  Right there.  And car and we

6    thought he hit the tractor-trailer that was right

7    here.

8    LAKITA PATTERSON:  Are you okay?  Are you okay?  I'm

9    -- I'm going to get you out of here.  I'm trying to

10   get you out of here, son.

11   ONTARIO LOGAN-PATTERSON:  I mean, all they got to do

12   is do the fingerprints and stuff and he going to see

13   he was wrong.

14   LAKITA PATTERSON:  Huh?

15   ONTARIO LOGAN-PATTERSON:  They got to do

16   fingerprints of -- some type of DNA test.

17   LAKITA PATTERSON:  They got their fingerprints

18   already.

19   ONTARIO LOGAN-PATTERSON:  Oh.  Even better.

20   TRAVIS WYATT:  What did she just call you?

21   LAKITA PATTERSON:  I gave them the paper.  They got

22   your fingerprints on you straight from the sheriff

23   department.  From the identity thing.

24   ONTARIO LOGAN-PATTERSON:  What -- last year?  The

25   Easter event?  When we was at the Easter event?

1   LAKITA PATTERSON:  Yes.  Yes.  The only thing

2   changes is your age.  Your fingerprint, your face --

3   none of that changes.  All that is still the same.

4   And, like I said, that's straight from the sheriff

5   department.  So they got your fingerprint.

6   TRAVIS WYATT:  Oh, he already got -- he already got

7   a looting.  Is it looting or -- oh, okay.  Oh, okay.

8   Who that one?  Oh, so he just wants you there?

9   Okay.

10   LAKITA PATTERSON:  They probably going to keep your

11   hoodie.  I don't care.  Let them keep that hoodie

12   and that arm (inaudible) regardless (00:07:47) just

13   so they can have all the DNA they need.

14   TRAVIS WYATT:  Last name, D-A-R-A-Y, first name

15   T-A-H-S-T-E-N.  And his brother is January 1st,

16   1999.

17   LAKITA PATTERSON:  More than one white shirt.  You

18   got a closet full of (inaudible 00:08:07)

19   UNKNOWN SPEAKER:  One thing's for sure, when you see

20   something now you just go on into the house.  Don't

21   follow anyone.

22   ONTARIO LOGAN-PATTERSON:  I came outside for this

23   UNKNOWN SPEAKER:  Huh?

24   ONTARIO LOGAN-PATTERSON:  I came outside for this

25   because I was already in the kitchen.

1  UNKNOWN SPEAKER:  Get out and she said, look.  You
2  heard.
3  ONTARIO LOGAN-PATTERSON:  I'm the one who said, mom,
4  they chasing somebody.  And then like the goal was
5  just to look out the window.  The goal was just to
6  look at them like fly past like they did last night.
7  And --
8  UNKNOWN SPEAKER:  You was in the kitchen when it was
9  going on?
10  ONTARIO LOGAN-PATTERSON:  I was washing dishes.  I
11  had just put the stuff in the dishwasher.
12  UNKNOWN SPEAKER:  What?  And --
13  ONTARIO LOGAN-PATTERSON:  I ain't even started yet.
14  UNKNOWN SPEAKER:  Then next time, look, when you
15  heard sirens, you ain't even gonna look (inaudible
16  00:09:57).
17  ONTARIO LOGAN-PATTERSON:  I was washing the dishes.
18  I'm going to just stay on my game.  I'm going to
19  just stay on my game.
20  UNKNOWN SPEAKER: Yeah.  It's okay.  It's okay.  And
21  even they know and they the people that got hit,
22  right?
23  ONTARIO LOGAN-PATTERSON:  No.  Those people that was
24  in the car.
25  UNKNOWN SPEAKER:  Huh?

```
 1   ONTARIO LOGAN-PATTERSON:  Those people that was in
 2   the car.
 3   UNKNOWN SPEAKER:  Right.  They got hit?
 4   ONTARIO LOGAN-PATTERSON:  No, they hit them.
 5   UNKNOWN SPEAKER:  Huh?
 6   ONTARIO LOGAN-PATTERSON:  They hit the other people.
 7   UNKNOWN SPEAKER:  They hit the other people.  Right.
 8   So, like you said, they weren't him.  It was not
 9   him, but it's all good.
10   UNKNOWN SPEAKER:  Yeah.  That's okay.
11   ONTARIO LOGAN-PATTERSON:  And I'm like -- I'm like
12   bro, it's not me.  He like, yeah, I'm pretty sure
13   it's you, man.
14   UNKNOWN SPEAKER:  Huh?
15   ONTARIO LOGAN-PATTERSON:  He was like, I'm pretty
16   sure it's you.  I'm like, no, you just racially
17   profiled me.  Quite literally.
18   UNKNOWN SPEAKER:  He talked Morris, right?  Huh?
19   The tall dude.
20   ONTARIO LOGAN-PATTERSON:  The one who just got in
21   the car.  Him.
22   UNKNOWN SPEAKER:  Oh, him.  Oh, that was him?
23   ONTARIO LOGAN-PATTERSON:  Mm-hmm.
24   UNKNOWN SPEAKER:  Okay.  Okay.  So that's the one.
25   Okay.
```

```
 1   ONTARIO LOGAN-PATTERSON:  Racially profiled the soul
 2   out of me.  How you going to tell somebody it
 3   weren't him, you know, going to make them say it.
 4   No.
 5   UNKNOWN SPEAKER:  He ain't know you was intelligent
 6   (inaudible 00:11:01).
 7   ONTARIO LOGAN-PATTERSON:  I'm talking government
 8   right now, so -- okay.
 9   UNKNOWN SPEAKER:  They -- they didn't know that you
10   was in charge.  They thought you one them thugs, but
11   you're not.  Mm-hmm, but you're not.
12   ONTARIO LOGAN-PATTERSON:  I'm in school more than 10
13   hours a day.
14   UNKNOWN SPEAKER:  And thank you for talking to them
15   intelligently.  Thank you.  Grand baby.  Thank you.
16   ONTARIO LOGAN-PATTERSON:  I told him -- I told him
17   they can DNA swab me and everything.
18   UNKNOWN SPEAKER:  Because none of that.  I know.
19   ONTARIO LOGAN-PATTERSON:  Like when I came out the
20   house, of course I'm just kind of scared.  Like I'm
21   still -- I still am scared.  Like if you looking at
22   my chest, I'm shaking.
23   UNKNOWN SPEAKER:  I know baby.  I know -- I know you
24   are.  I'm calm.  Physically I'm scared.  (Inaudible
25   00:11:44).  Hey, I got a question.  So like for DNA
```

```
 1   stuff, do y'all have to go back like to the station
 2   or something or --
 3   TRAVIS WYATT:  I have no idea.  That -- that's all.
 4   (Inaudible 00:12:02).  I have no idea.
 5   ONTARIO LOGAN-PATTERSON:  All right.  Yeah.  Is that
 6   it?  You got hit with something that you didn't do;
 7   is that it?  Unless I got a whole headphone in my
 8   ear, case in my pocket.  And this is why I play.
 9   But other than that I'm pretty calm.  Mentally --
10   mentally my game all day.  Why I don't come outside.
11   UNKNOWN SPEAKER:  Are you okay?
12   ONTARIO LOGAN-PATTERSON:  Oh, yeah.  Just scared.
13   UNKNOWN SPEAKER:  I love you.
14   ONTARIO LOGAN-PATTERSON:  Love you too.
15   UNKNOWN SPEAKER:  Making sure you good before I
16   leave.
17   ONTARIO LOGAN-PATTERSON:  Yeah.  Racially profiled.
18   That's it.
19   UNKNOWN SPEAKER:  All right, man.  I love you.
20   UNKNOWN SPEAKER:  Love you too.
21   TRAVIS WYATT:  All right.  I'm going to come up.
22   I'm unhandcuff you.  All right.
23   ONTARIO LOGAN-PATTERSON:  All right.
24   TRAVIS WYATT:  I'm going to let you go, but are you
25   cool with getting swabbed?
```

```
 1   ONTARIO LOGAN-PATTERSON:  Yeah.
 2   TRAVIS WYATT:  Okay.  Is this the address where you
 3   stay at?
 4   ONTARIO LOGAN-PATTERSON:  Yeah.
 5   TRAVIS WYATT:  So when I get a warrant, I just know
 6   where you live.
 7   ONTARIO LOGAN-PATTERSON:  Yeah.
 8   TRAVIS WYATT:  Okay.
 9   TRAVIS WYATT:  No.
10   UNKNOWN SPEAKER:  Thank you (inaudible 00:14:24).
11   UNKNOWN SPEAKER:  We good.  We good.  Yeah, I'm
12   good.  You got his fingerprints?  I gave you that in
13   order for that gun to get on the ground.  Then you
14   need to cut and then you grabbed (inaudible
15   00:17:57).
16   UNKNOWN SPEAKER:  Yeah.  That's okay.
17
18
19
20
21
22
23
24
25
```



OLP000566



OLP000567



OLP000568



OLP000569



OLP000570



OLP000571