UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Richmond Division

ONTARIO LOGAN-PATTERSON,

      Plaintiff,

                                                 Civil Action No.: 3:24-cv-526

v.

TRAVIS SCOTT WYATT,

      Defendant.

**<u>PLAINTIFF'S EXHIBIT 6 A-B</u>**

6 A. Location Data Analysis Summary (with embedded hyperlinks)

6 B. Screenshot of Map referenced within

*USB flash drive filed with Clerk of Court*

1
