**11:09**

‹ Back    **Significant Locations**

### Significant Locations

Allow your iPhone and iCloud connected devices to learn places significant to you in order to provide useful location-related information in Maps, Calendar, Photos, and more. Significant Locations are end-to-end encrypted and cannot be read by Apple.
About Location Services & Privacy...

SUMMARY

**472 Records**
Oct 19, 2023 – Oct 2, 2024

RECENT RECORDS



Legal

**Home**
Dec 11, 2023 at 4:46 PM – Dec 12, 2023 at 8:13 AM

**Walmsley Blvd**
Dec 11, 2023, 11:21 AM – 4:31 PM

**Clear History**

OLP000051