UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Richmond Division

ONTARIO LOGAN-PATTERSON,

    Plaintiff,

v.                                            Civil Action No.: 3:24-cv-526

TRAVIS SCOTT WYATT,

    Defendant.

**PLAINTIFF'S EXHIBIT 8**

RING Camera Video from December 11, 2023

*USB flash drive filed with Clerk of Court*
