UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION
Richmond Division

ONTARIO LOGAN-PATTERSON,

    Plaintiff,

v.

                              Civil Action No.: 3:24-cv-526

TRAVIS SCOTT WYATT,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Ontario Logan-Patterson, by counsel, and respectfully notifies the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties will promptly undertake to draft a settlement agreement and stipulated dismissal. The Parties ask that this Court take note of this Notice of Settlement and stay the trial scheduled for July 10-11, 2025, and related jury selection (scheduled for July 9, 2025), and all pretrial deadlines. *See* Initial Pretrial Order, ECF No. 12.

                                              Respectfully submitted,
                                              ONTARIO LOGAN-PATTERSON

                                              By:       /s/ Mark J. Krudys
                                                                  Counsel

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone; 804.381.4458 Fax
mkrudys@krudys.com; dzemel@krudys.com
*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on this 30th day of May 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record.

By:   /s/ Mark J. Krudys
             Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*