IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ONTARIO LOGAN-PATTERSON,

    Plaintiff,

v.                                              Civil Action No. 3:24-cv-00526

TRAVIS SCOTT WYATT,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On May 9, 2025, Defendant Travis Scott Wyatt filed a Motion for Summary Judgment. (ECF No. 24.) The Court GENERALLY CONTINUES the final pretrial conference, jury selection, and trial in this matter.

It is SO ORDERED.

Date: 5/30/25
Richmond, Virginia

                                                            /s/
                                           M. Hannah Lauck
                                           United States District Judge