# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

ONTARIO LOGAN-PATTERSON,
    Plaintiff,

    v.                                      Civil Action No. 3:24-cv-00526 (MHL)

TRAVIS SCOTT WYATT,
    Defendant.

## ORDER SCHEDULING STATUS CONFERENCE

This matter comes before the Court *sua sponte*. Counsel for all parties are directed to attend a status videoconference, on **July 14, 2025 at 11:00am**.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                  /s/ MRC
                                              Mark R. Colombell
                                              United States Magistrate Judge

Richmond, Virginia
Date: July 9, 2025