UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ONTARIO LOGAN-PATTERSON, | Civil Case No. 3:24-cv-526 |
| Plaintiff, | The Honorable M. Hannah Lauck |
| v. | |
| TRAVIS SCOTT WYATT, | |
| Defendant. | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice, and that each party shall bear their own fees and costs. However, the parties have agreed that pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Court will explicitly reserve jurisdiction to enforce the terms of the parties' settlement.

Date: July 29, 2025

**SO ORDERED**

/s/ M. Hannah Lauck
United States District Judge

7/29/25

Respectfully submitted,

ONTARIO LOGAN-PATTERSON,

By: /s/ *Mark J. Krudys*
        Counsel

Mark J. Krudys (VSB# 30718)
Danny Zemel (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax:    (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com
*Attorneys for the Plaintiff*


AGREED:

/s/ *Mark J. Krudys*
Mark J. Krudys, Esq. (VSB# 30718)
Danny Zemel, Esq. (VSB# 95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA  23219
Phone: (804) 774-7950
Fax: (804) 381-4458
mkrudys@krudys.com; dzemel@krudys.com
*Counsel for the Plaintiff*


/s/ *Stanley W. Hammer*
Stanley W. Hammer, AAG

/s/ *Cooper Vaughan*
R. Cooper Vaughan, AAG

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
804-200-4216 (Tel.) 804-371-2087 (Fax)
Email: shammer@oag.state.va.us, cvaughan@oag.state.va.us
*Counsel for the Defendant*

2

## Certificate of Service

I hereby certify that on this 29th day of July 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

By: /s/ Mark J. Krudys
Counsel

Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 E. Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
Fax: (804) 381-4458
Email: mkrudys@krudys.com
*Counsel for Plaintiff*